```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CIVIL DOCKET ENTRIES FOR CASE A03-0202--CV (JKS)
                 "TJ IVEY ET AL V AMERICAN HOME ASSURANCE CO"

          Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 09/03/03
            Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (1) Citizen of This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (110) Insurance

            Origin: (2) Removed from State Court
            Demand: 150,000
        Filing fee: Paid $150.00 on 09/03/03 receipt # 00121196
          Trial by: Jury
```

```
Parties of Record:                          Counsel of Record:

PLF 1.1          IVEY, TJ                   Phillip Paul Weidner
                                            Weidner & Associates Inc
                                            330 L Street, Suite 200
                                            Anchorage, AK 99501
                                            907-276-1200
                                            FAX 907-278-6571

PLF 2.1          CROUSE, RENEE M.           Phillip Paul Weidner
                                            (see above)

PLF 3.1          CROUSE, BRIAN J.           Phillip Paul Weidner
                                            (see above)

PLF 4.1          SKEEN, JESSICA LYNN        Phillip Paul Weidner
                                            (see above)

DEF 1.1          AMERICAN HOME ASSURANCE CO Andrew Guidi
                                            Delaney Wiles et al
                                            1007 W. 3rd Avenue, Suite 400
                                            Anchorage, AK 99501
                                            907-279-3581
                                            FAX 907-277-1331
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A03-0202--CV (JKS)
                          "TJ IVEY ET AL V AMERICAN HOME ASSURANCE CO"

                                     For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 09/03/03
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (110) Insurance

            Origin: (2) Removed from State Court
            Demand: 150,000
        Filing fee: Paid $150.00 on 09/03/03 receipt # 00121196
          Trial by: Jury


 Document #   Filed     Docket text

    1 -  1   09/03/03   DEF 1 Notice of Removal of state court action 3AN-03-06988 CI w/att
                        exhs.

    1 -  2   09/03/03   DEF 1 Jury Demand.

   1A-  1   09/03/03   DEF 1 Service List.

   1B-  1   09/03/03   DEF 1 Notice of Filing Rule 7.1 Disclosure Statement w/att statement.

    2 -  1   09/05/03   JKS Minute Order subsequent to removal that w/in 10 days petitioner to
                        file copies of state court docs & svc list.  cc: cnsl

    3 -  1   09/05/03   DEF 1 Notice of filing signed, original documents w/att docs.

    4 -  1   09/15/03   DEF 1 Answer to Complaint.

    5 -  1   09/16/03   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

    6 -  1   10/14/03   DEF 1 Report re: scheduling & planning conference report.

    7 -  1   10/20/03   VACATED per #12; JKS Scheduling and Planning Order setting pretrial
                        deadlines: Original discovery 12/03/04; Dispositive motions deadline
                        01/30/05; Estimate of trial 12 days TBJ. cc: cnsl

    8 -  1   12/01/03   DEF 1 Preliminary Witness List.

    9 -  1   12/01/03   PLF 1-4 Preliminary Witness List.

   10 -  1   12/02/03   PLF 1-4 Certificate of svc re: preliminary wit list.

   11 -  1   12/02/04   PLF 1-4; DEF 1 Status Report.

   11 -  2   12/02/04   PLF 1-4; DEF 1 joint motion to set aside pre-trial order deadlines.

   12 -  1   12/08/04   JKS Order granting stipulation joint motion to set aside pre-trial order
                        deadlines (11-2); S&P Order dated 10/20 is VACATED; parties to confer &
                        submit new S&P report w/in 30 days. cc: cnsl
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A03-0202--CV (JKS)
                      "TJ IVEY ET AL V AMERICAN HOME ASSURANCE CO"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 01/06/05 | PLF 1-4; DEF 1 Scheduling & Planning Conference Report (1/5/06). |
| 14 - 1 | 01/11/05 | JKS Scheduling and Planning Order setting pretrial ddlns: disc to close 12/16/05; Dispositive mots ddln 01/17/06. cc: cnsl |
| 15 - 1 | 06/13/05 | DEF 1 Stipulation re: documents obtained in underlying cases. |
| 16 - 1 | 06/23/05 | JKS Order granting stipulation of parties re: documents obtained in underlying cases (15-1); def shall not provide any non-public records to any person outside the context of this litigation, w/o further order from the crt. cc: cnsl |
| 17 - 1 | 09/14/05 | PLF 1-4; DEF 1 motion (joint) for discovery conf or in the alternative ext of pretrial ddlns. |
| 18 - 1 | 09/15/05 | JKS Order setting the following dates: Discovery to close 06/14/06; Dispositive motions deadline 07/14/06. cc: cnsl |