Andrew Guidi
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
  (907) 279-3581
  (907) 277-1331 fax
*Attorneys for Defendant*
*AMERICAN HOME ASSURANCE COMPANY*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. A03-0202-CV (TMB) |

**AMERICAN HOME ASSURANCE COMPANY'S**
**MOTION FOR SUMMARY JUDGMENT**

    Defendant, American Home Assurance Company ("American Home") by and through its counsel, Delaney Wiles, Inc., hereby brings this motion for summary judgment pursuant to Fed. R. Civ. P. 56(b).  American Home submits herewith a Memorandum in Support with Exhibits, an Affidavit of Counsel, and a Proposed Order.

DATED at Anchorage, Alaska this 9th day of February, 2006.

DELANEY, WILES, INC.
Attorneys for Defendant
American Home Assurance Company

s/Andrew Guidi
Alaska Bar No.: 8312171
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
PHONE: 907-279-3581/FAX: 907-277-1331

and

s/William R. Warnock, Jr.
Alaska Bar No.: 0505034
1007 West Third Avenue, Suite 400
Anchorage, Alaska  99501
PHONE: 907-279-3581/FAX: 907-277-1331

**Certificate of Service**
I hereby certify that on the 9th day
of February, 2006, a copy of **American
Home Assurance Company's Motion for
Summary Judgment** was served electronically
and via USPS, first class mail, postage prepaid on:

Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L. Street, Suite 200
Anchorage, AK 99501


s/Andrew Guidi and William R. Warnock, Jr. (113299)