Screen for VRA

## IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT ANCHORAGE
### JUDGMENT

☒ State of Alaska  ☐ Municipality of Anchorage   Count **I**

vs.
Defendant: **Conrad Worthy**   CASE NO. 3AN- **S94-5757** CR

DOB _____ Address: _____

| Defendant is: | |
|---|---|
| ☒ **GUILTY** of **Assault - 4th** | **PLEA:** ☐ Not Guilty ☒ Guilty ☐ No Contest |
| Statute/Ordinance: _____ | **RULE 11(e) PLEA:** ☐ Yes ☐ No ☐ Partial |
| ☐ **NOT GUILTY.** It is ordered that defendant is acquitted and discharged. | **TRIAL:** ☐ Court ☐ Jury |
| | DV Offense per AS 18.66.990(3)&(5): ☐ Yes ☐ No |
| | Sex Offender Registration Per AS 12.63.010 Required: ☐ Yes ☐ No |

☐ **SUSPENDED IMPOSITION OF SENTENCE.** Imposition of sentence is suspended and defendant is placed on probation for _____, subject to the conditions listed in the Direct Court Orders section and the Probation section below.

### SENTENCE IS IMPOSED AS FOLLOWS:
**DIRECT COURT ORDERS**

1. FINE: $ _____ with $ _____ suspended. **Due** _____ Bail to Fine $ _____
   ☐ Fees paid to court-ordered programs will be credited to fine if defendant presents proof of payment to clerk by above due date.
2. SURCHARGE due within 10 days:  ☐ $50 (Misd) ☐ $10 (Infraction) ☐ None (Fine Under $30)
3. JAIL **360yr** days with **260** days suspended. Report at 7:45 a.m. on **served** to the Cordova Center, 130 Cordova Street, Anchorage.
4. ☐ Defendant is ordered to complete the treatment recommended by the Anchorage Alcohol Safety Action Program (AASAP) and pay costs. Report to AASAP within 5 days. This may include residential treatment up to ____ days plus required aftercare in addition to any jail time ordered above. See "Instructions for Defendant After Sentencing."
5. ☒ Defendant is ordered to perform **80** hours Community Work Service (CWS) ~~within/by~~ **complete**.
   ☐ CWS not completed will convert to 3 hours of jail per CWS hour.
6. ☒ Defendant is ordered to make restitution to **5,280.00 paid** for uninsured loss of $ _____ due _____ days after amount is set by the court. See "Instructions for Defendant After Sentencing".
7. ☐ Defendant is ordered to _____

**CONDITIONS OF PROBATION.** Defendant is placed on probation for **4** years/months, subject to the following conditions:

8. ☒ Comply with all direct court orders listed above by the deadlines stated and follow the instructions on the "Instructions for Defendant After Sentencing" form that was given to you at sentencing. **from 9-15-95**
9. ☐ Commit no jailable offenses during the period of probation.
10. ☐ Complete a domestic violence intervention program. Pay monitoring fees and program costs. Within five days of sentencing, register with the Domestic Violence Monitoring Program as explained in "Instructions for Defendant After Sentencing".
11. ☐ Have no contact, direct or indirect, with _____ unless that person's written consent has been supplied to the Prosecutor's Office.
12. Other: _____

**COST OF COUNSEL (If Appointed).** Unless you object within 10 days, the court will enter a judgment against you for the cost of appointed counsel in the amount of ☐ $500 (Trial) ☐ $200 (Change of Plea) ☐ $_____ (Actual Costs). Reasons for waiving schedule of costs: _____.
You may use form CR-531, available in the Clerk's Office, to file your opposition.

| I certify that on _____ a copy of this judgment was given to ☐ Def/Atty ☐ Prosecutor ☐ AASAP ☐ DVMP ☐ Jail IN-COURT CLERK: | *E. Andrews* 7/25/00 District Court Judge/Magistrate  Effective Date  Print Name: **Elaine M Andrews** |
|---|---|

EXHIBIT **B**
Page **1** of **5**

CS 11270

CR-460 ANCH (5/00)(st.4)
JUDGMENT- GENERAL

See CR-462A for statistical information.

Crim.R. 32

Screen for VRA

# IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT ANCHORAGE
## JUGDMENT

[X] State of Alaska  [ ] Municipality of Anchorage                           Count **II**
vs.
Defendant: **Conrad J. Worthy**                    CASE NO. 3AN- **S94-5757** CR
DOB _____  Address: _____

Defendant is:
[X] **GUILTY** of **Criminal Mischief - 4th**
Statute/Ordinance: _____

[ ] **NOT GUILTY.** It is ordered that defendant is acquitted and discharged.

PLEA: [ ] Not Guilty  [X] Guilty  [ ] No Contest
RULE 11(e) PLEA: [ ] Yes  [ ] No  [ ] Partial
TRIAL: [ ] Court  [ ] Jury
DV Offense per AS 18.66.990(3)&(5): [ ] Yes  [ ] No
Sex Offender Registration Per AS 12.63.010 Required: [ ] Yes  [ ] No

[ ] **SUSPENDED IMPOSITION OF SENTENCE.** Imposition of sentence is suspended and defendant is placed on probation for _____, subject to the conditions listed in the Direct Court Orders section and the Probation section below.

**SENTENCE IS IMPOSED AS FOLLOWS:** *concurrent ct I*

**DIRECT COURT ORDERS**
1. FINE: $_____ with $_____ suspended. Due _____ Bail to Fine $_____
   [ ] Fees paid to court-ordered programs will be credited to fine if defendant presents proof of payment to clerk by above due date.
2. SURCHARGE due within 10 days: [ ] $50 (Misd)  [ ] $10 (Infraction)  [ ] None (Fine Under $30)
3. JAIL **90** days with _____ days suspended. Report at 7:45 a.m. on _____ to the Cordova Center, 130 Cordova Street, Anchorage.
4. [ ] Defendant is ordered to complete the treatment recommended by the Anchorage Alcohol Safety Action Program (AASAP) and pay costs. Report to AASAP within 5 days. This may include residential treatment up to _____ days plus required aftercare in addition to any jail time ordered above. See "Instructions for Defendant After Sentencing."
5. [ ] Defendant is ordered to perform _____ hours Community Work Service (CWS) within/by _____
   [ ] CWS not completed will convert to 3 hours of jail per CWS hour.
6. [ ] Defendant is ordered to make restitution to _____ for uninsured loss of $_____ due _____ days after amount is set by the court. See "Instructions for Defendant After Sentencing".
7. [ ] Defendant is ordered to _____

**CONDITIONS OF PROBATION.** Defendant is placed on probation for _____ years/months, subject to the following conditions:

8. [X] Comply with all direct court orders listed above by the deadlines stated and follow the instructions on the *"Instructions for Defendant After Sentencing"* form that was given to you at sentencing.
9. [ ] Commit no jailable offenses during the period of probation.
10. [ ] Complete a domestic violence intervention program. Pay monitoring fees and program costs. Within five days of sentencing, register with the Domestic Violence Monitoring Program as explained in *"Instructions for Defendant After Sentencing"*.
11. [ ] Have no contact, direct or indirect, with _____ unless that person's written consent has been supplied to the Prosecutor's Office.
12. Other: _____

**COST OF COUNSEL (If Appointed).** Unless you object within 10 days, the court will enter a judgment against you for the cost of appointed counsel in the amount of  [ ] $500 (Trial)  [ ] $200 (Change of Plea)  [ ] $_____ (Actual Costs). Reasons for waiving schedule of costs: _____
You may use form CR-531, available in the Clerk's Office, to file your opposition.

I certify that on _____ a copy of this judgment was given to
[ ] Def/Atty  [ ] Prosecutor
[ ] AASAP  [ ] DVMP  [ ] Jail
IN-COURT CLERK: _____

_E. Andrews_  /  _7/25/00_
District Court Judge/Magistrate   Effective Date
Print Name: **Elaine M. Andrews**

Exhibit **B**
Page __ of __

CR-460 ANCH (5/00)(st.4)
JUDGMENT- GENERAL

CS 11269

See CR-462A for statistical information.
Crim.R. 32