# SUDDOCK & SCHLEUSS, P. C.
### ATTORNEYS AT LAW

JOHN SUDDOCK
CHRISTINE S. SCHLEUSS

500 L STREET, SUITE 300
ANCHORAGE, ALASKA 99501-5910

(907) 258-7807

FAX (907) 276-1158

September 18, 1998

Conrad Worthy
P.O. Box 19687
Las Vegas, NV 89132

Dear Conrad:

    I have good news for you. I attach a copy of a letter I received from State Farm agreeing to pay the costs of your defense in the civil case from the date that this defense was tendered to State Farm. While there is some dispute as to when that occurred, I believe that the defense was tendered on June 3, 1998. Accordingly, I have billed you for all costs and fees from the time I first entered this case up until that date. From June 3, 1998 forward, I will bill State Farm. Because I did only the bare minimum necessary to protect you in the initial months that I was involved in this case, I have managed to keep your bill for attorneys' fees down. I only had to start work on this case when we approached the Pre-trial Scheduling Conference. That was also the time that the defense was tendered to State Farm. I enclose with this letter a copy of your billing which also shows current costs and fees from the criminal matter as well as a separate bill for the criminal case. If you like, I can transfer the $131.40 remaining in the civil case to pay part of the balance in the criminal case so that you would owe $300.39. Please let me know what to do with that balance.

    I enclose the letter from State Farm accepting, with limitations, our tender of defense. What the letters means is that State Farm is still investigating whether they're required to defend you in the future and are by no means agreeing to pay any amounts which you may owe. I have also tendered your defense to American Home Assurance. Quite frankly, I am doubtful whether that policy will protect you in any way because it seems to exclude the allegations in this amended complaint.

    I will keep you informed as this case progresses.

EXHIBIT C
Page 1 of 2

CS 11246

Very truly yours,

SUDDOCK & SCHLEUSS

Christine Schleuss

CS:kk
Enclosure

EXHIBIT C
Page 2 of 2
CS 11247