# State Farm Insurance Companies



SEP 16 1998

4215 Credit Union Drive
P.O. Box 241809
Anchorage, AK 99524-1809

September 15, 1998

**Certified Mail--Return Receipt Requested**

Conrad J. Worthy
c/o Christine S. Schleuss
Suddock & Schleuss
500 L Street, Suite 300
Anchorage, AK  99501

RE:  Subject:         T.J.S. v. Worthy
     Case Number:     3AN-96-6147 Civil
     Claim Number:    02-B332-317
     Policyholder:    Conrad J. Worthy
     Policy Number:   02-BC-6512-0

Dear Mr. Worthy:

We are responding to council's letter of July 17, 1998, enclosing a copy of the complaint with referenced action and tendering defense and indemnity under your State Farm homeowners policy.

Our consideration of this matter continues. However, this is to advised you that, based upon facts currently known, there exists questions as to whether this company has the duty under the terms of the policy to defend or indemnify you for loss as alleged in the complaint, for the following reasons:

1. It is questionable whether any or all of the alleged damages constitute **bodily injury** and/or **property damage**, which was caused by an **occurrence** and which occurred during the policy period.

2. It is questionable whether the following policy exclusions apply:

**SECTION II - EXCLUSIONS**

1. Coverage L and Coverage M do not apply to:

   a. **bodily injury** or **property damage**:

      (1) which is either expected or intended by an **insured**; or

      (2) to any person or property which is the result of willful and malicious acts of an **insured**;

EXHIBIT D
Page 1 of 2

CS 00020

Conrad J. Worthy
02-B332-317
Page 2
September 15, 1998

    b.    **bodily injury** or **property damage** arising out of **business** pursuits of any **insured** or the rental or holding for rental of any part of any premises by any **insured**. This exclusion does not apply;

If there exists any other valid and collectable insurance, the insurance provided under your State Farm policy is excess coverage pursuant to the following:

    SECTION II-CONDITIONS

    8.    **Other Insurance - Coverage L.** This insurance is excess over any other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

Accordingly, we request you advise us immediately as to any and all possible insurance coverage which may apply.

Subject to the above Reservation of Rights and pursuant to the terms and conditions of the policy, State Farm agrees to reimburse you the reasonable and necessary costs of defense in this matter, from the date this lawsuit was tendered to State Farm until such time as we give a 30-day notice to the contrary. With regard to the cost of defense, we will only pay those reasonable fees and costs related specifically to the defense of this suit. The invoices should reflect specific actions performed and the time expended for each activity.

State Farm reserves its right to supplement or amend this Reservation of Rights to add or remove any coverage issues. State Farm reserves its right to initiate an independent action for declaratory or other relief to resolve the insurance coverage issues. Except as expressly provided above, nothing in this letter should be deemed a waiver of any of State Farm's legal rights, all of which are reserved. Please contact me if you have any questions.

William D. Marr
Claim Superintendent
State Farm Fire and Casualty Company
(907) 261-3830

WDM/033/0915002

cc: Christine S. Schleuss

EXHIBIT D
Page 2 of 2

CS 00021