IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| T.J.S., <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM INSURANCE COMPANY; CONRAD J. WORTHY INSURANCE; JOHN DOE CORPORATIONS 1-10 as successor corporations of Conrad j. Worthy Insurance; and CONRAD JEROME WORTHY, individually and in his capacity as an agent for State Farm Insurance Company, Conrad J. Worthy Insurance, and John Doe Corporations 1-10, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3AN-97-6147 CIVIL |

### AFFIDAVIT OF COUNSEL

STATE OF ALASKA        )
                       ) ss:
THIRD JUDICIAL DISTRICT )

CHRISTINE S. SCHLEUSS, having been duly sworn, hereby deposes and states as follows:

1. I have been retained by Conrad Worthy to represent him in this lawsuit.

2. I received a copy of the Complaint on February 10, 1997. Because of Mr. Worthy's previously-scheduled travels, I have not yet had an opportunity to discuss the details of the complaint with him and prepare an answer.

EXHIBIT C
Page 1 of 2

3. On Friday, February 28, 1997, I telephone Nicole Stucki, co-counsel for plaintiff. She advised that plaintiff does not oppose this requested 30-day extension of time.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this __4__ day of March, 1997.

_____
CHRISTINE S. SCHLEUSS

SUBSCRIBED AND SWORN to before me this 4th day of March, 1997.

_____
Notary Public in and for Alaska
My Commission Expires: 1/10/99

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
STEPHANIE K. CARPER

CERTIFICATE OF SERVICE
I certify that on this __4__ day of March, 1997, a copy of the foregoing Affidavit of Counsel was (mailed)/hand-delivered to:

Phillip Paul Weidner
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage, Alaska 99501

Rod R. Sisson
Crosby & Sisson
445 West 9th Avenue
Anchorage, Alaska 99501

_____
Rebecca Beard
N:\SHARON\CHRIS\WORTHY.CIV\
EXT.AFF

RUDDOCK & SCHLEUSS
ATTORNEYS AT LAW
330 L STREET, SUITE 300
ANCHORAGE, ALASKA
99501-5910
TEL: (907) 258-7807
FAX: (907) 276-1158

AFFIDAVIT OF COUNSEL   PAGE 2

EXHIBIT __6__
Page __2__ of __2__