Andrew Guidi
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
   (907) 279-3581
   (907) 277-1331 fax
*Attorneys for Defendant*
*AMERICAN HOME ASSURANCE COMPANY*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. A03-0202-CV (TMB) |

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA         )
                        )ss.
THIRD JUDICIAL DISTRICT )

WILLIAM WARNOCK, being first duly sworn on oath, deposes and says:

1. I am an attorney at law duly licensed to practice in Alaska and admitted to the United States District Court for the District of Alaska. I am an attorney with the law firm Delaney,

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Wiles Inc., counsel of record herein for American Home Assurance Company. ("American Home"). I submit this affidavit with regard to certain of the exhibits submitted in support of American Home's memorandum supporting summary judgment (hereafter "the memorandum") in this matter. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

    2. Attached hereto as Exhibit C to the memorandum is a true and correct copy of a letter from Christine Schleuss to Conrad Worthy, dated September 18, 1998, obtained in a records deposition of Christine Schleuss, pursuant to subpoena, conducted on October 7, 2005, and obtained from Midnight Sun Court Reporters.

    3. Attached hereto as Exhibit D to the memorandum is a true and correct copy of a letter from William D. Marr, State Farm Claim Superintendent, to Conrad Worthy, dated September 15, 1998, obtained in a records deposition of Christine Schleuss, pursuant to subpoena, conducted on October 7, 2005, and obtained from Midnight Sun Court Reporters.

    4. Attached hereto as Exhibit L to the memorandum is a true and correct copy of an affidavit of Conrad L. Worthy, dated August 25, 2000 and filed in Alaska Superior Court in the underlying civil suit, <u>T.J.S. v. State Farm Insurance Company</u>, 3AN-96-6147 Civil.

DELANEY, WILES,
HAYES, GERETY,
LIS & YOUNG, INC.
SUITE 400
07 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

5. Attached hereto as Exhibit M to the memorandum is a true and correct copy of a "claims made" professional errors and omissions policy issued to Conrad Worthy by American Home, along with a Declarations page. This errors and omissions insurance policy was attached as Exhibit B to the complaint in this case.

FURTHER SAYETH YOUR AFFIANT NAUGHT.

_____
William Warnock

SUBSCRIBED AND SWORN TO before me this 9th day of February, 2006.

_____
Notary Public in and for Alaska
My commission expires: 10/22/07

**Certificate of Service**
I hereby certify that on the 9th day of February, 2006, a copy of **Affidavit of Counsel** was served electronically and via USPS, first class mail, postage prepaid on:

Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L. Street, Suite 200
Anchorage, AK 99501

s/William R. Warnock, Jr. (113478)

DELANEY, WILES,
HAYES, GERETY,
LIS & YOUNG, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581