Andrew Guidi
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
  (907) 279-3581
  (907) 277-1331 fax
*Attorneys for Defendant*
*AMERICAN HOME ASSURANCE COMPANY*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>      Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A03-0202-CV (TMB) |

**PROPOSED ORDER GRANTING**
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

      Defendant American Home Assurance Company ("American Home"), having moved pursuant to Federal Rule of Civil Procedure 56(b) for summary judgment dismissing plaintiff's action, and the Court, having considered the briefs, exhibits and arguments of the parties,

IT IS HEREBY ORDERED that American Home's motion for summary judgment is GRANTED.

DATED at Anchorage, Alaska this ____ day of February, 2006.

_____
United States District Court Judge

**Certificate of Service**

I hereby certify that on the 9th day of February, 2006, a copy of **Proposed Order Granting Motion for Summary Judgment** was served electronically and via USPS, first class mail, postage prepaid on:

Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L. Street, Suite 200
Anchorage, AK 99501


s/Andrew Guidi and William R. Warnock, Jr. (113300)