Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>                Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>                Defendant. | Case No. A03-0202-CV (TMB)<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

COME NOW parties, by and through their respective counsel, and hereby stipulate that plaintiffs shall have an extension of time in which to respond to defendant's Motion for Summary Judgment filed on February 9, 2006.  Parties stipulate that plaintiffs may file their response on or before March 10, 2006.

RESPECTFULLY submitted this 27th day of February, 2006.

WEIDNER & ASSOCIATES, INC.
Attorneys for Plaintiffs

s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: jgreene@weidner-justice.com
ABA 7305032

        DELANY WILES, INC.
        Attorneys for Defendants


        s/ Andrew Guidi
        ANDREW GUIDI
        DELANY WILES, INC.
        1006 W. Third Avenue, Suite 400
        Anchorage, AK 99501
        Phone (907) 279-3581
        Fax (907) 277-1331
        E-mail: ag@delaneywiles.com
        ABA  8312171


CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2006, a copy of the foregoing Stipulation for Extension of Time to Respond to Defendant's Motion for Summary Judgment was served electronically on:

Andrew Guidi
DELANY WILES, INC.
1006 W. Third Avenue, Suite 400
Anchorage, AK 99501
Fax (907) 277-1331

s/ Phillip Paul Weidner