Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN, ) ) ) Plaintiffs, ) ) vs. ) ) AMERICAN HOME ASSURANCE ) COMPANY, ) ) Defendant. ) ) | Case No. A03-0202-CV (TMB) **ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

**ORDER**

The Court having considered the parties' stipulation to extend time for plaintiffs to respond to defendant's motion for summary judgment and good cause appearing, it is hereby ORDERED that plaintiffs shall file their response on or before March 10, 2006.

DATE:_____

_____
JUDGE
U.S. DISTRICT COURT
DISTRICT OF ALASKA

CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2006, a copy of the foregoing Order Granting Extension of Time to Respond to Defendant's Motion for Summary Judgment was served electronically on:

Andrew Guidi
DELANY WILES, INC.
1006 W. Third Avenue, Suite 400
Anchorage, AK 99501
Fax (907) 277-1331

_____