Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>        Plaintiffs,<br><br>   vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>        Defendant. | Case No. A03-0202-CV (TMB) |

### AFFIDAVIT OF MICHAEL COHN

STATE OF ALASKA            )
                           )  ss.
THIRD JUDICIAL DISTRICT    )

      MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

      1.  I am an attorney licensed to practice law in the State of Alaska and an Associate Attorney with the law firm of Phillip Paul Weidner & Associates, Inc.;

      2.  Attached hereto is Exhibit 1 as the tender of defense letter sent by Conrad J. Worthy's counsel to American Home Assurance Company dated September 18, 1998;

3. To the best of my personal knowledge, the address for American Home Assurance Company is correct;

4. I attended the records deposition of Conrad J. Worthy's attorney in the underlying lawsuit, Christine Scheuss, on or about October 7, 2005. To the best of my recollection, a copy of the September 18, 1998 letter was in her records;

5. Ms. Scheuss' deposition has not been transcribed. To the best of my recollection she testified that the letter would have been sent out in the ordinary course of business and she never received a response from American Home Assurance Company.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Michael Cohn

SUBSCRIBED AND SWORN TO before me, the undersigned, a notary public in and for the State of Alaska, duly commissioned as such, this 10th day of March, 2006.

_____
Notary Public for Alaska
My Commission Expires: 7/25/09



Affidavit of Michael Cohn

Page 2