**SUDDOCK & SCHLEUSS, P. C.**
ATTORNEYS AT LAW
500 L STREET, SUITE 300
ANCHORAGE, ALASKA 99501-5910

JOHN SUDDOCK
CHRISTINE S. SCHLEUSS

(907) 258-7807
FAX (907) 276-1158

September 18, 1998

American Home Assurance Company
70 Pine Street
New York, NY 10270

Re:  Subject:       <u>T.J.S. v. Conrad Worthy</u>
     Case Number:   3AN-96-6147 Civil
     Policy Holder: Conrad J. Worthy
     Policy Number: AHAC: 1887133

Dear American Home:

I have been retained by Conrad J. Worthy to represent him individually in the above lawsuit. Recently, Mr. Worthy provided me with a copy of a professional liability policy and a declaration sheet issued by American Home applicable to the period covered in the allegations in the above lawsuit.

The allegations in the complaint concern alleged misconduct which appears to be covered, at least in part, by this American Home policy. Accordingly, this letter is sent to tender to American Home Mr. Worthy's defense and coverage. To assist you in your review of this claim, I enclose a copy of the Amended Complaint filed by plaintiffs. I also enclose a letter from State Farm Insurance Company accepting a limited tender of defense, but indicating that, generally, its policy is excess to any other insurance.

This case is scheduled to commence trial on September 7, 1999. We need to commence discovery, including written discovery and including depositions, in the very near future. Therefore, it is very important that we hear from you very soon concerning this tender of the defense. I look forward to your response.

Exhibit 1
page 1 of 2

Very truly yours,

SUDDOCK & SCHLEUSS

Christine Schleuss

CS:kk
Enclosures

cc: Conrad Worthy

Exhibit 1
page 2 of 2