Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs


                IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF ALASKA

TJ IVEY, RENEE M. CROUSE, BRIAN J. )
CROUSE, and JESSICA LYNN SKEEN,    )
                                   )
              Plaintiffs,          )Case No. A03-0202-CV (TMB)
                                   )
     vs.                           )
                                   )
AMERICAN HOME ASSURANCE            )
COMPANY,                           )
                                   )
              Defendant.           )
_____)

**REQUEST FOR ORAL ARGUMENT ON DEFENDANT AMERICAN HOME ASSURANCE COMPANY'S MOTION FOR SUMMARY JDUGMENT, AND PLAINTIFF'S PRELIMINARY OPPOSITION THERTO**


     COME NOW plaintiffs, by and through counsel, Phillip Paul Weidner of Phillip Paul Weidner & Associates, Inc., a Professional Corporation, and hereby request oral argument on American Home Assurance Company's Motion for Summary Judgment. In the opinion of counsel, oral argument is necessary to fully set out the plaintiffs' position.

     RESPECTFULLY submitted this 10th day of March, 2006.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

WEIDNER & ASSOCIATES, INC.
Attorneys for Plaintiffs

s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
Email: jgreene@weidner-justice.com
ABA 7305032


CERTIFICATE OF SERVICE

I hereby certify that on the March 10, 2006, a copy of the
foregoing Request for Oral Argument on Defendant American Home
Assurance Company's Motion for Summary Judgment and Plaintiffs'
Preliminary Opposition Thereto was served electronically on:

Andrew Guidi
DELANY WILES, INC.
1006 W. Third Avenue, Suite 400
Anchorage, AK 99501
Fax (907) 277-1331

s/ Phillip Paul Weidner