Andrew Guidi
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
    (907) 279-3581
    (907) 277-1331 fax
*Attorneys for Defendant*
*AMERICAN HOME ASSURANCE COMPANY*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **JOINT MOTION TO VACATE PRE-TRIAL DEADLINES** |
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |
| | ) | Case No. A03-0202-CV (TMB) |

NOW COME the parties, by and through their undersigned counsel, and hereby jointly request the Court vacate existing unexpired pretrial deadlines (*i.e.*, beginning with deadlines commencing after February 28, 2006) until after the Court has ruled on American Home Assurance Company's ("American Home") pending Motion for Summary Judgment. The parties request that after the Court's ruling on the Motion, the Court schedule a

LANEY WILES, INC.
SUITE 400
07 WEST 3RD AVENUE
ICHORAGE, ALASKA
(907) 279-3581

conference with the parties for the purpose of establishing new deadlines for disclosure of expert witnesses, exchange of final witness lists and completion of discovery.

The parties have successfully completed their initial disclosures and have exchanged and responded to written discovery requests. However, the Court's ruling on American Home's pending Motion could dispense with the need for continued costly and timely discovery. Accordingly, the parties request the Court vacate existing pretrial deadlines until after the Court has ruled on the Motion. If, after the Court's ruling, discovery is necessary, the parties request the Court schedule a conference to establish pretrial deadlines.

The parties submit that the extension of time sought by this Joint Motion will facilitate the orderly and efficient determination of this case.

WEIDNER & ASSOCIATES
*Attorneys for Plaintiffs*

Dated: _Michael C_ 3/15/06    s/Michael Cohn
Alaska Bar No. 8506049
jgreene@weidner-justice.com
330 L Street, Suite 200
Anchorage, Alaska   99501
P: (907) 276-1200/F: (907) 278-6571

LANEY WILES, INC.
SUITE 400
37 WEST 3RD AVENUE
CHORAGE, ALASKA
(907) 279-3581

DELANEY, WILES, INC.
*Attorneys for Defendant*
*AMERICAN HOME ASSURANCE COMPANY*

Dated: _____     s/Andrew Guidi     3/15/2006
                                    Alaska Bar No. 8312171
                                    ag@delaneywiles.com
                                    1007 West Third Avenue, Suite 400
                                    Anchorage, Alaska   99501
                                    P: (907) 279-3581/F: (907) 277-1331

**CERTIFICATE OF SERVICE:**

I hereby certify that on the
15 day of March, 2006, a
copy of **Joint Motion To Vacate**
**Pre-Trial Deadlines** was served
electronically on:

Phillip Paul Weidner, Esq.
Michael Cohn, Esq.
WEIDNER & ASSOCIATES, INC.
330 L. Street, Suite 200
Anchorage, Alaska   99501

s/Andrew Guidi (114250)

ELANEY WILES, INC.
SUITE 400
07 WEST 3RD AVENUE
ICHORAGE, ALASKA
(907) 279-3581