Andrew Guidi
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
   (907) 279-3581
   (907) 277-1331 fax
*Attorneys for Defendant*
*AMERICAN HOME ASSURANCE COMPANY*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>         Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>         Defendant. | **(Proposed) ORDER GRANTING MOTION TO VACATE PRE-TRIAL DEADLINES**<br><br>Case No. A03-0202-CV (TMB) |

Based on the parties' Joint Motion to Vacate Pre-Trial Deadlines, the existing pre-trial deadlines in this case which come due after February 28, 2006, are hereby vacated. This includes the deadlines for disclosure of expert witnesses, exchange of final witness lists, and completion of discovery. If, after the Court's ruling on American Home Assurance Company's pending Motion for Summary Judgment, discovery is

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Page 1 of 2

necessary, the Court will order the parties to appear before the Court for a status conference to establish new pretrial deadlines.

DATED at Anchorage, Alaska this ___ day of _____, 2006.

_____
Timothy M. Burgess
U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE:

I hereby certify that on the 15 day of March, 2006, a copy of **(Proposed) Order Granting Motion To Vacate Pre-Trial Deadlines** was served Electronically on:

Phillip Paul Weidner
Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L. Street, Suite 200
Anchorage, AK 99501

s/Andrew Guidi (114102)

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581