Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
   (907) 279-3581
   (907) 277-1331 fax
*Attorneys for Defendant*
*AMERICAN HOME ASSURANCE COMPANY*

**FILE COPY**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, )<br>BRIAN J. CROUSE, and )<br>JESSICA LYNN SKEEN, )<br>                )<br>                )<br>        Plaintiffs, )<br>                )<br>vs.              )<br>                )<br>                )<br>AMERICAN HOME ASSURANCE )<br>COMPANY,         )<br>                )<br>        Defendant. )<br>_____ ) | **NOTICE OF TAKING RECORDS<br>DEPOSITION OF<br>CHRISTINE SCHLEUSS**<br><br><br><br><br><br>No. A03-0202-CV (JKS) |

TO:  Michael Cohn
     WEIDNER & ASSOCIATES, INC.
     330 L. Street, Suite 200
     Anchorage, AK 99501

     PLEASE  TAKE  NOTICE  that  defendant,  AMERICAN  HOME

ASSURANCE  COMPANY,  by  and  through  counsel  of  record,  Delaney,

Wiles,  Hayes,  Gerety,  Ellis  &  Young,  Inc.,  pursuant  to  Alaska

DELANEY. WILES,
HAYES. GERETY.
LLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE. ALASKA
(907) 279-3581

EXHIBIT D
Page 1 of 7

Rule of Civil Procedure 30, will take the records deposition of CHRISTINE SCHLEUSS before Alaska Stenotype Reporters, at the offices of:

> FRIEDMAN, RUBIN & WHITE
> 1227 W. 9th Avenue, 2nd Floor
> Anchorage, AK 99501
> 258-0704

on the 7th day of October, 2005, at 9:30 a.m. You are invited to attend and take such part as you may consider appropriate.

The deponent is requested to produce any and all documents, including, but not limited to memos of telephone conversations, notes, or other tangible evidentiary material held regarding her representation of Conrad J. Worthy, Conrad Jerome Worthy and Conrad Worthy Insurance, in the cases of T.J.S., et al vs. STATE FARM INSURANCE COMPANY, et. al., Case No. 3AN-96-6147 CI (Sup. Ct. Alaska 1996) and R.C. v. STATE FARM INSURANCE COMPANY, et. al., No. 3AN-99-12032 CI (Consolidated) (Sup. Ct. 1999). Further, deponent is requested to produce any and all communications with American Home Assurance Company or any other insurer, and the opposing party.

DELANEY, WILES,
HAYES, GERETY,
LLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

EXHIBIT D
Page 2 of 7

DATED at Anchorage, Alaska this _5th_ day of OCTOBER, 2005.

                    DELANEY, WILES, HAYES,
                    GERETY, ELLIS & YOUNG, INC.
                    *Attorneys for Defendant*
                    *AMERICAN HOME ASSURANCE COMPANY*


                    _____
                    Andrew Guidi  8312171

DELANEY, WILES,
HAYES, GERETY,
LLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

EXHIBIT D
Page 3 of 7

NOTICE OF TAKING RECORDS DEPOSITION OF CHRISTINE SCHLEUSS        Page 3 of 4
*Ivey, et al v. American Home Assurance Company; No. A03-0202-CV (JKS)*

## CERTIFICATE OF SERVICE:

This certifies that I am an authorized agent of
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.,
for service of papers pursuant to Civil Rule 5, and
that on the __5__ day of **OCTOBER, 2005**, I caused a
true and correct copy of the foregoing to be
☒-FAXED;  ☐-HAND-DELIVERED; ☒-MAILED F/C MAIL
to the following:

**VIA FAX**
Phillip Paul Weidner
Michael Cohn / Christina Tass
WEIDNER & ASSOCIATES, INC.
330 L. Street, Suite 200
Anchorage, AK 99501
   276.1200
   278.6571 - fax

**VIA FAX:**
ALASKA STENOTYPE
276.1680
276.8016 - fax

Courtesy Copy:
Christine Schleuss
FRIEDMAN RUBIN & WHITE   { HAND DELIVERED }
1227 W. 9th Ave, 2nd Floor
Anchorage, AK 99501
258.0704
278.6449 - fax

Julie Kelley  109010

DELANEY, WILES,
HAYES, GERETY,
LLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

EXHIBIT D
Page __4__ of __7__

NOTICE OF TAKING RECORDS DEPOSITION OF CHRISTINE SCHLEUSS     Page 4 of 4
*Ivey, et al v. American Home Assurance Company*; No. A03-0202-CV (JKS)

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF     ALASKA

| | |
|---|---|
| T.J. IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN    V. | **SUBPOENA IN A CIVIL CASE** |
| AMERICAN HOME ASSURANCE COMPANY | Case Number:[1] A03-0202-CV (JKS) |

TO:   CHRISTINE SCHLEUSS
Friedman, Rubin & White, 1227 W. 9th Ave., 2nd Floor
Anchorage, AK 99501

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| FRIEDMAN, RUBIN & WHITE, 1227 W 9th Ave, 2nd Fl. Anchorage, AK 99501 | OCT. 7, 2005 - 9:30 a.m |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
All documents listed in the attached Notice of Taking Deposition of Christine Schleuss

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _Andrew R. Guidi_ /s/    Andrew Guidi, DELANEY WILES (Attorney for Def.) | 10/5/05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
1007 W. 3rd. Ave., #400, Anchorage, AK (907) 279-3581

EXHIBIT D
Page 5 of 7

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

RETURN OF SERVICE →

## PROOF OF SERVICE

|          | DATE      | PLACE |
|----------|-----------|-------|
| SERVED   | 10-5-05 @ | 1227 W. 9TH AVENUE Suite 200 Anchorage AK 99501 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|------------------------|-------------------|
| ANGELA PITTMAN FOR CHRISTINE SCHLEUSS | HAND DELIVERED |

| SERVED BY (PRINT NAME) | TITLE |
|------------------------|-------|
| CHARLEY MOSELEY | COURIER |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    10-5-05
                    DATE

*Charley Moseley*
SIGNATURE OF SERVER
1007 W. 3RD AVE. #400
ADDRESS OF SERVER
ANCHORAGE, AK. 99501

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c)  PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)  (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)  (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i)  fails to allow reasonable time for compliance,

(ii)  requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii)  requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv)  subjects a person to undue burden.

(B) If a subpoena

(i)  requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii)  requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii)  requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)  DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

EXHIBIT     D
Page    6    of    7

**DELANEY, WILES, HAYES,**
**GERETY, ELLIS & YOUNG, INC.**
COST ACCOUNT
1007 W. 3RD AVE. STE. 400
ANCHORAGE, AK 99501

27224

89-6-1252

DATE  October 5, 2005

PAY TO THE
ORDER OF   Christine Scleuss                                              $25.00

Twenty-five and 00/100----------------------------------------------DOLLARS

 **First National Bank**
**A L A S K A** MEMBER FDIC
www.FNBAlaska.com

MP

⑈⑈027224⑈⑈ ⑈⑈125200060⑈⑈ 0110 087 4⑈⑈

DETACH AND RETAIN THIS STATEMENT
DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.   THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.
⑈⑈ DELUXE BUSINESS FORMS 1•800-328-0304 www.deluxeforms.com
**DELUXE - FORM DVCG-2 V-7**

Christine Scleuss - Witness fee for Records Deposition on
10/7/05

AG

IVEY

EXHIBIT ___D___
Page ___1___ of ___1___