

Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
   (907) 279-3581
   (907) 277-1331 fax
*Attorneys for Defendant*
*AMERICAN HOME ASSURANCE COMPANY*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. A03-0202-CV (JKS) |

### ANSWER

NOW COMES defendant AMERICAN HOME ASSURANCE COMPANY (hereinafter "AMERICAN HOME") by and through its counsel of record, and for its answer to plaintiffs' Complaint, hereby alleges as follows:

1.   American Home denies that Conrad Worthy acted in the course of his professional responsibilities when he allegedly

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

EXHIBIT E
Page 1 of 7

injured and restrained plaintiff TJ Ivey. American Home lacks sufficient knowledge and information to form a belief concerning the truth or falsity of the remaining allegations contained in paragraph 1 of plaintiff's Complaint, therefore they are denied.

2. American Home denies that Conrad Worthy acted in the course of his professional responsibilities when he allegedly injured and restrained plaintiff TJ Ivey. American Home lacks sufficient knowledge and information to form a belief concerning the truth or falsity of the remaining allegations contained in paragraph 2 of plaintiffs' Complaint, therefore they are denied.

3. American Home admits the allegation contained in paragraph 3 of plaintiff's Complaint.

4. American Home admits that it issued the policy attached as Exhibit B to plaintiffs' Complaint and that the effective period of the policy, the policy number, and the policy limits are as stated in the document. However, American Home lacks sufficient knowledge and information to form a belief as to whether Exhibit B constitutes the entire policy. American Home denies that the policy covered the claims alleged in the underlying action, and further denies that those claims triggered a duty to defend. American Home lacks sufficient information and knowledge to form a belief concerning the truth

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

ANSWER                                                                Page 2 of 7
*Ivey, et al v. American Home Assurance Company*; No. A03-0202-CV (JKS)

EXHIBIT E
Page 2 of 7

or falsity of the remaining allegations contained in paragraph 4 of plaintiffs' Complaint, therefore they are denied.

5. American Home admits that plaintiffs' sued Conrad A. Worthy and his agency. American Home denies it received sufficient notice of the claim against Worthy and his agency. American Home lacks sufficient knowledge and information to form a belief in the truth or falsity of the remaining allegations contained in paragraph 5 of plaintiffs' Complaint, therefore they are denied.

6. American Home denies the allegations that the underlying claims triggered coverage or a duty to defend under its policy. American Home lacks sufficient knowledge and information to form a belief as to the truth or falsity of the remaining allegations contained in paragraph 6 of plaintiffs' Complaint, therefore they are denied.

7. The allegations contained in paragraph 7 of plaintiffs' Complaint are denied because they assume sufficient notice of the claim against the insured, which American Home does not admit.

8. The allegations contained in paragraph 8 of plaintiffs' Complaint are denied.

9. American Home denies the allegations contained in paragraph 9 of plaintiffs' Complaint.

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

EXHIBIT E
Page 3 of 7

ANSWER
Page 3 of 7
Ivey, et al v. American Home Assurance Company; No. A03-0202-CV (JKS)

10. American Home denies the allegations contained in paragraph 10 of plaintiffs' Complaint.

11. American Home denies the allegations contained in paragraph 11 of plaintiffs' Complaint.

12. American Home lacks sufficient knowledge and information to admit or deny the allegations contained in paragraph 12 of plaintiffs' Complaint, therefore they are denied.

13. American Home denies it had any duty to defend the underlying claims. American Home lacks sufficient knowledge and information to admit or deny the allegations contained in paragraph 13 of plaintiffs' Complaint, therefore they are denied.

14. American Home denies the allegations contained in paragraph 14 of plaintiffs' Complaint.

15. American Home denies the allegations contained in paragraph 15 of plaintiffs' Complaint.

16. American Home denies the allegations contained in paragraph 16 of plaintiffs' Complaint.

## AFFIRMATIVE DEFENSES

1. Plaintiffs have failed to state a claim for which relief can be granted.

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

EXHIBIT E
Page 4 of 7

2. Plaintiffs' recovery, if any, must be reduced to the extent of the comparative negligence or fault on the part of plaintiffs or their assignors.

3. Plaintiffs' injuries, in whole or in part, were proximately caused by the negligence or other fault of third persons over whom American Home had no control and who are not parties to this action.

4. Pursuant to AS 09.17.080, fault must be allocated to each plaintiff, Conrad Worthy, his insurance agency, State Farm, and to other persons or entities not yet named as parties to this action, or revealed in discovery.

5. Plaintiffs and their assignors, had a duty to mitigate their damages and are not entitled to recover to the extent they have failed to do so.

6. Plaintiffs' claims are barred by the applicable statutes of limitation, including AS 09.10.070.

7. The limitation on non-economic loss set out in AS 09.17.010 applies to limit plaintiffs' recovery.

8. The doctrines of estoppel and unclean hands may preclude some or all of plaintiffs' claims in this case.

9. Neither the purported assignment of rights nor any judgment entered into by Worthy and/or his agency are enforceable insofar as they are the product of fraud or collusion.

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

EXHIBIT E
Page 5 of 7

ANSWER
*Ivey, et al v. American Home Assurance Company*; No. A03-0202-CV (JKS)

10. Worthy and/or his agency breached their duty under the insurance agreement at issue to provide appropriate notice of the claims, which constitutes a failure of a condition precedent.

11. Worthy and/or his agency breached their duty to cooperate with American Home under the insurance agreement at issue, which constitutes a failure of a condition precedent.

12. Plaintiffs' claim for punitive damages is subject to the limitations of AS 09.17.020.

13. Plaintiffs' claim for punitive damages is subject to provisions of the due process clause of the Fourteenth Amendment of the United States Constitution, which prohibits imposition of unreasonable, excessive or arbitrary punishments on a tortfeasor.

14. American Home reserves the right to assert such further affirmative defenses as may become known in the course of discovery.

WHEREFORE, having answered plaintiffs' Complaint and stated its affirmative defenses, American Home prays for the following relief:

1. That plaintiffs' Complaint be dismissed with prejudice and that judgment be entered in favor of American Home;

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

EXHIBIT E
Page 6 of 7

ANSWER
Ivey, et al v. American Home Assurance Company; No. A03-0202-CV (JKS)
Page 6 of 7

2. for its costs and attorney's fees incurred in defense of this case;

3. and for all other relief the Court deems fair and just.

DATED at Anchorage, Alaska this 15th day of SEPTEMBER, 2003.

> DELANEY, WILES, HAYES,
> GERETY, ELLIS & YOUNG, INC.
> *Attorneys for Defendant*
> AMERICAN HOME ASSURANCE COMPANY
>
> *[signature]*
> Andrew Guidi   8312171

**CERTIFICATE OF SERVICE:**
This certifies that I am an authorized agent of Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc., for service of papers pursuant to Civil Rule 5, and that on the **15th** day of **SEPTEMBER, 2003**, I caused a true and correct copy of the foregoing to be
☐-FAXED;  ☐-HAND-DELIVERED; ☒-MAILED F/C MAIL
to the following:

Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L. Street, Suite 200
Anchorage, AK 99501

*[signature]*
Joan Fujimoto 75905

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

EXHIBIT  E
Page  7  of  7

ANSWER                                              Page 7 of 7
*Ivey, et al v. American Home Assurance Company;* No. A03-0202-CV (JKS)