DEC 1 4 1999

LAW OFFICES
## PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

CABLE ADDRESS
JUSTICE

907/276-1200
FAX 907/278-6571

December 8, 1999

*Calendared*

Christine S. Schleuss
Suddock & Schleuss
500 "L" Street, Suite 300
Anchorage, Alaska 99501

Re:   T.J.S. v. State Farm Insurance Co., et al.
      Case No. 3AN-97-6147 Civil
      Our File No. 473.01

Dear Ms. Schleuss:

I am writing this letter to propose an amicable resolution of the above-referenced matter. I have reviewed the insurance policies you produced for Mr. Worthy: one a homeowner's policy for $500,000 and the other for his insurance agency for $1,000,000. Policy limits on both policies total $1,500,000 plus add-ons. Since the occurrence the subject of this lawsuit happened on August 6, 1994, with over five years prejudgment interest at 10.5% and Rule 82 attorney fees of 10%, the total of both policies equals approximately $2,475,000. Even if only the homeowner's policy applies, the policy of $500,000 plus prejudgment interest and Rule 82 attorney fees is over $825,000, as policy limits.

Mr. Worthy maintains that the injuries inflicted on Ms. Skeen were neither expected nor intended and that his actions were not done willfully or maliciously. Therefore, the exclusion in the homeowner's policy under liability coverage L and medical pay coverage M for expected or intended consequences or willful or malicious actions is inapplicable.

The injuries suffered by the plaintiffs were severe and continuing, including the psychological damage arising out of Ms. Skeen's bodily injuries. Though the injuries inflicted exceed the policy limits, the plaintiffs are willing to settle for an amount that will compensate the plaintiffs while protecting Mr. Worthy from an excess judgment.

Accordingly, plaintiffs are willing to settle the claim for $700,000 inclusive of costs, interest and Rule 82 attorney fees. This offer shall remain open for ten business days.

Sincerely yours,

WEIDNER & ASSOCIATES
A Professional Corporation

Michael Cot for
Phillip Paul Weidner

MC/mm

cc:   T.J.S.
      R.C.
      B.C.
      J.S.

EXHIBIT F
Page 1 of 1
CS 01113