**MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA**

*Ivey v. American Home Assurance Co.*
Case No. 3:03-cv-0202-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS


<u>PROCEEDINGS</u>:     ORDER FROM CHAMBERS

  The parties have filed a joint motion to vacate pretrial deadlines. Docket No. 29. The parties request that the deadlines be vacated until after the Court has ruled on the now ripe motion for summary judgment at docket no. 20, at which time new deadlines would be imposed.
  This case began in Federal Court in September of 2003. Originally, discovery was to close in December of 2004 and dispositive motions were to be filed in January, 2005. *See* Docket No. 7. The Honorable James K. Singleton, who originally presided over this action, granted the parties' joint motion to vacate those deadlines. *See* Docket Nos. 11 (Mot.); 12 (Order). Thereafter the discovery deadline was reset to December, 2005, and the dispositive motions deadline was set for January, 2006. Docket No. 14. Subsequently the parties filed another joint motion requesting a discovery conference, or in the alternative an extension of pretrial deadlines. Docket No. 17. Judge Singleton granted the motion to extend pretrial deadlines, and scheduled the closure of discovery for June, 2006, and dispositive motions for July, 2006. Docket No. 18. The case was then reassigned to this Court.
  Given that this case has been ongoing for several years, the Court is disinclined to continue protracting pretrial procedures. The Court will rule on the motion for summary judgment in due course, and, if needed, may schedule oral argument on the motion. In the meantime, the parties are directed to continue the course of discovery based on the currently scheduled dates.

  **IT IS THEREFORE ORDERED:**
The joint motion at **Docket No. 29** is **DENIED**.


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE: <u>March 21, 2006</u>