MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Ivey, et al. v. American Home Assurance Co.*
Case No. 3:03-cv-0202-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

The Court has scheduled a status hearing in this case for **Monday, April 3, 2006, at 10:00 a.m.**  The parties should be prepared to inform the Court of the progress of pretrial procedures.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  March 22, 2006