Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
   (907) 279-3581
   (907) 277-1331 fax
*Attorneys for Defendant*
*AMERICAN HOME ASSURANCE COMPANY*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A03-0202-CV (TMB) |

### STIPULATION TO EXTEND PRE-TRIAL DEADLINES

NOW COME Plaintiffs and Defendant, by and through their counsel, and hereby stipulate and agree to the following time extensions:

(1) The deadline for disclosure of lay witnesses will be April 16, 2006;

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Stipulation to Extend Pre-Trial Deadlines
Ivey, et al. v. American Home Assurance Company
Case No. A03-0202 CV (TMB)                                        Page 1 of 2

(2) The deadline for disclosure of expert witnesses will be May 16, 2006.

(3) Close of Discovery will be June 14, 2006.

WEIDNER & ASSOCIATES
Attorneys for Plaintiffs

Dated: 3/28/06        _____
                      Michael Cohn    8506049


DELANEY WILES, INC.
*Attorneys for Defendant*
AMERICAN HOME ASSURANCE COMPANY

Dated: March 28 2006   _____
                       Andrew Guidi    8312171

**CERTIFICATE OF SERVICE:**

I hereby certify that on the 28 day of March, 2006, a copy of the foregoing **Stipulation To Extend Pre-Trial Deadlines** was served electronically on:

Phillip Paul Weidner
Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L. Street, Suite 200
Anchorage, Alaska  99501

s/ _____
Andrew Guidi/115265

DELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581