Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
   (907) 279-3581
   (907) 277-1331 fax
*Attorneys for Defendant*
*AMERICAN HOME ASSURANCE COMPANY*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A03-0202-CV (TMB) |

**ORDER GRANTING STIPULATION TO EXTEND PRE-TRIAL DEADLINES**

Based on the Court's Order of March 21, 2006, directing the parties to continue discovery, and based on the Stipulation by plaintiffs and defendant, the Court hereby GRANTS the Stipulation and GRANTS the following time extensions:

　　(1)　The deadline for disclosure of lay witnesses will be April 16, 2006;

(2) The deadline for disclosure of expert witnesses will be May 16, 2006.

(3) Close of Discovery will be June 14, 2006.

DATED this ____ day of _____, 2006, at Anchorage, Alaska

By: _____
    Timothy M. Burgess
    U.S. District Court Judge

**CERTIFICATE OF SERVICE:**
I hereby certify that on the
28 day of March, 2006, a copy
of the foregoing **Order Granting
Stipulation To Extend Pre-Trial
Deadlines** was served electronically on:

Phillip Paul Weidner
Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L. Street, Suite 200
Anchorage, Alaska   99501

s/
_____
Andrew Guidi/115285

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

Order Granting Stipulation to Extend Pre-Trial Deadlines
Ivey, et al. v. American Home Assurance Company
Case No. A03-0202 CV (TMB)                                    Page 2 of 2