**MINUTES OF THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

*Ivey v. American Home Assurance Co.*
Case No. 3:03-cv-0202-TMB

By:                THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:       ORDER FROM CHAMBERS

On March 16, 2006, the parties filed a joint motion to vacate pretrial deadlines in this case, pending a ruling from the Court on the motion for summary judgment at docket no. 20. Docket No. 29.  Noting that this case has been ongoing for several years and that multiple extensions of pretrial dates were previously granted, the Court denied the joint motion and directed the parties to continue the course of discovery based on the currently scheduled dates. Docket No. 32.  The parties have now filed a stipulation to extend pretrial deadlines.  Docket No. 34.  The stipulation states that the close of discovery shall be June 14, 2006, which is the currently scheduled date.  The stipulation also provides that lay witnesses shall be disclosed by April 16, 2006, and expert witness disclosures be made by May 16, 2006.  *Id.*  The schedule currently in place provides that the final witness list and expert disclosures were to be complete on March 16, 2006.  Docket No. 18.  The Court notes that this date coincided with the parties first joint motion to vacate pretrial deadlines.  Obviously, because March 16 has passed, some extension is required.

**IT IS THEREFORE ORDERED:**
The parties' stipulation to extend pretrial deadlines at **Docket No. 34** is **GRANTED**. The final witness list shall be disclosed on April 16, 2006.  Expert disclosures shall be made by May 16, 2006.  The parties are on notice, however, that absent a showing of compelling necessity, the Court will not entertain further requests for extensions of time.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: <u>March 29, 2006</u>