Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,  )<br>)<br>    Plaintiffs,                            )<br>)<br>    vs.                                     )<br>)<br>AMERICAN HOME ASSURANCE             )<br>COMPANY,                                )<br>)<br>    Defendant.                          )<br>_____) | Case No. A03-0202-CV (TMB) |

**MOTION FOR PERMISSION TO FILE SUPPLEMENTAL BRIEFING IN OPPOSITION TO AMERICAN HOME ASSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, pursuant to Local Civil Rule 7.1(h), hereby moves the court for permission to file Supplemental Briefing in Support of Plaintiffs' Preliminary Opposition to American Home Assurance Company's Motion for Summary Judgment. The primary focus of Plaintiffs' Preliminary Opposition was as to the underlying issue of notice. Plaintiffs' position was that the notice issue was a necessary precondition for determination of other issues in dispute. That is, plaintiffs' position is that American Home Assurance Company had notice of its insured, Conrad Worthy's, tender of defense, and by failing to respond

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

and send either a letter back agreeing to defend and indemnify, or defend under Reservation of Rights, or decline defense but with an explanation as to the basis for denial of defense under the insurance policy that American Home Assurance Company was then bound by estopped/waived the policy defenses.  In the Reply Memorandum, American Home Assurance Company then set out its interpretation of the law on estoppel/waiver claiming that under said law that there would be no estoppel/waiver as to American Home Assurance Company's defense.

   Plaintiffs therefore respectfully requests an opportunity, in a supplemental briefing, to explain why the estoppel/waiver argument of American Home Assurance Company, which has been presented in the Reply Memorandum does not operate to defeat plaintiffs' claim, and that therefore American Home Assurance Company's Motion for Summary Judgment should be denied.  Plaintiffs respectfully request that the court consider the supplemental material as (1) it is a response to an argument first raised in the Reply; and (2) that by accepting plaintiffs' Supplemental Opposition, then plaintiffs would simply leave the issues to be resolved on the basis of the briefing as to American Home Assurance Company's Motion for Summary Judgment, and therefore will not be compelled to file its own motion for summary judgment to raise the issues that have not been addressed and thoroughly briefed pertaining to the issues raised.  Thus supplemental briefing will then enable plaintiffs to put before the court many of the issues that would be appropriate for the court to consider that plaintiffs wish the

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

court to address in resolving American Home Assurance Company's Motion for Summary Judgment.

RESPECTFULLY submitted this 10th day of April, 2006.

        WEIDNER & ASSOCIATES, INC.
        Attorneys for Plaintiffs

        s/ Phillip Paul Weidner
        WEIDNER & ASSOCIATES, INC.
        330 L Street, Suite 200
        Anchorage, AK  99501
        Phone (907) 276-1200
        Fax (907) 278-6571
        Email: jgreene@weidner-justice.com
        ABA 7305032

CERTIFICATE OF SERVICE

I hereby certify that on the April 10, 2006, a copy of the foregoing MOTION FOR PERMISSION TO FILE SUPPLEMENTAL BRIEFING IN OPPOSITION TO AMERICAN HOME ASSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT was served electronically on:

Andrew Guidi
DELANY WILES, INC.
1006 W. Third Avenue, Suite 400
Anchorage, AK 99501
Fax (907) 277-1331

s/ Phillip Paul Weidner