Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendant. | Case No. A03-0202-CV (TMB) |

### AFFIDAVIT OF MICHAEL COHN

STATE OF ALASKA     )
                    )  ss.
THIRD JUDICIAL DISTRICT  )

MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

1.  I am an attorney licensed to practice law in the State of Alaska and an Associate Attorney with the law firm of Phillip Paul Weidner & Associates, Inc.;

2.  Attached hereto as Exhibit 1 is the Entry of Verdict and Findings and Judgment of Judge Reese in the underlying tort claim;

3.   I attended the deposition of Christine Schleuss, counsel for Conrad Worthy.  She testified, to the best of my recollection, that the tender of defense letter to American Home Assurance Company (Exhibit 2 herein) dated September 18, 1998, was mailed to American Home.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Michael Cohn

SUBSCRIBED AND SWORN TO before me, the undersigned, a notary public in and for the State of Alaska, duly commissioned as such, this 10th day of April, 2006.

_____
Notary Public for Alaska
My Commission Expires:  7/25/09



Affidavit of Michael Cohn

Page 2