IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| T. J. S., et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY;<br><br>        Defendants. | Case No. 3AN-96-6147 CI |
| R.C.,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY;<br>et al.,<br><br>        Defendants. | Case No. 3AN-99-12032 CI<br>CONSOLIDATED<br><br>RECEIVED<br><br>FEB 1 8 2004<br><br>WEIDNER & ASSOCIATES |

**FILE COPY**

NOV 14 2003

### ENTRY OF VERDICT AND FINDINGS AND JUDGMENT

The court having reviewed the Stipulation(s) To: (1) Waiver of Jury Trial; (2) Admission of Appropriate Evidence; (3) Court Findings of Relevant and Appropriate Facts and Conclusions of Law Pursuant to Said Admitted Evidence at a Court Hearing/Trial; and (4) Entry of Judgment, and Request for Court Action as to Same, and the Exhibits of record,

IT IS HEREBY ORDERED that:

1. The Stipulation(s) To: (1) Waiver of Jury Trial; (2) Admission of Appropriate Evidence; (3) Court Findings of Relevant and Appropriate Facts and Conclusions of Law Pursuant to Said Admitted Evidence at a Court Hearing/Trial; and (4) Entry of Judgment are approved, and the Court so admits and considers the evidence, and so finds by a preponderance of the evidence, i.e., more likely than not, and so rules. Pursuant to same, a Jury Trial is waived, the Court admits and considers the referenced evidence and Exhibits, and the Court approves and finds and enters the referenced legal findings and rulings which are incorporated fully herein by reference, based on said evidence, on a preponderance of the evidence, i.e., more likely than not standard, and based on said findings, renders a verdict that the defendants Conrad J. Worthy

EXHIBIT ___

Insurance Company and Conrad J. Worthy individually were negligent, and said negligence breached a legal and factual duty to the plaintiffs as so stipulated and found and said breach was and/or will be a proximate cause and substantial factor in causing the damages and injuries of the plaintiffs as so stipulated and found. This includes the negligent acts and culpable conduct and breaches of such duties admitted to by the defendant Conrad J. Worthy in his deposition, facts, injuries and damages described by Ms. T.J.S. in her deposition, and the injuries and damages described by B.C., J.S. and Marie McQueen in their depositions. As set out in the Stipulation(s), due to the nature of the conduct, and indivisible nature of the injuries, liability is joint and several.

2. Defendants Conrad J. Worthy Insurance, and Conrad Jerome Worthy, individually and in his capacity, position, and scope of employment as an agent and/or director and/or officer and/or employee and/or owner of Conrad J. Worthy Insurance, are thus jointly and severally liable to plaintiffs based on said rulings and findings, for the culpable conduct of said defendants, and damages and injuries of plaintiffs which the Court has found, were and/or will be proximately caused by the culpable and actionable conduct of said defendants.

3. Thus, a jury trial is waived and the court enters said findings by a preponderance of the evidence, and finds that the plaintiffs T.J.S., R.C., B.C., and J.S. have met and satisfied their burden of proof in that regard, and a Verdict and Judgment are entered this date against all of said defendants, jointly and severally, pursuant to the evidence, damages, and proposed findings and rulings and agreements set out in the Stipulation(s), which the court finds are reasonable and should be and are found and entered based on the exhibits and evidence (which the Court has admitted and considered) submitted with the Stipulation(s) which the court has approved.

4. The total damages[1] so approved and found, and for which the defendants are jointly and severally liable, and for which the court hereby renders findings and a verdict and judgment as follows:

EXHIBIT _____

---

[1] All values are stated in present value as of 8/6/94.

Entry of Judgment – Page 2
F:\documents\S\Skeen (Assault)\Pleadings\EntryOfJudgment.doc

I. **Damages to T.J.S.:**

1. <u>PAST DAMAGES</u>:
   a. Past Lost Wages                         $ 50,000
   b. Past Medical Expenses                     10,000
   c. Past Pain and Suffering                  150,000
   d. Past Loss of Enjoyment of Life           150,000
   e. Past Impairment                          150,000
   f. Past Loss of Convenience                 100,000
   g. Past Emotional Distress                  <u>235,000</u>

2. TOTAL PAST COMPENSATORY DAMAGES       $ 845,000

3. PREJUDGMENT INTEREST at the rate of 10.5% Per Annum on Total Past Compensatory Damages from 8/6/94 to Date of this Judgment [i.e., 10.5% per year ($243.08/day) on 2, above]       $ 821,610.40

4. SUBTOTAL (Total Past Compensatory Damages with pre-judgment interest) [sum of 2 & 3, above]       $ 1,666,610.40

5. <u>FUTURE DAMAGES</u>:
   h. Future Lost Wages                        $ 25,000
   i. Future Medical Expenses                    30,000
   j. Future Pain and Suffering                  75,000
   k. Future Loss of Enjoyment of life          100,000
   l. Future Impairment                         100,000
   m. Future Loss of Convenience                 75,000
   n. Future Emotional Distress                 <u>100,000</u>

6. TOTAL FUTURE COMPENSATORY DAMAGES       $ 505,000

7. SUBTOTAL (Total Past and Future Compensatory Damages with interest) [sum of 4 and 6, above]       $2,171,610.40

8. RULE 82 ATTORNEY'S FEES [10% of Total Past and Future Compensatory Damages/with interest, i.e., 10% of 7, above] plus $2,500       $ 219,661.04

II. **Total Verdict Award and Judgment to T.J.S.** [Sum of 7 & 8, above]       $2,394,271.44

EXHIBIT 1

Entry of Judgment – Page 3
F:\documents\S\Skeen (Assault)\Pleadings\EntryOfJudgment.doc

### III. Damages to B.C.:

1. PAST LOSS OF CONSORTIUM     $ <u>25,000</u>

2. TOTAL PAST COMPENSATORY DAMAGES     $ 25,000

3. PREJUDGMENT INTEREST at the rate of 10.5% per annum on Total Past Compensatory Damages from 8/6/94 to Date of this Judgment [i.e., 10.5% per year ($7.19/day) on 2, above]     $ 24,302.20

4. SUBTOTAL (Total Past Compensatory Damages/with prejudgment interest) [i.e., sum of 2 & 3, above]     $ 49,302.20

5. FUTURE LOSS OF CONSORTIUM     $ <u>25,000</u>

6. TOTAL FUTURE COMPENSATORY DAMAGES     $ 25,000

7. SUBTOTAL [Total Past and Future Compensatory Damages (with interest)] [i.e., sum of 4 & 6, above]     $ 74,302.20

8. RULE 82 ATTORNEY'S FEES [10% of Total Past and Future Compensatory Damages/with interest [i.e., 10% of 7, above, plus $2,500]     $ 9,930.22

### IV. Total Verdict Award and Judgment to B.C. [Sum of 7 & 8, above]     $ 84,232.42

EXHIBIT ___

Entry of Judgment – Page 4
F:\documents\S\Skeen (Assault)\Pleadings\EntryOfJudgment.doc




V. **Damages to R.C.:**

| | | | |
|---|---|---|---|
| 1. | PAST LOSS OF CONSORTIUM | $ <u>25,000</u> | |
| 2. | TOTAL PAST COMPENSATORY DAMAGES | | $ 25,000 |
| 3. | PREJUDGMENT INTEREST at the rate of 10.5% per annum on Total Past Compensatory Damages from 8/6/94 to Date of this Judgment [i.e., 10.5% per year ($7.19/day) on 2, above] | | $ 24,302.20 |
| 4. | SUBTOTAL (Total Past Compensatory Damages/with prejudgment interest) [i.e., sum of 2 & 3, above] | | $ 49,302.20 |
| 5. | FUTURE LOSS OF CONSORTIUM | $ <u>25,000</u> | |
| 6. | TOTAL FUTURE COMPENSATORY DAMAGES | | $ 25,000 |
| 7. | SUBTOTAL [Total Past and Future Compensatory Damages (with interest)] [i.e., sum of 4 & 6, above] | | $ 74,302.20 |
| 8. | RULE 82 ATTORNEY'S FEES [10% of Total Past and Future Compensatory Damages/with interest [i.e., 10% of 7, above, plus $2,500] | | $ 9,930.22 |

VI. **Total Verdict Award and Judgment to R.C.** [Sum of 7 & 8, above]   $ 84,232,42

EXHIBIT ___1___

Entry of Judgment – Page 5
F:\documents\S\Skeen (Assault)\Pleadings\EntryOfJudgment.doc



**VII. Damages to J.S.:**

1. PAST LOSS OF CONSORTIUM — $ 25,000
2. TOTAL PAST COMPENSATORY DAMAGES — $ 25,000
3. PREJUDGMENT INTEREST at the rate of 10.5% per annum on Total Past Compensatory Damages from 8/6/94 to Date of this Judgment [i.e., 10.5% per year ($7.19/day) on 2, above] — $ 24,302.20
4. SUBTOTAL (Total Past Compensatory Damages/with prejudgment interest) [i.e., sum of 2 & 3, above] — $ 49,302.20
5. FUTURE LOSS OF CONSORTIUM — $ 25,000
6. TOTAL FUTURE COMPENSATORY DAMAGES — $ 25,000
7. SUBTOTAL [Total Past and Future Compensatory Damages (with interest)] [i.e., sum of 4 & 6, above] — $ 74,302.20
8. RULE 82 ATTORNEY'S FEES [10% of Total Past and Future Compensatory Damages/with interest [i.e., 10% of 7, above, plus $2,500] — $ 9,930.22

**VIII.** Total Verdict Award and Judgment to J.S. [Sum of 7 & 8, above] — $ 84,232.42

**IX. TOTAL VERDICT, AWARD, AND JUDGMENT** (Total of Verdict, Award, and Judgment to T.J.S., B.C., R.C., and J.S. [i.e., sum of II and IV and VI and VIII]) — $ 2,646,968.70

5. This Judgment is to further bear interest at the rate of 10.5% per annum on the total judgment amount (i.e., on IX), and the defendants are jointly and severally liable for same, and for all costs and attorney fees necessary to collect said sums, and to pursue and perfect execution, if necessary.

DATED: 2/6/04

[signature]
SUPERIOR COURT JUDGE

2/17/04
...the above was mailed to each of the following at their addresses of record:
Weidner/Halulaiss [signature]
[signature]

EXHIBIT ____

Entry of Judgment – Page 6
F:\documents\S\Skeen (Assault)\Pleadings\EntryOfJudgment.doc

LAW OFFICES OF PHILLIP PAUL WEIDNER AND ASSOCIATES, APC
330 L STREET, SUITE 200 • ANCHORAGE, ALASKA 99501
TEL. 907/276-1200 • FAX 907/278-6571

Approved as to Form and Content

RESPECTFULLY submitted this __10R__ day of __November__, 2003.

WEIDNER & ASSOCIATES, INC.
Attorneys for Plaintiffs

By: _____
Phillip Paul Weidner
ABA #7305032

RESPECTFULLY submitted this __14__ day of __November__, 2003.

SUDDOCK & SCHLEUSS
Attorneys for Defendants Conrad J. Worthy
Insurance, and Conrad J. Worthy,
Individually

By: _____
Christine S. Schleuss

EXHIBIT __1__

Entry of Judgment – Page 7
F:\documents\S\Skeen (Assault)\Pleadings\EntryOfJudgment.doc