Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. A03-0202-CV (TMB) |

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR PERMISSION TO FILE SUPPLEMENTAL BRIEFING IN OPPOSITION TO AMERICAN HOME ASSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

The Court having considered plaintiffs' Motion to Permit Supplemental Briefing, and any and all opposition thereto, it is hereby ORDERED, plaintiffs' Supplemental Memorandum in Opposition to American Home Assurance Company's Motion for Summary Judgment is hereby accepted for filing pursuant to Local Civil Rule 7.1(h).

DATE:_____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JUDGE
　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT
　　　　　　　　　　　　　　　　　　DISTRICT OF ALASKA

CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2006, a copy of the foregoing **ORDER GRANTING PLAINTIFFS' MOTION FOR PERMISSION TO FILE SUPPLEMENTAL BRIEFING IN OPPOSITION TO AMERICAN HOME ASSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** was served by fax and regular U.S. Mail on:

Andrew Guidi
DELANY WILES, INC.
1006 W. Third Avenue, Suite 400
Anchorage, AK 99501
Fax (907) 277-1331

_____