Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendant. | Case No. A03-0202-CV (TMB) |

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR PERMISSION TO FILE SUPPLEMENTAL BRIEFING IN OPPOSITION TO AMERICAN HOME ASSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

COME NOW parties, by and through their respective counsel, and hereby stipulate that plaintiffs shall have an extension of time in which to respond to defendant's *Opposition to Plaintiffs' Motion for Permission to File Supplemental Briefing in Opposition to American Home Assurance Company's Motion for Summary Judgment*.  Parties stipulate that plaintiffs may file their Reply on or before April 26, 2006, subject to court order.

RESPECTFULLY submitted this 21st day of April 2006.

**WEIDNER & ASSOCIATES, INC.**
**Attorneys for Plaintiffs**

s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: jgreene@weidner-justice.com
ABA 7305032


DELANY WILES, INC.
Attorneys for Defendants

s/ Andrew Guidi (consent)
ANDREW GUIDI
DELANY WILES, INC.
1006 W. Third Avenue, Suite 400
Anchorage, AK 99501
Phone (907) 279-3581
Fax (907) 277-1331
E-mail: ag@delaneywiles.com
ABA  8312171


CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2006, a copy of the foregoing Stipulation for Extension of Time to Respond to *Opposition to Plaintiffs' Motion for Permission to File Supplemental Briefing in Opposition to American Home Assurance Company's Motion for Summary Judgment* was served electronically on:  Andrew Guidi

s/ Phillip Paul Weidner