Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendant. | Case No. A03-0202-CV (TMB) |

**PROPOSED ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFFS TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PERMISSION TO FILE SUPPLEMENTAL BRIEFING IN OPPOSITION TO AMERICAN HOME ASSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to stipulation of the parties, it is hereby ORDERED that plaintiffs will have until April 26, 2006 to file their Reply to defendant's *Opposition to Plaintiffs' Motion for Permission to File Supplemental Briefing in Opposition to American home Assurance company's Motion for Summary Judgment*.

DATE:_____

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

                                                                                  _____

U.S. DISTRICT COURT JUDGE
DISTRICT OF ALASKA

CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2006, a copy of the foregoing PROPOSED ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFFS TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PERMISSION TO FILE SUPPLEMENTAL BRIEFING IN OPPOSITION TO AMERICAN HOME ASSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT was served electronically on: Andrew Guidi

s/ Phillip Paul Weidner