IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>　　　　　　　Defendant. | Case No. 3:03-cv-0202-TMB<br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

　　___　　**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

　　_X_　　**DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED.**

APPROVED:

　　/s/ Timothy M. Burgess
　**TIMOTHY M. BURGESS**
　　United States District Judge

　　May 19, 2006　　　　　　　　　　　　　　　　　　IDA ROMACK
　　　　Date　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　Patricia Demeter
　　　　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

C:\Documents and Settings\patty\Local Settings\Temp\notesF8C1A4\Ivey.jdgmt.frm