Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 3:03-cv-0202-TMB |

**PROPOSED ORDER RE
MOTION BY PLAINTIFFS TO RECONSIDER
THE COURT'S ORDER OF MAY 19, 2006 REGARDING GRANT OF SUMMARY
JUDGMENT TO DEFENDANT, AND TO GRANT RULE 59(a) AND RULE 60(b)(1) and
(6) AND RULE 83 RELIEF TO SET ASIDE JUDGMENT OF MAY 22, 2006**

The court having considered the "Motion by Plaintiffs to Reconsider the Court's Order of May 19, 2006 Regarding Grant of Summary Judgment to Defendant, and to Grant Rule 59(a) and Rule 60(b)(1) and (6) and Rule 83 Relief to Set Aside Judgment of May 22, 2006," and any opposition thereto,

　　　　IT IS HEREBY ORDERED that:

　　　　1.　　The Order granting summary judgment is VACATED.

　　　　2.　　The Judgment in a Civil Case is VACATED.

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

DATED: _____

                                                          Timothy M. Burgess
                                                          United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on May 26th, 2006, a copy of the foregoing **Proposed Order Re Motion by Plaintiffs to Reconsider the Court's Order of May 19, 2006 Regarding Grant of Summary Judgment to Defendant, and to Grant Rule 59(a) and Rule 60(b)(1) and (6) and Rule 83 Relief to Set Aside Judgment of May 22, 2006** was served electronically on: Andrew Guidi.

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571