Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>        Plaintiffs,<br><br>  vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>) Case No. A03-0202-CV (TMB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REQUEST FOR ORAL ARGUMENT ON MOTION BY PLAINTIFFS TO RECONSIDER THE COURT'S ORDER OF MAY 19, 2006 REGARDING GRANT OF SUMMARY JUDGMENT TO DEFENDANT, AND TO GRANT RULE 59(a) AND RULE 60(b)(1) and (6) AND RULE 83 RELIEF TO SET ASIDE JUDGMENT OF MAY 22, 2006**

COME NOW plaintiffs, by and through counsel, Phillip Paul Weidner of Phillip Paul Weidner & Associates, Inc., a Professional Corporation, and hereby request oral argument on the *Motion by Plaintiffs to Reconsider the Court's Order of May 19, 2006 Regarding Grant of Summary Judgment to Defendant, and to Grant Rule 59(a) and Rule 60(b)(1) and (6) and Rule 83 relief to Set Aside Judgment of May 22, 2006*. In the opinion of counsel, oral argument is necessary to fully set out the plaintiffs' position.

RESPECTFULLY submitted this 26th day of May, 2006.

> WEIDNER & ASSOCIATES, INC.
> Attorneys for Plaintiffs
>
> s/ Phillip Paul Weidner
> WEIDNER & ASSOCIATES, INC.
> 330 L Street, Suite 200
> Anchorage, AK  99501
> Phone (907) 276-1200
> Fax (907) 278-6571
> Email: jgreene@weidner-justice.com
> ABA 7305032

CERTIFICATE OF SERVICE

I hereby certify that on the May 26, 2006, a copy of the foregoing Request for Oral Argument on Motion by Plaintiffs to Reconsider the Court's Order of May 19, 2006 Regarding Grant of Summary Judgment to Defendant, and to Grant Rule 59(a) and Rule 60(b)(1) and (6) and Rule 83 relief to Set Aside Judgment of May 22, 2006 was served electronically on:

Andrew Guidi
DELANY WILES, INC.
1006 W. Third Avenue, Suite 400
Anchorage, AK 99501
Fax (907) 277-1331

s/ Phillip Paul Weidner