Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>  Plaintiffs,<br><br>  vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>  Defendant. | Case No. A03-0202-CV (TMB) |

**PROPOSED ORDER GRANTING ORAL ARGUMENT ON MOTION BY PLAINTIFFS TO RECONSIDER THE COURT'S ORDER OF MAY 19, 2006 REGARDING GRANT OF SUMMARY JUDGMENT TO DEFENDANT, AND TO GRANT RULE 59(a) AND RULE 60(b)(1) and (6) AND RULE 83 RELIEF TO SET ASIDE JUDGMENT OF MAY 22, 2006**

IT IS HEREBY ORDERED that Oral Argument is hereby GRANTED, and shall take place on the _____ day of _____, 2006 at the hour of _____ in Room _____ before the Honorable Judge Burgess.

DATE:_____

_____
U.S. DISTRICT COURT JUDGE
DISTRICT OF ALASKA

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

CERTIFICATE OF SERVICE
I hereby certify that on May 26, 2006, a copy of the foregoing Proposed Order Granting Oral Argument on Motion by Plaintiffs to Reconsider the Court's Order of May 19, 2006 Regarding Grant of Summary Judgment to Defendant, and to Grant Rule 59(a) and Rule 60(b)(1) and (6) and Rule 83 relief to Set Aside Judgment of May 22, 2006 was served electronically on: Andrew Guidi


s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571