Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>          Plaintiffs,<br><br>     vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>          Defendant. | Case No. 3:03-cv-0202-TMB |

**NOTICE OF FILING EXHIBITS ON TUESDAY, MAY 30, 2006**

COME NOW plaintiffs, by and through undersigned counsel, and hereby respectfully give notice to the court that due to the difficulties in completing electronic filing of the plaintiffs' "Motion by Plaintiffs to Reconsider the Court's Order of May 19, 2006 Regarding Grant of Summary Judgment to Defendant, and to Grant Rule 59(a) And Rule 60(b)(1) and (6) and Rule 83 Relief to Set Aside Judgment of May 22, 2006" with exhibits (Exhibits 1-12) on the afternoon of Friday, May 26, 2006, that while the motion will be so filed, the exhibits will be filed on Tuesday after the intervening holiday.

//

//

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

RESPECTFULLY SUBMITTED this 26th day of May, 2006.

WEIDNER & ASSOCIATES, INC.
Attorneys for Plaintiffs

s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: jgreene@weidner-justice.com
ABA 7305032

CERTIFICATE OF SERVICE

I hereby certify that on May 26th, 2006, a copy of the foregoing **Plaintiffs' Notice of Filing Exhibits on Tuesday, May 30, 2006** was served electronically on:  Andrew Guidi.

s/ Phillip Paul Weidner