Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. A03-0202-CV (JKS) |

**CONDITIONAL MOTION TO ACCEPT OVERLENGTH "MOTION BY PLAINTIFFS TO RECONSIDER THE COURT'S ORDER OF MAY 19, 2006 REGARDING GRANT OF SUMMARY JUDGMENT TO DEFENDANT, AND TO GRANT RULE 59(a) AND RULE 60(b)(1) and (6) AND RULE 83 RELIEF TO SET ASIDE JUDGMENT OF MAY 22, 2006"**

COME NOW plaintiffs, by and through undersigned counsel, and hereby conditionally file the instant motion out of an abundance of caution. As reflected by the referenced principal motion, the plaintiffs are requesting both reconsideration of the court's order of May 19, 2006, and relief from judgment under Rules 59(a), 60(b) and 83. While Local Rule 10.1(l) allows motions up to 50 pages in length, motions for reconsideration are restricted to five pages. Accordingly, in the event and/or to the extent the court treats the principal motion solely as a motion to reconsider, plaintiffs respectfully request that said overlength motion be accepted.

This request is made on the grounds that given the complexity of the legal and factual issues, it was necessary to set out and address provisions of the applicable insurance policy, as well as excerpts from <u>Lloyd's & Inst. of London Underwriters Cos. v. Fulton</u>, 2 P.3d 1199 (Alaska 2000).  Moreover, as a result of belated and recently-received evidence from the defendant it was necessary to directly discuss aspects of Alaska law on point and the court's reliance on alleged evidence that is unproven or in dispute.

Accordingly, plaintiffs request the court accept for filing their 27-page "Motion by Plaintiffs to Reconsider the Court's Order of May 19, 2006 Regarding Grant of Summary Judgment to Defendant, and to Grant Rule 59(a) and Rule 60(b)(1) and (6) and Rule 83 Relief to Set Aside Judgment of May 22, 2006," in said format.

RESPECTFULLY SUBMITTED this 26th day of May, 2006.

WEIDNER & ASSOCIATES, INC.
Attorneys for Plaintiffs

s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: jgreene@weidner-justice.com
ABA 7305032

CERTIFICATE OF SERVICE

I hereby certify that on May 26th, 2006, a copy of the foregoing **Conditional Motion to Accept Overlength Motion by Plaintiffs to Reconsider the Court's Order of May 19, 2006 Regarding Grant of Summary Judgment to Defendant, and to Grant Rule 59(a) and Rule 60(b)(1) and (6) and Rule 83 Relief to Set Aside Judgment of May 22, 2006**" was served electronically on:  Andrew Guidi.

s/ Phillip Paul Weidner

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571