Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN, ) ) ) | |
| Plaintiffs, ) ) | Case No. 3:03-cv-0202-TMB |
| vs. ) ) | |
| AMERICAN HOME ASSURANCE COMPANY, ) ) ) | |
| Defendant. ) ) | |

**AFFIDAVIT OF PHILLIP PAUL WEIDNER IN SUPPORT OF
EXHIBITS 5-9 OF "MOTION BY PLAINTIFFS TO RECONSIDER
THE COURT'S ORDER OF MAY 19, 2006 REGARDING GRANT OF SUMMARY
JUDGMENT TO DEFENDANT, AND TO GRANT RULE 59(a) AND RULE 60(b)(1) and
(6) AND RULE 83 RELIEF TO SET ASIDE JUDGMENT OF MAY 22, 2006"**

STATE OF ALASKA         )
                        )  ss.
THIRD JUDICIAL DISTRICT )

PHILLIP PAUL WEIDNER, being first duly sworn under oath, deposes and states as follows:

1. I am an attorney licensed to practice law in the state of Alaska, and am attorney of record for plaintiffs in the instant matter.

  2. After receipt of the court's order of May 19, 2006, which in turn referred to Exhibit F submitted by the defendant, I attempted to ascertain the origin of same.

  3. It is my belief that the description in the instant motion at pp. 13-14 (see Exhibits 5-9) is an accurate description of my knowledge to date of the origin of Exhibit F.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 26th day of May, 2006.

            s/ Phillip Paul Weidner
            WEIDNER & ASSOCIATES, INC.
            330 L Street, Suite 200
            Anchorage, AK  99501
            Phone (907) 276-1200
            Fax (907) 278-6571
            E-mail: jgreene@weidner-justice.com
            ABA 7305032

SUBSCRIBED AND SWORN TO before me, the undersigned, a Notary Public in and for the State of Alaska, this 26th day of May, 2006.

            _____
            Notary Public for Alaska
            My Commission Expires: _____

CERTIFICATE OF SERVICE

I hereby certify that on May 26th, 2006, a copy of the foregoing **Affidavit of Phillip Paul Weidner in Support of Exhibits 5-9 of "Motion by Plaintiffs to Reconsider the Court's Order of May 19, 2006 Regarding Grant of Summary Judgment to Defendant, and to Grant Rule 59(a) and Rule 60(b)(1) and (6) and Rule 83 Relief to Set Aside Judgment of May 22, 2006"** was served electronically on:  Andrew Guidi.

s/ Phillip Paul Weidner