Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,  )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>AMERICAN HOME ASSURANCE COMPANY,  )<br>)<br>Defendant.  )<br>_____ ) | Case No. 3:03-cv-0202-TMB |

**NOTICE OF FILING PROPOSED ORDER**

COME NOW plaintiffs, by and through undersigned counsel, and hereby give notice of the filing herewith of a Proposed Order regarding plaintiffs' "Conditional Motion to Accept Overlength 'Motion by Plaintiffs to Reconsider the Court's Order of May 19, 2006 Regarding Grant of Summary Judgment to Defendant, and to Grant Rule 59(a) and Rule 60(b)(1) and (6) and Rule 83 Relief to Set Aside Judgment of May 22, 2006,'" docket numbers 53 and 56, which was filed with the court Friday, May 26, 2006.

//

//

//

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

RESPECTFULLY SUBMITTED this 30th day of May, 2006.

WEIDNER & ASSOCIATES, INC.
Attorneys for Plaintiffs

s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: jgreene@weidner-justice.com
ABA 7305032

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2006, a copy of the foregoing **Notice of Filing Proposed Order** was served electronically on:  Andrew Guidi.


s/ Phillip Paul Weidner