Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN, ) ) ) Plaintiffs, ) ) vs. ) ) AMERICAN HOME ASSURANCE ) COMPANY, ) ) Defendant. ) ) | Case No. 3:03-cv-0202-TMB |

**PROPOSED ORDER RE
CONDITIONAL MOTION TO ACCEPT OVERLENGTH "MOTION BY PLAINTIFFS
TO RECONSIDER THE COURT'S ORDER OF MAY 19, 2006 REGARDING
GRANT OF SUMMARY JUDGMENT TO DEFENDANT, AND TO GRANT RULE 59(a)
AND RULE 60(b)(1) and (6) AND RULE 83 RELIEF TO SET ASIDE
JUDGMENT OF MAY 22, 2006"**

The court having considered plaintiffs' Conditional Motion to Accept Overlength "Motion by Plaintiffs to Reconsider the Court's Order of May 19, 2006 Regarding Grant of Summary Judgment to Defendant, and to Grant Rule 59(a) and Rule 60(b)(1) and (6) and Rule 83 Relief to Set Aside Judgment of May 22, 2006," plaintiffs' Motion is accepted for filing.

//

//

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

DATED: _____

                                                    Timothy M. Burgess
                                                    United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2006, a copy of the foregoing **Proposed Order Re Conditional Motion to Accept Overlength Motion by Plaintiffs to Reconsider the Court's Order of May 19, 2006 Regarding Grant of Summary Judgment to Defendant, and to Grant Rule 59(a) and Rule 60(b)(1) and (6) and Rule 83 Relief to Set Aside Judgment of May 22, 2006**" was served electronically on: Andrew Guidi.

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571