Andrew Guidi
g@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
  (907) 279-3581
  (907) 277-1331 fax
*Attorneys for Defendant*
*AMERICAN HOME ASSURANCE COMPANY*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>AMERICAN HOME ASSURANCE COMPANY, )<br><br>Defendant. )<br>_____ ) | **MOTION FOR AWARD OF ATTORNEY FEES**<br><br>Case No. A03-0202-CV (TMB) |

NOW COMES defendant, American Home Assurance Company ("American Home"), by and through its counsel of record, pursuant to Fed. R. Civ. P. 54(d)(2) and Local Rule 54.3, and hereby moves the Court for an award of attorneys' fees as prevailing party in this litigation.

Fed. R. Civ. P. 54(d)(2) provides that a party requesting the award of attorney fees may file a motion for such within 14

days after entry of judgment.  The Court entered judgment in this matter on Friday, May 19, 2006.

In cases where the federal court's jurisdiction is based upon diversity of citizenship, Alaska law applies and the prevailing party is entitled to an award of attorney's fees in conformity with Alaska R. Civ. P. 82.  *See Price v.* Seydel, 961 F.2d 1470, 1475 (9th Cir. 1992); *see also Bevard v. Farmers Insurance Exchange*, 127 F.3d 1147 (9th Cir. 1997)(state law governing award of attorneys' fees applies in diverity cases). Local Rule 54.3(b) provides that in diversity cases, such as the one at bar, the Court will apply Rule 82, Alaska Rules of Civil Procedure, as it exists at the time judgment is entered.

The Court's May 19, 2006 Order [Document 47] established that American Home prevails in this case.  The Court found that American Home was entitled to judgment as a matter of law by concluding that it had no coverage, and no duty to defend, Ivey's underlying claims against Worthy.  Furthermore, the Court rejected plaintiffs' cross-motion for summary judgment seeking to establish that American Home was estopped from denying coverage. The Court's ruling dismisses Plaintiffs' action and finally resolves the rights of the parties.  Therefore, American Home is entitled to an award of attorney fees under Alaska Rule of Civ. P. 82.

Alaska Rule Civ. P. 82(b)(1) provides:

> In cases in which the prevailing party recovers no money judgment, the court shall award the prevailing party in a case which goes to trial 30% of the prevailing party's reasonable actual attorney's fees which were necessarily incurred, and shall award the prevailing party in a case resolved without trial 20% of its actual attorney's fees which were reasonably incurred. The actual fee shall include fees for legal work customarily performed by an attorney but which was delegated to and performed by an investigator, paralegal or law clerk.

Attached hereto as Exhibit A is an affidavit of counsel specifying the information required in Local Rule 54.3(a)(3), namely, the total number of hours worked by lawyers and paralegals on this matter and the amount charged to the client. Furthermore, attached to the affidavit are copies of the actual invoices, except that limited portions of them have been redacted in order to protect attorney-client privilege and attorney work product. As shown in Exhibit A, as of the date the Court entered judgment in this case, American Home has incurred $94,423.00 in attorney fees, [which fees have in fact been paid in full.] Under Rule 82(b)(2), Defendant is entitled to an award of fees in the amount of $18,884.60, representing the scheduled 20% of the fees incurred. Defendant requests the Court enter an order awarding such fees.

DATED this 30th day of May, 2006, at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for Defendant
American Home Assurance Company

s/ Andrew Guidi
ag@delaneywiles.com
1007 West third Avenue, Suite 400
Anchorage, Alaska   99501
Telephone:  (907) 279-3581
Facsimile:  (907) 277-1331
ag@delaneywiles.com
Alaska Bar No. 8312171

**CERTIFICATE OF SERVICE:**
I hereby certify that on the
30th day of May, 2006, a copy
of the foregoing **MOTION FOR
AWARD OF ATTORNEY FEES** was
served electronically on:

Phillip Paul Weidner
Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L. Street, Suite 200
Anchorage, Alaska   99501

s/Andrew Guidi (117281)