Andrew Guidi
ag@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
   (907) 279-3581
   (907) 277-1331 fax
*Attorneys for Defendant*
*AMERICAN HOME ASSURANCE COMPANY*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendant. | **AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR ATTORNEY FEES** <br><br> Case No. A03-0202-CV (TMB) |

STATE OF ALASKA    )
                          ) ss.
THIRD JUDICIAL DISTRICT )

Andrew Guidi, being first duly sworn, deposes and states:

1. I am a shareholder in the law firm of Delaney Wiles, Inc., attorneys for defendant, American Home Assurance Company, in the above-captioned action.

2. On Friday, May 19, 2007, the Court entered summary judgment in favor of the defendant, and subsequently entered Final Judgment for American Home Assurance Company.

3. I, and others in our firm, maintained contemporaneous time sheets showing work performed in connection with the representation of defendant. I have personally reviewed those records to prepare the motion for attorney's fees, and believe the time spent was reasonable for the work performed.

4. This office incurred $94,423.00 in actual and reasonable attorney's and paralegal fees that were necessarily incurred in the defense of this action. The hourly rates charged by this firm for this matter were as follows:

    a. Attorney Andrew Guidi's hourly rate was $175.00 per hour for a total of 145.0 hours, resulting in $23,375.00 in total fees for Mr. Guidi;

    b. Attorney Daniel Gerety's hourly rate was $175.00 per hour for a total of 104.60 hours, resulting in $18,305.00 in total fees for Mr. Gerety;

    c. Attorney Kevin Donley's hourly rate was $175.00 per hour for a total of 3.2 hours, resulting in $560.00 in total fees for Mr. Donley;

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

AFFIDAVIT OF COUNSEL IN SUPPORT OF
MOTION FOR AWARD OF ATTORNEY FEES
Ivey, et al. v. American Home Assurance Company
Case No. A03-0202 CV (TMB)

EXHIBIT A

Page 2 of 5

      d.    Attorney William Warnock's hourly rate was $150.00 per hour for a total of 272.10 hours, resulting in total fees of $40,815.00 for Mr. Warnock;

      e.    Attorney Eric Ringsmuth's hourly rate was $150.00 per hour for a total of 3.8 hours, resulting in total fees of $570.00 for Mr. Ringsmuth;

      f.    Attorney Satrina Lord's hourly rate was $150.00 per hour for a total of 71.40 hours, resulting in total fees of $10,710.00 for Ms. Lord;

      g.    Paralegal Shelly Boyd's hourly rate was $80.00 per hour for a total of .3 hours, resulting in a total of paralegal fees of $24.00 for Ms. Boyd.

      h.    Paralegal Paula Zwadoney's hourly rate was $80.00 per hour for a total of .8 hours, resulting in a total of paralegal fees of $64.00 for Ms. Zwadoney.

| Description | Fees |
|---|---|
| Andrew Guidi | 23,375.00 |
| Daniel Gerety | 18,305.00 |
| Kevin Donley | 560.00 |
| William Warnock | 40,815.00 |
| Eric Ringsmuth | 570.00 |
| Satrina Lord | 10,710.00 |
| Paula Zwadoney | 64.00 |
| Shelly Boyd | 24.00 |
| **Total Fees** | **94,423.00** |

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

AFFIDAVIT OF COUNSEL IN SUPPORT OF
MOTION FOR AWARD OF ATTORNEY FEES      EXHIBIT A
Ivey, et al. v. American Home Assurance Company
Case No. A03-0202 CV (TMB)      Page 3 of 5

5. Total legal fees of $94,423.00 were necessarily incurred by American Home Assurance Company in defense of this lawsuit.

6. Pursuant to Alaska R. Civ. P. 82(b)(2), defendant American Home Assurance Company is entitled to a minimum presumptive award of 20% of its actual reasonable attorney's fees, *i.e.*, $18,884.60, that were necessarily incurred in the defense of this litigation.

7. I am familiar with the rates charged for similar services in Anchorage. This firm's hourly rates for this action are well within the hourly rates charged by other attorneys and paralegals in Alaska with similar litigation experience performing similar work.

8. Copies of the itemized billings for time spent in defense in this matter are being produced as Exhibit B to defendant's motion.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By: *[signature]*
Andrew Guidi
Alaska Bar No. 8312171

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

AFFIDAVIT OF COUNSEL IN SUPPORT OF
MOTION FOR AWARD OF ATTORNEY FEES
Ivey, et al. v. American Home Assurance Company
Case No. A03-0202 CV (TMB)

EXHIBIT A

Page 4 of 5

SUBSCRIBED AND SWORN to before me, this 23rd day of May, 2006, at Anchorage, Alaska

_____
Notary Public for the State of Alaska
My Commission Expires: 2/6/08

CERTIFICATE OF SERVICE

I hereby certify that on the 30 day of May, 2006, a copy of the foregoing **AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES** was served electronically on:

Phillip Paul Weidner
Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L. Street, Suite 200
Anchorage, Alaska  99501

s/Andrew Guidi (117282)

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

AFFIDAVIT OF COUNSEL IN SUPPORT OF
MOTION FOR AWARD OF ATTORNEY FEES                    EXHIBIT A
Ivey, et al. v. American Home Assurance Company
Case No. A03-0202 CV (TMB)                           Page 5 of 5