FILE COPY

## DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
### ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1990
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
WILLIAM E. MOSELEY
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ANN B. BLACK
JAMES J. FAYETTE

OF COUNSEL
JAMES J. DELANEY
GEORGE N. HAYES
DANIEL A. GERETY
STEPHEN M. ELLIS

EUGENE F. WILES
1922-1990

June 11, 2004

Zachary Fisher, Esq.
Complex Coverage Director
**AIG Technical Services, Inc.**
175 Water Street, 11th Floor
New York, N.Y. 10038

RE:  **AIG Claim No. 313024838**
T.J. IVEY, et al v. AMERICAN HOME ASSURANCE COMPANY
Case No. 3AN-03-6988 CI

Dear Mr. Fisher:

Enclosed please find our interim Invoice No. 10689, dated June 11, 2004, services rendered and costs incurred from August 2003 to May 2004.

Please let me know if you have any questions.

Very truly yours,

DELANEY, WILES, HAYES,
ELLIS, GERETY & YOUNG, INC.

Andrew Guidi

AG/jdk/87170
Enclosures

EXHIBIT B
Page ___ of 125

illed To _____ *A/G* _____

ase Name _____ *Ivey v Amer. Home* _____

ns. Carrier _____

ther Attorney _____

Fees $ *16788.50*

Costs $ *1274.04*

Total $ *18056.54*

Changes _____

## BILLING AND CASH RECEIPTS CONTROL SHEET

Adjusted Total $ _____

| Preparation Time | Trial Time | Rate Per Hour | Attorney | | Total Billing By Attorney |
|---|---|---|---|---|---|
| *34.7* | | *175* | *AG* | $ | *6078.50* |
| *71.4* | | *150* | *SRC* | | *10710.00* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Total Fees BILLED $ _____

*6-11-04*

DATE BILLED

Approved by Billing Attorney

FILE

---

Changes to Billing -        Description of Change

Fees $ _____  _____

$ _____  _____

Costs $ _____  _____

$ _____  _____

---

Payment Record

EXHIBIT *B*

Page *2* of *128*

# DELANEY WILES

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

June 11, 2004

| | | |
|---|---|---|
| Our file# | 30090 | 00101 |
| Invoice# | 10689 | AG |

AIG
Attn: Elizabeth Wacik
175 Water Street, 11th Floor
New York, NY 10038

Billing through:    05/31/2004

Tax ID # 92 0037095

Re: Ivey, T.J. (fka Skeen, TJ), Crouse, Renee M., Crouse, Brian J., Skeen, Jessica Lynn, ( assignees of the rights of Worthy, Conrad J., Individually and Conrad J. Worthy Insurance Agency) v. AMERICAN HOME ASSURANCE COMPANY

| | |
|---|---|
| Total fees for this matter | $16,782.50 |
| Total disbursements for this matter | $1,274.04 |
| Total charges for this matter | $18,056.54 |
| | |
| Past due balance | $0.00 |
| **Total balance now due** | **$18,056.54** |

EXHIBIT B
Page 3 of 28

## DELANEY WILES

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK  99501

June 11, 2004

| | | |
|---|---|---|
| Our file# | 30090 | 00101 |
| Invoice# | 10689 | AG |

AIG                                          Billing through:      05/31/2004
Attn: Elizabeth Wacik
175 Water Street, 11th Floor
New York, NY 10038

Tax ID # 92 0037095

Re:  Ivey, T.J. (fka Skeen, TJ), Crouse, Renee M., Crouse, Brian J., Skeen, Jessica  Lynn, ( assignees of the rights of Worthy, Conrad J., Individually and Conrad J. Worthy Insurance Agency) v. AMERICAN HOME ASSURANCE COMPANY

### PROFESSIONAL SERVICES

| Date | | | | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| 08/22/2003 | AG | NONE | 172 | Telephone call from Elizabeth Macik regarding new claim involving bad faith refusal to defend and background of action; send e-mail to Macik confirming availability to handle case | 0.50 | hrs. | 87.50 |
| 08/22/2003 | AG | NONE | 150 | Telephone call to attorney Phil Weinder requesting extension of time for answer--leave detailed message | 0.20 | hrs. | 35.00 |
| 08/22/2003 | AG | NONE | 168 | Draft entry of appearance and demand for jury for filing | 0.60 | hrs. | 105.00 |
| 08/22/2003 | AG | NONE | 166 | Dictate letter to Weidner requesting extension of time for answer | 0.30 | hrs. | 52.50 |

EXHIBIT  $\mathcal{B}$
Page  4  of  128

| 08/22/2003 | AG | NONE | 172 | Draft e-mail to Macik confirming no conflict; review e-mail from Macik re faxing file; ████████ ████████████ and send email to Macik re same and requesting authorization; receive response authorizing same | 0.80 | hrs. | 140.00 |
| 08/22/2003 | AG | NONE | 116 | Review and analyze letter from Macik with copy of complaint, exhibits, assignment of rights | 1.00 | hrs. | 175.00 |
| 08/26/2003 | AG | NONE | 117 | Draft Rule 7.1 Disclosure statement re corporate ownership of American Home; draft Notice of Removal; draft Notice of Consent to Removal; draft affidavit to support removal | 2.80 | hrs. | 490.00 |
| 08/26/2003 | AG | NONE | 172 | Draft e-mail to Liz Wacik regarding Notice of Consent and Rule 7.1 Disclosure; draft following e-mail re need for affidavit to support removal | 0.50 | hrs. | 87.50 |
| 09/02/2003 | AG | NONE | 121 | Long distance telephone call to Liz Wacik of AIG 212-458-1730 and leave voice mail; Long distance telephone call to Abbe Darr of AIG 212-458-2621; send e-mail to Wacik re removal deadline; follow up call; receive e-mail from Darr and Wacik | 0.60 | hrs. | 105.00 |
| 09/05/2003 | AG | NONE | 116 | Review Intial Pre-trial Order from State Superior Court (void) | 0.20 | hrs. | 35.00 |
| 09/05/2003 | AG | NONE | 116 | Review Order from Federal Court subsequent to Removal | 0.20 | hrs. | 35.00 |

EXHIBIT _____ B

Page _____ 5 of 128

| 09/08/2003 | AG | NONE | 116 | Review state superior court's order re meeting and confering with opposing party | 0.20 | hrs. | 35.00 |
| 09/09/2003 | AG | NONE | 113 | Detailed review of Plfs' Complaint, Exhibits (assignment) in preparation of Answer to same; begin outlining Answer and key defense issues | 2.80 | hrs. | 490.00 |
| 09/10/2003 | AG | NONE | 113 | Draft memo to file summarizing facts and initial legal issues ███████████ | 1.10 | hrs. | 192.50 |
| 09/11/2003 | SRL | NONE | 113 | In preparation for drafting opinion letter on coverage, research Alaska law on E&O Policies. ████████████ ███████████ ████████████ ███████████ ███████████ | 3.30 | hrs. | 495.00 |
| 09/11/2003 | SRL | NONE | 108 | Begin reviewing case file (particularly documents from underlying case and applicable insurance policy) ███████████ ████████████ ███████████ ███████████ ███████████ | 1.10 | hrs. | 165.00 |
| 09/12/2003 | AG | NONE | 116 | Review Superior Court file on underlying case of TJS v. State Farm and Worthy's Answer to allegations | 0.40 | hrs. | 70.00 |

EXHIBIT    B
Page ___ 6 of 28

| Date | Atty | | | Description | Hours | | Amount |
|------|------|---|---|-------------|-------|---|--------|
| 09/15/2003 | AG | NONE | 109 | Complete draft answer to complaint and add affirmative defenses; revise draft to final form | 1.80 | hrs. | 315.00 |
| 09/15/2003 | SRL | NONE | 113 | Continue legal research | 3.70 | hrs. | 555.00 |
| 09/17/2003 | AG | NONE | 116 | Review court order requiring parties to hold planning meeting | 0.10 | hrs. | 17.50 |
| 09/17/2003 | SRL | NONE | 113 | Continue legal research, | 4.20 | hrs. | 630.00 |
| 09/18/2003 | SRL | NONE | 113 | Begin researching the legal basis for plaintiff's causes of action for: (1) sexual harassment, (2) tort of assault, and (3) outrage. | 3.50 | hrs. | 525.00 |

EXHIBIT  B

Page __7__ of __128__

| 09/21/2003 | SRL | NONE | 168 | Begin outlining the factual Background section of the coverage opinion, including chronology of relevant events | 3.20 | hrs. | 480.00 |
| 09/22/2003 | AG | NONE | 114 | Draft letter to Liz Wasik | 1.60 | hrs. | 280.00 |
| 09/22/2003 | AG | NONE | 113 | Research AK law re | 0.70 | hrs. | 122.50 |
| 10/06/2003 | SRL | NONE | 168 | Begin drafting the "Summary of Opinion" section of the coverage opinion | 0.50 | hrs. | 75.00 |
| 10/07/2003 | AG | NONE | 168 | Prepare proposed Pretrial Planning and Scheduling Report as required by court, with required statement of issues; revise same to final form | 0.80 | hrs. | 140.00 |
| 10/07/2003 | AG | NONE | 166 | Dictate fax cover letter to plaintiff's counsel regarding required planning meeting and draft report | 0.30 | hrs. | 52.50 |
| 10/07/2003 | AG | NONE | 149 | Prepare e-mail report to Liz Wacik to follow up on request | 0.20 | hrs. | 35.00 |
| 10/07/2003 | AG | NONE | 164 | Review e-mail from Liz Wacik | 0.40 | hrs. | 70.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/25/2003 | AG | NONE | 164 | Review court's Scheduling and Planning Order and dictate status report to Wacik | 0.40 | hrs. | 70.00 |
| 11/08/2003 | AG | NONE | 164 | Review e-mail from Liz Wacik ▓▓▓▓▓▓▓▓ | 0.40 | hrs. | 70.00 |
| 11/10/2003 | AG | NONE | 166 | Review e-mail from Liz Wacik regarding her attempt to contact State Farm | 0.10 | hrs. | 17.50 |
| 11/17/2003 | SRL | NONE | 113 | In preparation for drafting the coverage analysis, continue research based on Ivey's complaint allegations: ▓▓▓▓ | 3.60 | hrs. | 540.00 |
| 11/18/2003 | SRL | NONE | 113 | Read and analyze the ▓▓▓▓ | 3.90 | hrs. | 585.00 |

EXHIBIT  B
Page  9  of  128



| 11/19/2003 | SRL | NONE | 113 | Research | 3.10 | hrs. | 465.00 |

| 11/20/2003 | SRL | NONE | 113 | Research | 2.90 | hrs. | 435.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/21/2003 | SRL | NONE | 113 | Continue research on [REDACTED] | 1.30 | hrs. | 195.00 |
| 11/21/2003 | SRL | NONE | 114 | Draft Factual Background section of the Coverage Analysis based on review of all pertinent civil and criminal documents | 4.30 | hrs. | 645.00 |
| 11/22/2003 | SRL | NONE | 114 | Continue drafting Background section of coverage analysis based on review and analysis of Ivey's First Amended Complaint, criminal file, domestic violence file, etc | 1.20 | hrs. | 180.00 |
| 11/22/2003 | SRL | NONE | 114 | Begin drafting the Inventory of Claims section of the coverage analysis, detailing the first amended complaint's eleven causes of action, the factual basis for each, and any relevant law | 4.10 | hrs. | 615.00 |
| 11/23/2003 | SRL | NONE | 114 | Continue drafting the Inventory of Claims sections, detailing the eleven causes of actions alleged by plaintiffs | 3.30 | hrs. | 495.00 |
| 11/24/2003 | SRL | NONE | 114 | Begin drafting the Analysis section, | 4.60 | hrs. | 690.00 |

| Date | Init. | | Code | Description | Hours | | Amount |
|------|-------|------|------|-------------|-------|------|--------|
| | | | | including: (1) a summary of the insurer's duties, and (2) the analysis of coverage under the American Home Policy | | | |
| 11/25/2003 | AG | NONE | 137 | Draft email to Liz Wacik ▓▓▓▓▓▓ | 0.30 | hrs. | 52.50 |
| 11/25/2003 | SRL | NONE | 141 | In preparation for drafting Pre-discovery Disclosures and Preliminary Witness List, which are due for filing on December 1st, review documents currently in our possession, including court documents recently obtained from court Worthy's criminal case | 1.10 | hrs. | 165.00 |
| 11/25/2003 | SRL | NONE | 168 | Begin preparing American Assurance' Initial Disclosures and Preliminary Witness List due to be filed on December 1 - assemble list of persons with knowledge | 1.70 | hrs. | 255.00 |
| 11/25/2003 | SRL | NONE | 114 | Continue drafting the Analysis of Coverage section, specifically the analysis of "professional services" and the exclusions | 4.10 | hrs. | 615.00 |
| 11/26/2003 | AG | NONE | 137 | Review email from Liz Wacik ▓▓▓▓▓▓▓ ▓▓▓▓ | 0.20 | hrs. | 35.00 |
| 11/26/2003 | SRL | NONE | 168 | Continue preparing American Home's initial disclosures for filing on Monday, December 1 | 1.10 | hrs. | 165.00 |
| 11/26/2003 | SRL | NONE | 150 | Long distance phone call to Wacik regarding initial disclosures and preliminary witness list | 0.30 | hrs. | 45.00 |
| 11/26/2003 | SRL | NONE | 168 | Continue drafting initial disclosuresfor American | 1.50 | hrs. | 225.00 |

| 11/26/2003 | SRL | NONE | 166 | Home Draft memorandum to Liz Wacik regarding items required for Initial disclosures and Preliminary Witness List, which are both due on Monday, December 1,2003 ▮▮▮▮▮ ▮▮▮▮▮ | 0.50 | hrs. | 75.00 |
|---|---|---|---|---|---|---|---|
| 11/26/2003 | SRL | NONE | 141 | Review and analyze e-memoranda from Andrew Guidi and Liz Wacik | 0.40 | hrs. | 60.00 |
| 11/26/2003 | SRL | NONE | 114 | Continue drafting the Analysis section of the coverage opinion | 1.80 | hrs. | 270.00 |
| 11/26/2003 | SRL | NONE | 167 | Read and analyze e-memos from attorney Guidi and Liz Wacik | 0.40 | hrs. | 60.00 |
| 11/28/2003 | SRL | NONE | 168 | Continue drafting Initial Disclosures | 1.10 | hrs. | 165.00 |
| 12/01/2003 | SRL | NONE | A106 | Draft E-Memo to Liz Wacik in response to names she provided for initial disclosures and preliminary witness list | 0.30 | hrs. | 45.00 |
| 12/01/2003 | SRL | NONE | 168 | Finalize initial disclosures for filing today | 0.80 | hrs. | 120.00 |
| 12/02/2003 | AG | NONE | 116 | Review preliminary witness list filed by plaintiff | 0.10 | hrs. | 17.50 |
| 12/02/2003 | AG | NONE | 164 | Dictate letter to Liz Wacik regarding Initial Disclosures, preliminary witness lists | 0.30 | hrs. | 52.50 |
| 12/02/2003 | AG | NONE | 137 | Review letter from Wacik ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ | 0.20 | hrs. | 35.00 |
| 12/02/2003 | SRL | NONE | 141 | Review recently received documents, including original complaint (dated | 0.50 | hrs. | 75.00 |



EXHIBIT  B
Page  13  of  128

|            |     |      |      | 8/5/96) and summons, which show when the civil complaint in case 3AN-96-6147 CI was initially filed (8/5/96) and when Worthy first received notice of Ivey's civil complaint against him (2/10/97) |      |      |        |
|------------|-----|------|------|-------------------------------------------------------------------|------|------|--------|
| 12/03/2003 | SRL | NONE | 114  | Supplement factual background section of coverage analysis with information disclosed in documents that were recently obtained from court | 0.70 | hrs. | 105.00 |
| 12/04/2003 | SRL | NONE | 114  | Continue drafting coverage analysis. | 3.30 | hrs. | 495.00 |
| 12/18/2003 | AG  | L190 | A103 | Review and revise portion of draft coverage opinion to American Home Assurance | 2.90 | hrs. | 507.50 |
| 05/10/2004 | AG  | L310 | A104 | Review and analyze Plfs' First Discovery Requests to American Home | 0.40 | hrs. | 70.00  |
| 05/12/2004 | AG  | L310 | A104 | Review and analyze Plaintiff's First Set of Discovery to American Home; draft letter to Liz Wacik re same | 0.80 | hrs. | 140.00 |
| 05/26/2004 | AG  | L310 | A104 | Review and analyze Plaintiff's Initial Disclosure of pertinent records, including Court file | 2.60 | hrs. | 455.00 |
| 05/28/2004 | AG  | L310 | A104 | Review discovery needs and outline discovery needed from Plaintiff | 0.50 | hrs. | 87.50  |
| 05/28/2004 | AG  | L120 | A103 | Revise draft Coverage | 4.30 | hrs. | 752.50 |

|  |  |  |  | Opinion re 1994-95 policy - ██████ ████████████ ████████████ |  |  |  |
|---|---|---|---|---|---|---|---|
| 05/28/2004 | AG | L120 | A106 | Draft letter to American Home summarizing Coverage Opinion, reporting on case status, Plaintiff's Initial Disclosures; revise same to final form | 2.30 | hrs. | 402.50 |
| 05/28/2004 | AG | L110 | A104 | Analyze applicable policy ████████████ ███████ | 0.80 | hrs. | 140.00 |

$16,782.50

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 08/22/2003 | Motznik - computer time for public information research | 14.02 |
| 08/27/2003 | Copying charges paid to Clerk of Court for copy of complaint in new assignment | 6.50 |
| 08/29/2003 | Copying charges paid to the Clerk of Court for documents from related case - 3AN-95-08353 CI | 4.75 |
| 08/29/2003 | Filing fee paid to the Clerk of Court for Notice of Removal to Federal Court | 150.00 |
| 08/31/2003 | Copying charges from the law library for August - (39 @ .17) | 6.63 |
| 09/12/2003 | Westlaw - computer time for legal research by SRL | 176.64 |
| 09/16/2003 | Westlaw - computer time for legal research by SRL | 52.22 |
| 09/17/2003 | Westlaw - computer time for legal research by SRL | 16.90 |
| 09/21/2003 | Westlaw - computer time for legal research by SRL | 101.38 |
| 11/17/2003 | Westlaw - computer time for legal research by SRL | 39.07 |
| 11/18/2003 | Westlaw - computer time for legal research by SRL | 167.68 |
| 11/19/2003 | Westlaw - computer time for legal research by SRL | 229.55 |
| 11/20/2003 | Westlaw - computer time for legal research by SRL | 144.89 |
| 11/21/2003 | Westlaw - computer time for legal research by SRL | 107.45 |
| 11/26/2003 | Copying charges for criminal records of Conrad Worthy from the Alaska Court System | 7.75 |
| 12/04/2003 | Westlaw - computer time for legal research by SRL | 48.61 |

$1,274.04

Billing Summary

EXHIBIT __B__
Page __15__ of __128__

| AG  | Guidi, Andrew    | 34.70 | hrs | 175.00 | /hr |
|-----|------------------|-------|-----|--------|-----|
| SRL | Lord, Satrina R. | 71.40 | hrs | 150.00 | /hr |

## Code Summary

| Code | Description                    | Hours | Amt.     |
|------|--------------------------------|-------|----------|
| L110 | Fact Investigaton/Development  | 0.80  | 140.00   |
| L120 | Analysis/Strategy              | 6.60  | 1155.00  |
| L190 | Other Case Assessment, Develop | 2.90  | 507.50   |
| L310 | Written Discovery              | 4.30  | 752.50   |
| NONE | No task code                   | 91.50 | 14227.50 |

| | | |
|---|---|---|
| Total professional services | 106.10  hrs | $16,782.50 |
| Total expenses incurred | | $1,274.04 |
| Total of new charges for this invoice | | $18,056.54 |
| **Total balance now due** | | **$18,056.54** |

EXHIBIT ___ _B_

Page __16_ of _128_

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1990
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

ANN B. BLACK
JAMES J. FAYETTE
ERIC A. RINGSMUTH

OF COUNSEL
GEORGE N. HAYES
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

January 24, 2005

Zachary Fisher, Esq.
Complex Coverage Director
AIG Technical Services, Inc.
175 Water Street, 11th Floor
New York, N.Y. 10038

FILE COPY

RE:    **AIG Claim No. 313024838**
       T.J. IVEY, et al v. AMERICAN HOME ASSURANCE COMPANY
       Case No. 3AN-03-6988 CI

Dear Mr. Fisher:

    Enclosed please find our interim bill for services and rendered and costs incurred from June 1, 2004 through December 31, 2004.

    Please let me know if you have any questions.

                         Very truly yours,

                         DELANEY, WILES, HAYES,
                         ELLIS, GERETY & YOUNG, INC.

                         Andrew Guidi

AG/jdk/96891
Enclosure: Invoice 11575 - $4528.93

EXHIBIT B
Page 17 of 25

Billed To _____ A16 _____

Case Name _____ Ivey v Amer. Home _____

Ins. Carrier _____

Other Attorney _____

Fees $ 4515.00

Costs $ 13.93

Total $ 4528.93

Changes _____

BILLING AND CASH RECEIPTS CONTROL SHEET

Adjusted
Total    $ _____

| Preparation Time | Trial Time | Rate Per Hour | Attorney | | Total Billing By Attorney |
|---|---|---|---|---|---|
| 22.6 | | 175 | A6 | | $ 3955.00 |
| 3.2 | | 175 | KW | | 580.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Total Fees
BILLED    $ _____

1-20-05
_____
DATE BILLED

_____
Approved by Billing Attorney

Changes to Billing –        Description of Change

Fees $ _____    _____

$ _____    _____

Costs $ _____    _____

$ _____    _____

Payment Record

# DELANEY WILES

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

January 20, 2005

Our file#    30090    00101
Invoice#    11575    AG

AIG                                             Billing through:    12/31/2004
Attn: Zachary Fisher
175 Water Street, 11th Floor
New York, NY 10038

Tax ID # 92 0037095

Re: Ivey, T.J. (fka Skeen, TJ), Crouse, Renee M., Crouse, Brian J., Skeen,
Jessica Lynn, ( assignees of the rights of Worthy, Conrad J., Individually and
Conrad J. Worthy Insurance Agency) v. AMERICAN HOME ASSURANCE
COMPANY

| | |
|---|---|
| Total fees for this matter | $4,515.00 |
| Total disbursements for this matter | $13.93 |
| Total charges for this matter | $4,528.93 |
| | |
| Past due balance | $0.00 |
| **Total balance now due** | **$4,528.93** |

# DELANEY WILES

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

January 20, 2005

Our file#    30090    00101
Invoice#    11575    AG

AIG                                          Billing through:    12/31/2004
Attn: Zachary Fisher
175 Water Street, 11th Floor
New York, NY 10038

Tax ID # 92 0037095

---

Re: Ivey, T.J. (fka Skeen, TJ), Crouse, Renee M., Crouse, Brian J., Skeen, Jessica Lynn, ( assignees of the rights of Worthy, Conrad J., Individually and Conrad J. Worthy Insurance Agency) v. AMERICAN HOME ASSURANCE COMPANY

Balance forward as of invoice dated    June 11, 2004    $18,056.54
Payments received since last invoice                    18,056.54
                                                    ----------------
Accounts receivable balance carried forward             $0.00

PROFESSIONAL SERVICES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/01/2004 | AG | L310 | A103 | Begin drafting discovery requests to Plaintiff | 0.30 | hrs. | 52.50 |
| 06/01/2004 | AG | L310 | A103 | Review discovery requests received from Plaintiff and begin drafting responses | 0.30 | hrs. | 52.50 |
| 06/07/2004 | AG | L310 | A107 | Phone call to Michael Cohn requesting extension of time to answer discovery | 0.20 | hrs. | 35.00 |
| 06/07/2004 | AG | L310 | A103 | Draft responses to Plaintiff's First Set of Discovery | 1.10 | hrs. | 192.50 |

EXHIBIT _____ _B_
Page _20_ of _28_

| 06/07/2004 | AG | L310 | A106 | Draft email to Zachary Fisher with cc: to Liz Wacik re draft discovery responses for review | 0.40 | hrs. | 70.00 |
| 06/07/2004 | AG | L310 | A107 | Draft letter to Michael Cohn requesting one week extension of time for responding to discovery requests | 0.30 | hrs. | 52.50 |
| 06/07/2004 | AG | L310 | A106 | Phone call from Zach Fisher of AIGTS re review and approval of draft discovery responses and to schedule telephone conference to review file | 0.30 | hrs. | 52.50 |
| 06/07/2004 | AG | L310 | A103 | Revise draft discovery responses to final form as per discussion with Fisher | 0.40 | hrs. | 70.00 |
| 06/07/2004 | AG | L310 | A104 | Review faxed Verifications from Z. Fisher | 0.10 | hrs. | 17.50 |
| 07/06/2004 | AG | L310 | A103 | Draft First Set of Discovery Requests to Plaintiff; revise 1st and 2nd drafts | 3.20 | hrs. | 560.00 |
| 07/06/2004 | AG | L320 | A104 | Review file in preparation of discovery requests, ▮▮▮▮▮▮ | 1.00 | hrs. | 175.00 |
| 07/16/2004 | AG | L140 | A104 | Review plaintiff's request for production of all insurance policies issued by AIG; draft letter to Zachary Fisher regarding same | 0.50 | hrs. | 87.50 |
| 08/06/2004 | AG | L110 | A104 | Review plaintiff's 2nd set of discovery requests to American Home | 0.20 | hrs. | 35.00 |
| 08/16/2004 | AG | L310 | A107 | Letter to Cohn advising him of additional time needed to provide response to Plaintiff's Second Discovery Requests, due to | 0.30 | hrs. | 52.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | voluminous documents requested; client needs more time to produce | | | |
| 08/19/2004 | AG | L110 | A107 | Phone call from Michael Cohn regarding extension of time and Worthy employment dates | 0.30 | hrs. | 52.50 |
| 08/19/2004 | AG | L110 | A107 | Phone call from Michael Cohn regarding documents he is seeking from AIG regarding underwriting of Worthy and regarding partial reversal of criminal conviction | 0.40 | hrs. | 70.00 |
| 08/20/2004 | AG | L120 | A104 | Review responses by plaintiff to American Home's 1st set of discovery requests | 0.60 | hrs. | 105.00 |
| 08/20/2004 | AG | L110 | A103 | Draft letter to Zachary Fisher ██████████ | 3.30 | hrs. | 577.50 |
| 08/26/2004 | AG | L120 | A104 | Review response to American Home's 1st discovery request to plaintiff's | 0.30 | hrs. | 52.50 |
| 08/27/2004 | AG | L110 | A104 | Review status of plaintiff's discovery request and draft email to AIG (Zachary Fisher) ████████████████ | 1.10 | hrs. | 192.50 |
| 08/27/2004 | AG | L120 | A104 | Analyze discovery requests by plaintiff and ████████████████ | 0.70 | hrs. | 122.50 |
| 08/27/2004 | KLD | L120 | A104 | Analyze ████████████ | 0.70 | hrs. | 122.50 |
| 08/30/2004 | KLD | L110 | A108 | Receive and review e-mail from Zachery Fisher | 0.10 | hrs. | 17.50 |

| Date | Init. | | | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| | | | | re: ███████████ | | | |
| 09/03/2004 | AG | L110 | A103 | Draft letter to Chris Schleuss requesting Worthy's employment dates; phone call to Schleuss's office regarding same; draft letter to Michael Coh regarding need for additional time | 0.90 | hrs. | 157.50 |
| 09/07/2004 | AG | L110 | A103 | Work on responding to discovery request | 0.30 | hrs. | 52.50 |
| 09/10/2004 | AG | L110 | A108 | Receive voice mail from Michael Cohn regarding litigation deadlines - return call and leave message | 0.10 | hrs. | 17.50 |
| 09/24/2004 | AG | L310 | A104 | Review letter from Michael Cohn with Verification page for Plaintiff's answers to discovery from American Home | 0.10 | hrs. | 17.50 |
| 11/03/2004 | AG | L310 | A107 | Review Insurance Policy and discovery status of case; draft letter to Michael Cohn proposing new Rule 16 Scheduling Conference | 1.30 | hrs. | 227.50 |
| 11/03/2004 | AG | L190 | A104 | Analyze ███████ ███████████ | 0.30 | hrs. | 52.50 |
| 11/03/2004 | AG | L190 | A106 | Draft letter to Fisher re case status ██████ | 0.50 | hrs. | 87.50 |
| 11/04/2004 | KLD | L120 | A104 | Detailed review and analysis of Conrad Worthy deposition to ████████████ | 1.30 | hrs. | 227.50 |
| 11/04/2004 | KLD | L190 | A107 | Detailed telephone message to attorney Rod | 0.10 | hrs. | 17.50 |

| 11/05/2004 | KLD | L190 | A107 | Sisson re: Worthy's dates of employment Telephone message to and return telephone call from State Farm attorney Rod Sisson re: Worthy's dates of employment/agency with State Farm | 0.30 | hrs. | 52.50 |
|---|---|---|---|---|---|---|---|
| 11/10/2004 | AG | L190 | A107 | Phone call with Michael Cohn re holding new Rule 16 Conference and discovery issues | 0.30 | hrs. | 52.50 |
| 11/10/2004 | KLD | L110 | A108 | Detailed follow-up telephone message to Rod Sisson re: Conrad Worthy's termination with State Farm | 0.10 | hrs. | 17.50 |
| 11/11/2004 | AG | L120 | A102 | Legal research re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 2.10 | hrs. | 367.50 |
| 11/12/2004 | KLD | L190 | A108 | Detailed telephone message from Rod Sisson re: State Farm has destroyed the records relating to Mr. Worthy's agency which we are seeking | 0.10 | hrs. | 17.50 |
| 11/19/2004 | KLD | L110 | A106 | Telephone call from Rod Sisson re: Conrad Worthey employment dates | 0.20 | hrs. | 35.00 |
| 11/19/2004 | KLD | L110 | A104 | Receive and review Worthy affidavit ▮▮▮▮▮▮ | 0.30 | hrs. | 52.50 |
| 11/30/2004 | AG | L110 | A103 | Draft letter to Michael Cohn requesting review and signature on proposed joint motion | 0.30 | hrs. | 52.50 |
| 12/01/2004 | AG | L250 | A104 | Review Affidavit of Conrad Worthy; review | 0.60 | hrs. | 105.00 |

|  |  |  |  | revision to Stipulation / Joint Motion requested by Plaintiff and agree to same, revise joint motion |  |  |  |
|---|---|---|---|---|---|---|---|
| 12/15/2004 | AG | L190 | A103 | Prepare response ████ | 0.50 | hrs. | 87.50 |

$4,515.00

**EXPENSES**

| 05/28/2004 | Westlaw - computer time for legal research by AG | 13.93 |
|---|---|---|

$13.93

### Billing Summary

| AG | Guidi, Andrew | 22.60 | hrs | 175.00 | /hr |
|---|---|---|---|---|---|
| KLD | Donley, Kevin L. | 3.20 | hrs | 175.00 | /hr |

### Code Summary

| Code | Description | Hours | Amt. |
|---|---|---|---|
| L110 | Fact Investigaton/Development | 7.60 | 1330.00 |
| L120 | Analysis/Strategy | 5.70 | 997.50 |
| L140 | Document/File Management | 0.50 | 87.50 |
| L190 | Other Case Assessment, Develop | 2.10 | 367.50 |
| L250 | Other Written Motions/Submiss | 0.60 | 105.00 |
| L310 | Written Discovery | 8.30 | 1452.50 |
| L320 | Document Production | 1.00 | 175.00 |

| Total professional services | 25.80 hrs | $4,515.00 |
|---|---|---|
| Total expenses incurred |  | $13.93 |
| Total of new charges for this invoice |  | $4,528.93 |

EXHIBIT B
Page 25 of 128