**Total balance now due**                                          $4,528.93

EXHIBIT __B__
Page 26 of 128

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

ANN B. BLACK
JAMES J. FAYETTE
ERIC A. RINGSMUTH

OF COUNSEL
GEORGE N. HAYES
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY

May 10, 2005

Zachary Fisher, Esq.
Complex Coverage Director
AIG Technical Services, Inc.
175 Water Street, 11th Floor
New York, N.Y. 10038

**FILE COPY**

RE:  **AIG Claim No. 313024838**
     T.J. IVEY, et al v. AMERICAN HOME ASSURANCE COMPANY
     Case No. 3AN-03-6988 CI

Dear Mr. Fisher:

Enclosed please find our interim bill for services and rendered and costs incurred:

**May 10, 2005**
**Invoice No. 11943 - $8,553.19**
 (January 2005 - April 2005)

Please note there is an outstanding balance of $4,528.93 for our previous Invoice No. 11575 dated January 20, 2005.  Please let me know if you have any questions.  Thank you for your assistance in this matter.

Very truly yours,

DELANEY, WILES, HAYES,
ELLIS, GERETY & YOUNG, INC.

Andrew Guidi

AG/jdk/101192
Enclosure: Invoice 11943 - $8,553.19

EXHIBIT  B
Page  21 of 28

Billed To _____ A1G _____

Case Name _____ Ivey v Amer. Home _____

Ins. Carrier _____

Other Attorney _____

Fees $ 8256.50

Costs $ 296.69

Total $ 8553.19

Changes _____

Adjusted
Total    $ _____

## BILLING AND CASH RECEIPTS CONTROL SHEET

| Preparation Time | Trial Time | Rate Per Hour | Attorney | Total Billing By Attorney |
|---|---|---|---|---|
| 38.6 | ___ | 175 | PAG | $ 6755.00 |
| 5.9 | ___ | 175 | AC | 1032.50 |
| 2.7 | ___ | 150 | EAL | 405.00 |
| .8 | ___ | 80 | PA2 | 64.00 |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |

Total Fees BILLED   $ _____

5-10-01

DATE BILLED                    Approved by Billing Attorney

Changes to Billing –          Description of Change

Fees $ _____   _____

$ _____   _____

Costs $ _____   _____

$ _____   _____

Payment Record

EXHIBIT  B
Page 28 of 128

# DELANEY WILES

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

May 10, 2005

| Our file# | 30090 | 00101 |
|-----------|-------|-------|
| Invoice# | 11943 | AG |

AIG
Attn: Zachary Fisher
175 Water Street, 11th Floor
New York, NY 10038

Billing through:    04/30/2005

Tax ID # 92 0037095

---

Re: Ivey, T.J. (fka Skeen, TJ), Crouse, Renee M., Crouse, Brian J., Skeen, Jessica Lynn, ( assignees of the rights of Worthy, Conrad J., Individually and Conrad J. Worthy Insurance Agency) v. AMERICAN HOME ASSURANCE COMPANY

| | |
|---|---|
| Total fees for this matter | $8,256.50 |
| Total disbursements for this matter | $296.69 |
| Total charges for this matter | $8,553.19 |
| | |
| Past due balance | $4,528.93 |
| **Total balance now due** | **$13,082.12** |

# DELANEY WILES

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

May 10, 2005

| Our file# | 30090 | 00101 |
|-----------|-------|-------|
| Invoice# | 11943 | AG |

AIG
Attn: Zachary Fisher
175 Water Street, 11th Floor
New York, NY 10038

Billing through:    04/30/2005

Tax ID # 92 0037095

---

Re: Ivey, T.J. (fka Skeen, TJ), Crouse, Renee M., Crouse, Brian J., Skeen, Jessica Lynn, ( assignees of the rights of Worthy, Conrad J., Individually and Conrad J. Worthy Insurance Agency) v. AMERICAN HOME ASSURANCE COMPANY

| | | |
|---|---|---|
| Balance forward as of invoice dated | January 20, 2005 | $4,528.93 |
| Payments received since last invoice | | 0.00 |
| Accounts receivable balance carried forward | | $4,528.93 |

### PROFESSIONAL SERVICES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01/03/2005 | AG | L110 | A103 | Draft revised planning report; letter to Cohn re same | 1.50 | hrs. | 262.50 |
| 01/18/2005 | AG | L110 | A104 | Review case status; draft email to Zachary Fisher re ▆▆▆▆▆ | 0.50 | hrs. | 87.50 |
| 01/19/2005 | DAG | L190 | A104 | Preliminary review of Opinion analysis and Complaint in preparation for preparing | 2.00 | hrs. | 350.00 |

EXHIBIT __B__
Page __30__ of __28__

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01/21/2005 | DAG | L190 | A106 | Memoranda re motion for summary judgment Telephone call from Zach Fisher re policies | 0.20 | hrs. | 35.00 |
| 01/21/2005 | AG | L190 | A106 | Review phone message from Z. Fisher of AIG re ▓▓▓▓▓▓▓▓ | 0.20 | hrs. | 35.00 |
| 01/24/2005 | DAG | L190 | A104 | Analysis ▓▓▓▓▓▓▓▓ | 1.20 | hrs. | 210.00 |
| 01/25/2005 | DAG | L190 | A104 | Review and analysis and ▓▓▓▓▓▓ | 0.30 | hrs. | 52.50 |
| 01/25/2005 | DAG | L210 | A104 | Review Policy attached to Complaint and prepare analysis of ▓▓▓▓▓▓ | 0.90 | hrs. | 157.50 |
| 02/01/2005 | DAG | L330 | A104 | Review deposition testimony of Conrad Worthy in underlying case for information ▓▓▓▓▓▓ | 1.20 | hrs. | 210.00 |
| 02/02/2005 | DAG | L190 | A104 | Review and analysis of ▓▓▓▓▓▓ | 0.30 | hrs. | 52.50 |
| 02/02/2005 | DAG | L310 | A104 | Review plaintiff's Initial Disclosures and Response to RFP for information re Worthy's agency term with State Farm | 1.10 | hrs. | 192.50 |
| 02/02/2005 | DAG | L310 | A108 | Dictate letter to attorney Cohn re producing documents produced in underlying case | 0.40 | hrs. | 70.00 |
| 02/04/2005 | AG | L310 | A107 | Revise draft letter to Cohn requesting supplementation of | 0.40 | hrs. | 70.00 |

EXHIBIT _____ B
Page __31__ of _128_

| Date | | | | | | | |
|------|------|------|------|---|---|---|---|
| | | | | responses to RFP | | | |
| 02/18/2005 | AG | L320 | A107 | Review letter from Cohn confirming Plaintiff will produce Skeen v. Worthy records | 0.10 | hrs. | 17.50 |
| 02/23/2005 | DAG | L320 | A104 | Review status of copies of documents to be provided by plaintiff's counsel and status of ▓▓▓▓▓▓▓▓▓▓ | 0.30 | hrs. | 52.50 |
| 02/24/2005 | DAG | L320 | A104 | Review (approximately 2 feet) copies of documents provided by Plaintiffs' counsel in underlying case - for useful information, ▓▓▓▓▓▓▓▓▓ | 3.50 | hrs. | 612.50 |
| 02/25/2005 | DAG | L110 | A104 | Further review document details and prepare ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 3.00 | hrs. | 525.00 |
| 03/02/2005 | DAG | L190 | A104 | Review claim form ▓▓▓▓▓▓▓▓▓ | 0.30 | hrs. | 52.50 |
| 03/03/2005 | DAG | L190 | A104 | Review documents and dictate partial draft of background and fact statement for Memorandum in Support of Motion for Summary Judgment | 3.20 | hrs. | 560.00 |
| 03/04/2005 | DAG | L190 | A104 | Continue reviewing | 2.90 | hrs. | 507.50 |

EXHIBIT ___B___
Page ___32___ of ___128___

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | policy documents produced by plaintiffs and dictating draft of facts statement for Memorandum in Support of Summary Judgment | | | |
| 03/04/2005 | DAG | L190 | A103 | Prepare partial list of questions to ask ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ | 0.70 | hrs. | 122.50 |
| 03/07/2005 | EAR | L190 | A102 | Research Alaska law regarding ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ | 2.70 | hrs. | 405.00 |
| 03/07/2005 | DAG | L240 | A103 | Review and revise partial draft of fact statement for Memorandum in support of motion for summary judgment | 1.00 | hrs. | 175.00 |
| 03/08/2005 | AG | L350 | A104 | Analyze discovery ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ | 0.80 | hrs. | 140.00 |
| 03/09/2005 | DAG | L190 | A106 | Dictate draft of letter to Fisher setting forth ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ | 1.90 | hrs. | 332.50 |
| 03/10/2005 | DAG | L190 | A103 | Review and revise letter to Fisher ▓▓▓▓▓▓▓▓ | 0.90 | hrs. | 157.50 |
| 03/11/2005 | AG | L390 | A106 | Review draft letter to Z.Fisher ▓▓▓▓▓▓ | 0.40 | hrs. | 70.00 |

| 03/11/2005 | DAG | L240 | A103 | Review and revise partial redraft of fact background information for Memorandum in support of motion for summary judgment | 1.80 | hrs. | 315.00 |
|---|---|---|---|---|---|---|---|
| 03/11/2005 | DAG | L190 | A104 | Review and further revise letter to Fisher adding information re ███████ | 0.80 | hrs. | 140.00 |
| 03/11/2005 | DAG | L240 | A103 | Further revise background statement for summary judgment motion including coordinating working with Exhibits and locating Worthy affidavit | 3.50 | hrs. | 612.50 |
| 03/14/2005 | DAG | L240 | A103 | Review and revise draft of Memorandum for summary judgment including adding information re Worthy affidavit, information from State Farm re insurance coverage and claim report form | 1.50 | hrs. | 262.50 |
| 03/14/2005 | DAG | L240 | A103 | Analysis of arguments to make in memorandum for summary judgment | 0.90 | hrs. | 157.50 |
| 03/15/2005 | PAZ | L110 | A104 | Review court file and mark portions for copying by staff; update DAG on course of litigation and motion for summary judgment filed by Worthy | 0.80 | hrs. | 64.00 |
| 03/15/2005 | DAG | L240 | A103 | Review and further revise draft of Memorandum re background information making structure and | 1.00 | hrs. | 175.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | wording consistent and locating exhibits and making language consistent with exhibits | | | |
| 03/16/2005 | DAG | L190 | A104 | Review documents (copies) obtained from court re underlying lawsuit including State Farm's Memorandum for Summary Judgment and prepare memorandum | 1.50 | hrs. | 262.50 |
| 03/18/2005 | DAG | L240 | A103 | Further review and revise Memorandum for Summary Judgment by incuding reference to State Farm's Memorandum for Summary Judgment in underlying lawsuit and Worthy's Non-Opposition and adding Summary of Argument | 2.10 | hrs. | 367.50 |
| 03/21/2005 | DAG | L240 | A103 | Prepare minor revision to draft Memorandum re summary judgment | 0.20 | hrs. | 35.00 |
| 04/05/2005 | AG | L190 | A106 | Review email from Zach Fisher re ▮▮▮▮ | 0.30 | hrs. | 52.50 |
| 04/05/2005 | AG | L190 | A106 | Draft email to Zach Fisher re ▮▮▮▮ | 0.80 | hrs. | 140.00 |
| 04/05/2005 | AG | L190 | A106 | Review email from Zach Fisher re locating knowledgable witness | 0.10 | hrs. | 17.50 |
| 04/07/2005 | AG | L190 | A104 | Review and analyze ▮▮▮▮ | 0.80 | hrs. | 140.00 |

 memo to file
re same

$8,256.50

EXPENSES

| | | |
|---|---|---|
| 02/28/2005 | Copying charges paid to Alaska Legal Copy for prior litigation documents re Skeen v. Worthy/State Farm Ins. | 218.71 |
| 03/07/2005 | Westlaw - computer time for legal research by EAR | 77.98 |

$296.69

## Billing Summary

| | | | | | |
|---|---|---|---|---|---|
| DAG | Gerety, Daniel A. | 38.60 | hrs | 175.00 | /hr |
| AG | Guidi, Andrew | 5.90 | hrs | 175.00 | /hr |
| EAR | Ringsmuth, Eric A. | 2.70 | hrs | 150.00 | /hr |
| PAZ | Zawodny, Paula A. | 0.80 | hrs | 80.00 | /hr |

## Code Summary

| Code | Description | Hours | Amt. |
|---|---|---|---|
| L110 | Fact Investigaton/Development | 5.80 | 939.00 |
| L190 | Other Case Assessment, Develop | 21.10 | 3625.00 |
| L210 | Pleadings | 0.90 | 157.50 |
| L240 | Dispositive Motions | 12.00 | 2100.00 |
| L310 | Written Discovery | 1.90 | 332.50 |
| L320 | Document Production | 3.90 | 682.50 |
| L330 | Depositions | 1.20 | 210.00 |
| L350 | Discovery Motions | 0.80 | 140.00 |
| L390 | Other Discovery | 0.40 | 70.00 |

| | | | |
|---|---|---|---|
| Total professional services | 48.00 | hrs | $8,256.50 |
| Total expenses incurred | | | $296.69 |
| Total of new charges for this invoice | | | $8,553.19 |
| Plus net balance forward | | | $4,528.93 |

EXHIBIT ___B___
Page _36_ of _128_

**Total balance now due**                                           $13,082.12

EXHIBIT _____ B
Page 37 of 28

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.
ATTORNEYS AT LAW
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA 99501-1936
TELEPHONE (907) 279-3581
FAX (907) 277-1331
WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN CLEMENT

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

September 1, 2005

Melinda Vollmer
Complex Coverage Director
AIG Technical Services, Inc.
175 Water Street, 9th Floor
New York, N.Y. 10038

FILE COPY

**RE:** **AIG Claim No. 313024838**
     T.J. IVEY, et al v. AMERICAN HOME ASSURANCE COMPANY
     Case No. 3AN-03-6988 CI

Dear Melinda:

    Enclosed please find our interim statement for services rendered and costs incurred through August 25, 2005.

    Thank you for your assistance in this matter. If you have any questions or concerns, please let me know.

                    Very truly yours,

                    DELANEY, WILES, HAYES,
                    ELLIS, GERETY & YOUNG, INC.

                    Andrew Guidi

AG/jdk/107595
Enclosure: DELANEY WILES Invoice No. 12468
           $5821.20, 8/30/05

EXHIBIT B
Page 38 of 128

led To _____ A-16 _____

e Name _____ Dire  v  Amer. Home _____

. Carrier _____

er Attorney _____

Fees $ _____ 5816.50
Costs $ _____ 4.70
Total $ _____ 5821.20
Changes _____
Adjusted
Total   $ _____

## BILLING AND CASH RECEIPTS CONTROL SHEET

| Preparation Time | Trial Time | Rate Per Hour | Attorney | Total Billing By Attorney |
|---|---|---|---|---|
| 31.8 | | 175 | PAC | $ 5565.00 |
| 1.3 | | 175 | AG | 227.50 |
| .3 | | 80 | REB | 24.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total Fees BILLED | $ |

8-30-01

DATE BILLED                    Approved by Billing Attorney

hanges to Billing –          Description of Change

Fees $ _____    _____

      $ _____    _____

Costs $ _____    _____

      $ _____    _____

ayment Record

EXHIBIT  B
Page 35 of 128

# DELANEY WILES

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

August 30, 2005

| Our file# | 30090 | 00101 |
|-----------|-------|-------|
| Invoice#  | 12468 | AG    |

AIG                                          Billing through:     08/25/2005
Attn: Zachary Fisher
175 Water Street, 11th Floor
New York, NY 10038

Tax ID # 92 0037095

---

Re: Ivey, T.J. (fka Skeen, TJ), Crouse, Renee M., Crouse, Brian J., Skeen, Jessica Lynn, ( assignees of the rights of Worthy, Conrad J., Individually and Conrad J. Worthy Insurance Agency) v. AMERICAN HOME ASSURANCE COMPANY

| | |
|---|---|
| Total fees for this matter | $5,816.50 |
| Total disbursements for this matter | $4.70 |
| Total charges for this matter | $5,821.20 |
| Past due balance | $0.00 |
| **Total balance now due** | **$5,821.20** |

EXHIBIT B
Page 40 of 28

**DELANEY WILES**

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

August 30, 2005

| Our file# | 30090 | 00101 |
|---|---|---|
| Invoice# | 12468 | AG |

AIG
Attn: Zachary Fisher
175 Water Street, 11th Floor
New York, NY 10038

Billing through:        08/25/2005

Tax ID # 92 0037095

Re: Ivey, T.J. (fka Skeen, TJ), Crouse, Renee M., Crouse, Brian J., Skeen, Jessica Lynn, ( assignees of the rights of Worthy, Conrad J., Individually and Conrad J. Worthy Insurance Agency) v. AMERICAN HOME ASSURANCE COMPANY

| | | |
|---|---|---|
| Balance forward as of invoice dated | May 10, 2005 | $13,082.12 |
| Payments received since last invoice | | 13,082.12 |
| Accounts receivable balance carried forward | | $0.00 |

## PROFESSIONAL SERVICES

| 03/08/2005 | DAG | L240 | A102 | Review Alaska cases re ▓▓▓▓▓▓▓▓▓▓ and prepare Memorandum re actions to take in view of decision law in Alaska and as necessary for summary judgment purposes, including records to obtain, information necessary from American Home, and questions to ask counsel for Worthy and State Farm | 3.60 | hrs. | 630.00 |
|---|---|---|---|---|---|---|---|
| 05/04/2005 | DAG | L190 | A103 | Review status of information from Zach | 0.90 | hrs. | 157.50 |

EXHIBIT B
Page 41 of 128

Page    2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Fisher and dictate draft of letter to Fisher | | | |
| 05/05/2005 | AG | L240 | A106 | Revise draft letter to Zachary Fisher re information needed to move for summary judgment | 0.30 | hrs. | 52.50 |
| 05/17/2005 | DAG | L190 | A106 | Review message from Zach Fisher | 0.10 | hrs. | 17.50 |
| 05/17/2005 | DAG | L190 | A107 | Telephone call to attorney Rod Sisson - left message | 0.10 | hrs. | 17.50 |
| 05/17/2005 | DAG | L190 | A107 | Telephone conference with attorney Sisson re records (discovery requests and responses); correspondence between counsel, settlement, and defense of Worthy | 0.30 | hrs. | 52.50 |
| 05/18/2005 | DAG | L190 | A104 | Review fax from attorney Schleuss re documents | 0.10 | hrs. | 17.50 |
| 05/18/2005 | DAG | L190 | A106 | Long distance telephone call to Melinda Vollmer at AIG - left message | 0.20 | hrs. | 35.00 |
| 05/18/2005 | DAG | L190 | A107 | Telephone call to attorney Schleuss re information requested - left message | 0.20 | hrs. | 35.00 |
| 05/19/2005 | DAG | L190 | A106 | Long distance telephone conference with Melinda Vollmer re what needed to proceed | 0.30 | hrs. | 52.50 |
| 05/19/2005 | DAG | L420 | A107 | Attempt to contact by telephone and prepare message to Paul Roller - potential insurance expert witness | 0.30 | hrs. | 52.50 |
| 05/19/2005 | DAG | L420 | A107 | Long distance telephone call to Paul Roller's office in California - left message and requested current CV and fee schedule | 0.30 | hrs. | 52.50 |
| 05/19/2005 | REB | L190 | A108 | Convert March 14 and May 6 letters from attorney Guidi to Zach Fisher to PDF format and | 0.30 | hrs. | 24.00 |

Page      3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | e-mail to Melinda Vollmer per attorney Gerety | | | |
| 05/24/2005 | DAG | L190 | A104 | Review transcript of telephone message from attorney Sisson | 0.10 | hrs. | 17.50 |
| 05/24/2005 | DAG | L390 | A104 | Review file for Medical Releases | 0.20 | hrs. | 35.00 |
| 05/24/2005 | DAG | L330 | A104 | Partial review of deposition transcripts of Ivey and Brian and Jessica Crouse | 0.90 | hrs. | 157.50 |
| 05/24/2005 | DAG | L190 | A107 | Dictate letter to attorney Cohn re response to discovery requests including copies of correspondence | 0.40 | hrs. | 70.00 |
| 05/24/2005 | DAG | L190 | A107 | Telephone conference with attorney Sisson re his need for releases | 0.20 | hrs. | 35.00 |
| 05/24/2005 | DAG | L320 | A101 | Review and prepare documents█████████ ████████████████ | 0.40 | hrs. | 70.00 |
| 05/25/2005 | DAG | L320 | A104 | Review documents███ ██████████████████ ████████████ ████████████████ ████████████████ | 5.30 | hrs. | 927.50 |
| 05/25/2005 | DAG | L320 | A111 | Prepare notes re document review and ██████████ | 0.30 | hrs. | 52.50 |
| 05/26/2005 | DAG | L320 | A104 | Review copies of documents███████ ████████████ prepare same for future use; identify documents for use as Exhibits with summary judgment motion | 3.20 | hrs. | 560.00 |
| 05/26/2005 | DAG | L420 | A108 | Long distance telephone conference with Paul Roller, prospective expert witness | 0.50 | hrs. | 87.50 |



Page    4

| Date | Atty | | | Description | Hours | | Amount |
|------|------|------|------|-------------|-------|------|--------|
| 05/26/2005 | DAG | L320 | A101 | Prepare documents for discussion with and/or deposition of Christine Schleuss | 1.80 | hrs. | 315.00 |
| 05/26/2005 | DAG | L320 | A107 | Return documents to ▮▮▮▮▮▮ and inquire about missing documents | 0.50 | hrs. | 87.50 |
| 05/31/2005 | DAG | L320 | A108 | Telephone call to attorney Schleuss' office re status of providing documents and correspondence in underlying case | 0.20 | hrs. | 35.00 |
| 06/01/2005 | AG | L320 | A107 | Review fax from Christine Schleuss re specifying requested records | 0.10 | hrs. | 17.50 |
| 06/01/2005 | DAG | L190 | A107 | Telephone call to attorney Michael Cohn - left message | 0.10 | hrs. | 17.50 |
| 06/01/2005 | DAG | L320 | A107 | Telephone call to attorney Weidner's office for Michael Cohn and telephone conference with Suzanne re production of correspondence and release given to State Farm | 0.20 | hrs. | 35.00 |
| 06/01/2005 | DAG | L320 | A107 | Telephone conference with attorney Cohn re documents not produced | 0.20 | hrs. | 35.00 |
| 06/01/2005 | DAG | L190 | A108 | Review fax message from attorney Schleuss | 0.10 | hrs. | 17.50 |
| 06/01/2005 | DAG | L320 | A103 | Dictate draft Stipulation re production of documents from underlying case | 0.30 | hrs. | 52.50 |
| 06/01/2005 | DAG | L320 | A103 | Dictate draft of proposed Order re stipulation | 0.40 | hrs. | 70.00 |
| 06/01/2005 | DAG | L250 | A103 | Review and revise Stipulation and proposed Order re production of documents in underlying suit | 0.50 | hrs. | 87.50 |
| 06/02/2005 | DAG | L190 | A107 | Prepare fax message to attorney Schleuss in response to fax received | 0.40 | hrs. | 70.00 |

| | | | | from her | | | |
|---|---|---|---|---|---|---|---|
| 06/02/2005 | DAG | L320 | A107 | Dictate letter to attorney Cohn re Stipulation and Order re records from underlying case | 0.30 | hrs. | 52.50 |
| 06/06/2005 | DAG | L320 | A107 | Telephone call from attorney Sisson's office re documents ready for further review | 0.10 | hrs. | 17.50 |
| 06/07/2005 | DAG | L190 | A107 | Conference with attorney Rod Sisson re State Farm procedures for agents reporting claims and location to report | 0.60 | hrs. | 105.00 |
| 06/07/2005 | DAG | L190 | A107 | Prepare fax message to attorney Sisson per his request re State Farm information provided to Worthy | 0.60 | hrs. | 105.00 |
| 06/07/2005 | DAG | L320 | A104 | Review correspondence copies received from plaintiffs' attorney | 0.90 | hrs. | 157.50 |
| 06/08/2005 | DAG | L320 | A104 | Review and segregate correspondence copies from attorney Sisson's office for future use | 0.90 | hrs. | 157.50 |
| 06/08/2005 | DAG | L420 | A106 | Dictate letter to Melinda Vollmer re ▇▇▇▇▇▇▇▇ | 0.30 | hrs. | 52.50 |
| 06/14/2005 | DAG | L190 | A106 | Telephone call from Melinda Vollmer | 0.10 | hrs. | 17.50 |
| 06/15/2005 | DAG | L410 | A106 | Return telephone call to Melinda Vollmer to discuss witnesses | 0.10 | hrs. | 17.50 |
| 06/27/2005 | DAG | L240 | A106 | Long distance telephone conference with Melinda Vollmer re ▇▇▇▇▇▇▇▇ draft Fact Statement for motion for summary judgment | 0.60 | hrs. | 105.00 |
| 06/27/2005 | DAG | L240 | A103 | Review and revise Fact Statement to include ▇▇▇▇▇▇▇▇ | 1.50 | hrs. | 262.50 |

EXHIBIT   B
Page  45  of  128

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | ████ correspondence obtained from plaintiffs' counsel and additional Exhibits | | | |
| 06/27/2005 | DAG | L240 | A106 | Dictate letter to Melinda Vollmer re Memorandum in Support and actions by State Farm with reference to Exhibits and additional correspondence | 1.00 | hrs. | 175.00 |
| 07/12/2005 | DAG | L190 | A107 | Telephone call to attorney Sisson re status of information previously requested | 0.20 | hrs. | 35.00 |
| 07/12/2005 | DAG | L190 | A106 | Long distance telephone call to Melinda Vollmer re draft of summary judgment facts | 0.20 | hrs. | 35.00 |
| 07/12/2005 | DAG | L190 | A106 | Prepare message to Vollmer re additional information needed | 0.40 | hrs. | 70.00 |
| 07/21/2005 | DAG | L190 | A106 | Long distance telephone conference with Melinda Vollmer re fact information | 0.20 | hrs. | 35.00 |
| 08/05/2005 | DAG | L190 | A107 | Telephone call to attorney Sisson re information | 0.10 | hrs. | 17.50 |
| 08/09/2005 | DAG | L190 | A107 | Telephone call ████ ████████████████ | 0.20 | hrs. | 35.00 |
| 08/09/2005 | DAG | L190 | A103 | Dictate letter to Melinda Vollmer re response to our requests for information | 0.30 | hrs. | 52.50 |
| 08/10/2005 | DAG | L190 | A103 | Review letter to Vollmer for execution and sending | 0.20 | hrs. | 35.00 |
| 08/23/2005 | DAG | L190 | A106 | Review message from Vollmer re information we requested and retaining expert witness | 0.20 | hrs. | 35.00 |
| 08/23/2005 | DAG | L190 | A106 | Prepare information for response to Vollmer | 0.20 | hrs. | 35.00 |
| 08/24/2005 | AG | L190 | A106 | Draft letter to Melinda Vollmer re case status, | 0.90 | hrs. | 157.50 |

EXHIBIT B
Page 40 of 125

Page    7

expert retention, answers<br>to questions

_____

$5,816.50

**EXPENSES**

| | | |
|---|---|---|
| 05/26/2005 | Long distance telephone call to 206-296-7004 | 1.90 |
| 06/27/2005 | Long distance telephone call to Ms. Vollmer | 2.30 |
| 07/21/2005 | Long distance telephone call to 212-458-1985 | 0.50 |

_____

$4.70

## Billing Summary

| | | | | |
|---|---|---|---|---|
| DAG | Gerety, Daniel A. | 31.80  hrs | 175.00 | /hr |
| AG | Guidi, Andrew | 1.30  hrs | 175.00 | /hr |
| REB | Boyd, Richell E. | 0.30  hrs | 80.00 | /hr |

## Code Summary

| Code | Description | Hours | Amt. |
|---|---|---|---|
| L190 | Other Case Assessment, Develop | 8.20 | 1406.50 |
| L240 | Dispositive Motions | 7.00 | 1225.00 |
| L250 | Other Written Motions/Submiss | 0.50 | 87.50 |
| L320 | Document Production | 15.10 | 2642.50 |
| L330 | Depositions | 0.90 | 157.50 |
| L390 | Other Discovery | 0.20 | 35.00 |
| L410 | Fact Witnesses | 0.10 | 17.50 |
| L420 | Expert Witnesses | 1.40 | 245.00 |

| | | |
|---|---|---|
| Total professional services | 33.40  hrs | $5,816.50 |
| Total expenses incurred | | $4.70 |
| Total of new charges for this invoice | | $5,821.20 |
| **Total balance now due** | | **$5,821.20** |

EXHIBIT _B_
Page _47_ of _128_

lled To _____ A-16 _____

se Name _____ Iney . Amer. Home _____

s. Carrier _____

her Attorney _____

Fees $ 18427.50

Costs $ 31.97

Total $ 18459.47

Changes _____

Adjusted
Total   $ _____

### BILLING AND CASH RECEIPTS CONTROL SHEET

| Preparation Time | Trial Time | Rate Per Hour | Attorney | Total Billing By Attorney |
|---|---|---|---|---|
| 13.2 | | 175 | PRC | $ 2310.00 |
| 10.5 | | 175 | AL | 1837.50 |
| 95.2 | | 150 | WRW | 14280.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total Fees
BILLED        $ _____

1-31-06 _____

DATE BILLED                Approved by Billing Attorney

anges to Billing –          Description of Change

Fees $ _____   _____

$ _____   _____

Costs $ _____   _____

$ _____   _____

yment Record

# DELANEY WILES

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

January 31, 2006

Our file#    30090    00101
Invoice#    13068    AG

AIG                                                     Billing through:    12/31/2005
Attn: Zachary Fisher
175 Water Street, 11th Floor
New York, NY 10038

Tax ID # 92 0037095

---

Re: Ivey, T.J. (fka Skeen, TJ), Crouse, Renee M., Crouse, Brian J., Skeen, Jessica Lynn, ( assignees of the rights of Worthy, Conrad J., Individually and Conrad J. Worthy Insurance Agency) v. AMERICAN HOME ASSURANCE COMPANY

| | |
|---|---|
| Total fees for this matter | $18,427.50 |
| Total disbursements for this matter | $31.97 |
| Total charges for this matter | $18,459.47 |
| Past due balance | $5,821.20 |
| **Total balance now due** | **$24,280.67** |

EXHIBIT *B*
Page _45_ of _128_

**DELANEY WILES**
Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

January 31, 2006

Our file#    30090    00101
Invoice#    13068    AG

AIG                                          Billing through:        12/31/2005
Attn: Zachary Fisher
175 Water Street, 11th Floor
New York, NY 10038

Tax ID # 92 0037095

Re: Ivey, T.J. (fka Skeen, TJ), Crouse, Renee M., Crouse, Brian J., Skeen, Jessica Lynn, ( assignees of the rights of Worthy, Conrad J., Individually and Conrad J. Worthy Insurance Agency) v. AMERICAN HOME ASSURANCE COMPANY

Balance forward as of invoice dated    August 30, 2005        $5,821.20
Payments received since last invoice                             0.00

Accounts receivable balance carried forward                  $5,821.20

PROFESSIONAL SERVICES

| 08/29/2005 | AG | L190 | A106 | Complete and revise draft e-mail to Melinda Vollmer answering questions and ▇▇▇▇▇▇ to final form; send same | 0.50 | hrs. | 87.50 |
| 08/30/2005 | AG | L190 | A106 | Review e-mail from Vollmer re ▇▇▇▇▇▇ | 0.20 | hrs. | 35.00 |
| 09/01/2005 | DAG | L190 | A106 | Analysis of Vollmer request for information regarding ▇▇▇▇ | 0.30 | hrs. | 52.50 |
| 09/12/2005 | AG | L190 | A107 | Telephone call to Michael | 0.10 | hrs. | 17.50 |

EXHIBIT _B_
Page _50_ of _128_

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Cohn; leave message | | | |
| 09/13/2005 | AG | L350 | A103 | Revise draft Joint Motion to Extend Pre-trial Deadlines | 0.30 | hrs. | 52.50 |
| 09/13/2005 | AG | L190 | A106 | Draft e-mail to Melinda Vollmer re joint motion to extend deadlines | 0.20 | hrs. | 35.00 |
| 09/14/2005 | AG | L440 | A103 | Revise draft Joint Motion to include expert disclosures | 0.20 | hrs. | 35.00 |
| 09/16/2005 | AG | L190 | A104 | Review Court's Order extending pre-trial deadlines | 0.10 | hrs. | 17.50 |
| 09/23/2005 | WRW | L120 | A105 | Plan and prepare strategy for Summary Judment Motion | 0.20 | hrs. | 30.00 |
| 09/23/2005 | WRW | L110 | A101 | Gather pleadings, research and correspondence to prepare for summary judgment motion | 0.20 | hrs. | 30.00 |
| 09/26/2005 | WRW | L190 | A103 | Draft memo on contacts to Silos and Schleuss | 0.20 | hrs. | 30.00 |
| 09/26/2005 | WRW | L190 | A102 | Gather correspondence | 0.70 | hrs. | 105.00 |
| 09/26/2005 | WRW | L190 | A108 | Call Rod Sisson to obtain State Farm's claim response procedures | 0.10 | hrs. | 15.00 |
| 09/26/2005 | WRW | L190 | A108 | Call Christine Schleuss to obtain her files in the underlying cases | 0.10 | hrs. | 15.00 |
| 09/26/2005 | WRW | L110 | A102 | Investigate facts and law of claim initially | 0.70 | hrs. | 105.00 |
| 09/26/2005 | WRW | L110 | A102 | Investigate facts and law of claim initially | 0.20 | hrs. | 30.00 |
| 09/27/2005 | WRW | L110 | A104 | Review communication with attorneys, Rod Sisson and Christine Schleuss to obtain files on underlying claim from them | 0.20 | hrs. | 30.00 |
| 09/27/2005 | WRW | L120 | A104 | Analyze plaintiff's claims and research produced to date | 0.90 | hrs. | 135.00 |
| 09/27/2005 | WRW | L120 | A102 | Research law outside Alaska for rulings that ███████████ | 0.70 | hrs. | 105.00 |