| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/27/2005 | WRW | L120 | A102 | Research law outside Alaska for ███ | 0.50 | hrs. | 75.00 |
| 09/27/2005 | WRW | L120 | A102 | Research law outside Alaska for ███ | 1.30 | hrs. | 195.00 |
| 09/27/2005 | WRW | L110 | A104 | Review insurance policy "professional services" insuring clause | 0.20 | hrs. | 30.00 |
| 09/27/2005 | WRW | L120 | A102 | Research cases interpreting ███ | 0.70 | hrs. | 105.00 |
| 09/27/2005 | WRW | L110 | A107 | Call Rod Sisson to request State Farm claim reporting procedure information | 0.10 | hrs. | 15.00 |
| 09/27/2005 | WRW | L110 | A107 | Call Christine Schleuss to obtain records of Conrad J. Worthy | 0.10 | hrs. | 15.00 |
| 09/27/2005 | WRW | L120 | A102 | Research law outside Alaska interpreting ███ | 0.30 | hrs. | 45.00 |
| 09/27/2005 | WRW | L110 | A107 | Call Rod Sisson to obtain State Farm claim reporting procedures; left message | 0.10 | hrs. | 15.00 |
| 09/27/2005 | WRW | L120 | A102 | Research ███ | 0.60 | hrs. | 90.00 |
| 09/27/2005 | WRW | L120 | A102 | Research ███ | 0.30 | hrs. | 45.00 |
| 09/27/2005 | WRW | L110 | A107 | Discuss ███ | 0.20 | hrs. | 30.00 |
| 09/27/2005 | WRW | L110 | A105 | Plan response to State | 0.20 | hrs. | 30.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Farm's refusal to disclose claim reporting procedures; plan to discuss with Rod Sisson | | | |
| 09/28/2005 | WRW | L120 | A102 | Research non-Alaska case law interpreting ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ | 0.90 | hrs. | 135.00 |
| 09/28/2005 | WRW | L110 | A107 | Call Rod Sisson to obtain State Farm's files; left message | 0.10 | hrs. | 15.00 |
| 09/28/2005 | WRW | L120 | A102 | Research non-Alaska case law interpreting ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ | 0.80 | hrs. | 120.00 |
| 09/28/2005 | WRW | L120 | A102 | Research ▓▓▓▓▓▓ ▓▓▓▓ | 1.40 | hrs. | 210.00 |
| 09/28/2005 | WRW | L110 | A107 | Answer phone call from Rod Sisson to discuss obtaining State Farm's information on their claim reporting procedures | 0.10 | hrs. | 15.00 |
| 09/28/2005 | WRW | L110 | A108 | Call Rod Sisson to discuss obtaining State Farm's information on their claim reporting procedures; left message | 0.10 | hrs. | 15.00 |
| 09/28/2005 | WRW | L110 | A107 | Answer phone call from Rod Sisson re: obtaining State Farm's claim response procedures | 0.10 | hrs. | 15.00 |
| 09/28/2005 | WRW | L120 | A102 | Research ▓▓▓▓▓▓ ▓▓▓▓▓▓ | 1.10 | hrs. | 165.00 |
| 09/28/2005 | WRW | L120 | A102 | Research Alaska cases ▓▓▓ ▓▓▓▓ | 0.60 | hrs. | 90.00 |
| 09/29/2005 | AG | L190 | A107 | Telephone call to Rod Sisson's office; telephone conference with Sisson re his letter denying request for State Farm Files and re obtaining affidavit re | 0.50 | hrs. | 87.50 |

EXHIBIT _B_
Page _53_ of _128_

| | | | | State Farm's conclusion that there was no coverage | | | |
|---|---|---|---|---|---|---|---|
| 09/29/2005 | AG | L240 | A103 | Outline ████████ ████████ ████████ | 0.40 | hrs. | 70.00 |
| 09/29/2005 | WRW | L110 | A107 | Call Rod Sisson to discuss obtaining State Farm's claim reporting procedures | 0.20 | hrs. | 30.00 |
| 09/29/2005 | WRW | L110 | A101 | Plan and prepare to draft ████████ ████████ | 0.60 | hrs. | 90.00 |
| 09/29/2005 | WRW | L120 | A103 | Draft ████████ ████████ ████████ ████████ ████████ | 0.80 | hrs. | 120.00 |
| 09/29/2005 | WRW | L110 | A107 | Call Christine Schleuss, former attorney for Conrad J. Worthy, to obtain files in the underlying litigation against Worthy; leave message | 0.10 | hrs. | 15.00 |
| 09/30/2005 | WRW | L110 | A107 | Discuss with Christine Schleuss obtaining her files from the criminal trial and criminal appeal | 0.20 | hrs. | 30.00 |
| 09/30/2005 | WRW | L120 | A103 | Draft ████████ ████████ ████████ ████████ | 0.30 | hrs. | 45.00 |
| 09/30/2005 | WRW | L110 | A107 | Call Christine Schleuss to arrange a records | 0.10 | hrs. | 15.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | deposition to obtain her files in the underlying criminal and civil cases | | | |
| 09/30/2005 | WRW | L110 | A107 | Plan date with Christine Schleuss, counsel, for records deposition to obtain her files in underlying case | 0.10 | hrs. | 15.00 |
| 09/30/2005 | WRW | L120 | A103 | Plan and prepare statement of facts section for summary judgment motion | 0.40 | hrs. | 60.00 |
| 10/03/2005 | WRW | L120 | A107 | Discuss with Rod Sisson, ▮▮▮▮▮▮▮▮▮▮▮ | 0.10 | hrs. | 15.00 |
| 10/04/2005 | WRW | L110 | A104 | Analyze facts from exhibits for summary judgment motion | 0.90 | hrs. | 135.00 |
| 10/05/2005 | WRW | L120 | A101 | Review and analyze file to compose facts section of facts for summary judgment motion | 2.80 | hrs. | 420.00 |
| 10/05/2005 | WRW | L120 | A102 | Review and analyze case law on ▮▮▮▮▮▮▮▮ | 1.60 | hrs. | 240.00 |
| 10/05/2005 | WRW | L120 | A102 | Review and analyze case law ▮▮▮▮▮▮ | 1.30 | hrs. | 195.00 |
| 10/05/2005 | WRW | L120 | A102 | Review and analyze case law▮▮▮▮▮▮▮ | 1.40 | hrs. | 210.00 |
| 10/07/2005 | AG | L330 | A109 | Attend and conduct Records Deposition of Christine Schleuss | 1.80 | hrs. | 315.00 |
| 10/07/2005 | AG | L190 | A106 | Review email from Melinda Vollmer re case status; draft email reponse re case deadlines, issues for | 1.40 | hrs. | 245.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | summary judgment on coverage, Schleuss Records Deposition and ███████████ | | | |
| 10/07/2005 | WRW | L110 | A104 | Analyze file to assess ██████████ ███████████ ███████████ | 0.40 | hrs. | 60.00 |
| 10/07/2005 | WRW | L120 | A102 | Review and analyze case law on ███████ ███████████ ███████████ | 0.60 | hrs. | 90.00 |
| 10/07/2005 | WRW | L120 | A102 | Review and analyze case law ███████████ ███████████ ███████████ | 2.30 | hrs. | 345.00 |
| 10/11/2005 | AG | L190 | A103 | Draft letter to Michael Cohn regarding stipulation regarding production of Schleuss records; draft joint letter to Alaska Legal Copy | 0.40 | hrs. | 70.00 |
| 10/11/2005 | AG | L190 | A104 | Review letter from Schleuss regarding additional records discovered after records deposition | 0.10 | hrs. | 17.50 |
| 10/11/2005 | WRW | L120 | A107 | Call ███████████ ███████████ ███████████ | 0.10 | hrs. | 15.00 |
| 10/11/2005 | WRW | L120 | A101 | Plan and outline summary judgment motion in light of Christine Schleuss's records | 0.30 | hrs. | 45.00 |
| 10/11/2005 | WRW | L110 | A104 | Review correspondence to assess strategy for summary judgment | 0.30 | hrs. | 45.00 |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | motion | | | |
| 10/12/2005 | WRW | L120 | A103 | Work on outline of summary judgment motion | 0.80 | hrs. | 120.00 |
| 10/12/2005 | WRW | L120 | A102 | Continued analysis of ▮▮▮▮▮ | 0.30 | hrs. | 45.00 |
| 10/13/2005 | WRW | L120 | A103 | Prepare summary judgment motion outline of issues and arguments | 1.90 | hrs. | 285.00 |
| 10/13/2005 | WRW | L120 | A103 | Preparation of facts section of summary judgment motion | 2.70 | hrs. | 405.00 |
| 10/13/2005 | WRW | L110 | A108 | Call ▮▮▮▮▮ | 0.10 | hrs. | 15.00 |
| 10/17/2005 | DAG | L250 | A104 | Review status of pretrial deadlines | 0.20 | hrs. | 35.00 |
| 10/17/2005 | WRW | L110 | A108 | Conduct telephonic interview ▮▮▮▮▮ | 0.20 | hrs. | 30.00 |
| 10/17/2005 | WRW | L110 | A104 | Analyze tender letter allegedly sent to American Home to ▮▮▮▮▮ | 1.10 | hrs. | 165.00 |
| 10/17/2005 | WRW | L110 | A106 | Call ▮▮▮▮▮ | 0.20 | hrs. | 30.00 |

| 10/17/2005 | WRW | L110 | A103 | Prepare summary judgment memo section on Worthy's contract with State Farm | 1.40 | hrs. | 210.00 |
| 10/17/2005 | WRW | L110 | A103 | Prepare summary judgment memo section on Worthy's Errors and Omissions insurance policy | 0.80 | hrs. | 120.00 |
| 10/17/2005 | WRW | L110 | A103 | Draft memo ███████ ████████████████ ████████████████ ███████ | 0.20 | hrs. | 30.00 |
| 10/18/2005 | WRW | L110 | A103 | Continued preparation of the facts section of a memorandum in support of a motion for summary judgment | 0.60 | hrs. | 90.00 |
| 10/18/2005 | WRW | L120 | A104 | Review response from ██████████ ████████████ ████████████ | 0.40 | hrs. | 60.00 |
| 10/18/2005 | WRW | L120 | A107 | Call ████████████ ████████████ ████████████ ████████ | 0.10 | hrs. | 15.00 |
| 10/18/2005 | WRW | L120 | A107 | Discuss ████████ ████████████ ████████████ ████████████ ████████ | 0.20 | hrs. | 30.00 |
| 10/19/2005 | WRW | L120 | A103 | Continued preparation of outline of summary judgment motion | 0.80 | hrs. | 120.00 |
| 10/19/2005 | WRW | L120 | A103 | Prepare section of outline | 0.30 | hrs. | 45.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | of memo suporting summary judgment, dealing with the legal standard of summary judgment | | | |
| 10/19/2005 | WRW | L120 | A102 | Research Alaska case law ▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉ | 2.10 | hrs. | 315.00 |
| 10/19/2005 | WRW | L120 | A102 | Research Alaska case law on ▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉ | 0.80 | hrs. | 120.00 |
| 10/19/2005 | WRW | L120 | A104 | Continued review and analysis of case law on the preclusive effect of a guilty or no contest plea when that party subsequently claims that he did not commit a crime | 0.30 | hrs. | 45.00 |
| 10/19/2005 | WRW | L120 | A103 | Prepare section of outline summary judgment memo discussing ▉▉▉▉▉▉▉ | 0.80 | hrs. | 120.00 |
| 10/19/2005 | WRW | L120 | A103 | Prepare section of outline summary judgment memo discussing Alaska case law on ▉▉▉▉▉▉▉ | 0.30 | hrs. | 45.00 |
| 10/20/2005 | DAG | L250 | A104 | Review Notices of Summary Judgment Motion and provide input regarding documents | 0.60 | hrs. | 105.00 |
| 10/20/2005 | WRW | L120 | A102 | Analysis and review of case law ▉▉▉▉▉▉▉ | 1.40 | hrs. | 210.00 |
| 10/20/2005 | WRW | L120 | A102 | Review and analysis of case law on ▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉ | 1.90 | hrs. | 285.00 |
| 10/20/2005 | WRW | L110 | A104 | Review file documents to ▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉ | 0.20 | hrs. | 30.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/20/2005 | WRW | L120 | A102 | Continued review and analysis of case law on interpretation of "professional services" limitations in insurance policies | 0.60 | hrs. | 90.00 |
| 10/25/2005 | AG | L190 | A104 | Reveiw invoice from Alaska Legal Copy; draft letter to Melinda Vollmer regarding same | 0.20 | hrs. | 35.00 |
| 10/26/2005 | WRW | L120 | A104 | Review and analyze Worthy documents from Christine Schleuss records deposition | 3.20 | hrs. | 480.00 |
| 10/26/2005 | WRW | L120 | A104 | Review and analyze Worthy documents from Christine Schleuss records deposition | 1.30 | hrs. | 195.00 |
| 10/27/2005 | WRW | L120 | A104 | Review documents from Christine Schleuss records deposition | 1.90 | hrs. | 285.00 |
| 10/27/2005 | WRW | L120 | A108 | Call ███████████ | 0.20 | hrs. | 30.00 |
| 10/27/2005 | WRW | L120 | A103 | Prepare memo discussing documents from Schleuss records deposition | 0.40 | hrs. | 60.00 |
| 10/27/2005 | WRW | L120 | A103 | Continued preparation of memo discussing documents from Schleuss records deposition | 0.30 | hrs. | 45.00 |
| 11/01/2005 | AG | L190 | A104 | Review and analyze facts of underlying claim in order to develop and prioritize grounds for summary judgment | 1.50 | hrs. | 262.50 |

| Date | Initials | | | Description | Hours | | Amount |
|------|------|------|------|-------------|-------|------|--------|
| 11/01/2005 | AG | L190 | A104 | Analyze and outline questions ▉▉▉▉ | 0.70 | hrs. | 122.50 |
| 11/01/2005 | DAG | L190 | A104 | Review and analysis of documents ▉▉▉▉▉ letters prepared by attorney Schluess, has affidavit in underlying case, instructions provided to him from State Farm regarding E & O coverage and reporting claims, and information regarding payment of defense by State Farm with view towards obtaining an affidavit from him | 2.30 | hrs. | 402.50 |
| 11/01/2005 | WRW | L110 | A101 | Plan and prepare conference call ▉▉▉▉ | 0.90 | hrs. | 135.00 |
| 11/01/2005 | WRW | L110 | A108 | Call ▉▉▉▉ arrange conference call | 0.10 | hrs. | 15.00 |
| 11/01/2005 | WRW | L110 | A107 | Contact Christine Schleuss ▉▉▉▉ | 0.10 | hrs. | 15.00 |
| 11/01/2005 | WRW | L110 | A102 | Review and analyze case law regarding the estoppel effect ▉▉▉ | 0.90 | hrs. | 135.00 |
| 11/02/2005 | WRW | L110 | A104 | Analysis and review of documents to prepare for conference call ▉▉▉ | 1.70 | hrs. | 255.00 |
| 11/02/2005 | WRW | L110 | A104 | Review and analyze State Farm's homeowner's insurance provision for "other insurance" relative to American Home's provision for "other insurance" to argue that | 1.10 | hrs. | 165.00 |

|            |     |      |      | American Home policy provides only excess coverage                                                                       |      |      |        |
|------------|-----|------|------|--------------------------------------------------------------------------------------------------------------------------|------|------|--------|
| 11/03/2005 | WRW | L110 | A108 | Call ███████████ ███████████ conference call                                                                              | 0.20 | hrs. | 30.00  |
| 11/04/2005 | DAG | L190 | A108 | Long distance telephone call ████████████ ████████████ ████████████ summary judgment motions                             | 1.00 | hrs. | 175.00 |
| 11/04/2005 | WRW | L110 | A101 | Prepare for conference call ██████████                                                                                    | 0.60 | hrs. | 90.00  |
| 11/04/2005 | WRW | L110 | A108 | Conference call ████                                                                                                      | 0.60 | hrs. | 90.00  |
| 11/04/2005 | WRW | L110 | A103 | Prepare affidavit for                                                                                                     | 3.20 | hrs. | 480.00 |
| 11/05/2005 | DAG | L190 | A104 | Review and revise draft of                                                                                               | 1.20 | hrs. | 210.00 |
| 11/08/2005 | DAG | L190 | A111 | Coordinate distribution of                                                                                               | 0.20 | hrs. | 35.00  |
| 11/08/2005 | WRW | L110 | A103 | Continued preparation of                                                                                                  | 0.60 | hrs. | 90.00  |
| 11/10/2005 | WRW | L110 | A103 | Prepare an outline of motion for summary judgment                                                                         | 2.80 | hrs. | 420.00 |
| 11/11/2005 | WRW | L110 | A103 | Continued preparation of an outline of motion for summary judgment based on additional information                        | 2.20 | hrs. | 330.00 |

| | | | | from Schleuss records ~~████████~~ | | | |
|---|---|---|---|---|---|---|---|
| 11/11/2005 | WRW | L110 | A103 | Continued preparation of an outline of motion for summary judgment based on additional information from Schleuss records ~~████████~~ | 2.10 | hrs. | 315.00 |
| 11/14/2005 | WRW | L110 | A103 | Continued drafting detailed argument outline of motion for summary judgment | 1.20 | hrs. | 180.00 |
| 11/16/2005 | WRW | L110 | A103 | First draft of summary judgment argument arguing that coverage is limited to negligence in "professional services" | 1.30 | hrs. | 195.00 |
| 11/16/2005 | WRW | L110 | A103 | First draft of summary judgment motion argument section arguing no breach of duty to defend because no harm to insured | 2.70 | hrs. | 405.00 |
| 11/17/2005 | WRW | L110 | A103 | First draft argument summary judgment section re: "professional services" requirement | 2.10 | hrs. | 315.00 |
| 11/17/2005 | WRW | L110 | A103 | First draft of argument for summary judgment section re: criminal conduct exclusion | 1.10 | hrs. | 165.00 |
| 11/18/2005 | WRW | L110 | A103 | Begin drafting summary judgment memo section re: lack of damages to Worthy | 1.80 | hrs. | 270.00 |
| 11/18/2005 | WRW | L110 | A103 | Begin drafting argument for summary judgment section re: insured's duty to cooperate | 1.40 | hrs. | 210.00 |
| 11/26/2005 | DAG | L250 | A104 | Preliminary review of memorandum in support relating to summary judgment and provide partial revisions | 0.90 | hrs. | 157.50 |
| 11/29/2005 | DAG | L110 | A104 | Analysis of whether a known ineffective | 0.50 | hrs. | 87.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | assignement has any legal effect | | | |
| 12/02/2005 | DAG | L110 | A104 | Review legal research regarding ineffective assignment and provide input regarding same | 0.50 | hrs. | 87.50 |
| 12/02/2005 | DAG | L110 | A104 | Review additional research and analysis of ineffective assignments and review draft of ███████████view of research and provide input regarding revisions ███████ | 1.50 | hrs. | 262.50 |
| 12/02/2005 | WRW | L110 | A104 | Review and analyze case law discussing whether forbearance to assert a claim constitutes consideration when the forbearing party lacks a good faith belief in the validity of his claim | 1.80 | hrs. | 270.00 |
| 12/02/2005 | WRW | L110 | A104 | Continue review and analysis of case law discussing whether forbearance to assert a claim constitutes consideration when the forbearing party lacks a good faith belief in the validity of his claim | 1.30 | hrs. | 195.00 |
| 12/05/2005 | AG | L110 | A104 | Review and revise first draft of motion for summary judgment | 1.50 | hrs. | 262.50 |
| 12/09/2005 | WRW | L110 | A103 | Continued preparation of ███████████████ | 1.30 | hrs. | 195.00 |
| 12/09/2005 | WRW | L110 | A108 | Contact ████████████ | 0.20 | hrs. | 30.00 |
| 12/13/2005 | DAG | L110 | A104 | Detailed review, analysis, and revision of first draft of Memorandum in Support with comments and suggestions to enhance arguments in view of a██████████ ███████ | 3.00 | hrs. | 525.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/13/2005 | WRW | L110 | A103 | Continued preparation of ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓ | 0.70 | hrs. | 105.00 |
| 12/15/2005 | AG | L110 | A103 | Expand legal authorities cited in draft motion for summary judgment on criminal conduct exclusion | 0.40 | hrs. | 70.00 |
| 12/15/2005 | DAG | L110 | A104 | Further review and analysis of arguments to make and tack to take with court in presenting arguments for summary judgment, including fairness and equity as a result of no one insuring American Home had in fact been put on notice of the claim and suit | 1.00 | hrs. | 175.00 |
| 12/22/2005 | WRW | L110 | A103 | Draft summary judgment memo section stating the legal grounds for summary judgment | 0.20 | hrs. | 30.00 |
| 12/22/2005 | WRW | L110 | A103 | Continued preparation of summary judgment memo introduction section | 0.20 | hrs. | 30.00 |
| 12/22/2005 | WRW | L110 | A103 | Continued preparation of summary judgment memo section presenting the facts of the case | 0.20 | hrs. | 30.00 |
| 12/23/2005 | WRW | L110 | A103 | Prepare summary judgment memo section stating the applicable policy language | 0.60 | hrs. | 90.00 |
| 12/23/2005 | WRW | L110 | A103 | Prepare summary judgment memo section arguing policy was not potentially triggered because the complaint did not arise out of the insured's professional services | 1.90 | hrs. | 285.00 |
| 12/23/2005 | WRW | L110 | A103 | Prepare criminal conduct exclusion section of sumary judgment memorandum | 1.40 | hrs. | 210.00 |

Page    17
$18,427.50

EXPENSES

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/30/2005 | E102 | Outside printing - copying charges from the law library for September (34 @ .17) | 5.78 |
| 10/05/2005 | E114 | Witness fees paid to Christine Scleuss for records deposition | 25.00 |
| 11/30/2005 | E102 | Outside printing - copying charges from the law library for November - 7 @ .17 | 1.19 |

$31.97

## Billing Summary

| | | | | |
|---|---|---|---|---|
| DAG | Gerety, Daniel A. | 13.20 hrs | 175.00 | /hr |
| AG | Guidi, Andrew | 10.50 hrs | 175.00 | /hr |
| WRW | Warnock, William R. | 95.20 hrs | 150.00 | /hr |

## Code Summary

| Code | Description | Hours | Amt. |
|---|---|---|---|
| L110 | Fact Investigation/Development | 57.20 | 8790.00 |
| L120 | Analysis/Strategy | 45.30 | 6795.00 |
| L190 | Other Case Assessment, Develop | 12.00 | 2072.50 |
| L240 | Dispositive Motions | 0.40 | 70.00 |
| L250 | Other Written Motions/Submiss | 1.70 | 297.50 |
| L330 | Depositions | 1.80 | 315.00 |
| L350 | Discovery Motions | 0.30 | 52.50 |
| L440 | Other Trial Preparation and Su | 0.20 | 35.00 |

| | | |
|---|---|---|
| Total professional services | 118.90 hrs | $18,427.50 |
| Total expenses incurred | | $31.97 |
| Total of new charges for this invoice | | $18,459.47 |
| Plus net balance forward | | $5,821.20 |
| **Total balance now due** | | **$24,280.67** |

EXHIBIT _B_
Page _66_ of _128_

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

ATTORNEYS AT LAW

SUITE 400

1007 WEST 3RD AVENUE

ANCHORAGE, ALASKA 99501-1936

TELEPHONE (907) 279-3581

FAX (907) 277-1331

WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN P. CLEMENT
WILLIAM R. WARNOCK
MARGARET A. PATON-WALSH

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

January 31, 2006

Zachary Fisher, Esq.
Complex Coverage Director
**AIG Technical Services, Inc.**
175 Water Street, 11th Floor
New York, N.Y. 10038

> **RE:  AIG Claim No. 313024838**
> T.J. IVEY, et al v. AMERICAN HOME ASSURANCE COMPANY
> Case No. 3AN-03-6988 CI
>
> *Claim No. - 313024838*

Dear Mr. Fisher:

Enclosed please find our Statement dated January 31, 2006 which includes a past due balance of $5,821.00.

Could you please check on the status of payment for the past due amount?

Thank you for your assistance and please call me with any questions.

Very truly yours,

DELANEY, WILES, HAYES,
ELLIS, GERETY & YOUNG, INC.

Andrew Guidi    by DKD

Andrew Guidi

AG/dkd/113255
Enclosures

EXHIBIT B
Page 62 of 28

## DELANEY WILES

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

August 30, 2005

| | | |
|---|---|---|
| Our file# | 30090 | 00101 |
| Invoice# | 12468 | AG |

Billing through:    08/25/2005

G
n: Zachary Fisher
5 Water Street, 11th Floor
w York, NY 10038

Tax ID # 92 0037095

Re: Ivey, T.J. (fka Skeen, TJ), Crouse, Renee M., Crouse, Brian J., Skeen, Jessica Lynn, ( assignees of the rights of Worthy, Conrad J., Individually and Conrad J. Worthy Insurance Agency) v. AMERICAN HOME ASSURANCE COMPANY

| | |
|---|---|
| Total fees for this matter | $5,816.50 |
| Total disbursements for this matter | $4.70 |
| Total charges for this matter | $5,821.20 |
| Past due balance | $0.00 |
| **Total balance now due** | **$5,821.20** |

EXHIBIT B
Page 108 of 128

**DELANEY WILES**

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK  99501

August 30, 2005

| Our file# | 30090 | 00101 |
|-----------|-------|-------|
| Invoice# | 12468 | AG |

Billing through:          08/25/2005

G
n: Zachary Fisher
5 Water Street, 11th Floor
w York, NY  10038

Tax ID # 92 0037095

: Ivey, T.J. (fka Skeen, TJ), Crouse, Renee M., Crouse, Brian J., Skeen,
ssica  Lynn, ( assignees of the rights of Worthy, Conrad J., Individually and
nrad J. Worthy Insurance Agency) v. AMERICAN HOME ASSURANCE
)MPANY

| | | |
|---|---|---|
| lance forward as of invoice dated | May 10, 2005 | $13,082.12 |
| yments received since last invoice | | 13,082.12 |
| counts receivable balance carried forward | | $0.00 |

OFESSIONAL SERVICES

| '08/2005 | DAG | L240 | A102 | Review Alaska cases re available defenses ▓▓▓▓▓ and prepare Memorandum re actions to take in view of decision law in Alaska and as necessary for summary judgment purposes, including records to obtain, information necessary from American Home, and questions to ask counsel for Worthy and State Farm | 3.60 | hrs. | 630.00 |
|---|---|---|---|---|---|---|---|
| 04/2005 | DAG | L190 | A103 | Review status of information from Zach | 0.90 | hrs. | 157.50 |

EXHIBIT  B
Page 105 of 128

Page    2

| Date | Initials | | | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| | | | | Fisher and dictate draft of letter to Fisher | | | |
| 5/05/2005 | AG | L240 | A106 | Revise draft letter to Zachary Fisher re information needed to move for summary judgment | 0.30 | hrs. | 52.50 |
| 5/17/2005 | DAG | L190 | A106 | Review message from Zach Fisher | 0.10 | hrs. | 17.50 |
| 5/17/2005 | DAG | L190 | A107 | Telephone call to attorney Rod Sisson - left message | 0.10 | hrs. | 17.50 |
| 5/17/2005 | DAG | L190 | A107 | Telephone conference with attorney Sisson re records (discovery requests and responses); ▪▪▪▪▪▪▪ | 0.30 | hrs. | 52.50 |
| 5/18/2005 | DAG | L190 | A104 | Review fax from attorney Schleuss re documents | 0.10 | hrs. | 17.50 |
| 5/18/2005 | DAG | L190 | A106 | Long distance telephone call to Melinda Vollmer at AIG - left message | 0.20 | hrs. | 35.00 |
| 5/18/2005 | DAG | L190 | A107 | Telephone call to attorney Schleuss re information requested - left message | 0.20 | hrs. | 35.00 |
| 5/19/2005 | DAG | L190 | A106 | Long distance telephone conference with Melinda Vollmer re what needed to proceed | 0.30 | hrs. | 52.50 |
| 5/19/2005 | DAG | L420 | A107 | Attempt to contact by telephone and prepare message to Paul Roller - potential insurance expert witness | 0.30 | hrs. | 52.50 |
| 5/19/2005 | DAG | L420 | A107 | Long distance telephone call to Paul Roller's office in California - left message and requested current CV and fee schedule | 0.30 | hrs. | 52.50 |
| 5/19/2005 | REB | L190 | A108 | Convert March 14 and May 6 letters from attorney Guidi to Zach Fisher to PDF format and | 0.30 | hrs. | 24.00 |

Page    3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | e-mail to Melinda Vollmer per attorney Gerety | | | |
| /24/2005 | DAG | L190 | A104 | Review transcript of telephone message from attorney Sisson | 0.10 | hrs. | 17.50 |
| /24/2005 | DAG | L390 | A104 | Review file for Medical Releases | 0.20 | hrs. | 35.00 |
| /24/2005 | DAG | L330 | A104 | Partial review of deposition transcripts of Ivey and Brian and Jessica Crouse | 0.90 | hrs. | 157.50 |
| /24/2005 | DAG | L190 | A107 | Dictate letter to attorney Cohn re response to discovery requests including copies of correspondence | 0.40 | hrs. | 70.00 |
| /24/2005 | DAG | L190 | A107 | Telephone conference with attorney Sisson re his need for releases | 0.20 | hrs. | 35.00 |
| /24/2005 | DAG | L320 | A101 | Review and prepare documents ███████ ███████████████ | 0.40 | hrs. | 70.00 |
| /25/2005 | DAG | L320 | A104 | Review documents ██ ████████████████ ████████████ ████████████ ████████████ | 5.30 | hrs. | 927.50 |
| /25/2005 | DAG | L320 | A111 | Prepare notes re document review and ████████████ | 0.30 | hrs. | 52.50 |
| /26/2005 | DAG | L320 | A104 | Review copies of documents ██████████, prepare same for future use; identify documents for use as Exhibits with summary judgment motion | 3.20 | hrs. | 560.00 |
| /26/2005 | DAG | L420 | A108 | Long distance telephone conference with Paul Roller, prospective expert witness | 0.50 | hrs. | 87.50 |

EXHIBIT _B_
Page _21_ of _128_

Page    4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| /26/2005 | DAG | L320 | A101 | Prepare documents for discussion with and/or deposition of Christine Schleuss | 1.80 | hrs. | 315.00 |
| /26/2005 | DAG | L320 | A107 | Return documents to ███████████ and inquire about missing documents | 0.50 | hrs. | 87.50 |
| /31/2005 | DAG | L320 | A108 | Telephone call to attorney Schleuss' office re status of providing documents and correspondence in underlying case | 0.20 | hrs. | 35.00 |
| /01/2005 | AG | L320 | A107 | Review fax from Christine Schleuss re specifying requested records | 0.10 | hrs. | 17.50 |
| /01/2005 | DAG | L190 | A107 | Telephone call to attorney Michael Cohn - left message | 0.10 | hrs. | 17.50 |
| /01/2005 | DAG | L320 | A107 | Telephone call to attorney Weidner's office for Michael Cohn and telephone conference with Suzanne re production of correspondence and release given to State Farm | 0.20 | hrs. | 35.00 |
| '01/2005 | DAG | L320 | A107 | Telephone conference with attorney Cohn re documents not produced | 0.20 | hrs. | 35.00 |
| '01/2005 | DAG | L190 | A108 | Review fax message from attorney Schleuss | 0.10 | hrs. | 17.50 |
| '01/2005 | DAG | L320 | A103 | Dictate draft Stipulation re production of documents from underlying case | 0.30 | hrs. | 52.50 |
| '01/2005 | DAG | L320 | A103 | Dictate draft of proposed Order re stipulation | 0.40 | hrs. | 70.00 |
| '01/2005 | DAG | L250 | A103 | Review and revise Stipulation and proposed Order re production of documents in underlying suit | 0.50 | hrs. | 87.50 |
| 02/2005 | DAG | L190 | A107 | Prepare fax message to attorney Schleuss in response to fax received | 0.40 | hrs. | 70.00 |

EXHIBIT _B_
Page _72_ of _128_

| | | | | from her | | | |
|---|---|---|---|---|---|---|---|
| ;/02/2005 | DAG | L320 | A107 | Dictate letter to attorney Cohn re Stipulation and Order re records from underlying case | 0.30 | hrs. | 52.50 |
| ;/06/2005 | DAG | L320 | A107 | Telephone call from attorney Sisson's office re documents ready for further review | 0.10 | hrs. | 17.50 |
| ;/07/2005 | DAG | L190 | A107 | Conference with attorney Rod Sisson re State Farm procedures for agents reporting claims and location to report | 0.60 | hrs. | 105.00 |
| /07/2005 | DAG | L190 | A107 | Prepare fax message to attorney Sisson per his request re State Farm information provided to Worthy | 0.60 | hrs. | 105.00 |
| /07/2005 | DAG | L320 | A104 | Review correspondence copies received from plaintiffs' attorney | 0.90 | hrs. | 157.50 |
| /08/2005 | DAG | L320 | A104 | Review and segregate correspondence copies from attorney Sisson's office for future use | 0.90 | hrs. | 157.50 |
| /08/2005 | DAG | L420 | A106 | Dictate letter to Melinda Vollmer re ▓▓▓▓▓▓ | 0.30 | hrs. | 52.50 |
| /14/2005 | DAG | L190 | A106 | Telephone call from Melinda Vollmer | 0.10 | hrs. | 17.50 |
| /15/2005 | DAG | L410 | A106 | Return telephone call to Melinda Vollmer to discuss witnesses | 0.10 | hrs. | 17.50 |
| /27/2005 | DAG | L240 | A106 | Long distance telephone conference with Melinda Vollmer re ▓▓▓▓▓▓ | 0.60 | hrs. | 105.00 |
| /27/2005 | DAG | L240 | A103 | Review and revise Fact Statement to include ▓▓▓▓▓▓ | 1.50 | hrs. | 262.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | ████ correspondence obtained from plaintiffs' counsel and additional Exhibits | | | |
| 5/27/2005 | DAG | L240 | A106 | Dictate letter to Melinda Vollmer re Memorandum in Support and actions by State Farm with reference to Exhibits and additional correspondence | 1.00 | hrs. | 175.00 |
| 7/12/2005 | DAG | L190 | A107 | Telephone call to attorney Sisson re status of information previously requested | 0.20 | hrs. | 35.00 |
| 7/12/2005 | DAG | L190 | A106 | Long distance telephone call to Melinda Vollmer re draft of summary judgment facts | 0.20 | hrs. | 35.00 |
| 7/12/2005 | DAG | L190 | A106 | Prepare message to Vollmer re additional information needed | 0.40 | hrs. | 70.00 |
| 7/21/2005 | DAG | L190 | A106 | Long distance telephone conference with Melinda Vollmer re fact information | 0.20 | hrs. | 35.00 |
| /05/2005 | DAG | L190 | A107 | Telephone call to attorney Sisson re information | 0.10 | hrs. | 17.50 |
| /09/2005 | DAG | L190 | A107 | Telephone call ████ | 0.20 | hrs. | 35.00 |
| /09/2005 | DAG | L190 | A103 | Dictate letter to Melinda Vollmer re response to our requests for information | 0.30 | hrs. | 52.50 |
| /10/2005 | DAG | L190 | A103 | Review letter to Vollmer for execution and sending | 0.20 | hrs. | 35.00 |
| /23/2005 | DAG | L190 | A106 | Review message from Vollmer re information we requested and retaining expert witness | 0.20 | hrs. | 35.00 |
| /23/2005 | DAG | L190 | A106 | Prepare information for response to Vollmer | 0.20 | hrs. | 35.00 |
| /24/2005 | AG | L190 | A106 | Draft letter to Melinda Vollmer re case status, | 0.90 | hrs. | 157.50 |

Page     7

expert retention, answers
to questions

| | $5,816.50 |
|---|---|

PENSES

| /26/2005 | Long distance telephone call to 206-296-7004 | 1.90 |
|---|---|---|
| /27/2005 | Long distance telephone call to Ms. Vollmer | 2.30 |
| /21/2005 | Long distance telephone call to 212-458-1985 | 0.50 |

| | $4.70 |
|---|---|

## Billing Summary

| AG | Gerety, Daniel A. | 31.80 hrs | 175.00 /hr |
|---|---|---|---|
| G | Guidi, Andrew | 1.30 hrs | 175.00 /hr |
| EB | Boyd, Richell E. | 0.30 hrs | 80.00 /hr |

## Code Summary

| ode | Description | Hours | Amt. |
|---|---|---|---|
| 190 | Other Case Assessment, Develop | 8.20 | 1406.50 |
| 240 | Dispositive Motions | 7.00 | 1225.00 |
| 250 | Other Written Motions/Submiss | 0.50 | 87.50 |
| 320 | Document Production | 15.10 | 2642.50 |
| 330 | Depositions | 0.90 | 157.50 |
| 390 | Other Discovery | 0.20 | 35.00 |
| 410 | Fact Witnesses | 0.10 | 17.50 |
| 420 | Expert Witnesses | 1.40 | 245.00 |

| al professional services | 33.40 hrs | $5,816.50 |
|---|---|---|
| al expenses incurred | | $4.70 |
| al of new charges for this invoice | | $5,821.20 |
| **al balance now due** | | **$5,821.20** |

DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC.

FILE COPY

ATTORNEYS AT LAW

SUITE 400

1007 WEST 3RD AVENUE

ANCHORAGE, ALASKA 99501-1936

TELEPHONE (907) 279-3581

FAX (907) 277-1331

WWW.DELANEYWILES.COM

CLAY A. YOUNG
JAMES B. FRIDERICI
ANDREW GUIDI
HOWARD A. LAZAR
DONALD C. THOMAS
TIMOTHY J. LAMB
CYNTHIA L. DUCEY
DONNA M. MEYERS
KEVIN L. DONLEY

ERIC A. RINGSMUTH
JONATHAN CLEMENT

OF COUNSEL
DANIEL A. GERETY
STEPHEN M. ELLIS
WILLIAM E. MOSELEY
GREGORY L. YOUNGMUN

February 10, 2006

Melinda Vollmer
**AIG Technical Services, Inc.**
175 Water Street, 9th Floor
New York, N.Y. 10038

> **RE:** **AIG Claim No. 313024838**
> T.J. IVEY, et al v. AMERICAN HOME ASSURANCE COMPANY
> Case No. 3AN-03-6988 CI
>
> *Claim No. - 313024838*

Dear Ms. Vollmer:

Enclosed please find our Statement dated January 31, 2006 which includes a past due balance of $5,821.00.

Could you please check on the status of payment for the past due amount?

Thank you for your assistance and please call me with any questions.

> Very truly yours,
>
> DELANEY, WILES, HAYES,
> ELLIS, GERETY & YOUNG, INC.
>
> Andrew Guidi

AG/dkd/113255
Enclosures

EXHIBIT B
Page 16 of 28

# DELANEY WILES

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

January 31, 2006

Our file#    30090    00101
Invoice#    13068    AG

AIG                                        Billing through:    12/31/2005
Attn: Zachary Fisher
175 Water Street, 11th Floor
New York, NY 10038

Tax ID # 92 0037095

Re: Ivey, T.J. (fka Skeen, TJ), Crouse, Renee M., Crouse, Brian J., Skeen,
Jessica Lynn, ( assignees of the rights of Worthy, Conrad J., Individually and
Conrad J. Worthy Insurance Agency) v. AMERICAN HOME ASSURANCE
COMPANY

| | |
|---|---|
| Total fees for this matter | $18,427.50 |
| Total disbursements for this matter | $31.97 |
| Total charges for this matter | $18,459.47 |
| Past due balance | $5,821.20 |
| **Total balance now due** | **$24,280.67** |

EXHIBIT B
Page 27 of 28

**DELANEY WILES**

Hayes Gerety Ellis & Young, Inc.
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

January 31, 2006

| | | | |
|---|---|---|---|
| Our file# | 30090 | 00101 | |
| Invoice# | 13068 | AG | |

AIG                                              Billing through:        12/31/2005
Attn: Zachary Fisher
175 Water Street, 11th Floor
New York, NY 10038

Tax ID # 92 0037095

Re: Ivey, T.J. (fka Skeen, TJ), Crouse, Renee M., Crouse, Brian J., Skeen,
Jessica Lynn, ( assignees of the rights of Worthy, Conrad J., Individually and
Conrad J. Worthy Insurance Agency) v. AMERICAN HOME ASSURANCE
COMPANY

| | | | |
|---|---|---|---|
| Balance forward as of invoice dated | August 30, 2005 | $5,821.20 |
| Payments received since last invoice | | 0.00 |
| Accounts receivable balance carried forward | | $5,821.20 |

PROFESSIONAL SERVICES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/29/2005 | AG | L190 | A106 | Complete and revise draft e-mail to Melinda Vollmer answering questions and providing information on Roller, to final form; send same | 0.50 | hrs. | 87.50 |
| 08/30/2005 | AG | L190 | A106 | Review e-mail from Vollmer re ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ | 0.20 | hrs. | 35.00 |
| 09/01/2005 | DAG | L190 | A106 | Analysis of Vollmer request for information regarding policy provisions and expert | 0.30 | hrs. | 52.50 |
| 09/12/2005 | AG | L190 | A107 | Telephone call to Michael | 0.10 | hrs. | 17.50 |

EXHIBIT B
Page 78 of 128

| Date | | | | Description | | | |
|---|---|---|---|---|---|---|---|
| | | | | Cohn; leave message | | | |
| 09/13/2005 | AG | L350 | A103 | Revise draft Joint Motion to Extend Pre-trial Deadlines | 0.30 | hrs. | 52.50 |
| 09/13/2005 | AG | L190 | A106 | Draft e-mail to Melinda Vollmer re joint motion to extend deadlines | 0.20 | hrs. | 35.00 |
| 09/14/2005 | AG | L440 | A103 | Revise draft Joint Motion to include expert disclosures | 0.20 | hrs. | 35.00 |
| 09/16/2005 | AG | L190 | A104 | Review Court's Order extending pre-trial deadlines | 0.10 | hrs. | 17.50 |
| 09/23/2005 | WRW | L120 | A105 | Plan and prepare strategy for Summary Judment Motion | 0.20 | hrs. | 30.00 |
| 09/23/2005 | WRW | L110 | A101 | Gather pleadings, research and correspondence to prepare for summary judgment motion | 0.20 | hrs. | 30.00 |
| 09/26/2005 | WRW | L190 | A103 | Draft memo on contacts to Silos and Schleuss | 0.20 | hrs. | 30.00 |
| 09/26/2005 | WRW | L190 | A102 | Gather correspondence | 0.70 | hrs. | 105.00 |
| 09/26/2005 | WRW | L190 | A108 | Call Rod Sisson to obtain State Farm's claim response procedures | 0.10 | hrs. | 15.00 |
| 9/26/2005 | WRW | L190 | A108 | Call Christine Schleuss to obtain her files in the underlying cases | 0.10 | hrs. | 15.00 |
| 9/26/2005 | WRW | L110 | A102 | Investigate facts and law of claim initially | 0.70 | hrs. | 105.00 |
| 9/26/2005 | WRW | L110 | A102 | Investigate facts and law of claim initially | 0.20 | hrs. | 30.00 |
| 9/27/2005 | WRW | L110 | A104 | Review communication with attorneys, Rod Sisson and Christine Schleuss to obtain files on underlying claim from them | 0.20 | hrs. | 30.00 |
| 9/27/2005 | WRW | L120 | A104 | Analyze plaintiff's claims and research produced to date | 0.90 | hrs. | 135.00 |
| 9/27/2005 | WRW | L120 | A102 | Research law outside Alaska for rulings ███ | 0.70 | hrs. | 105.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/27/2005 | WRW | L120 | A102 | Research law outside Alaska for ███ | 0.50 | hrs. | 75.00 |
| 9/27/2005 | WRW | L120 | A102 | Research law outside Alaska for ███ | 1.30 | hrs. | 195.00 |
| 9/27/2005 | WRW | L110 | A104 | Review insurance policy "professional services" insuring clause | 0.20 | hrs. | 30.00 |
| 9/27/2005 | WRW | L120 | A102 | Research cases interpreting ███ | 0.70 | hrs. | 105.00 |
| 9/27/2005 | WRW | L110 | A107 | Call Rod Sisson to request State Farm claim reporting procedure information | 0.10 | hrs. | 15.00 |
| 9/27/2005 | WRW | L110 | A107 | Call Christine Schleuss to obtain records of Conrad J. Worthy | 0.10 | hrs. | 15.00 |
| 9/27/2005 | WRW | L120 | A102 | Research law outside Alaska interpreting ███ | 0.30 | hrs. | 45.00 |
| 9/27/2005 | WRW | L110 | A107 | Call Rod Sisson to obtain State Farm claim reporting procedures; left message | 0.10 | hrs. | 15.00 |
| 9/27/2005 | WRW | L120 | A102 | Research ███ | 0.60 | hrs. | 90.00 |
| 9/27/2005 | WRW | L120 | A102 | Research ███ | 0.30 | hrs. | 45.00 |
| 9/27/2005 | WRW | L110 | A107 | Discuss ███ | 0.20 | hrs. | 30.00 |
| 9/27/2005 | WRW | L110 | A105 | Plan response to State | 0.20 | hrs. | 30.00 |

EXHIBIT __B__
Page __80__ of __128__

| | | | | Farm's refusal to disclose claim reporting procedures; plan to discuss with Rod Sisson | | | |
|---|---|---|---|---|---|---|---|
| 09/28/2005 | WRW | L120 | A102 | Research non-Alaska case law interpreting ███████████ | 0.90 | hrs. | 135.00 |
| 09/28/2005 | WRW | L110 | A107 | Call Rod Sisson to obtain State Farm's files; left message | 0.10 | hrs. | 15.00 |
| 09/28/2005 | WRW | L120 | A102 | Research non-Alaska case law interpreting ███████████ | 0.80 | hrs. | 120.00 |
| 09/28/2005 | WRW | L120 | A102 | Research ███████████ | 1.40 | hrs. | 210.00 |
| 09/28/2005 | WRW | L110 | A107 | Answer phone call from Rod Sisson to discuss obtaining State Farm's information on their claim reporting procedures | 0.10 | hrs. | 15.00 |
| 09/28/2005 | WRW | L110 | A108 | Call Rod Sisson to discuss obtaining State Farm's information on their claim reporting procedures; left message | 0.10 | hrs. | 15.00 |
| 09/28/2005 | WRW | L110 | A107 | Answer phone call from Rod Sisson re: obtaining State Farm's claim response procedures | 0.10 | hrs. | 15.00 |
| 09/28/2005 | WRW | L120 | A102 | Research ███████████ | 1.10 | hrs. | 165.00 |
| 09/28/2005 | WRW | L120 | A102 | Research Alaska cases ███████████ | 0.60 | hrs. | 90.00 |
| 09/29/2005 | AG | L190 | A107 | Telephone call to Rod Sisson's office; telephone conference with Sisson re his letter denying request for State Farm Files and re obtaining affidavit re | 0.50 | hrs. | 87.50 |

EXHIBIT   B
Page   81   of  128