| Date | Atty | Task | Activity | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| | | | | State Farm's conclusion that there was no coverage | | | |
| 09/29/2005 | AG | L240 | A103 | Outline ████████ | 0.40 | hrs. | 70.00 |
| 09/29/2005 | WRW | L110 | A107 | Call Rod Sisson to discuss obtaining State Farm's claim reporting procedures | 0.20 | hrs. | 30.00 |
| 09/29/2005 | WRW | L110 | A101 | Plan and prepare to draft ████████ | 0.60 | hrs. | 90.00 |
| 09/29/2005 | WRW | L120 | A103 | Draft ████████ | 0.80 | hrs. | 120.00 |
| 09/29/2005 | WRW | L110 | A107 | Call Christine Schleuss, former attorney for Conrad J. Worthy, to obtain files in the underlying litigation against Worthy; leave message | 0.10 | hrs. | 15.00 |
| 09/30/2005 | WRW | L110 | A107 | Discuss with Christine Schleuss obtaining her files from the criminal trial and criminal appeal | 0.20 | hrs. | 30.00 |
| 09/30/2005 | WRW | L120 | A103 | Draft ████████ | 0.30 | hrs. | 45.00 |
| 09/30/2005 | WRW | L110 | A107 | Call Christine Schleuss to arrange a records | 0.10 | hrs. | 15.00 |

| Date | Atty | Task | Act | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| | | | | deposition to obtain her files in the underlying criminal and civil cases | | | |
| 09/30/2005 | WRW | L110 | A107 | Plan date with Christine Schleuss, counsel, for records deposition to obtain her files in underlying case | 0.10 | hrs. | 15.00 |
| 09/30/2005 | WRW | L120 | A103 | Plan and prepare statement of facts section for summary judgment motion | 0.40 | hrs. | 60.00 |
| 10/03/2005 | WRW | L120 | A107 | Discuss with Rod Sisson, ▮▮▮▮▮▮▮▮▮▮ | 0.10 | hrs. | 15.00 |
| 10/04/2005 | WRW | L110 | A104 | Analyze facts from exhibits for summary judgment motion | 0.90 | hrs. | 135.00 |
| 10/05/2005 | WRW | L120 | A101 | Review and analyze file to compose facts section of facts for summary judgment motion | 2.80 | hrs. | 420.00 |
| 10/05/2005 | WRW | L120 | A102 | Review and analyze case law on ▮▮▮▮▮▮▮▮▮▮ | 1.60 | hrs. | 240.00 |
| 10/05/2005 | WRW | L120 | A102 | Review and analyze case law ▮▮▮▮▮ | 1.30 | hrs. | 195.00 |
| 10/05/2005 | WRW | L120 | A102 | Review and analyze case law ▮▮▮▮▮▮▮▮▮▮ | 1.40 | hrs. | 210.00 |
| 10/07/2005 | AG | L330 | A109 | Attend and conduct Records Deposition of Christine Schleuss | 1.80 | hrs. | 315.00 |
| 10/07/2005 | AG | L190 | A106 | Review email from Melinda Vollmer re case status; draft email reponse re case deadlines, issues for | 1.40 | hrs. | 245.00 |



EXHIBIT B
Page 83 of 128

| Date | Atty | | | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| | | | | summary judgment on coverage, Schleuss Records Deposition and ███ | | | |
| 0/07/2005 | WRW | L110 | A104 | Analyze file to assess ███ | 0.40 | hrs. | 60.00 |
| 0/07/2005 | WRW | L120 | A102 | Review and analyze case law on ███ | 0.60 | hrs. | 90.00 |
| 0/07/2005 | WRW | L120 | A102 | Review and analyze case law on ███ | 2.30 | hrs. | 345.00 |
| 0/11/2005 | AG | L190 | A103 | Draft letter to Michael Cohn regarding stipulation regarding production of Schleuss records; draft joint letter to Alaska Legal Copy | 0.40 | hrs. | 70.00 |
| 0/11/2005 | AG | L190 | A104 | Review letter from Schleuss regarding additional records discovered after records deposition | 0.10 | hrs. | 17.50 |
| 0/11/2005 | WRW | L120 | A107 | Call ███ | 0.10 | hrs. | 15.00 |
| 0/11/2005 | WRW | L120 | A101 | Plan and outline summary judgment motion in light of Christine Schleuss's records | 0.30 | hrs. | 45.00 |
| 0/11/2005 | WRW | L110 | A104 | Review correspondence to assess strategy for summary judgment | 0.30 | hrs. | 45.00 |

EXHIBIT B
Page 84 of 128

| Date | Atty | Task | Act | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| 10/12/2005 | WRW | L120 | A103 | Work on outline of summary judgment motion | 0.80 | hrs. | 120.00 |
| 10/12/2005 | WRW | L120 | A102 | Continued analysis of ▮▮▮ | 0.30 | hrs. | 45.00 |
| 10/13/2005 | WRW | L120 | A103 | Prepare summary judgment motion outline of issues and arguments | 1.90 | hrs. | 285.00 |
| 10/13/2005 | WRW | L120 | A103 | Preparation of facts section of summary judgment motion | 2.70 | hrs. | 405.00 |
| 10/13/2005 | WRW | L110 | A108 | Call ▮▮▮ | 0.10 | hrs. | 15.00 |
| 10/17/2005 | DAG | L250 | A104 | Review status of pretrial deadlines | 0.20 | hrs. | 35.00 |
| 10/17/2005 | WRW | L110 | A108 | Conduct telephonic interview ▮▮▮ | 0.20 | hrs. | 30.00 |
| 10/17/2005 | WRW | L110 | A104 | Analyze tender letter allegedly sent to American Home to ▮▮▮ | 1.10 | hrs. | 165.00 |
| 10/17/2005 | WRW | L110 | A106 | Call ▮▮▮ | 0.20 | hrs. | 30.00 |



EXHIBIT B
Page 85 of 128

| Date | Initials | Task | Activity | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| 10/17/2005 | WRW | L110 | A103 | Prepare summary judgment memo section on Worthy's contract with State Farm | 1.40 | hrs. | 210.00 |
| 10/17/2005 | WRW | L110 | A103 | Prepare summary judgment memo section on Worthy's Errors and Omissions insurance policy | 0.80 | hrs. | 120.00 |
| 10/17/2005 | WRW | L110 | A103 | Draft memo ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ | 0.20 | hrs. | 30.00 |
| 10/18/2005 | WRW | L110 | A103 | Continued preparation of the facts section of a memorandum in support of a motion for summary judgment | 0.60 | hrs. | 90.00 |
| 10/18/2005 | WRW | L120 | A104 | Review response from ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ | 0.40 | hrs. | 60.00 |
| 10/18/2005 | WRW | L120 | A107 | Call ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ | 0.10 | hrs. | 15.00 |
| 10/18/2005 | WRW | L120 | A107 | Discuss ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ | 0.20 | hrs. | 30.00 |
| 10/19/2005 | WRW | L120 | A103 | Continued preparation of outline of summary judgment motion | 0.80 | hrs. | 120.00 |
| 10/19/2005 | WRW | L120 | A103 | Prepare section of outline | 0.30 | hrs. | 45.00 |

EXHIBIT B
Page 84 of 128

| Date | Atty | Task | Activity | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| | | | | of memo suporting summary judgment, dealing with the legal standard of summary judgment | | | |
| 10/19/2005 | WRW | L120 | A102 | Research Alaska case law ▓▓▓ | 2.10 | hrs. | 315.00 |
| 10/19/2005 | WRW | L120 | A102 | Research Alaska case law on ▓▓▓ | 0.80 | hrs. | 120.00 |
| 10/19/2005 | WRW | L120 | A104 | Continued review and analysis of case law on the preclusive effect of a guilty or no contest plea when that party subsequently claims that he did not commit a crime | 0.30 | hrs. | 45.00 |
| 10/19/2005 | WRW | L120 | A103 | Prepare section of outline summary judgment memo discussing ▓▓▓ | 0.80 | hrs. | 120.00 |
| 10/19/2005 | WRW | L120 | A103 | Prepare section of outline summary judgment memo discussing ▓▓▓ | 0.30 | hrs. | 45.00 |
| 10/20/2005 | DAG | L250 | A104 | Review Notices of Summary Judgment Motion and provide input regarding documents | 0.60 | hrs. | 105.00 |
| 10/20/2005 | WRW | L120 | A102 | Analysis and review of case law ▓▓▓ | 1.40 | hrs. | 210.00 |
| 10/20/2005 | WRW | L120 | A102 | Review and analysis of case law on ▓▓▓ | 1.90 | hrs. | 285.00 |
| 10/20/2005 | WRW | L110 | A104 | Review file documents to ▓▓▓ | 0.20 | hrs. | 30.00 |

| Date | Initials | Code | Task | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| 10/20/2005 | WRW | L120 | A102 | Continued review and analysis of case law on interpretation of "professional services" limitations in insurance policies | 0.60 | hrs. | 90.00 |
| 10/25/2005 | AG | L190 | A104 | Reveiw invoice from Alaska Legal Copy; draft letter to Melinda Vollmer regarding same | 0.20 | hrs. | 35.00 |
| 10/26/2005 | WRW | L120 | A104 | Review and analyze Worthy documents from Christine Schleuss records deposition | 3.20 | hrs. | 480.00 |
| 10/26/2005 | WRW | L120 | A104 | Review and analyze Worthy documents from Christine Schleuss records deposition | 1.30 | hrs. | 195.00 |
| 10/27/2005 | WRW | L120 | A104 | Review documents from Christine Schleuss records deposition | 1.90 | hrs. | 285.00 |
| 10/27/2005 | WRW | L120 | A108 | Call [redacted] | 0.20 | hrs. | 30.00 |
| 10/27/2005 | WRW | L120 | A103 | Prepare memo discussing documents from Schleuss records deposition | 0.40 | hrs. | 60.00 |
| 10/27/2005 | WRW | L120 | A103 | Continued preparation of memo discussing documents from Schleuss records deposition | 0.30 | hrs. | 45.00 |
| 11/01/2005 | AG | L190 | A104 | Review and analyze facts of underlying claim in order to develop and prioritize grounds for summary judgment | 1.50 | hrs. | 262.50 |



EXHIBIT B
Page 88 of 128

| Date | | | | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| 1/01/2005 | AG | L190 | A104 | Analyze and outline questions | 0.70 | hrs. | 122.50 |
| 1/01/2005 | DAG | L190 | A104 | Review and analysis of documents letters prepared by attorney Schluess, has affidavit in underlying case, instructions provided to him from State Farm regarding E & O coverage and reporting claims, and information regarding payment of defense by State Farm with view towards obtaining an affidavit from him | 2.30 | hrs. | 402.50 |
| 1/01/2005 | WRW | L110 | A101 | Plan and prepare conference call | 0.90 | hrs. | 135.00 |
| 1/01/2005 | WRW | L110 | A108 | Call arrange conference call | 0.10 | hrs. | 15.00 |
| 1/01/2005 | WRW | L110 | A107 | Contact Christine Schleuss | 0.10 | hrs. | 15.00 |
| 1/01/2005 | WRW | L110 | A102 | Review and analyze case law regarding the estoppel effect | 0.90 | hrs. | 135.00 |
| 1/02/2005 | WRW | L110 | A104 | Analysis and review of documents to prepare for conference call | 1.70 | hrs. | 255.00 |
| 1/02/2005 | WRW | L110 | A104 | Review and analyze State Farm's homeowner's insurance provision for "other insurance" relative to American Home's provision for "other insurance" to argue that | 1.10 | hrs. | 165.00 |

EXHIBIT B
Page 85 of 128

| Date | Initials | | | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| | | | | American Home policy provides only excess coverage | | | |
| 11/03/2005 | WRW | L110 | A108 | Call ▓▓▓ conference call | 0.20 | hrs. | 30.00 |
| 11/04/2005 | DAG | L190 | A108 | Long distance telephone call ▓▓▓ summary judgment motions | 1.00 | hrs. | 175.00 |
| 11/04/2005 | WRW | L110 | A101 | Prepare for conference call ▓▓▓ | 0.60 | hrs. | 90.00 |
| 11/04/2005 | WRW | L110 | A108 | Conference call with ▓▓▓ | 0.60 | hrs. | 90.00 |
| 11/04/2005 | WRW | L110 | A103 | Prepare affidavit for ▓▓▓ | 3.20 | hrs. | 480.00 |
| 11/05/2005 | DAG | L190 | A104 | Review and revise draft of ▓▓▓ | 1.20 | hrs. | 210.00 |
| 11/08/2005 | DAG | L190 | A111 | Coordinate distribution of ▓▓▓ | 0.20 | hrs. | 35.00 |
| 11/08/2005 | WRW | L110 | A103 | Continued preparation of ▓▓▓ | 0.60 | hrs. | 90.00 |
| 11/10/2005 | WRW | L110 | A103 | Prepare an outline of motion for summary judgment | 2.80 | hrs. | 420.00 |
| 11/11/2005 | WRW | L110 | A103 | Continued preparation of an outline of motion for summary judgment based on additional information | 2.20 | hrs. | 330.00 |

| Date | Atty | Task | Activity | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| | | | | from Schleuss records ▮▮▮▮▮ | | | |
| 11/11/2005 | WRW | L110 | A103 | Continued preparation of an outline of motion for summary judgment based on additional information from Schleuss records ▮▮▮▮▮ | 2.10 | hrs. | 315.00 |
| 11/14/2005 | WRW | L110 | A103 | Continued drafting detailed argument outline of motion for summary judgment | 1.20 | hrs. | 180.00 |
| 11/16/2005 | WRW | L110 | A103 | First draft of summary judgment argument arguing that coverage is limited to negligence in "professional services" | 1.30 | hrs. | 195.00 |
| 11/16/2005 | WRW | L110 | A103 | First draft of summary judgment motion argument section arguing no breach of duty to defend because no harm to insured | 2.70 | hrs. | 405.00 |
| 11/17/2005 | WRW | L110 | A103 | First draft argument summary judgment section re: "professional services" requirement | 2.10 | hrs. | 315.00 |
| 11/17/2005 | WRW | L110 | A103 | First draft of argument for summary judgment section re: criminal conduct exclusion | 1.10 | hrs. | 165.00 |
| 1/18/2005 | WRW | L110 | A103 | Begin drafting summary judgment memo section re: lack of damages to Worthy | 1.80 | hrs. | 270.00 |
| 1/18/2005 | WRW | L110 | A103 | Begin drafting argument for summary judgment section re: insured's duty to cooperate | 1.40 | hrs. | 210.00 |
| 1/26/2005 | DAG | L250 | A104 | Preliminary review of memorandum in support relating to summary judgment and provide partial revisions | 0.90 | hrs. | 157.50 |
| 1/29/2005 | DAG | L110 | A104 | Analysis of whether a known ineffective | 0.50 | hrs. | 87.50 |

EXHIBIT B
Page 91 of 128

| Date | Atty | | | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| | | | | assignement has any legal effect | | | |
| 12/02/2005 | DAG | L110 | A104 | Review legal research regarding ineffective assignment and provide input regarding same | 0.50 | hrs. | 87.50 |
| 12/02/2005 | DAG | L110 | A104 | Review additional research and analysis of ineffective assignments and review draft of ▬▬▬ in view of research and provide input regarding revisions ▬▬▬ | 1.50 | hrs. | 262.50 |
| 12/02/2005 | WRW | L110 | A104 | Review and analyze case law discussing whether forbearance to assert a claim constitutes consideration when the forbearing party lacks a good faith belief in the validity of his claim | 1.80 | hrs. | 270.00 |
| 2/02/2005 | WRW | L110 | A104 | Continue review and analysis of case law discussing whether forbearance to assert a claim constitutes consideration when the forbearing party lacks a good faith belief in the validity of his claim | 1.30 | hrs. | 195.00 |
| 2/05/2005 | AG | L110 | A104 | Review and revise first draft of motion for summary judgment | 1.50 | hrs. | 262.50 |
| 2/09/2005 | WRW | L110 | A103 | Continued preparation of ▬▬▬ | 1.30 | hrs. | 195.00 |
| 2/09/2005 | WRW | L110 | A108 | Contact ▬▬▬ | 0.20 | hrs. | 30.00 |
| 2/13/2005 | DAG | L110 | A104 | Detailed review, analysis, and revision of first draft of Memorandum in Support with comments and suggestions to enhance arguments in view of a ▬▬▬ | 3.00 | hrs. | 525.00 |

EXHIBIT B
Page 52 of 128

Page    16

| Date | Atty | | | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| 12/13/2005 | WRW | L110 | A103 | Continued preparation of ████████ | 0.70 | hrs. | 105.00 |
| 12/15/2005 | AG | L110 | A103 | Expand legal authorities cited in draft motion for summary judgment on criminal conduct exclusion | 0.40 | hrs. | 70.00 |
| 12/15/2005 | DAG | L110 | A104 | Further review and analysis of arguments to make and tack to take with court in presenting arguments for summary judgment, including fairness and equity as a result of no one insuring American Home had in fact been put on notice of the claim and suit | 1.00 | hrs. | 175.00 |
| 12/22/2005 | WRW | L110 | A103 | Draft summary judgment memo section stating the legal grounds for summary judgment | 0.20 | hrs. | 30.00 |
| 12/22/2005 | WRW | L110 | A103 | Continued preparation of summary judgment memo introduction section | 0.20 | hrs. | 30.00 |
| 12/22/2005 | WRW | L110 | A103 | Continued preparation of summary judgment memo section presenting the facts of the case | 0.20 | hrs. | 30.00 |
| 12/23/2005 | WRW | L110 | A103 | Prepare summary judgment memo section stating the applicable policy language | 0.60 | hrs. | 90.00 |
| 12/23/2005 | WRW | L110 | A103 | Prepare summary judgment memo section arguing policy was not potentially triggered because the complaint did not arise out of the insured's professional services | 1.90 | hrs. | 285.00 |
| 2/23/2005 | WRW | L110 | A103 | Prepare criminal conduct exclusion section of sumary judgment memorandum | 1.40 | hrs. | 210.00 |

EXHIBIT B
Page 93 of 128

EXPENSES

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/30/2005 | E102 | Outside printing - copying charges from the law library for September (34 @ .17) | 5.78 |
| 10/05/2005 | E114 | Witness fees paid to Christine Scleuss for records deposition | 25.00 |
| 11/30/2005 | E102 | Outside printing - copying charges from the law library for November - 7 @ .17 | 1.19 |

$31.97

### Billing Summary

| Initials | Name | Hours | Rate |
|---|---|---|---|
| DAG | Gerety, Daniel A. | 13.20 hrs | 175.00 /hr |
| AG | Guidi, Andrew | 10.50 hrs | 175.00 /hr |
| WRW | Warnock, William R. | 95.20 hrs | 150.00 /hr |

### Code Summary

| Code | Description | Hours | Amt. |
|---|---|---|---|
| L110 | Fact Investigation/Development | 57.20 | 8790.00 |
| L120 | Analysis/Strategy | 45.30 | 6795.00 |
| L190 | Other Case Assessment, Develop | 12.00 | 2072.50 |
| L240 | Dispositive Motions | 0.40 | 70.00 |
| L250 | Other Written Motions/Submiss | 1.70 | 297.50 |
| L330 | Depositions | 1.80 | 315.00 |
| L350 | Discovery Motions | 0.30 | 52.50 |
| L440 | Other Trial Preparation and Su | 0.20 | 35.00 |

otal professional services        118.90 hrs         $18,427.50

otal expenses incurred                                $31.97

otal of new charges for this invoice                  $18,459.47

lus net balance forward                               $5,821.20

**otal balance now due**                              **$24,280.67**

EXHIBIT B
Page 54 of 128

**DELANEY WILES, INC.**
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

May 26, 2006

Our file#   30090   00101
Invoice#   13579   AG

AIG                                           Billing through:   05/22/2006
Attn: Melinda Vollmer
175 Water Street, 11th Foor
New York, NY  10038

Tax ID # 92 0037095

---

Re: Ivey, T.J. (fka Skeen, TJ), Crouse, Renee M., Crouse, Brian J., Skeen, Jessica Lynn, ( assignees of the rights of Worthy, Conrad J., Individually and Conrad J. Worthy Insurance Agency) v. AMERICAN HOME ASSURANCE COMPANY

| | |
|---|---:|
| Total fees for this matter | $43,095.00 |
| Total disbursements for this matter | $33.00 |
| Total charges for this matter | $43,128.00 |
| Past due balance | $24,280.67 |
| **Total balance now due** | **$67,408.67** |

EXHIBIT B
Page 95 of 128

**DELANEY WILES, INC.**
1007 West 3rd Ave., Suite 400
Anchorage, AK 99501

May 26, 2006

Our file#   30090   00101
Invoice#   13579   AG

AIG
Attn: Melinda Vollmer
175 Water Street, 11th Foor
New York, NY  10038

Billing through:   05/22/2006

Tax ID # 92 0037095

Re: Ivey, T.J. (fka Skeen, TJ), Crouse, Renee M., Crouse, Brian J., Skeen, Jessica Lynn, ( assignees of the rights of Worthy, Conrad J., Individually and Conrad J. Worthy Insurance Agency) v. AMERICAN HOME ASSURANCE COMPANY

| | | |
|---|---|---|
| Balance forward as of invoice dated | January 31, 2006 | $24,280.67 |
| Payments received since last invoice | | 0.00 |
| Accounts receivable balance carried forward | | $24,280.67 |

PROFESSIONAL SERVICES

| Date | Atty | | | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2006 | AG | L110 | A104 | Review discovery requests from plaintiff to American Home; draft initial responses to American Home forward to Melinda Vollmer for consideration; draft objections | 1.30 | hrs. | 227.50 |
| 01/03/2006 | WRW | L110 | A101 | Plan and prepare responses to plaintiffs' discovery requests | 1.50 | hrs. | 225.00 |
| 01/03/2006 | WRW | L110 | A103 | Continued preparation of responses to plaintiffs' discovery requests. | 0.40 | hrs. | 60.00 |
| 01/03/2006 | WRW | L110 | A108 | Telephone ▮▮▮ ▮▮▮to determine | 0.10 | hrs. | 15.00 |

EXHIBIT B
Page 16 of 128

| Date | Atty | Task | Activity | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2006 | WRW | L110 | A103 | Prepare discovery responses to plaintiffs' third discovery requests for submission to client | 1.90 | hrs. | 285.00 |
| 01/04/2006 | AG | L390 | A104 | Review draft responses to plaintiffs' third set of discovery requests and revise; draft e-mail to Melinda Vollmer regarding same | 1.30 | hrs. | 227.50 |
| 01/04/2006 | AG | L390 | A104 | Review e-mail from Melinda Vollmer regarding responding to 3rd set of discovery requests and inquiring regarding status of Summary Judgment Motion; reply | 0.30 | hrs. | 52.50 |
| 01/04/2006 | AG | L110 | A103 | Draft e-mail to Melinda Vollmer regarding ▊▊▊ | 0.30 | hrs. | 52.50 |
| 01/04/2006 | WRW | L110 | A103 | Continued preparation of discovery responses to plaintiff's third discovery requests | 0.60 | hrs. | 90.00 |
| 01/04/2006 | WRW | L110 | A103 | Prepare letter to plaintiffs' counsel recording telephone conversation in which counsel allowed a time extension for discovery responses | 0.30 | hrs. | 45.00 |
| 01/04/2006 | WRW | L110 | A103 | Prepare status summary of interview, affidavit and motion for summary judgment to client | 2.20 | hrs. | 330.00 |
| 01/04/2006 | WRW | L110 | A107 | Call Christine Schleuss to discuss ▊▊▊ | 0.10 | hrs. | 15.00 |



EXHIBIT B
Page 97 of 128

Page 3

| Date | Atty | Task | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/06/2006 | AG | L110 | A103 | Revise draft status report (and expand same) to Melinda Vollmer | 0.50 hrs. | 87.50 |
| 01/09/2006 | WRW | L110 | A103 | Prepare summary judgment motion introduction section | 0.60 hrs. | 90.00 |
| 01/09/2006 | WRW | L110 | A103 | Prepare summary judgment motion factual and procedural background section | 0.60 hrs. | 90.00 |
| 01/09/2006 | WRW | L110 | A103 | Prepare summary judgment memo section discussing an insurer's duty to defend | 0.40 hrs. | 60.00 |
| 01/09/2006 | WRW | L110 | A103 | Prepare summary judgment memo section arguing no duty to defend because criminal act exclusion prevented coverage | 1.30 hrs. | 195.00 |
| 01/10/2006 | AG | L110 | A103 | Revise draft proposed [redacted] | 0.30 hrs. | 52.50 |
| 01/10/2006 | WRW | L110 | A103 | Continued preparation of section of summary judgment memo arguing there is no coverage because of the criminal act exclusion | 0.70 hrs. | 105.00 |
| 01/10/2006 | WRW | L110 | A108 | Discuss with [redacted] | 0.10 hrs. | 15.00 |
| 01/10/2006 | WRW | L110 | A103 | Prepare [redacted] | 1.40 hrs. | 210.00 |
| 01/11/2006 | WRW | L110 | A103 | Continued preparation of summary judgment memo section arguing no coverage because of criminal act exclusion | 0.40 hrs. | 60.00 |
| 01/12/2006 | WRW | L110 | A101 | Plan and prepare [redacted] | 0.30 hrs. | 45.00 |
| 01/12/2006 | WRW | L110 | A103 | Continued preparation of [redacted] | 1.30 hrs. | 195.00 |

EXHIBIT B
Page 58 of 128

| Date | Atty | Task | Act | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| 01/13/2006 | WRW | L110 | A103 | Continued preparation of additional changes to ████ | 0.30 | hrs. | 45.00 |
| 01/13/2006 | WRW | L110 | A103 | Continued preparation of memo supporting summary judgment motion | 0.70 | hrs. | 105.00 |
| 01/17/2006 | WRW | L110 | A103 | Continued preparation of ████ | 0.70 | hrs. | 105.00 |
| 01/18/2006 | AG | L210 | A103 | Revise draft memorandum in support of motion for summary judgment (partial) | 0.40 | hrs. | 70.00 |
| 01/18/2006 | WRW | L110 | A103 | Prepare status report to client scheduling a time to discuss our upcoming discovery responses and explaining the status of our upcoming summary judgment motion | 0.40 | hrs. | 60.00 |
| 01/19/2006 | AG | L190 | A106 | Return long distance telephone call to Melinda Vollmer re ████ | 0.30 | hrs. | 52.50 |
| 01/19/2006 | AG | L190 | A101 | Review e-mail from secretary for Melinda Vollmer re ████ | 0.10 | hrs. | 17.50 |
| 01/19/2006 | AG | L190 | A101 | Review case status in preparation for call with Melinda Vollmer | 0.30 | hrs. | 52.50 |
| 01/19/2006 | WRW | L110 | A103 | Continued preparation of motion for summary judgment criminal conduct exclusion section | 1.30 | hrs. | 195.00 |
| 01/20/2006 | WRW | L110 | A103 | Continued preparation of summary judgment memo section arguing there is no coverage because of the criminal conduct exclusion | 1.80 | hrs. | 270.00 |
| 01/20/2006 | WRW | L110 | A103 | Continued preparation of summary judgment motion section arguing | 2.10 | hrs. | 315.00 |

Page 5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | exclusion clause prevents coverage for plaintiffs' claim | | | |
| 01/23/2006 | WRW | L110 | A103 | Continued preparation of memo supporting summary judgment section arguing the policy did not cover claim because of bodily injury exclusion | 2.30 | hrs. | 345.00 |
| 01/23/2006 | WRW | L110 | A103 | Continued preparation of memo supporting summary judgment section arguing the policy did not cover claim because there was no negligence in professional services | 2.10 | hrs. | 315.00 |
| 01/24/2006 | AG | L210 | A104 | Review draft memorandum in support of motion for summary judgment and begin revisions to same | 1.80 | hrs. | 315.00 |
| 01/25/2006 | AG | L310 | A103 | Revise draft responses to plaintiffs' interrogatories and requests for production to final form; serve same | 1.10 | hrs. | 192.50 |
| 01/25/2006 | WRW | L110 | A103 | Continued preparation of responses to plaintiffs' third discovery requests | 1.40 | hrs. | 210.00 |
| 01/26/2006 | AG | L190 | A106 | Conference telephone call with Bonnie Hoffman and Melinda Vollmer re ▓▓▓▓ | 0.90 | hrs. | 157.50 |
| 01/26/2006 | AG | L190 | A106 | Review e-mail from Bonnie Hoffman summarizing ▓▓▓▓ reply re clarification of same | 0.90 | hrs. | 157.50 |
| 01/26/2006 | AG | L210 | A103 | Revise draft memorandum in support | 2.20 | hrs. | 385.00 |

EXHIBIT B
Page 100 of 128