|            |     |      |      | of motion for summary judgment; add argumentation to introduction, factual presentation; specify areas to add additional legal authorities; formulate arguments re exclusions |      |      |        |
|------------|-----|------|------|------|------|------|--------|
| 01/26/2006 | WRW | L110 | A103 | Continued preparation of memo supporting motion for summary judgment | 2.10 | hrs. | 315.00 |
| 01/26/2006 | WRW | L110 | A106 | Communicate with client in conference call regarding▬▬▬ | 0.40 | hrs. | 60.00 |
| 01/26/2006 | WRW | L110 | A101 | Plan and prepare discovery responses to plaintiff's thirddiscovery request | 0.60 | hrs. | 90.00 |
| 01/26/2006 | WRW | L110 | A108 | Call ▬▬▬▬▬eft voice message | 0.10 | hrs. | 15.00 |
| 01/26/2006 | WRW | L110 | A103 | Continued preparation of memo supporting motion for summary judgment | 0.30 | hrs. | 45.00 |
| 01/27/2006 | AG  | L190 | A104 | Review e-mail from Melinda Vollmer re ▬▬▬▬▬ ▬▬▬▬▬ ▬▬▬▬▬ analyze comments and draft response via e-mail | 1.30 | hrs. | 227.50 |
| 01/27/2006 | AG  | L110 | A106 | Supplemental response to Melinda Vollmer e-mail re ▬▬▬▬ | 0.30 | hrs. | 52.50 |
| 01/27/2006 | WRW | L110 | A107 | Call ▬▬▬▬▬ ▬▬▬ left voice message | 0.10 | hrs. | 15.00 |
| 01/27/2006 | WRW | L110 | A108 | Call ▬▬▬▬▬ ▬▬▬▬▬ | 0.20 | hrs. | 30.00 |
| 01/27/2006 | WRW | L110 | A103 | Continued preparation of | 3.90 | hrs. | 585.00 |

| Date | Atty | | | Description | Hours | | Amount |
|------|------|---|---|-------------|-------|---|--------|
| | | | | memo supporting motion for summary judgment | | | |
| 01/28/2006 | WRW | L110 | A103 | Continued preparation of memo supporting motion for summary judgment | 3.70 | hrs. | 555.00 |
| 01/30/2006 | AG | L190 | A104 | Review e-mail from Melinda Vollmer re ▮▮▮▮▮▮▮ | 0.20 | hrs. | 35.00 |
| 01/30/2006 | AG | L190 | A106 | Review e-mail from Bonnie Hoffman ▮▮▮▮ eply and forward same | 0.20 | hrs. | 35.00 |
| 01/30/2006 | DAG | L240 | A103 | Review draft of Memorandum in Support for Motion for Summary Judgment in Andrew Guidi's absence and address revisions including malicous act exclusion in addition to criminal acts and bodily injury exclusions | 1.50 | hrs. | 262.50 |
| 01/30/2006 | WRW | L110 | A103 | Continued preparation of memo supporting motion for summary judgment section arguing professional services insuring clause limits coverage | 3.80 | hrs. | 570.00 |
| 01/30/2006 | WRW | L110 | A103 | Continued preparation of memo supporting summary judgment section arguing exclusion clause for bodily injury excludes claim from coverage | 1.30 | hrs. | 195.00 |
| 01/30/2006 | WRW | L110 | A108 | Call ▮▮▮▮▮▮ left voice message | 0.10 | hrs. | 15.00 |
| 01/30/2006 | WRW | L110 | A104 | Review and analyze plaintiff's ability to argue ▮▮▮▮▮▮▮ | 0.70 | hrs. | 105.00 |

| 01/31/2006 | WRW | L110 | A103 | Continued preparation of memo supporting motion for summary judgment section arguing property damage exclusion clause excludes claim from coverage | 3.80 | hrs. | 570.00 |
| 02/01/2006 | WRW | L110 | A108 | Call ███████████████ ███████ | 0.10 | hrs. | 15.00 |
| 02/01/2006 | WRW | L110 | A103 | Prepare motion and proposed order for summary judgment | 0.60 | hrs. | 90.00 |
| 02/02/2006 | WRW | L110 | A108 | Call █████████████ ████████ left voice message | 0.10 | hrs. | 15.00 |
| 02/02/2006 | WRW | L110 | A101 | Plan and prepare to file the summary judgment motion, memorandum in support and propsed order | 0.20 | hrs. | 30.00 |
| 02/02/2006 | WRW | L110 | A104 | Review and analyze plaintiffs' ability to argue ███████████████████ ███████████████ | 0.40 | hrs. | 60.00 |
| 02/03/2006 | AG | L190 | A104 | Review e-mail from Melinda Vollmer re ███████████████████ ██████ | 0.20 | hrs. | 35.00 |
| 02/03/2006 | AG | L120 | A104 | Analyze situation presented by ████████ ████████████████ ███████████████ | 0.90 | hrs. | 157.50 |
| 02/03/2006 | AG | L190 | A106 | Draft e-mail to Melinda Vollmer re █████████ ████████████████ ██████████████ ███████████ | 0.90 | hrs. | 157.50 |
| 02/03/2006 | DAG | L190 | A104 | Review status of case regarding ████████████ ██████████████ | 0.50 | hrs. | 87.50 |
| 02/03/2006 | WRW | L110 | A108 | Call ██████████████ | 0.10 | hrs. | 15.00 |

| Date | Initials | Code | Task | Description | Hours | | Amount |
|------|----------|------|------|-------------|-------|---|--------|
| | | | | ▇▇▇▇ left voice message | | | |
| 02/03/2006 | WRW | L110 | A108 | Communicate with ▇▇▇▇ ▇▇▇▇ | 0.40 | hrs. | 60.00 |
| 02/06/2006 | AG | L190 | A106 | Review e-mail from Melinda Vollmer re ▇▇▇▇ ▇▇▇▇ ▇▇▇▇ reply to same | 0.20 | hrs. | 35.00 |
| 02/06/2006 | DAG | L110 | A104 | Review Melinda Vollmer messages and status of ▇▇▇▇ ▇▇▇▇ preparation for teleconference with Melinda Vollmer re ▇▇▇▇ ▇▇▇▇ and providing her with information re ▇▇▇▇ ▇▇▇▇ | 0.30 | hrs. | 52.50 |
| 02/06/2006 | DAG | L110 | A104 | Review documents for information responsive to Melinda Vollmer's request | 0.50 | hrs. | 87.50 |
| 02/06/2006 | WRW | L110 | A101 | Plan and prepare motion for summary judgment based on ▇▇▇▇ ▇▇▇▇ | 2.10 | hrs. | 315.00 |
| 02/06/2006 | WRW | L110 | A103 | Prepare status report regarding ▇▇▇▇ ▇▇▇▇ and summary of phone conversation | 0.80 | hrs. | 120.00 |
| 02/06/2006 | WRW | L110 | A104 | Review and analyze certified public record of ▇▇▇▇ | 0.80 | hrs. | 120.00 |
| 02/06/2006 | WRW | L110 | A103 | Revamp memo supporting motion for summary judgment based on ▇▇▇▇ ▇▇▇▇ | 1.20 | hrs. | 180.00 |
| 02/06/2006 | WRW | L110 | A103 | Prepare affidavit of | 1.20 | hrs. | 180.00 |

EXHIBIT ___ B
Page 104 of 128

| Date | Initials | | | Description | Hours | | Amount |
|------|------|------|------|-------------|-------|------|--------|
| | | | | counsel authenticating exhibits for motion for summary judgment | | | |
| 02/07/2006 | WRW | L110 | A103 | Plan and prepare exhibits supporting summary judgment memorandum | 0.20 | hrs. | 30.00 |
| 02/07/2006 | WRW | L110 | A103 | Continued preparation of affidavit of counsel, motion, proposed order, and memorandum supporting summary judgment | 0.80 | hrs. | 120.00 |
| 02/07/2006 | WRW | L110 | A103 | Revamp memorandum supporting motion for summary judgment based on ███████████ | 1.80 | hrs. | 270.00 |
| 02/08/2006 | DAG | L120 | A103 | Review and revise memorandum in support for summary judgment in final form for filing | 1.30 | hrs. | 227.50 |
| 02/08/2006 | DAG | L120 | A104 | Review and analysis of ███████████ | 0.30 | hrs. | 52.50 |
| 02/08/2006 | WRW | L110 | A103 | Continued preparation of memorandum, motion, proposed order and affidavit supporting summary judgment | 1.30 | hrs. | 195.00 |
| 02/08/2006 | WRW | L110 | A101 | Plan and prepare filing of memorandum, motion, proposed order and affidavit supporting summary judgment | 0.40 | hrs. | 60.00 |
| 02/09/2006 | AG | L190 | A104 | Review e-mail from Melinda Vollmer re filing of motion for summary judgment | 0.10 | hrs. | 17.50 |
| 02/09/2006 | DAG | L190 | A104 | Review status of filing motion for summary judgment | 0.20 | hrs. | 35.00 |
| 02/09/2006 | WRW | L110 | A101 | Plan and prepare filing of motion for summary judgment and supporting documents | 0.40 | hrs. | 60.00 |
| 02/09/2006 | WRW | L110 | A101 | Plan and prepare response to opposition to | 1.10 | hrs. | 165.00 |

| Date | Initials | | Code | Description | Hours | | Amount |
|------|------|------|------|-------------|-------|------|--------|
| | | | | summary judgment | | | |
| 02/13/2006 | AG | L110 | A106 | Review e-mail from Melinda Vollmer re ▮▮▮▮ | 0.30 | hrs. | 52.50 |
| 02/15/2006 | AG | L190 | A104 | Review letter from Weidner re unavailability of his office until February 24 | 0.10 | hrs. | 17.50 |
| 02/15/2006 | AG | L120 | A106 | Draft additional comments via e-mail to Melinda Vollmer in reply to request ▮▮▮▮ | 0.20 | hrs. | 35.00 |
| 02/15/2006 | AG | L190 | A107 | Telephone call from Michael Cohn stating his preliminary comments re theories of our summary judgment motion and seeking extension of time until March 10 to oppose motion for summary judgment | 0.40 | hrs. | 70.00 |
| 02/15/2006 | DAG | L190 | A106 | Telephone call from Melinda Vollmer re telephone conference with her and review file for letter of June 28, 2005 to her | 0.40 | hrs. | 70.00 |
| 02/15/2006 | DAG | L120 | A106 | Prepare message to MelindaVollmer re her request ▮▮▮▮ | 0.70 | hrs. | 122.50 |
| 02/15/2006 | DAG | L120 | A104 | Analysis of wording for stipulation to extend time to oppose motion for summary judgment if extension is sought by plaintiffs | 0.30 | hrs. | 52.50 |
| 02/15/2006 | WRW | L110 | A104 | Review and analyze case law regarding ▮▮▮▮ | 1.70 | hrs. | 255.00 |
| 02/15/2006 | WRW | L110 | A103 | Prepare memo regarding ▮▮▮▮ | 0.70 | hrs. | 105.00 |

| Date | Atty | | | Description | Hours | | Amount |
|------|------|---|---|-------------|-------|---|--------|
| 02/16/2006 | AG | L120 | A102 | Analyze Alaska cases involving ███████████ | 0.70 | hrs. | 122.50 |
| 02/16/2006 | WRW | L110 | A104 | Continued review and analysis of case law discussing ███████ | 1.70 | hrs. | 255.00 |
| 02/16/2006 | WRW | L110 | A103 | Prepare memo on ███████ | 1.90 | hrs. | 285.00 |
| 02/17/2006 | WRW | L110 | A104 | Review and analyze case law outside the jurisdiction discussing ███████ | 1.60 | hrs. | 240.00 |
| 02/21/2006 | AG | L210 | A104 | Review pretrial deadlines; analyze whether ███████ | 0.30 | hrs. | 52.50 |
| 02/23/2006 | WRW | L110 | A103 | Prepare stipulation extending pretrial deadlines, proposed order and cover letter | 0.70 | hrs. | 105.00 |
| 02/23/2006 | WRW | L110 | A104 | Review and analyze case law regarding ███████ | 0.20 | hrs. | 30.00 |
| 02/24/2006 | AG | L190 | A106 | Revise draft e-mail to Melinda Vollmer re ███████ add supplementary comments in separate e-mail | 0.20 | hrs. | 35.00 |
| 02/24/2006 | WRW | L110 | A103 | Plan and prepare | 0.60 | hrs. | 90.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | extending pretrial deadlines | | | |
| 02/27/2006 | AG | L110 | A106 | Review e-mail from Melinda Vollmer ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 | hrs. | 17.50 |
| 02/27/2006 | AG | L190 | A107 | Telephone call from Lisa of attorney Weidner's office re stipulation to extend time for any opposition to motion for summary judgment | 0.20 | hrs. | 35.00 |
| 02/27/2006 | AG | L210 | A104 | Review draft of proposed stipulation for extention of time to respond to motion for summary judgment | 0.20 | hrs. | 35.00 |
| 02/27/2006 | AG | L190 | A107 | Draft letter to attorney Michael Cohn proposing Joint Motion for Extension of Pretrial Deadlines pending resolution of Motion for Summary Judgment; preliminary draft of joint motion | 0.60 | hrs. | 105.00 |
| 02/27/2006 | WRW | L110 | A103 | Prepare memorandum regarding case law stating ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ | 2.40 | hrs. | 360.00 |
| 02/28/2006 | AG | L190 | A107 | Revise draft letter to Cohn proposing indefinite extension of pretrial deadlines; revise draft stipulation re same | 0.50 | hrs. | 87.50 |
| 02/28/2006 | WRW | L110 | A103 | Prepare memorandum section arguing that ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.30 | hrs. | 45.00 |
| 02/28/2006 | WRW | L110 | A103 | Prepare a stipulation for extending pretrial deadlines | 0.70 | hrs. | 105.00 |
| 03/01/2006 | AG | L110 | A107 | Review prior correspondence with plaintiffs' counsel (9/4/04) re his view of issues (notice, actual or constructive, of the | 0.20 | hrs. | 35.00 |

underlying claim) and plaintiff's expert, Haig Neville

| Date | Initials | | | Description | Hours | | Amount |
|------|------|------|------|-------------|-------|------|--------|
| 03/01/2006 | AG | L210 | A104 | Review prior order setting aside pretrial deadlines in relation to current proposed joint motion | 0.10 | hrs. | 17.50 |
| 03/02/2006 | AG | L210 | A104 | Review Court's Order granting extension of time | 0.10 | hrs. | 17.50 |
| 03/10/2006 | AG | L210 | A104 | Review and analyze plaintiffs' "preliminary opposition to motion for summary judgment" based on alleged issues of fact re estoppel; outline points, arguments, and legal authorities for reply; outline letter to Melinda Vollmer re▇▇▇▇▇ | 3.10 | hrs. | 542.50 |
| 03/10/2006 | AG | L210 | A104 | Review plaintiffs' request for oral argument | 0.20 | hrs. | 35.00 |
| 03/10/2006 | AG | L210 | A104 | Review and analyze plaintiffs' "preliminary opposition to motion for summary judgment" based on alleged issues of fact re estoppel; outline points, arguments, and legal authorities for reply; outline letter to Melinda Vollmer re▇▇▇▇▇ | 3.10 | hrs. | 542.50 |
| 03/10/2006 | AG | L210 | A104 | Review plaintiffs' request for oral argument | 0.20 | hrs. | 35.00 |
| 03/10/2006 | WRW | L110 | A101 | Plan and prepare reply in support of motion for summary judgment | 1.80 | hrs. | 270.00 |
| 03/12/2006 | WRW | L110 | A103 | Review and analyze opposition to motion for summary judgment | 2.30 | hrs. | 345.00 |
| 03/12/2006 | WRW | L110 | A103 | Prepare reply in support of motion for summary judgment | 1.10 | hrs. | 165.00 |
| 03/13/2006 | AG | L210 | A103 | Revise draft reply brief in support of motion for summary judgment | 2.70 | hrs. | 472.50 |
| 03/13/2006 | DAG | L210 | A104 | Review status of plaintiffs' | 1.00 | hrs. | 175.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | opposition, failures in arguments and areas to cover in reply | | |
| 03/13/2006 | DAG | L210 | A104 | Review and revise draft of reply memorandum | 1.00 hrs. | 175.00 |
| 03/13/2006 | WRW | L110 | A103 | Continued preparation of reply brief section arguing ▮▮▮▮ | 2.10 hrs. | 315.00 |
| 03/13/2006 | WRW | L110 | A103 | Continued preparation of reply in support of motion for summary judgment section arguing▮ | 2.60 hrs. | 390.00 |
| 03/14/2006 | WRW | L110 | A101 | Plan and prepare for reply in support of motion for summary judgment | 0.10 hrs. | 15.00 |
| 03/14/2006 | WRW | L110 | A103 | Review and analyze case law discussing ▮▮▮▮ | 1.60 hrs. | 240.00 |
| 03/14/2006 | WRW | L110 | A103 | Continued preparation of reply in support of motion for summary judgment section arguing plaintiffs did not establish the elements of estoppel | 2.40 hrs. | 360.00 |
| 03/15/2006 | AG | L190 | A107 | Direct contact with attorney Michael Cohn re ▮▮▮ | 0.20 hrs. | 35.00 |
| 03/15/2006 | AG | L210 | A104 | Review joint motion to vacate filed by attorney Michael Cohn | 0.10 hrs. | 17.50 |
| 03/15/2006 | AG | L210 | A103 | Review and revise second draft of reply in support of motion for summary judgment | 1.10 hrs. | 192.50 |
| 03/15/2006 | WRW | L110 | A107 | Call opposing counsel to extend discovery deadlines | 0.40 hrs. | 60.00 |
| 03/15/2006 | WRW | L110 | A103 | Continued preparation of reply in support of summary judgment section arguing ▮ | 1.60 hrs. | 240.00 |

| Date | | | | Description | Hours | | Amount |
|------|---|---|---|-------------|-------|---|--------|
| | | | | ▬▬▬▬▬ | | | |
| 03/16/2006 | DAG | L210 | A103 | Review and revise further draft of reply memorandum and analysis of additional argument re ▬▬▬▬▬ | 1.00 | hrs. | 175.00 |
| 03/16/2006 | EAR | L240 | A102 | Research the current federal standard for ▬▬▬▬▬ | 1.10 | hrs. | 165.00 |
| 03/16/2006 | WRW | L110 | A103 | Continued preparation of reply brief in support of motion for summary judgment section arguing estoppel cannot expand original grant of insurance coverage | 3.60 | hrs. | 540.00 |
| 03/17/2006 | WRW | L110 | A103 | Continue preparation of reply brief section arguing plaintiffs failed to support estoppel argument | 1.80 | hrs. | 270.00 |
| 03/17/2006 | WRW | L110 | A103 | Continue preparation of reply brief section distinguishing bad faith insurer case law | 1.90 | hrs. | 285.00 |
| 03/17/2006 | WRW | L110 | A103 | Continued preparation of reply brief in support of summary judgment section arguing ▬▬▬ | 1.10 | hrs. | 165.00 |
| 03/17/2006 | WRW | L110 | A104 | Review and analyze letter from opposing counsel re discovery | 0.70 | hrs. | 105.00 |
| 03/17/2006 | WRW | L110 | A103 | Prepare report regarding ▬▬▬ | 0.40 | hrs. | 60.00 |
| 03/20/2006 | DAG | L110 | A106 | Review message from Melinda Vollmer and analyze same re ▬▬▬ | 0.90 | hrs. | 157.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03/20/2006 | DAG | L210 | A103 | Review and revise reply memorandum in view of information and requests in Melinda Vollmer's messages | 2.70 | hrs. | 472.50 |
| 03/20/2006 | WRW | L110 | A103 | Continue preparation of reply brief section discussing law on estoppel | 1.90 | hrs. | 285.00 |
| 03/20/2006 | WRW | L110 | A103 | Continue preparation of reply brief section discussing case law on creation of coverage by estoppel | 1.90 | hrs. | 285.00 |
| 03/21/2006 | DAG | L210 | A104 | Review status of case in view of court's denial of stipulation to continue pretrial dates | 0.30 | hrs. | 52.50 |
| 03/21/2006 | DAG | L120 | A104 | Review and analyze response to Cohn letter re responses to third discovery requests | 0.50 | hrs. | 87.50 |
| 03/21/2006 | DAG | L310 | A103 | Review and revise draft of supplemental responses to plaintiffs' third discovery requests | 0.90 | hrs. | 157.50 |
| 03/21/2006 | DAG | L110 | A106 | Review and revise draft of message to Melinda Vollmer re ███████ | 1.10 | hrs. | 192.50 |
| 03/21/2006 | DAG | L110 | A104 | Further review of information re ███████ | 1.20 | hrs. | 210.00 |
| 03/21/2006 | WRW | L110 | A103 | Prepare report on reply brief and send ███ to client | 0.40 | hrs. | 60.00 |
| 03/22/2006 | WRW | L110 | A101 | Plan and prepare responses to letter asserting discovery violations | 0.30 | hrs. | 45.00 |
| 03/22/2006 | WRW | L110 | A101 | Plan and prepare | 0.30 | hrs. | 45.00 |

Page   18

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | response to court order denying motion to vacate pretrial deadlines | | | |
| 03/22/2006 | WRW | L110 | A108 | Call opposing counsel to set new pretrial deadlines | 0.20 | hrs. | 30.00 |
| 03/23/2006 | AG | L310 | A104 | Review draft supplemental response to discovery requests and supplemental objections | 0.50 | hrs. | 87.50 |
| 03/23/2006 | WRW | L110 | A108 | Contact ████████ ████████; discuss case | 0.80 | hrs. | 120.00 |
| 03/24/2006 | AG | L110 | A106 | Teleconference with Melinda Vollmer and Daniel Gerety re ██████████ | 0.60 | hrs. | 105.00 |
| 03/24/2006 | WRW | L110 | A106 | Conference call with client to discuss ████████ ████████ | 0.20 | hrs. | 30.00 |
| 03/24/2006 | WRW | L110 | A101 | Plan and prepare response to letter from opposing counsel attempting to confer for purposes of a motion to compel | 0.30 | hrs. | 45.00 |
| 03/24/2006 | WRW | L110 | A103 | Prepare supplemental discovery response and potential witness list | 0.70 | hrs. | 105.00 |
| 03/24/2006 | WRW | L110 | A103 | Prepare letter to opposing counsel disputing claims of discovery violation | 1.20 | hrs. | 180.00 |
| 03/24/2006 | WRW | L110 | A108 | Call ████████████████ | 0.20 | hrs. | 30.00 |
| 03/27/2006 | WRW | L110 | A103 | Continued preparation of first supplemental response to third discovery requests | 0.90 | hrs. | 135.00 |
| 03/27/2006 | WRW | L110 | A103 | Continued preparation of letter to opposing counsel to prevent motion to compel | 0.90 | hrs. | 135.00 |
| 03/27/2006 | WRW | L110 | A103 | Prepare stipulation to extend pretrial deadlines | 0.60 | hrs. | 90.00 |



| 03/27/2006 | WRW | L110 | A101 | Plan and prepare changes to letter to opposing counsel | 0.20 | hrs. | 30.00 |
| 03/28/2006 | WRW | L110 | A106 | Communicate with client regarding ██████████ ██████████████████ ██████████████████ ████████ | 0.40 | hrs. | 60.00 |
| 03/28/2006 | WRW | L110 | A104 | Review and analyze order denying joint motion to vacate pretrial deadlines | 0.20 | hrs. | 30.00 |
| 03/28/2006 | WRW | L110 | A103 | Prepare proposed order granting stipulation to extend pretrial deadlines | 0.30 | hrs. | 45.00 |
| 03/28/2006 | WRW | L110 | A108 | Call opposing counsel to obtain stipulation to extend pretrial deadlines | 0.20 | hrs. | 30.00 |
| 03/28/2006 | WRW | L110 | A103 | Prepare cover letter for stipulation to extend pretrial deadlines | 0.20 | hrs. | 30.00 |
| 03/29/2006 | WRW | L110 | A103 | Prepare letter to opposing counsel regarding discovery objections | 0.90 | hrs. | 135.00 |
| 03/31/2006 | DAG | L120 | A104 | Review draft letter from attorney Cohn and provide input | 0.30 | hrs. | 52.50 |
| 04/03/2006 | WRW | L110 | A109 | Attend status conference with Judge Burgess | 1.30 | hrs. | 195.00 |
| 04/03/2006 | AG | L110 | A101 | Prepare for status conference with court; review procedural status and status of discovery and pretrial deadlines | 0.50 | hrs. | 87.50 |
| 04/03/2006 | AG | L110 | A107 | Telephone call to attorney Michael Cohn re areas of common agreement on discovery deadlines in preparation for conference | 0.30 | hrs. | 52.50 |
| 04/03/2006 | AG | L190 | A109 | Travel to federal court; attend status conference with Judge Burgess | 1.30 | hrs. | 227.50 |
| 04/03/2006 | AG | L110 | A107 | Post status conference discussion with attorney Michael Cohn re issues, | 0.30 | hrs. | 52.50 |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | planned motions | | | |
| 04/03/2006 | WRW | L110 | A109 | Prepare for status conference with Judge Burgess | 0.30 | hrs. | 45.00 |
| 04/05/2006 | AG | L120 | A106 | Review e-mail from Melinda Vollmer re ▬▬▬▬ ▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬ | 0.20 | hrs. | 35.00 |
| 04/07/2006 | AG | L120 | A103 | Revise draft letter to attorney Michael Cohn responding to his assertion of discovery violations and incorporating comments from Melinda Vollmer | 0.40 | hrs. | 70.00 |
| 04/07/2006 | WRW | L110 | A103 | Prepare letter to opposing counsel regarding discovery dispute | 0.40 | hrs. | 60.00 |
| 04/10/2006 | WRW | L110 | A103 | Prepare ▬▬▬▬▬▬▬▬ | 1.10 | hrs. | 165.00 |
| 04/10/2006 | WRW | L110 | A104 | Review and analyze motion for supplemental briefing | 0.20 | hrs. | 30.00 |
| 04/11/2006 | AG | L120 | A104 | Review and analyze plaintiffs' motion for leave to file supplemental opposition to motion for summary judgment; preliminary outline of opposition | 3.10 | hrs. | 542.50 |
| 04/11/2006 | AG | L190 | A106 | Draft e-mail forwarding plaintiffs' supplemental opposition brief to Melinda Vollmer | 0.20 | hrs. | 35.00 |
| 04/11/2006 | WRW | L110 | A104 | Review and analyze motion for permission to supplement opposition | 1.10 | hrs. | 165.00 |
| 04/11/2006 | WRW | L110 | A101 | Plan and prepare for opposition to motion for permission to file supplemental briefing | 1.20 | hrs. | 180.00 |
| 04/11/2006 | WRW | L110 | A103 | Prepare opposition to motion for permission to allow supplemental briefing | 2.20 | hrs. | 330.00 |

Page    21

| Date | Initials | | | Description | Hours | | Amount |
|------|------|------|------|-------------|-------|------|--------|
| 04/12/2006 | WRW | L110 | A103 | Prepare outline for opposition to motion for permission for supplemental briefing | 1.80 | hrs. | 270.00 |
| 04/12/2006 | WRW | L110 | A103 | Prepare opposition section arguing plaintiffs failed to show they were entitled to file supplemental pleading | 2.30 | hrs. | 345.00 |
| 04/12/2006 | WRW | L110 | A103 | Prepare opposition section arguing the supplemental pleading fails to defeat summary judgment | 2.10 | hrs. | 315.00 |
| 04/12/2006 | WRW | L110 | A104 | Review and analyze case law cited by plaintiffs in motion for permission to file supplemental briefing | 1.70 | hrs. | 255.00 |
| 04/13/2006 | AG | L110 | A106 | Review e-mail from Melinda Vollmer re ████████████ | 0.20 | hrs. | 35.00 |
| 04/13/2006 | AG | L210 | A103 | Revise draft opposition to Local Rule 7.1(h) motion for leave to file supplemental opposition to motion for summary judgment; revise introduction, revise argument A relating to rejection of supplemental brief in opposition to summary judgment motion | 4.60 | hrs. | 805.00 |
| 04/13/2006 | AG | L210 | A103 | Revise draft reply to supplemental opposition filed by plainitff, revise argument B relating to why court should grant motion for summary judgment | 2.10 | hrs. | 367.50 |
| 04/13/2006 | AG | L120 | A102 | Investigate circumstances of ████████████ | 0.20 | hrs. | 35.00 |
| 04/13/2006 | AG | L190 | A106 | Draft e-mail to Melinda | 0.20 | hrs. | 35.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Vollmer re second version of draft opposition to motion to supplement | | | |
| 04/13/2006 | WRW | L110 | A101 | Plan and prepare final lay witness list | 0.40 | hrs. | 60.00 |
| 04/13/2006 | WRW | L110 | A101 | Continued preparation of opposition to motion for permission for supplemental briefing | 0.40 | hrs. | 60.00 |
| 04/14/2006 | AG | L210 | A103 | Revise second draft of Opposition to Plaintiffs' Motion to Supplement Briefing on Motion for Summary Judgment | 1.60 | hrs. | 280.00 |
| 04/14/2006 | AG | L110 | A106 | Teleconference with Melinda Vollmer and William Warnock re ███████████████ ███████████████ ███████████████ ███████████████ ███████████████ ███████████████ | 0.80 | hrs. | 140.00 |
| 04/14/2006 | AG | L210 | A103 | Continue reorganization and revision of Part B of Opposition to Motion to Supplement Briefing on Motion for Summary Judgment (relating to arguments on summary judgment) | 0.80 | hrs. | 140.00 |
| 04/14/2006 | AG | L110 | A106 | Telephone call from Melinda Vollmer suggesting ███████████ ███████████████ ███████████████ ███████ | 0.20 | hrs. | 35.00 |
| 04/14/2006 | AG | L210 | A103 | Revise draft Final Witness List of Lay Witnesses; add 30(b)(6) categories | 0.60 | hrs. | 105.00 |
| 04/14/2006 | WRW | L110 | A106 | Call client regarding | 1.10 | hrs. | 165.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | opposition to motion for supplemental briefing | | | |
| 04/14/2006 | WRW | L110 | A101 | Plan and prepare opposition to motion for supplemental briefing | 0.80 | hrs. | 120.00 |
| 04/14/2006 | WRW | L110 | A103 | Continued preparation of final witness list | 0.30 | hrs. | 45.00 |
| 04/14/2006 | WRW | L110 | A103 | Continued preparation of opposition to motion for supplemental briefing | 3.40 | hrs. | 510.00 |
| 04/17/2006 | AG | L210 | A103 | Final revisions to draft Final List of Lay Witnesses | 0.30 | hrs. | 52.50 |
| 04/17/2006 | AG | L210 | A103 | Revise third draft of Opposition to Motion to File Supplemental Opposition to Motion for Summary Judgment | 2.30 | hrs. | 402.50 |
| 04/17/2006 | AG | L110 | A106 | Draft e-mail to Melinda Vollmer regarding ███████ ████████████████ ████████████████ ████████████████ ██████████ | 0.20 | hrs. | 35.00 |
| 04/17/2006 | WRW | L110 | A103 | Continued preparation of final lay witness list | 0.80 | hrs. | 120.00 |
| 04/17/2006 | WRW | L110 | A104 | Review and analyze case law holding ███████████ ████████████████ | 0.60 | hrs. | 90.00 |
| 04/17/2006 | WRW | L110 | A103 | Prepare section of opposition to motion for supplemental briefing arguing █████████████ ████████████████ | 0.30 | hrs. | 45.00 |
| 04/17/2006 | WRW | L110 | A104 | Review and analyze case law stating the ██████████████ ████████████████ ████████████████ ████████████████ | 0.70 | hrs. | 105.00 |

| Date | Initials | Code | Task | Description | Hours | | Amount |
|------|----------|------|------|-------------|-------|---|--------|
| 04/17/2006 | WRW | L110 | A103 | Prepare section of opposition stating the professional services of an insurance agent under an errors and omissions policy can only be acts inherent in the particular profession | 0.40 | hrs. | 60.00 |
| 04/17/2006 | WRW | L110 | A103 | Continued preparation of opposition to motion to file supplemental briefing | 1.60 | hrs. | 240.00 |
| 04/18/2006 | WRW | L110 | A104 | Review and analyze letter from opposing counsel regarding responses to third discovery requests | 0.60 | hrs. | 90.00 |
| 04/20/2006 | AG | L310 | A103 | Revise draft second supplemental responses to third discovery requests | 1.00 | hrs. | 175.00 |
| 04/20/2006 | WRW | L110 | A104 | Review notes to prepare second supplemental responses to discovery requests | 0.40 | hrs. | 60.00 |
| 04/20/2006 | WRW | L110 | A103 | Prepare second supplemental responses to discovery requests | 1.90 | hrs. | 285.00 |
| 04/21/2006 | AG | L110 | A107 | Phone call from attorney Michael Cohn requesting extension of time for reply | 0.20 | hrs. | 35.00 |
| 04/21/2006 | AG | L190 | A106 | Outline letter to Melinda Vollmer re ▬▬▬▬▬ | 0.20 | hrs. | 35.00 |
| 04/21/2006 | WRW | L110 | A101 | plan and prepare second supplemental responses to third discovery requests | 0.30 | hrs. | 45.00 |
| 04/21/2006 | WRW | L110 | A106 | Communicate with client regarding ▬▬▬▬▬ | 0.60 | hrs. | 90.00 |
| 04/24/2006 | DAG | L110 | A104 | Review status of supplemental discovery | 0.40 | hrs. | 70.00 |



EXHIBIT    B
Page 115 of 128

| Date | Staff | | | Description | Hours | | Amount |
|---|---|---|---|---|---|---|---|
| | | | | responses and provide analysis and input on the ▮▮▮▮▮▮▮▮▮▮ | | | |
| 04/25/2006 | AG | L120 | A104 | Review and analyze letter from Michael Cohn regarding his interpretation of insurer's duty to respond to insured's tender regardless of existence of coverage or duty to defend; draft proposed Rule 408 reply; send e-mail to Melinda Vollmer re ▮▮▮▮▮ | 1.30 | hrs. | 227.50 |
| 04/25/2006 | AG | L120 | A104 | Review e-mail from attorney Warnock to Melinda Vollmer re ▮▮▮▮▮▮▮▮ add e-mail comment to Melinda Vollmer; review Melinda Vollmer's reply re ▮▮▮▮ | 0.40 | hrs. | 70.00 |
| 04/25/2006 | AG | L210 | A104 | Review plaintiffs' final lay witness list | 0.30 | hrs. | 52.50 |
| 04/25/2006 | DAG | L310 | A104 | Review Melinda Vollmer message re ▮▮▮ | 0.10 | hrs. | 17.50 |
| 04/27/2006 | WRW | L110 | A104 | Review and analyze reply of plaintiff in support of motion to file supplemental pleading | 0.30 | hrs. | 45.00 |
| 04/28/2006 | DAG | L240 | A104 | Review plaintiffs' reply brief re summary judgment motion and provide input | 0.40 | hrs. | 70.00 |
| 04/28/2006 | DAG | L110 | A104 | Review messages to Melinda Vollmer re ▮▮▮▮▮▮▮▮ | 0.20 | hrs. | 35.00 |
| 04/28/2006 | DAG | L110 | A104 | Review message to | 0.30 | hrs. | 52.50 |

EXHIBIT  B
Page 120 of 128

| Date | Staff | Code | Task | Description | Hours | | Amount |
|------|-------|------|------|-------------|-------|---|--------|
| | | | | Melinda Vollmer re ███████████ | | | |
| 04/28/2006 | WRW | L110 | A106 | Communicate with client regarding ███████████ | 0.90 | hrs. | 135.00 |
| 04/28/2006 | WRW | L110 | A103 | Prepare second supplement to third discovery responses based on telephone discussion with client | 1.60 | hrs. | 240.00 |
| 04/28/2006 | WRW | L110 | A106 | Email client regarding ███████████ | 0.40 | hrs. | 60.00 |
| 05/03/2006 | AG | L120 | A106 | Long distance telephone call with Melinda Vollmer and Conrad Naas to review information pertinent to ███████████ confer with Bill Warnock afterwards re ███████ | 1.00 | hrs. | 175.00 |
| 05/03/2006 | AG | L130 | A108 | Long distance telephone call to ███████████ discuss ██████, send e-mail ███████████ | 1.10 | hrs. | 192.50 |
| 05/03/2006 | AG | L130 | A108 | Review e-mail from ██████ review same | 0.20 | hrs. | 35.00 |
| 05/03/2006 | AG | L120 | A106 | Draft e-mail to Melinda Vollmer re ███████ | 0.30 | hrs. | 52.50 |
| 05/03/2006 | WRW | L110 | A106 | Email client regarding | 0.20 | hrs. | 30.00 |

EXHIBIT ___ B
Page 121 of 128

| 05/03/2006 | WRW | L110 | A106 | Communicate with client regarding ▮▮▮▮ ▮▮pplemental responses ▮ third discovery ▮requests | 0.90 | hrs. | 135.00 |
|---|---|---|---|---|---|---|---|
| 05/03/2006 | WRW | L110 | A101 | Plan and prepare to retain expert witness | 0.20 | hrs. | 30.00 |
| 05/03/2006 | WRW | L110 | A108 | Communicate with ▮▮▮▮ ▮▮▮▮▮ to retain him | 0.80 | hrs. | 120.00 |
| 05/03/2006 | WRW | L110 | A103 | Prepare second supplemental responses to third discovery requests based on conference with client | 1.30 | hrs. | 195.00 |
| 05/04/2006 | WRW | L110 | A108 | Communicate with ▮▮▮▮▮ ▮▮▮▮▮▮▮ and provide him with documents | 0.90 | hrs. | 135.00 |
| 05/04/2006 | WRW | L110 | A103 | Continued preparation of second supplemental responses to third discovery requests | 2.90 | hrs. | 435.00 |
| 05/05/2006 | DAG | L310 | A103 | Review supplemental responses to discovery requests and advise re suggested changes | 0.40 | hrs. | 70.00 |
| 05/05/2006 | WRW | L110 | A103 | Continued preparation of second supplemental responses to third discovery requests | 1.40 | hrs. | 210.00 |
| 05/05/2006 | WRW | L110 | A106 | Communicate with client regarding ▮▮▮▮ ▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | 0.30 | hrs. | 45.00 |
| 05/08/2006 | WRW | L110 | A103 | Plan and prepare for status report required by the court | 0.20 | hrs. | 30.00 |
| 05/08/2006 | WRW | L110 | A101 | Prepare status report required by the court | 1.10 | hrs. | 165.00 |
| 05/08/2006 | WRW | L110 | A103 | Prepare expert witness disclosure | 0.80 | hrs. | 120.00 |
| 05/09/2006 | WRW | L110 | A103 | Continued preparation of | 1.20 | hrs. | 180.00 |

EXHIBIT    B
Page 122 of 128

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | status report to court | | | |
| 05/09/2006 | WRW | L110 | A106 | Email client regarding second supplemental discovery responses | 0.20 | hrs. | 30.00 |
| 05/10/2006 | AG | L190 | A106 | Review e-mail from Melinda Vollmer re conference call this Friday | 0.10 | hrs. | 17.50 |
| 05/12/2006 | AG | L130 | A108 | Long distance telephone call to John Klagholz regarding his preliminary opinions for his expert disclosure due May 17; attempt to conference in Melinda Vollmer during same; continue call with Klagholz | 1.00 | hrs. | 175.00 |
| 05/12/2006 | AG | L340 | A103 | Revise draft Expert Disclousre, ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ | 1.80 | hrs. | 315.00 |
| 05/12/2006 | DAG | L120 | A104 | Review information re ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ relate to supplemental discovery responses and person most knowledgeable | 0.30 | hrs. | 52.50 |
| 05/12/2006 | DAG | L120 | A104 | Review information re John Klagholz as an expert witness to be retained and disclosed opinions | 0.20 | hrs. | 35.00 |
| 05/12/2006 | WRW | L110 | A106 | Call client to finalize second supplemental responses to third discovery requests | 0.70 | hrs. | 105.00 |
| 05/12/2006 | WRW | L110 | A108 | Communicate with expert witness ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 1.30 | hrs. | 195.00 |
| 05/12/2006 | WRW | L110 | A103 | Continued preparation of second supplemental responses to third discovery requests | 1.10 | hrs. | 165.00 |

| 05/12/2006 | WRW | L110 | A106 | Communicate with client via email including draft of second supplemental responses to third discovery requests | 0.30 | hrs. | 45.00 |
|---|---|---|---|---|---|---|---|
| 05/12/2006 | WRW | L110 | A103 | Prepare memo summarizing ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ | 1.40 | hrs. | 210.00 |
| 05/12/2006 | WRW | L110 | A103 | Prepare summary of ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 0.60 | hrs. | 90.00 |
| 05/15/2006 | WRW | L110 | A108 | Communicate with expert ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ | 0.40 | hrs. | 60.00 |
| 05/15/2006 | WRW | L110 | A103 | Continued preparation of expert witness disclosure | 0.70 | hrs. | 105.00 |
| 05/15/2006 | WRW | L110 | A103 | Revise ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ | 0.60 | hrs. | 90.00 |
| 05/15/2006 | WRW | L110 | A106 | Email client with expert witness disclosure attached for her review and approval | 0.20 | hrs. | 30.00 |
| 05/16/2006 | AG | L130 | A106 | Review e-mail from Melinda Vollmer re ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ | 0.10 | hrs. | 17.50 |
| 05/16/2006 | AG | L310 | A103 | Outline initial draft response to fourth set of discovery requests to American Home and identifying areas for Melinda Vollmer's assistance; review Melinda Vollmer's e-mails re ▮▮▮▮▮▮ ▮▮▮▮▮ | 0.70 | hrs. | 122.50 |
| 05/16/2006 | DAG | L120 | A104 | Review further information re ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | 0.20 | hrs. | 35.00 |

Page    30

| 05/16/2006 | WRW | L110 | A104 | Review and analyze the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.80 | hrs. | 120.00 |
| 05/16/2006 | WRW | L110 | A101 | Plan and prepare for expert witness disclosure | 0.40 | hrs. | 60.00 |
| 05/17/2006 | AG | L120 | A104 | Review multiple e-mails from Melinda Vollmer re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.30 | hrs. | 52.50 |
| 05/17/2006 | DAG | L120 | A104 | Further review of ▮▮▮▮▮▮▮▮▮▮ | 0.20 | hrs. | 35.00 |
| 05/17/2006 | DAG | L310 | A104 | Review further revised responses to Interrogatory Answers and analyze how those ▮▮▮▮▮▮▮▮▮▮▮▮ | 0.50 | hrs. | 87.50 |
| 05/17/2006 | DAG | L340 | A104 | Review revised expert witness disclosure for analysis and comment in view of Melinda Vollmer's comments | 0.40 | hrs. | 70.00 |
| 05/17/2006 | WRW | L110 | A108 | Call expert witness to determine ▮▮▮▮▮▮▮▮ | 0.40 | hrs. | 60.00 |
| 05/17/2006 | WRW | L110 | A104 | Review and analyze court opinion ▮▮▮▮▮▮▮▮ | 0.80 | hrs. | 120.00 |
| 05/17/2006 | WRW | L110 | A106 | Communicate with client regarding ▮▮▮▮▮▮▮▮ | 1.60 | hrs. | 240.00 |
| 05/17/2006 | WRW | L110 | A104 | Review and analyze client changes to second supplemental responses to discovery requests | 0.60 | hrs. | 90.00 |
| 05/17/2006 | WRW | L110 | A106 | Communicate with client regarding ▮▮▮▮▮▮▮ | 1.10 | hrs. | 165.00 |

|  |  |  |  | ████████ second supplemental discovery responses |  |  |  |
|---|---|---|---|---|---|---|---|
| 05/17/2006 | WRW | L110 | A103 | Prepare responses to fourth discovery requests | 0.90 | hrs. | 135.00 |
| 05/18/2006 | AG | L310 | A103 | Review and finalize draft second supplemental response to second set of discovery requests | 0.30 | hrs. | 52.50 |
| 05/18/2006 | AG | L310 | A103 | Review and revise draft objections and preliminary responses to fourth set of discovery requests | 0.50 | hrs. | 87.50 |
| 05/18/2006 | AG | L110 | A107 | Revise draft letter to Cohn requesting extension of time for responding further to fourth set of discovery requests; draft stipualtion re same | 0.60 | hrs. | 105.00 |
| 05/18/2006 | AG | L340 | A103 | Revise ████████ | 0.70 | hrs. | 122.50 |
| 05/18/2006 | DAG | L120 | A104 | Review information from Melinda Vollmer re ████████ | 0.50 | hrs. | 87.50 |
| 05/18/2006 | WRW | L110 | A103 | Continued preparation of expert witness disclosure | 2.30 | hrs. | 345.00 |
| 05/19/2006 | AG | L340 | A103 | Revise third draft of Expert Witness Disclosure to final form; serve same | 0.60 | hrs. | 105.00 |
| 05/19/2006 | AG | L210 | A104 | Review and analyze Court's Order granting AHAC's Motion for Summary Judgment | 1.10 | hrs. | 192.50 |
| 05/19/2006 | AG | L120 | A108 | Draft e-mail to ████████ | 1.20 | hrs. | 210.00 |

|  |  |  |  | draft e-mail to Melinda Vollmer re Court's ruling granting summary judgment; draft follow-up e-mail re requirements of motion for fee award |  |  |  |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/19/2006 | AG | L240 | A103 | Draft motion in support of award of attorney's fees; preliminary draft of supporting affidavit | 2.30 | hrs. | 402.50 |
| 05/19/2006 | WRW | L110 | A108 | Call expert witness to finalize expert witness disclosure | 0.60 | hrs. | 90.00 |
| 05/22/2006 | DAG | L210 | A104 | Review information re court order granting summary judgment motion and analyze ▮▮▮▮▮ ▮▮▮▮▮▮ | 0.20 | hrs. | 35.00 |
| 05/22/2006 | WRW | L110 | A104 | Redact invoices supporting motion for attorney fees to protect confidential information | 2.30 | hrs. | 345.00 |
| 05/22/2006 | WRW | L110 | A104 | Review and analyze invoices for motion for attorney fees | 1.20 | hrs. | 180.00 |

$43,095.00

EXPENSES

| 01/04/2006 | E105 | Telephone - conference call on 11/4/05 paid to Soundpath Legal Conferencing | 9.38 |
| --- | --- | --- | --- |
| 01/26/2006 | E105 | Telephone - long distance call to 212-458-1593 | 1.80 |
| 02/28/2006 | E102 | Outside printing - copying charges from the law library for February - 31 @ .17 | 5.27 |
| 03/23/2006 | E105 | Telephone - long distance call to 209-296-6500 | 1.10 |
| 03/31/2006 | E102 | Outside printing - copying charges from the law library for March - 30 @ .17 | 5.10 |
| 04/14/2006 | E105 | Telephone - long distance call to 212-458-1985 | 2.50 |
| 05/03/2006 | E105 | Telephone - long distance call to 212-458-1985 | 2.00 |
| 05/03/2006 | E105 | Telephone - long distance call to 609-698-3294 | 1.20 |
| 05/12/2006 | E105 | Telephone - long distace call to 609-698-3294 | 3.05 |
| 05/12/2006 | E105 | Telephone - long distance call to 212-458-1985 | 1.60 |

Page    33
$33.00

## Billing Summary

| | | | | |
|---|---|---|---|---|
| DAG | Gerety, Daniel A. | 21.20 hrs | 175.00 | /hr |
| AG | Guidi, Andrew | 70.00 hrs | 175.00 | /hr |
| EAR | Ringsmuth, Eric A. | 1.10 hrs | 150.00 | /hr |
| WRW | Warnock, William R. | 179.80 hrs | 150.00 | /hr |

## Code Summary

| Code | Description | Hours | Amt. |
|---|---|---|---|
| L110 | Fact Investigation/Development | 191.90 | 29087.50 |
| L120 | Analysis/Strategy | 15.00 | 2625.00 |
| L130 | Experts/Consultants | 2.40 | 420.00 |
| L190 | Other Case Assessment, Develop | 10.90 | 1907.50 |
| L210 | Pleadings | 35.50 | 6212.50 |
| L240 | Dispositive Motions | 5.30 | 900.00 |
| L310 | Written Discovery | 6.00 | 1050.00 |
| L340 | Expert Discovery | 3.50 | 612.50 |
| L390 | Other Discovery | 1.60 | 280.00 |

| | | |
|---|---|---|
| Total professional services | 272.10 hrs | $43,095.00 |
| Total expenses incurred | | $33.00 |
| Total of new charges for this invoice | | $43,128.00 |
| Plus net balance forward | | $24,280.67 |
| **Total balance now due** | | **$67,408.67** |

EXHIBIT ___B___
Page _128_ of _128_