Andrew Guidi
ag@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
  (907) 279-3581
  (907) 277-1331 fax
*Attorneys for Defendant*
*AMERICAN HOME ASSURANCE COMPANY*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>          Plaintiffs,<br><br>  vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A03-0202-CV (TMB) |

**(PROPOSED) ORDER GRANTING MOTION FOR ATTORNEY'S FEES**

    This matter having come before the Court upon the Motion for Attorney's Fees filed by defendant, American Home Assurance Company, and the Court having considered any opposition thereto, and being otherwise fully advised in the matter:

    IT IS HEREBY ORDERED that defendant American Home Assurance Company's Motion for Attorney's Fees is GRANTED, and that American Home Assurance Company, is awarded attorney's fees in

the amount of $18,884.60, which the Clerk of Court is hereby directed to insert into the Final Judgment.

DATED at Anchorage, Alaska, this ____ day of _____, 2006.

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE:**
I hereby certify that on the
30th day of May, 2006, a copy
of the foregoing **(Proposed) Order
Granting Motion for Attorney's Fees**
Was served electronically on:

Phillip Paul Weidner
Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L. Street, Suite 200
Anchorage, Alaska   99501

s/Andrew Guidi (117284)