Andrew Guidi
ag@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
  (907) 279-3581
  (907) 277-1331 fax
*Attorneys for Defendant*
*AMERICAN HOME ASSURANCE COMPANY*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A03-0202-CV (TMB) |

**(PROPOSED) FINAL JUDGMENT**

IT IS ORDERED that FINAL JUDGMENT is entered in favor of defendant, American Home Assurance Company, as follows:

American Home Assurance Company, the prevailing party in this action, shall recover from and have judgment against plaintiffs TJ Ivey, Renee M. Crouse, Brian J. Crouse and Jessica Lynn Skeen as follows:

    a.    Attorney's Fees:    $_____

    b.    Costs    $_____

        Date Awarded: _____

        Clerk: _____

    c.    **TOTAL JUDGMENT**    $_____

    d.    Post Judgment Interest Rate:    \_\_\_\_% per annum

DATED at Anchorage, Alaska, this \_\_\_\_ day of _____, 2006.

_____
Timothy M. Burgess
United States District Court Judge

**CERTIFICATE OF SERVICE:**

I hereby certify that on the 30th day of May, 2006, a copy of the foregoing **FINAL JUDGMENT** was served electronically on:

Phillip Paul Weidner
Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L. Street, Suite 200
Anchorage, Alaska   99501

s/Andrew Guidi (117288)