date, and that known **Damages** may become permanent, progressive or more extensive than is now known or anticipated.

5.  <u>Duplicate Counterparts and Originals; Facsimile Copy Sufficient</u>. This document is being executed in duplicate counterparts and originals, and the signature of any party to same on <u>any</u> counterpart, copy, or original is sufficient, and all parties do not have to sign on the same such document. Further, signature on a photocopy or facsimile copy is likewise sufficient, and a photocopy or facsimile copy of any such signed document may serve in the place of the document bearing the original signature and/or notary seal. Counsel for the parties are authorized to assemble duplicate counterparts and copies of this Resolution Agreement and Assignment from any such copies to reflect all parties' signatures, any of which counterparts and copies shall have full force and effect.

DATED: 5-17-01     By: _____
                        TJ Ivey, Previously Known as TJ Skeen (T.J.S.)
                        Individually

DATED: 5-17-01     By: _____
                        TJ Ivey, Previously Known as TJ Skeen (T.J.S.),
                        as Parent of Jessica Lynn Skeen (J.S.), a Minor

DATED: 5/17/2001   By: _____
                        Phillip Paul Weidner for Jessica Lynn Skeen (J.S.),
                        a Minor (Per Civil Rule 90.2 Approval)

DATED: 5/17/01     By: _____
                        Renee M. Crouse (R.C.)

DATED: 5-17-2001   By: _____
                        Brian J. Crouse (B.C.)

EXHIBIT 3 PAGE 8

EXHIBIT A PAGE 8

date, and that known **Damages** may become permanent, progressive or more extensive than is now known or anticipated.

5.  <u>Duplicate Counterparts and Originals; Facsimile Copy Sufficient</u>. This document is being executed in duplicate counterparts and originals, and the signature of any party to same on <u>any</u> counterpart, copy, or original is sufficient, and all parties do not have to sign on the same such document. Further, signature on a photocopy or facsimile copy is likewise sufficient, and a photocopy or facsimile copy of any such signed document may serve in the place of the document bearing the original signature and/or notary seal. Counsel for the parties are authorized to assemble duplicate counterparts and copies of this Resolution Agreement and Assignment from any such copies to reflect all parties' signatures, any of which counterparts and copies shall have full force and effect.

DATED:_____  By: _____
                            TJ Ivey, Previously Known as TJ Skeen (T.J.S.)
                            Individually

DATED:_____  By: _____
                            TJ Ivey, Previously Known as TJ Skeen (T.J.S.),
                            as Parent of Jessica Lynn Skeen (J.S.), a Minor

DATED: 5/17/2001         By: *Phillip Paul W— for J.S.*
                            Phillip Paul Weidner for Jessica Lynn Skeen (J.S.),
                            a Minor (Per Civil Rule 90.2 Approval)

DATED: 5/17/01           By: _____
                            Renee M. Crouse (R.C.)

DATED: 5-17-2001         By: _____
                            Brian J. Crouse (B.C.)

EXHIBIT 3 PAGE 9

EXHIBIT A PAGE 9

DATED:_____  By: _____
                                 Conrad Jerome Worthy

DATED:_____      STATE FARM FIRE & CASUALTY COMPANY

                             By: _____
                                 William Marr
                            Its: _____

STATE OF ALASKA            )
                           )
THIRD JUDICIAL DISTRICT    )

THIS IS TO CERTIFY that on this _17_ day of __MAY__, 2001, before me, the undersigned Notary Public in and for the State of Alaska, duly commissioned and sworn, personally appeared TJ Ivey, previously known as TJ Skeen (T.J.S.), individually and as the parent of Jessica Lynn Skeen (J.S.), a minor, to me known to be the person described herein and who executed the foregoing document, and she acknowledged to me that she executed the same as her free and voluntary act and deed, for the uses and purposes therein mentioned.

WITNESS my hand and official notarial seal on the day, month and year in this certificate last above written.



Notary Public in and for Alaska
My Commission Expires: _____

Postmaster/Notary Public
Per USPS ASM

STATE OF ALASKA            )
                           )
THIRD JUDICIAL DISTRICT    )

THIS IS TO CERTIFY that on this _17th_ day of __May__, 2001, before me, the undersigned Notary Public in and for the State of Alaska, duly commissioned and sworn, personally appeared PHILLIP PAUL WEIDNER, to me known to be the person described herein and who executed the foregoing document, and he acknowledged to me that he executed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned.

EXHIBIT 3 PAGE 10

DATED:_____  By: _____
                           Conrad Jerome Worthy

DATED: 5/17/01          STATE FARM FIRE & CASUALTY COMPANY

                        By: _____
                            William Marr
                        Its: Team Manager

STATE OF ALASKA              )
                             )
THIRD JUDICIAL DISTRICT      )

    THIS IS TO CERTIFY that on this _____ day of _____, 2001, before me, the undersigned Notary Public in and for the State of Alaska, duly commissioned and sworn, personally appeared TJ Ivey, previously known as TJ Skeen (T.J.S.), individually and as the parent of Jessica Lynn Skeen (J.S.), a minor, to me known to be the person described herein and who executed the foregoing document, and she acknowledged to me that she executed the same as her free and voluntary act and deed, for the uses and purposes therein mentioned.

    WITNESS my hand and official notarial seal on the day, month and year in this certificate last above written.

_____
Notary Public in and for Alaska
My Commission Expires: _____

STATE OF ALASKA              )
                             )
THIRD JUDICIAL DISTRICT      )

    THIS IS TO CERTIFY that on this 17th day of May, 2001, before me, the undersigned Notary Public in and for the State of Alaska, duly commissioned and sworn, personally appeared PHILLIP PAUL WEIDNER, to me known to be the person described herein and who executed the foregoing document, and he acknowledged to me that he executed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned.

EXHIBIT 3 PAGE 11

EXHIBIT A PAGE 11




WITNESS my hand and official notarial seal on the day, month and year in this certificate last above written.

*[signature]*
Notary Public in and for Alaska
My Commission Expires: 11/20/02

STATE OF ALASKA          )
                         )
THIRD JUDICIAL DISTRICT  )

THIS IS TO CERTIFY that on this 17th day of May, 2001, before me, the undersigned Notary Public in and for the State of Alaska, duly commissioned and sworn, personally appeared Renee M. Crouse (R.C.), to me known to be the person described herein and who executed the foregoing document, and she acknowledged to me that she executed the same as her free and voluntary act and deed, for the uses and purposes therein mentioned.

WITNESS my hand and official notarial seal on the day, month and year in this certificate last above written.

*[signature]*
Notary Public in and for Alaska
My Commission Expires: 11/20/02

STATE OF ALASKA          )
                         )
THIRD JUDICIAL DISTRICT  )

THIS IS TO CERTIFY that on this 17th day of May, 2001, before me, the undersigned Notary Public in and for the State of Alaska, duly commissioned and sworn, personally appeared Brian J. Crouse (B.C.), to me known to be the person described herein and who executed the foregoing document, and he acknowledged to me that he executed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned.

WITNESS my hand and official notarial seal on the day, month and year in this certificate first hereinabove written.

*[signature]*
Notary Public in and for Alaska
My Commission Expires: 11/20/02

EXHIBIT 3 PAGE 12

EXHIBIT A PAGE 12




STATE OF _____ )
                                )
COUNTY OF _____ )

   THIS IS TO CERTIFY that on this _____ day of _____, 2001, before me, the undersigned Notary Public in and for the State of _____, duly commissioned and sworn, personally appeared CONRAD JEROME WORTHY, to me known to be the person described herein and who executed the foregoing document, and he acknowledged to me that he executed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned.

   WITNESS my hand and official notarial seal on the day, month and year in this certificate last above written.

_____
Notary Public in and for _____
My Commission Expires: _____

STATE OF ALASKA              )
                             )
THIRD JUDICIAL DISTRICT      )

   THIS IS TO CERTIFY that on this _17th_ day of _May_, 2001, before me, the undersigned Notary Public in and for the State of Alaska, duly commissioned and sworn, personally appeared WILLIAM MARR, the _Team Manager_ of STATE FARM FIRE & CASUALTY COMPANY, to me known to be the person described herein and who executed the foregoing document, and he acknowledged to me that he executed the same as his free and voluntary act and deed, in his capacity as the _Team Manager_, of STATE FARM FIRE & CASUALTY COMPANY, for the uses and purposes therein mentioned.

   WITNESS my hand and official notarial seal on the day, month and year in this certificate last above written.

*[Notary Seal: JERRI A. WILSON NOTARY PUBLIC STATE OF ALASKA]*

_Jerri A. Wilson_
Notary Public in and for Alaska
My Commission Expires: _8-15-03_

EXHIBIT 3 PAGE 13        EXHIBIT A PAGE 13

RESOLUTION AGREEMENT AND ASSIGNMENT
Page 11 of 11