Andrew Guidi
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
  (907) 279-3581
  (907) 277-1331 fax
*Attorneys for Defendant*
*AMERICAN HOME ASSURANCE COMPANY*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>        Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>        Defendant. | Case No. A03-0202-CV (TMB) |

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA    )
                      )ss.
THIRD JUDICIAL DISTRICT  )

    WILLIAM WARNOCK, being first duly sworn on oath, deposes and says:

    1. I am an attorney at law duly licensed to practice in Alaska and admitted to the United States District Court for the District of Alaska. I am an attorney with the law firm Delaney,

EXHIBIT 5 PAGE 1

Wiles Inc., counsel of record herein for American Home Assurance Company. ("American Home"). I submit this affidavit with regard to certain of the exhibits submitted in support of American Home's memorandum supporting summary judgment (hereafter "the memorandum") in this matter. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

2. Attached hereto as Exhibit C to the memorandum is a true and correct copy of a letter from Christine Schleuss to Conrad Worthy, dated September 18, 1998, obtained in a records deposition of Christine Schleuss, pursuant to subpoena, conducted on October 7, 2005, and obtained from Midnight Sun Court Reporters.

3. Attached hereto as Exhibit D to the memorandum is a true and correct copy of a letter from William D. Marr, State Farm Claim Superintendent, to Conrad Worthy, dated September 15, 1998, obtained in a records deposition of Christine Schleuss, pursuant to subpoena, conducted on October 7, 2005, and obtained from Midnight Sun Court Reporters.

4. Attached hereto as Exhibit L to the memorandum is a true and correct copy of an affidavit of Conrad L. Worthy, dated August 25, 2000 and filed in Alaska Superior Court in the underlying civil suit, <u>T.J.S. v. State Farm Insurance Company</u>, 3AN-96-6147 Civil.

DELANEY, WILES,
HAYES, GERETY,
IS & YOUNG, INC.
SUITE 400
07 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

5. Attached hereto as Exhibit M to the memorandum is a true and correct copy of a "claims made" professional errors and omissions policy issued to Conrad Worthy by American Home, along with a Declarations page. This errors and omissions insurance policy was attached as Exhibit B to the complaint in this case.

FURTHER SAYETH YOUR AFFIANT NAUGHT.

                                      William Warnock

SUBSCRIBED AND SWORN TO before me this 9th day of February, 2006.

                                      Notary Public in and for Alaska
                                      My commission expires: 10/22/07

<u>Certificate of Service</u>
I hereby certify that on the 9th day of February, 2006, a copy of **Affidavit of Counsel** was served electronically and via USPS, first class mail, postage prepaid on:

Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L. Street, Suite 200
Anchorage, AK 99501

s/William R. Warnock, Jr. (113478)

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581