

# SUDDOCK & SCHLEUSS, P. C.
### ATTORNEYS AT LAW

JOHN SUDDOCK
CHRISTINE S. SCHLEUSS

500 L STREET, SUITE 300
ANCHORAGE, ALASKA 99501-5910

(907) 258-7807
FAX (907) 276-1158

August 10, 1998

Rod R. Sisson
Sisson & Knutson, P.C.
445 West Ninth Avenue
Anchorage, AK 99501

RECEIVED
AUG 1 1 1998
Weidner & Associates

Micheal Cohn
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage, AK 99501

Re: <u>T.J.S., et al., v. State Farm, et al.</u>
Case No. 3AN-96-06147 Civil

Dear Mr. Sisson and Mr. Cohn:

I enclose the information available to me regarding potential insurance coverage for Conrad Worthy. Enclosed is a copy of Mr. Worthy's homeowner's policy which was in force in August of 1994. Enclosed also is a copy of the entire binder which describes the business arrangement between Mr. Worthy and State Farm at that time.

Very truly yours,

SUDDOCK & SCHLEUSS

Christine Schleuss

CC:kk
Enclosure

EXHIBIT 9 PAGE 1



```
                                                         FEBRUARY 10, 1997
                           FIRE POLICY STATUS
                                         H PH. (907)337-1955  INSP: NOV-93
WORTHY, CONRAD J              FIRE POLICY: 02-BC-6512-0 F    YR ISSD:    89
PO BOX 210395                    LOCATION: 347 KRANE
ANCHORAGE AK   99521-0395                 LOT 2 RAVENSBRUCH SU  99504-1082
                                 PREM ADJ: -    HA INCL /-10%REN$    50

                              TERM: CONT               AMOUNT PAID:   504.00
TYPE:  HOMEOWNER EXTRA  RENEW DATE: NOV-19-97          DATE PAID:   NOV-18-96
PREMIUM:        504.00     BILL TO: MTG
COVERAGE INFORMATION
A-DWELLING    125800    PREV. RISK:   124,000
DWELL EXT      12580    PREV. PREM:       489
B-PERS PROP    94350
C-LOSS USE  ACT LOSS    CONST:        FRAME
                         ZONE: 10     PROT CLASS:   3
L-PERS LIAB   500000    YR BLT: 83    FAMILIES:    01
DMG TO PROP      500      HA: FE DB SA
M-MED/PERS      5000


                EXP SEG: 99
DEDUCTIBLES APPLIED: 250 ALL PER




                                        FORMS AND ENDORSEMENTS
MESSAGES:                               FP-7925       EXTRA FORM
* MORTGAGEE                             FE-7779       EXTRA REPL COV
    CENLAR FEDERAL SAVINGS BANK         FE-7202.6     AMENDATORY END
    ITS SUCCESSORS AND/OR ASSIGNS
    PO BOX 77411
    TRENTON NJ          08628-6411
    LOAN NO: 430410-1




ACCOUNTING INFORMATION:
```

EXHIBIT 9 PAGE 2



# AMENDATORY ENDORSEMENT
(Alaska)

## SECTION I - COVERAGES

**Special Limits of Liability:** The following are added:

$2,000 for loss by theft of ivory or items containing ivory which represents its principal value.

$500 for loss by theft of furs, hides, pelts, hairs and/or skins of mammals, whether mounted or not.

## SECTION I - ADDITIONAL COVERAGES (Applicable only to HOMEOWNERS POLICY - EXTRA FORM 5)

**Jewelry and Furs:** The first paragraph is changed to read:

**Jewelry and Furs.** Jewelry, watches, fur garments and garments trimmed with fur, precious and semi-precious stones, gold other than goldware, silver other than silverware, platinum, and furs, hides, pelts, hairs and/or skins of mammals (whether mounted or not) are insured for accidental direct physical loss or damage.

## SECTION I - CONDITIONS

**Appraisal** is replaced with the following:

**Appraisal.** If you and we fail to agree on the amount of loss, either can make written demand upon the other to submit the dispute for appraisal. Within 10 days of the written demand, each must notify the other of the competent appraiser each has selected. The two appraisers will promptly choose a competent and impartial umpire. Not later than 15 days after the umpire has been chosen, unless the time period is extended by the umpire, each appraiser will separately state in writing the amount of the loss. If the appraisers submit a written report of agreement on the amount of the loss, the agreed amount will be binding upon you and us. If the appraisers fail to agree, they will promptly submit their differences to the umpire. A decision agreed to by one of the appraisers and the umpire will be binding upon you and us. All expenses and fees, not including counsel or adjuster fees, incurred because of the appraisal shall be paid as determined by the umpire. Except as specifically provided, nothing in this Condition is intended to or shall in any manner limit or restrict your rights or our rights, or confer any rights to you or us.

## SECTION II - ADDITIONAL COVERAGES

**Claim Expenses:** Paragraph a. is changed to read:

a. expenses we incur and costs taxed against an **insured** in suits we defend.

**LIMITED ATTORNEY FEES TAXED AS COSTS UNDER RULE 82 OF THE ALASKA RULES OF CIVIL PROCEDURE:** The most we will pay for attorney fees taxed as costs against an **insured** under Rule 82 of the Alaska Rules of Civil Procedure is the amount allowed under that Rule for a contested case with a judgment equal to the applicable limit of liability of this policy. The **insured** will be liable for attorney fees taxed as costs beyond this amount;

## SECTION I AND SECTION II - CONDITIONS

**Cancellation:** Paragraph b. is changed to read:

b. We may cancel this policy only for the reasons stated in this Condition. We will notify you in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the **Declarations**, and we will obtain a certificate of mailing. Proof of mailing shall be sufficient proof of notice:

   (1) Nonpayment of premium, whether the premium is payable to us or our agent or under any finance or credit plan;

   (2) Conviction of the **insured** of a crime which increases a hazard insured against;

   (3) Discovery of fraud or material misrepresentation made by or with the knowledge of the **insured** in obtaining or continuing this policy, or in presenting a claim under this policy;

   (4) Discovery of a grossly negligent act or omission by the **insured** that substantially increases the hazard insured against; or

   (5) Physical changes in the insured property that result in the property becoming uninsurable.

   We may cancel by letting you know at least:

   (1) 20 days before the date cancellation takes effect if we cancel for nonpayment of premium; or

   (2) 30 days before the date cancellation takes effect if we cancel for any other reason.

**OPTIONAL POLICY PROVISIONS** (Not applicable to HOMEOWNERS POLICY - EXTRA FORM 5)

**Option JF - Jewelry and Furs:** The first paragraph is changed to read:

**Option JF - Jewelry and Furs.** Jewelry, watches, fur garments and garments trimmed with fur, precious and semi-precious stones, gold other than goldware, silver other than silverware, platinum, and furs, hides, pelts, hairs and/or skins of mammals (whether mounted or not) are insured for accidental direct physical loss or damage.

All other policy provisions apply.

**EXAMPLE**

**ATTORNEY FEES CALCULATION UNDER RULE 82 OF THE ALASKA RULES OF CIVIL PROCEDURE**

Under Rule 82 of the Alaska Rules of Civil Procedure, attorney fees may be taxed as costs for a contested case in the amount of 20 percent (20%) of the first $25,000 of a judgment and 10 percent (10%) of the judgment amount above the first $25,000.

We will not pay such attorney fees on any amount of a judgment or claim settlement against an **insured** that exceeds the applicable limit of liability of this policy.

For example, in a contested case where a court awards a judgment against an **insured** for $150,000, attorney fees may also be taxed as costs, calculated as follows:

```
Attorney Fees:
   20% of $ 25,000 ..................................... $ 5,000
   10% of $125,000 ..................................... $12,500
                                                         $17,500
```

If the policy limit in the example above is $100,000, we would be responsible for the $100,000 policy limit on a covered judgment, plus $12,500 of the $17,500 attorney fees. Our maximum responsibility for attorney fees would be calculated as follows:

```
Attorney Fees:
   20% of $25,000 ...................................... $ 5,000
   10% of $75,000 ...................................... $ 7,500

   Our attorney fees responsibility .................... $12,500
```

The **insured** would be directly liable for the remaining $50,000 of the judgment ($150,000 judgment less $100,000 policy limit) plus $5,000 in attorney fees ($17,500 - $12,500).

EXHIBIT 9 PAGE 4

FP-7925
(12/90)

STATE FARM FIRE AND CASUALTY COMPANY
STATE FARM GENERAL INSURANCE COMPANY
Home Offices: Bloomington, Illinois

**GUARANTEED REPLACEMENT COST - DWELLING**

NSURED
NOT INSURED
NS

– YOUR LIABILITY
GES
ge L – Personal Liability
ge M – Medical Paymer
ial Coverages
ONS
ONS

AND II – CONDITION

PROVISIONS

Includes c
Co
Includes cop

# YOUR STATE FARM HOMEOWNERS EXTRA POLICY

This policy is one of the broadest forms available today, and provides you with outstanding value for your insurance dollars. However, we want to point out that every policy contains limitations and exclusions. Please read your policy carefully, especially "Losses Not Insured" and all exclusions.

FP-7925
(12/90)

EXHIBIT 9 PAGE 5

# TABLE OF CONTENTS

## DECLARATIONS
Your Name
Location of Your Residence
Policy Period
Coverages
Limits of Liability
Deductibles

| | Begins on Page |
|---|---|
| **DECLARATIONS CONTINUED** | 1 |
| **DEFINITIONS** | 1 |
| **SECTION I - YOUR PROPERTY** | |
|   COVERAGES | 3 |
|     Coverage A - Dwelling | 3 |
|     Coverage B - Personal Property | 3 |
|     Coverage C - Loss of Use | 4 |
|     Additional Coverages | 5 |
|     Inflation Coverage | 7 |
|     Guaranteed Extra Coverage | 7 |
|   LOSSES INSURED | 8 |
|   LOSSES NOT INSURED | 10 |
|   CONDITIONS | 12 |
| **SECTION II - YOUR LIABILITY** | |
|   COVERAGES | 14 |
|     Coverage L - Personal Liability | 14 |
|     Coverage M - Medical Payments to Others | 15 |
|     Additional Coverages | 15 |
|   EXCLUSIONS | 16 |
|   CONDITIONS | 18 |
| **SECTION I AND II - CONDITIONS** | 19 |
| **OPTIONAL PROVISIONS** | 20 |

Includes copyrighted material of State Farm Fire and Casualty Company.
Copyright, State Farm Fire and Casualty Company, 1983.
And also,
Includes copyrighted material of Insurance Services Office with its permission.
Copyright, Insurance Services Office, 1975, 1977.

FP-7925
(12/90)

Printed in U.S.A.

EXHIBIT 9 PAGE 6



## HOMEOWNERS POLICY - E̶̶̶ ̶A̶ FORM 5
### DECLARATIONS CONTINUED

We agree to provide the insurance described in this policy:

1. based on your payment of premium for the coverages you chose;

2. based on your compliance with all applicable provisions of this policy; and

3. in reliance on your statements in these **Declarations**.

You agree, by acceptance of this policy, that:

1. you will pay premiums when due and comply with the provisions of the policy;

2. the statements in these **Declarations** are your statements and are true;

3. we insure you on the basis your statements are true; and

4. this policy contains all of the agreements between you and us and any of our agents.

Unless otherwise indicated in the application, you state that during the three years preceding the time of your application for this insurance your Loss History and Insurance History are as follows:

1. Loss History: you and the members of your household have not had any insured losses, whether paid or not, that would have been covered under the terms of this or a similar policy; and

2. Insurance History: no insurance company has cancelled or refused to renew your homeowners or fire insurance.

### DEFINITIONS

"You" and "your" mean the "named insured" shown in the **Declarations**. Your spouse is included if a resident of your household. "We", "us" and "our" mean the Company shown in the **Declarations**.

Certain words and phrases are defined as follows:

1. "**bodily injury**" means physical injury, sickness, or disease to a person. This includes required care, loss of services and death resulting therefrom.

   **Bodily injury** does not include:

   a. any of the following which are communicable: disease, bacteria, parasite, virus, or other organism, any of which are transmitted by any **insured** to any other person;

   b. the exposure to any such disease, bacteria, parasite, virus, or other organism by any **insured** to any other person; or

   c. emotional distress, mental anguish, humiliation, mental distress, mental injury, or any similar injury unless it arises out of actual physical injury to some person.

2. "**business**" means a trade, profession or occupation. This includes farming.

3. "**Declarations**" means the policy **Declarations**, any amended **Declarations**, the most recent renewal notice or certificate, an Evidence of Insurance form or any endorsement changing any of these.

4. "**insured**" means you and, if residents of your household:

   a. your relatives; and

   b. any other person under the age of 21 who is in the care of a person described above.

   Under Section II, "**insured**" also means:

   c. with respect to animals or watercraft to which this policy applies, the person or organization legally responsible for them. However, the animal or watercraft must be owned by you or a person included in 4.a. or 4.b. A person or organization using or having custody of these animals or watercraft in the course of a **business**, or without permission of the owner, is not an **insured**; and

Printed in U.S.A.

FP-7925
(12/90)

1

EXHIBIT 9 PAGE 7