| Miscellaneous Business | Office Handling |
|---|---|
| American Global Insurance Co. | See AIG Specialty Auto |
| American National Insurance Co | This is **not** an AIG Company but we get a lot calls from claimants thinking we are related. This is their # just in case you also get these calls. 1-800-333-2860 However, our AIG Specialty Auto Unit writes business under *AIG National Insurance Company.* |
| AMR Corp. Aviation Claims | If you receive a claim which involves injury to a passenger while on our Airplane, the AMR contacts are Karen Ertel 817-931-5311 or June Williams @ 817-967-1482. June and Karen will let you know who will handle claim at AMR Corp. |
| Barefoot Lawn Service Claims | Send to Service Master, 860 Ridge Lake Blvd., Memphis, TN 38120-9420. Attn: John Cooley 901-766-1452. |
| Bedford, NH WC Claims | Bedford WC Service Center has been consolidated with the Boston Office, Effective 5/13/99. Please report all new WC claims to the Boston Office. 99 Summer St., Boston, MA 02110 617-790-9000 or 1-888-239-0628 Fax: 617-790-3023. |
| Boise, Idaho WC Claims | There is a 3 person office in Boise for Idaho WC claims. WC claims for Idaho should be reported directly to the Boise office. AIGCS, 200 North 4th St., STE. 206, Boise, ID 83702 Mailing Address: PO Box 4187, Boise ID 83711 208-384-0204 or 1-800-233-0546 Fax 208-384-0248 However, any USL&H (WC) as well as any Jones Act claims are handled by Ron Hurner in the Portland office. |

Page 17

EXHIBIT II PAGE 31
AHAC   200020
Ivey v. Amer. Home Assur. Co.

| Miscellaneous Business | Office Handling |
|---|---|
| Boston P & C Office | As of 1/1/99, will handle claims for Upstate NY and Connecticut. |
| Clarendon National Ins. Co | This is a non standard company doing business in Louisiana. They can be Reached through Harbor Claim Service 888-772-2408. |
| Commercial Direct Ins. Accts. | These accounts are presently being handled by the Blue Bell, PA AIGCS Service Center. These are not identifiable by Policy #, Division or Company at present. So far the following have been identified as Commercial Direct Insurance accounts being handled by the Blue Bell, PA. office: |

```
Bates Income      CAP 632-34-90  Effective: 3/18/99
Hampton Cable     CAP 632-34-91  Effective: 3/12/99
Kountry Club      CAP 632-34-87  Effective: 3/18/99
Natural Pet       CAP 632-34-89  Effective: 3/22/99
New Look          CAP 632-34-88  Effective: 4/2/99
One Stop Carpets  CAP 632-34-82  Effective 2/26/99
Value Flooring    CAP 632-34-85  Effective 3/18/99
```

Complex Home Office Claims — The AIGCS Home Office P & C Complex units are divided into 3 territories. The following provides you with name of HO Examiner and their territory:

*Donald Schmitz*
*AIGCS, Boston, MA*            *Kendall Ski Program(div. 20)*
*AIGCS, Naperville, IL*         *YMCA Program(div. 20)*
*AIGCS, Blue Bell, PA*          *Fischbach Corporation*
*American Home Canadian Claims, Toronto, Canada*
*AIGRM oversight files not involving AIGCS(originating from Dallas Sub/AIGVS)*

*Kathleen Kross*
*AIGCS, Jericho, NY*            *AIGCS, Atlanta, GA*
*AIGCS, New York, NY*           *AIGCS, Dallas, TX*
*AIGCS, Div 82 Construction Claims, New York, NY, & Chicago, IL*
*AI Transport South, GA*

*Delores Nicholson*
AIGCS, Construction Defect Claims, Pleasanton, CA
AIGCS, Pleasanton, CA
SPC file runoff

Page 18

EXHIBIT 11 PAGE 32
AHAC   200021
Ivey v. Amer. Home Assur. Co.

| Miscellaneous Business | Office Handling |
|---|---|
| Cruise Injuries | Should you receive any claims of this type, AIG Accident & Health Unit in Wilmington, Delaware wrote this product under National Union. They are located at: 503 PO Box 15701-5701, Wilmington, Delaware 19850-5701 302-761-3700. Fax # 302-761-3740. Additional information will follow after further research is completed on this subject. |
| Enterprise Rent A Car | On AIGVS list. Bill Keller at Enterprise said claims should be sent to him. 314-512-2865 or Fax 314-512-4865. |
| Exxon Auto Claims | Send to: Exxon Risk Mgmt., PO Box 3342, Houston, TX 77253-3342 713-680-7117 |
| Goldman Sachs | Collection of deductibles will be handled by the Phoenix Recovery Office. Hence, upon closing of any Goldman Sachs files send to: AIGTS AI Recovery, 2201 East Camelback Road, S410B, Phoenix, AZ 85016 For assistance, you can speak with Patricia Lane 602-468-8756 or 1-800-732-0839 Fax 602-954-8436. |
| Granite State Insurance CO | 900 CNG Tower, Pittsburgh, PA 15222 412-288-2172 Fax 412-338-1360 |
| GTE | If predates our policy period, send to Kemper Insurance, 1 Kemper Drive, Longrove, Illinois 60049. Attn: Marlys Thompson 847-320-3963. Dedicated 800 Reporting # for GTE: 888-GTE-CLAI or 888-483-2524. |

EXHIBIT 11 PAGE 33
AHAC    200022
Ivey v. Amer. Home Assur. Co.

| | |
|---|---|
| **Miscellaneous Business** | **Office Handling** |
| Gun Industry Claims | From: Hermanowski, Joseph<br>Sent: Tuesday, August 31, 1999 9:10 AM |

At the request of AIG senior management we have been asked to coordinate, on a national level, all claim and litigation activity that pertains to the gun industry. Recently, various lawsuits have been filed naming gun manufacturers, distributors and associations for unfair business practices regarding the marketing and sale of handguns. For example, various cities across the country have filed suit against entities like Colt, Smith & Wesson, etc. seeking reimbursement of medical costs, injunctions, etc. for costs associated with handgun control.

Several AIG companies have issued policies to manufacturers, retailers, and gun associations on a primary and excess coverage basis.

Jack Napier in the Blue Bell Complex office has been named as the designated coordinator for this litigation. It is requested that all AIGCS offices with knowledge of claims or lawsuits pertaining to gun industry litigation notify Jack and keep him advised. The notification should include the following:

1. Insured name
2. Policy Number
3. Effective term and limits
4. SIR or Deductible amount

5. Claim Number
6. Venue or claim location
7. A paragraph describing the allegations in the case, the parties named and current status.

| | |
|---|---|
| Home Life Stores | This is part of HL Holding Corporation. We cover the WC, but the York Claim Services cover GL (Policy # 4570479). |
| Homeland Stores | Midland is TPA for this account. The insured contact, Sheila McKenny has requested we fax any losses to her should we receive them in our office. Fax 405-879-4682. |

EXHIBIT 11 PAGE 34
AHAC 200023

| | |
|---|---|
| **Miscellaneous Business** | **Office Handling** |
| Information Exchange | This has been established as a resource to better serve AIG personnel who need information about AIG itself. This will cover topics such as AIG Companies, Products, People, and Administrative Procedures. Jay Burleigh is the Director. You can also access this Claims Routing Reference guide in the Information Exchange by choosing Marketing and scrolling down to "Claims Routing."<br><br>Follow the instructions below to gain access to the Information Exchange.<br><br>Please save this to your c: drive...   Please drag this to your desktop...<br><br>  <br>InformationExchangeIcon.ico       AIGCS Information Exchange.url... |
| ISD Nationwide Listing | The following listing provides a current ISD office listing. It can also be accessed via the Outlook Global Address book. There is a listing for each office if you key in ISD in the find box.<br><br><br>ISDLIST.doc |
| Insurance Company of PA. | AIU North America, 80 Pine Street, 8th Floor, NY 10005<br>Attn: David Stiehl 212-770-2806 or Fax 212-809-4849.<br>This department only handles the International Auto and Personal Effects claims. In addition, they handle claims in the USA, but only for foreigners who are temporarily in the USA. Their policies start with 26, 66, 79, 85, 87, 89, 90, or 92 and have a total of eight numbers. |

EXHIBIT 11 PAGE 35
AHAC   200024
Ivey v. Amer. Home Assur. Co.

Miscellaneous Business          Office Handling

International Insured with a Domestic Loss or Commercial Domestic Insured with International Loss:

> Call Jim Lopriano with AIU, at 212-770-2780 or fax 212-968-1796.
> He is located at 80 Pine Street, 8th Floor, N.Y., 10005
> or Werner Harronstadt 212- 770-3696 or Fax 212-509-9161,
> AIU Manager, 70 Pine Street, NY 10270.
>
> The following was an email we received from Joe Hermanowski on 11/24/97 outlining the specific guidelines on Foreign Claims Handling.

- Determine if this is a domestic policy issued by an underwriting division whose claims are handled by AIGCS. If so then handle in accordance to the guideline specified below. If this is a foreign or a specialty policy, then refer to AIU for foreign or to appropriate NY claims department for any specialty divisions i.e. Prof. liab, bonds, E&O, etc

- If it's a domestic policy then refer the suit to the divisional office which is the closest to the insured's corporate headquarters for further handling

- Handling office must verify that policy has worldwide coverage territory, if not, then there is probably no coverage for the loss and with claims counsel's assistance a denial of coverage should be prepared.

- If coverage exists then notify Sal DeFini, the head of underwriting of the North America Division via MS Mail. Sal needs to be informed due to possible licensing, tariff and local legal implications of underwriting and adjusting losses, which occur on foreign soil. In your notification, include underwriting division number, policy number, basic claim info, loss location and underwriting office location.

Next contact AIU claims in NY to obtain the name of a foreign AIU office or contact who will assist you with the Claim investigation and handling. Please be specific with location of loss or suit filing, since AIU may have more than one office in the area. Agree on the method of payment for their work on the file. All your payments for the foreign handling should be off the claim file including adjusting, legal and indemnity payments. The AIG affiliated foreign adjuster who will handle the adjustment locally should bill the file in US dollars for time and expense. The indemnity should also be paid from the AIGCS file in US dollars. *John Dolan in NY (212-770-2780) is our AIU contact. Don Schmidt, AIGTS HO Claims is also familiar with these procedures.

*John Dolan has new responsibilities and Jim Lapriano is the new contact. You can reach Jim at John's old number.

EXHIBIT 11 PAGE 36
AHAC   200025
Page 22
Ivey v. Amer. Home Assur. Co.

| Miscellaneous Business | Office Handling |
|---|---|
| J. B. Hunt Transport | Self Insured. Send to J. B. Hunt Transport, 615 J. B. Hunt Corporate Drive, Lowell, AR 72745 Attn: Mark Whitehead, Director of Claims/Risk Manager 800-723-4942 or Fax # 501-659-6319. |
| Jericho P & C Office | *Sets up all claims* for the Metro Region which includes, Manhattan, Jericho Divisional and Complex Units. |
| Jitney Jungle(GL claims) | York Claims handles. See York. |
| K-Mart | K-Mart handles GL and Products. Underwriter is Bill Bruce in the Cleveland office @ 216-479-8932. |
| Laidlaw Transportation | Crawford & Company, 669 Airport Freeway, Ste., 400, Hurst, TX 76053. 817-285-0016 or Fax 817-285-0401. Toll Free # 1-800-934-9300. Workers Compensation claims are handled based on State of loss. |
| Laidlaw Environmental | 1301 Gervais Street, Columbia, S. C. 29201 Attn: Legal Dept or Curtis Rankins, Director of Health 803-933-4200 or Jeff Castle, Vice President of Risk Management. |
| Landmark Claims | *Auto, General Liability, and Product* Claims are to be distributed in accordance with the location of the accident or suit filing, to the AIGCS office which handles the specific geographical territory. *Directors and Officers and Lawyers Professional Liability* AIGTS, 175 Water Street, 11th floor, NY, NY 10038. Attn: Henry Williams, AVP, 212-458-1655 Fax 212-458-1747 |

EXHIBIT 11 PAGE 37
AHAC   200026
Page 23
Ivey v. Amer. Home Assur. Co.

| Miscellaneous Business | Office Handling |
|---|---|
| Las Vegas P & C Office | Handles all claims in Nevada & Divisional Claims in Utah.<br><br>LasVegasRoster.xls |
| Lead Paint Claims | Our Toxic Tort (p61) unit in NY handles these claims.<br>Send to the attn. of Doris Ockel 212-770-1787 or fax 212-344-2357. |
| Lexington Insurance CO | Located at: 200 State Street, Boston, MA 02109<br>617-330-1100 Fax 617-439-0376 |
| Loggers Insurance Program | GA AIGCS office handles 1st Party property, nationwide. All other Lines are handled by territory. |
| Louis Dreyfus Claims | Vendor Services in Parsippany, New Jersey<br>Attn: Richard Brooks 973-402-7176 Fax 973-402-3061<br>Losses for this insured are also known to come in under the name of American Exploration |
| Medical One Ambulance | Bought out by Laidlaw. This is subcontracted to Crawford & Co. |
| Mississippi Loggers | This is a new file transfer from GAB Robbins. Effective date is November 1, 1998. This is a Division 85 Captive/Association program Encompassing General/Automobile Liability and Inland Marine Claims. These claims are going to be handled by our Alpharetta, GA, AIGCS Service Center. Casualty transfer files will utilize the prefix 455.<br>If you have any questions, you can call Joyce Campbell 973-402-3180. |
| National Car Rental | National Claims Services, PO Box 39875, Minneapolis, MN 55439-0875 |

Page 24

EXHIBIT 11 PAGE 38
AHAC    200027
Ivey v. Amer. Home Assur. Co.

| Miscellaneous Business | Office Handling |
|---|---|
| New Hampshire Ins. Co | 217-793-4949 or 1-800-528-8607 |
| Ocean Marine/Ships | American International Marine Agency, 675 Bering Drive, STE. 600, Houston, TX 77057 Attn: Diane Ferguson 713-268-8662 Fax 713-268-8680 Other resource persons: Bob Bruce in Atlanta 770-671-2258 or Don Rogers or Tom Hart in New York, AI Marine Adjusters, 80 Maiden Lane, 23rd Floor, NY 10038 212-770-7355 Fax 212-480-1608 |
| Overnite Transport | Overnite Transport handles. PO Box 1216, Richmond, VA 23218  Attn: Sharon Kidd |
| Payless ShoeSource (Puerto Rico Only) | Underwriters Adjustment Company, PO Box 10018, San Juan, PR 00908-1018 or 250 Munoz Rivera, Hato Rey, PR 00918 Attn:  Winnie Carreras 787-767-6400 Fax 787-767-6721 or Fred Garcia 787-767-5838.  Casualty Unit: 787-767-5742 |
| Payless ShoeSource Misc. | Contacts: Mark Stone (GL) 785-233-5171 x7057 or Terry Curry (AL) 785-233-5171 Fax 785-295-2080 Telemarketing 1-785-233-5171 Refer claimants to this number for reporting Claims. |
| Penhall Performance | An agreement was made that this account will be handled in the Division 82 Construction Risk Management Units. |
| Peter Lang Roofing | All the policies begins with 91644CA.... Belong to *Artisan Program-Captive Division.*  All claims will be handled by: Lindsey Morden, 2920 Prospect Park Drive, #111, Rancho Cordova, CA  95670 Attn: Cheryl Crossley 916-851-8440 Fax 916-851-8441 |

EXHIBIT 11 PAGE 39
AHAC   200028
Ivey v. Amer. Home Assur. Co.

| | |
|---|---|
| **Miscellaneous Business** | **Office Handling** |
| Phillip Environmental | Specialty Risk Services ("SRS") handles this account.<br>PO Box 22815, Denver, CO 80222 Attn: Commercial Claims Dept.<br>1-800-829-7985 Fax # 303-768-8865.<br>For handling information on other States, communicate<br>with Mr. Poly Bahari with AIG Claims in Toronto.<br>416-596-4015 Fax 416-596-4197. |
| Pollution Exclusion | Home Office contacts for consultation is David Barry, 80 Pine St, 6th FL.,<br>80 Pine St., NY 10005 |
| Product Recall Claims | These claims will be handled in NY by Anthony Guerriero's unit,<br>110 William St., 16th Floor, NY 10038<br>212-266-5724 or fax 212-385-1837 |
| Property Claim unit Changes | AIGCS Property Units have undergone some changes. The following ICONS provide specific routing changes. Please review.<br><br>AIG AIG Claim Services.doc    Property Changes - Case Contro...    Property Changes ATLANTA - Cas...    AIGCS Property - Atlanta chang...<br><br>PROPERTY Service Center Map se... |
| Property Claim Services | Policy # 8536613 and/or locations within Oklahoma or Texas. These losses are Div. 93 Lexington. Claims and should be routed through Lou Layman in the Portland P/C unit. Steve Herder is the designated Property Adjuster. Kaycee Keizur is the designated Case Control Tech. |

EXHIBIT 11 PAGE 40
AHAC    200029
Ivey v. Amer. Home Assur. Co.