| Miscellaneous Business | Office Handling |
|---|---|
| Puerto Rico Claims | Unarco Adjustment Company(UAC is part of AIU)<br>250 Munoz Rivera, 5th Floor, Hato Rey, P.R. 00918<br>Attn: Ivan Otero (Mgr. for Property and Auto)<br>Tel: 787-767-5093 or fax 787-767-6721 |
| Reinspection Specialist Directory | The attached ICON provides an updated list for our reference.<br><br>[icon: Reinspection Specialist Direct...] |
| Rentokil Holding | Handled by Travelers. The contact person is Alyssa Mitchell 1-800-238-6208 or fax 972-866-4800. Kris Weeden is a contact in the GA office. 770-521-3422. |
| Republic Industries | Pursuant to discussion with David Lynch, Risk Manager for Spirit Rent A Car DBA Car Temps and various fleets registered as Snappy Car Rental, Snappy Funding, L.P., and Alamo/National Car Rental, 29100 Aurora Road, Suite 400, Solon, OH 44139.<br>1-440-715-3372 Fax 440-715-1110. |

Republic Industries owns 24 Auto National USA Mega Stores. It has approximately a total of 35,000 cars throughout the various fleets mentioned. If we receive a call from a claimant wanting to report a claim under Republic's policy number and/or reporting under one of the aforementioned Car Rental Companies, then we should ask the following questions:
1. Which Car Rental Company is involved?
2. Which Car Rental Company did you rent from?
2. Who is vehicle registered to?

*If it is determined Spirit Rent A Car DBA Car Temps, Snappy Car Rental, Snappy Funding, L.P. is involved, refer claimant to:*
David Lynch at 440-715-3372 or fax # 440-715-1160. In addition, if Car Temps were involved, another contact person would be Chat Bennett at 1-800-727-2828.
*If it is determined National Car Rental is involved, refer claimant to:*
1-800-727-2777 or ask for Mike Bishop *if necessary*. Their claims are administered in Minnesota.
*If it is determined Alamo Rent A Car is involved, refer claimant to:*
1-800-452-5038 or ask for Clark Dubin, Liability Director for Alamo 1-800-727-2063. Their claims are administered in Florida. In addition, another contact would be Chris Senior at 1-800-452-5038 x 2984. Chris apparently sets up new losses for Alamo.

EXHIBIT 11 PAGE 41

Page 27

AHAC    200030

Ivey v. Amer. Home Assur. Co.

| Miscellaneous Business | Office Handling |
|---|---|
| SBC Communications | Helmsman Management Services handles. Contact is Ken Baggett 2100 Walnut Hill Road, Suite 1000, Irving, TX 75038 Tel: 800-443-2692. |
| Silver Plume | Please note that Silver Plume is now available on the Intranet. If you open your Internet Explorer, click on Business Center, then click on AIG Corporate Applications, then click on Silver Plume. Click on Logon. A logon screen will appear. In the first box type CUST1. In the second box type PASS. In the third box type your mainframe ID (i.e. AAWUXXX, AFWUXXX). In the fourth box type PASS again (do not put your mainframe password). Click the submit button and you should be in. The LAN based Silver Plume will be eventually phased out, so we need to start using the Intranet based version. For those who have never used Silver Plume, it is a system that provides online reference material such as NCCI manuals, ISO manuals, forms, rules, etc., Zip Code directory, and a whole lot of other material. If you have any questions, you can call Debby McPherson 214-932-2089 or your specific training representative. |
| Snappy Rent A Car | See Republic Industries |
| Sodexho Marriott | Crawford and Company handles. Contact person is Shannon Shea @ 703-277-3263 at Crawford. Oklahoma office handles claims in Oklahoma Liability Supervisor is Mr. Berlien Fax # 405-843-6835 |
| Spirit Rent A Car | See Republic Industries |
| Superior Services | Crawford & Company, 1210 Riverbend Drive, #100, Dallas, TX 75247. Attn. Sean McDaniel 214-631-7560. |
| Travel Accident Claims | The Houston, TX claims office would handle. The person to contact is Claudine McKay. 713-267-2521. Fax # 713-953-7506. |

Page 28

EXHIBIT 11 PAGE 42
AHAC   200031
Ivey v. Amer. Home Assur. Co.

| Miscellaneous Business | Office Handling |
|---|---|
| Workers Compensation Claims | As of 2/14/00 Southern NJ WC claims will be handled out of the Parsippany WC office. |
| W.C. Excess Claims | These are handled our of our Parsippany, NJ office. Call 973-402-2931 to find out which adjuster would handle. Fax 973-402-2955. |
| Wal-Mart WC Unit | Has moved to Carrolton, TX. New address: P.O. Box 115114, Carrollton, TX 75011 Telephone # 972-389-6600 or 1-800-599-9906. Fax 972-389-6699(8) |
| Warranty Claims | This division is now located at 175 Water St., NY. David Baines is the Manager. 212-458-3523. |
| York Claims Service | The attached document describes AIGCS' role and responsibility on claims handled by York Claim Service, which exceed $150,000 in total incurred. Please review so claims are routed accordingly. Tel 212-732-0505 Fax # 212-732-1789. Attn. Claims Dept. [York Claims Oversight.doc] |
| Y2K Claims Referral Guidelines | Please read. The following Icon outlines the protocols for handling Y2K related claims. [Y2K 8.99.doc] |

EXHIBIT 11 PAGE 43

Page 29

AHAC 200032

Ivey v. Amer. Home Assur. Co..

Personal Lines (Mass Marketing)   Mass Marketing*

*The Wilmington Delaware office moved to Chadds Ford, PA. PO Box 2006, Chadds Ford, PA. 19317 610-558-8022 or 1-800-562-2208 Fax 610-558-8029
The States they <u>do not</u> handle are NE., WI., North & South Dakota, and IA. The phone # to these States is 1-800-237-1919. The exception to the above is that the insured must live in one of these States & the accident must happen in one of these States.

        Attn: Chuck Hall 1-800-562-2208
        Reporting New Claims: Customer Service 1-800-433-8880
        Personal Auto Sales: 1-800-807-9458
        Homeowner Policy Sales: 800-422-8830
        Personal Health Policies for Foreign Visitors: 1-800-344-9540
        Attn: Ramish Patel or 215-742-7888 (Black Fox International Agency)
        Other types of policies for Foreign Visitors:
        Attn: Chuck Hall 1-800-562-2208

Policy numbers are 7 numeric digits (no prefix) and generally start with # 1, 4, 5 or 8. In addition, some policy numbers begin with 101, 102, 107, 810, 811, 812. Claim numbers start with the year in which loss occurred. For example, 97, 98 etc. Their coverage is not on LMS and it is a personal line policy. Handling office based on loss location.

AIG Companies that writes this business is:
AIU Insurance Co.,
Insurance Company of State of PA
AIIC-American International Insurance Company
American Home
American Fidelity
AI South (American Global)
Granite State
Illinois National
National Union
AIG Hawaii
MIC- Minnesota Insurance Company

However, there are two companies that Mass Marketing alone uses. They are American International Insurance Co of New Jersey and American International Insurance Co. of California

EXHIBIT 11 PAGE 44
AHAC   200033
Ivey v. Amer. Home Assur. Co.

## Personal Lines - AIG Specialty Auto

AIG Specialty Auto **only** writes Private Passenger Automobile (personal lines).

### How to Identify:

Policy Prefixes: AIG or AIN (followed by a 7-digit number)

Claims Prefixes: 142, 195, 305, 310, 380, 468, 472, 491, 610, 620, 623, AL, AX, BA, CE, EM, KD, KJ, NG, SG, SL, TG

A list of what companies we use in each state is on the following page.

### Please Send:

Complaints, summons, hearings, etc. (all states) to:
   ~~Nan Myers~~ Mary Pat Norfleet /tel. (770) 753-8533
   State Relations
   AIG Specialty Auto
   4501 Northpoint Parkway, Suite 500    fax (770) 753-8507
   Alpharetta, GA 30022
   Phone - (770) 753-8505
   FAX - (770) 753-8507

**Underwriting** materials (including policy verifications) to the Underwriting service center assigned to that state and **Claims** materials to the person indicated for the Claims service center assigned to that state could also be found on the following page.

### Key to Companies:
AIGN - AIG National Insurance Company, Inc.
AIPIC - American International Pacific Insurance Company
AISIC - American International South Insurance Company
GSIC - Granite State Insurance Company
INIC - Illinois National Insurance Co.
NHI - New Hampshire Indemnity Company, Inc.
OA - Old American County Mutual Fire Insurance Company (not an AIG Company)

EXHIBIT 11 PAGE 45
AHAC   200034

## AIG Specialty Auto

| State | Clms Office INIC | UW Office NHI | AIGN OA | AIPIC | AISIC | GSIC |
|---|---|---|---|---|---|---|
| Alabama | 491 Prime Non-Standard | A Select | | | | |
| Arizona | 310 Select | B | Preferred | | Non-Standard | Value |
| Arkansas | 305-until 5/1/00 623-after 5/1/00 | | A | | | Prime Non-Standard |
| California | 310 | B | | | | Prime |
| Colorado | 468 Non-Standard | B | | Non-Standard | Select | |
| Connecticut | 195 Select | A | | | | |
| Florida | 142 Prime Non-Standard | A Select Specialty | Preferred | | | Value |
| Georgia | 142 Prime Non-Standard | A | | | Non-Standard | |
| Illinois | 380 | A | | | Select | Non-Standard |
| Indiana | 380 Prime Non-Standard | A Select | Preferred | | | Value |
| Kentucky | 380 Non-Standard | A | | | Select | Value |
| Louisiana | 305 Non-Standard | A | Preferred | | Select | |
| Maine | 195 | A | | Select | | |
| Minnesota | 380 | A | | | | Select |
| Mississippi | 305 | A | | Select | | Value |
| Missouri | 380-until 5/1/00 623-after 5/1/00 | | A | | | Select |
| Nevada | 310 Metro | B | | | Value | |
| New York | 472 | C | | | | Granite State |
| Ohio | 380 Prime Non-Standard | A | | | Select | |
| Oregon | 310 Non-Standard | B | | | Select | |
| Pennsylvania | 610 | C | | | | Metro |
| Rhode Island | 195 Non-Standard | C | | Select | | |
| South Carolina | 142 | A | | | Select | |
| Tennessee | 620 Metro | A | | | Select | Non-Standard |
| Texas | 468 | B | | | | |
| Utah | 310 | B | | Select | | |
| Vermont | 195 Non-Standard | C Select | | | | |
| Virginia | 380 | A | Preferred | | | |
| Washington | 310 Non-Standard | B Select | | | Select | |
| Wisconsin | 380 Prime Non-Standard | A | | | | |

EXHIBIT 11 PAGE 46

AHAC   200035

Page 32

Ivey v. Amer. Home Assur. Co.

## AIG Specialty Auto Claims Service Centers

**142:**  Steve Barnes
AIG Specialty Auto Claims
4501 Northpoint Parkway, Suite 400
Alpharetta, GA 30022
Phone: (770) 753-8435
Fax (770) 753-8694

**195:**  Curt Edgar
AIG Specialty Auto Claims
74 Scott Swamp Road
Farmington, CT 06032
Phone: (860) 679-6921
Fax (860) 676-0681

**305:**  Larry Tolbert
AIG Specialty Auto Claims
1080 River Oaks Plaza, Suite B200
Flowood, MS 39208
Phone: (601) 936-9745
Fax (601) 936-9701

**310:**  Terry Bolin
AIG Specialty Auto Claims
2201 E Camelback Road, Suite 400-B
Phoenix, AZ 85016
Phone: (602) 508-5901
Fax (800) 268-0979

**380:**  Lee Money
AIG Specialty Auto Claims
Steeplechase Place
9410 Bunsen Parkway, Suite 350
Louisville, KY 40220
Phone: (502) 493-5101
Fax (502) 493-8920

**468:**  Rod Keefe
AIG Specialty Auto Claims
3920 FM 1960 W., Suite 200
Houston, TX 77068
Phone: (281) 895-5605
Fax (800) 786-8528

**472**  Terry Barclay
AIG Specialty Auto Claims
445 Electronics Parkway
Building Two, Room Two
Liverpool, NY 13088
Phone: (315) 453-9828
Fax (315) 453-8004

**491**  Ken Sadberry
AIG Specialty Auto Claims
4127 Lomac Street
Montgomery, AL 36117
Phone: (334) 277-6755
Fax (334) 409-9442

**610**  Ken Bohn
AIG Specialty Auto Claims
Westpointe Corporate Center One
1550 Coraopolis Heights Road, #330
Moon Township, PA 15108
Phone: (412) 507-3332
Fax (888) 315-3320

**620**  Trey Buchanan
AIG Specialty Auto Claims
404 BNA Drive, Suite 407
Nashville, TN 37227
Phone: (615) 366-3441
Fax (615) 361-0287

**623**  Brian Schissel (Opening 5/1/00)
AIG Specialty Auto Claims
Holmes Corporate Center
1001 East 101 Terrace, 2nd Floor
Kansas City, MO 64131
Phone: Not available yet

EXHIBIT 11 PAGE 47
AHAC 200036
Ivey v. Amer. Home Assur. Co.

## AIG Specialty Auto Underwriting Service Centers

**A:**  Alicia Pitts
Underwriting
AIG Specialty Auto
4501 Northpoint Parkway, Suite 400
Alpharetta, GA 30022
Phone: (770) 753-8589

**B:**  Gary Sheriff
Underwriting
AIG Specialty Auto
2201 E. Camelback, Suite 400B
Phoenix, AZ 85016
Phone: (602) 508-5801

**C:**  Tris Schmitt
Underwriting
AIG Specialty Auto
1550 Coraopolis Heights Road, Suite 330
Moon Township, PA 15108
Phone: (412) 507-3312

EXHIBIT II PAGE 48

AHAC  200037

Ivey v. Amer. Home Assur. Co.

Personal Auto – Roberts Plan

Handled by Material Damage Adjustment Co
Complaints for MDA offices should be referred to Marion Del Deo, AIG Mass Marketing 302-761-3491 or 1-800-327-3000.

NEW YORK/Pennsylvania

MDA, P. O Box 14000, New Brunswick, NJ 08906
Toll Free# 888-805-3598

*Nancy Isserlis, Esq*
*Isserlis & Sullivan*
*999 Stewart Ave.*
*Bethpage, NY 11714*
*(516) 349-0111*
*in-house counsel*

**Policy Prefixes:**
00AH Plus 6 digits           PA 1000 Plus 4 digits
ACB - Business Auto          ACL-Motorcycles
ACT - Truckers               ACS-Service
PA1 - Texas Take out Plan    ACD-Dealers
RWH

*Liz Fraser, manager*
*MDA service center*
*999 Stewart Ave*
*Bethpage, NY 11714*
*(516) 393-6651*

**Policy Prefixes and Company written with:**
PA Pooled CAP Admin. -New Hampshire Ins. CO:
        PB- Business Auto
        PD - Garage Dealers
        PS - Garage Service
        PT - Truckers
Number series start with 220 plus 4 more digits. For example, PB 2201111.

PA- CLAD (Commercial): American Home Assurance CO:
        PCB Business Auto
        PCT - Truckers
PA & DE LAD (Private Pass): American International Ins. CO:
        Q- Personal Auto
        RPH - Personal Auto
ME & VT LAD: American International Underwriters
        RMH - Personal Auto
CNA TPA: Various States
        RSH - Personal Auto
        CAN – Business Auto
Chubb TPA    RBH- Personal Auto

MDA will handle losses for policyholder's that live in NY - not accident driven. All policies start with 88 or 89.

MAINE AND VERMONT

RMH: Boston office handles for *insureds* in Vermont and Maine.

EXHIBIT 11 PAGE 49
AHAC 200038
Ivey v. Amer. Home Assur. Co.

Accounts Handled by *Overland Park, KS* Office on a Nationwide Basis:

AMR Services
AMR Corporation
Applebee's (Non-Franchise Business)
Boasso America
Cassens Transport
Cinemark Theatre
Dal Tile
First Investors
Southwest Coca Cola Bottling Company
Coca Cola Bottling of Southwest
Dealers Electrical
Discovery Zone(decentralized- see SAI's)
Metals USA, Inc.
Redman Pipe & Supply
4 Way Express
Science Applications(GL claims only)

Hillenbrand/Hill-Rom
Johns Manville (Roofing Claims Only)
Lone Star Technologies
O K Industries
Patriot American/Trammel Crow
Payless ShoeSource
Pool Energy
Redman Industries
Star VIP
Strates Enterprises
Weatherford/EVI Weatherford)-GL only
Southern Disposal
Reliant Building Products
ITEQ Storage Systems
Aerostaff
J. L. Davis

Adams Resources & Energy Inc(Service Transport Co; GulfMark Energy Inc
Adams Resources Exploration and ADA Resources)

Ryder Public Transportation (Overland Park handles RSTS and Des Moines handles ATE and MLS divisions)

MI Drilling                                          Trans-States Lines


Toxic Tort Claims Over a Period of Time:
*   If has a SIR, we handle. The policy file is handled in the Home Office.
*   If does not have a SIR, file is handled in the Home Office.
*   AIGRM - DIVISION 55- these are all handled in the Home Office.
*   Arizona office also handles some Toxic Tort Claims.

EXHIBIT 11 PAGE 50

AHAC   200039


Ivey v. Amer. Home Assur. Co.