Accounts Handled by *Des Moines, Iowa* Office on a Nationwide Basis:

*Casualty Unit Nationwide Accounts*:

CRST

Pony Express

AMT Freight

Celadon Trucking

Westway

Gates Rubber

Fox Midwest Transportation

R & L Carriers

Slay Transportation

Allied Waste(Portland, Blue Bell, and Des Moines handles)

Ryder Transportation(ATE and MLS Divisions only. Overland Park handled RSTS Divisions)

*Property Unit Nationwide Accounts* (As of 9/20/99 all property claims will be handled by the Portland Office) However, SAI's must be checked for exceptions)

Allstate Insurance Company

All Specialty Hazard Claims

All Claims brokered by Yanen

Cassens Transport

JMB Realty

Life Care Services

Tetra Laval

Ziebart

GE Capital Bond losses # 3402455/Capstead Mortgage Securities in Texas.

Accounts Handled by *Jericho, NY* Office on a Nationwide Basis:

Helmsley Spear-*First Party Claims Only*

Coopers & Lybrand/Price Water House-*First Party Claims Only*

GTE-*Directory Claims Only*

Dominos Pizza

EXHIBIT II PAGE 51

AHAC    200040

Ivey v. Amer. Home Assur. Co.

**Accounts Handled by *Portland, OR* Office on a Nationwide Basis:**

Boeing-All
LIAS(Lease Insurance for Agency Services)-Property Only
24 Hour Fitness-CA losses only
Bulk Transportation-CA losses only.
All Marriott Ownership Resort Claims Portland, Oregon side of the Mississippi
Property Claim Services (policy # 8536613) These losses are Division 93 Lexington Claims and
without exception should be routed through Lou Layman(Portland P/C). Property Adjuster is Steve Herder.
Case Control Tech. is Kaycee Keizur
Allied Waste Industries/BFI: Portland, Des Moines, and Blue Bell offices are Dedicated Claim units.

*Federal Jurisdiction files*: Effective 4/20/99 the Portland office will handle all new and existing Federal
Jurisdiction files including United States Longshore, Harbor (USL&H) Workers' Compensation, and Jones Act
Claims for the States of CA, NV, AZ, UT, CO, & NM. The San Diego office used to handle these claims but
they no longer have a Longshore adjuster. Hence, all accounts have been transferred to Portland. Ron Hurner,
Workers Compensation Office, handles the following States: AK, AZ, CA, CO, HI, IA, MN, MT, ND, NM,
NV, OR, SD, UT, WA, WY. Please note that any USL&H as well as any Jones Act Claims that may occur in
Ron Hurner of the Portland, Oregon will also handle the State of Idaho office.

**Accounts handled by *Boston P & C* Office on a Nationwide Basis:**

There are various *Casino-Type Entities that Boston handles*. The following are a few and the dedicated
adjuster is Leif Nilsen.

Bay Cruises                              Hollywood Casinos
Forever Resorts                          Players International
Harrah's Entertainment                   WestRec Properties

**Another Nationwide account for Boston:**

Woods Hole Oceanographic-*All*

EXHIBIT 11 PAGE 52
AHAC    200041
Ivey v. Amer. Home Assur. Co.

## States Requiring Licensing

The following States require adjusters to have licenses:

| | |
|---|---|
| Alaska | New Hampshire |
| Arkansas | New Mexico |
| Arizona | North Carolina |
| Connecticut | Oklahoma |
| Delaware | Rhode Island |
| Florida | South Carolina |
| Georgia | Texas |
| Kentucky | Vermont |
| Maine | West Virginia |
| Mississippi | Wyoming |
| Nevada | |

The following State will not license non-resident adjusters:

**Nevada** - Our Las Vegas office is currently handling all Nevada claims, including AI Specialty Auto and all Complex claims. If you have any questions, please feel free to call Cori Goulson @ 702-650-4523.

EXHIBIT 11 PAGE 53

AHAC    200042

Ivey v. Amer. Home Assur. Co.

*Miscellaneous ICONS that can serve as valuable reference tools:*

AIGCS Service Center listing update as of 2/14/00



AIG Claim Services
Reporting G...

AIG Longshore Claim Offices



USLH Directory_.doc

AIGVS Dallas Account listing as of April 1999



DALACL.XLS

AIGVS Subcontractor and TPA list (1/11/2000) that would handle a specific account. (These are not 100% Accurate) Phone calls to TPA is recommended before routing.



Approved
Subcontractors.doc



AIGVS Acctlist.XLS

EXHIBIT 11 PAGE 54

AHAC    200043

Ivey v. Amer. Home Assur. Co.

## *Miscellaneous ICONS Continued*

**DBG Organizational Chart for the various Profit Centers.**
The 2-digit number to the left is the division number and the name on the right is the name of the individual Managing the division. This will be very helpful in identifying key underwriting contacts.



Underwriting DBG List
10.99 (2...

**Updated ACT and DNA Rosters**



ACTROSTER99-02.do
c

DNA.doc

AIG Intellirisk Client List as of September 1998. If you have any questions with regard to this list, please feel free to call Caroline Rupert @ 973-402-3089 or check out their Website in the Intranet, *http://access7.aig.com/aigcs/aigcsintr/*



Sep98.xls



EXHIBIT II PAGE 55

AHAC    200044

Ivey v. Amer. Home Assur. Co.

**Updated NHIC and Landmark Policy Request/Coverage Verification Contacts**

Please note the following guidelines when requesting policies or confirming coverage for the following divisions:

**Division 20** - Specialty Programs - Formerly a NH division, Lexington has now absorbed this division. First check Central Files. If Central Files has no record of the policy, then please send an e-mail request to **Ching Lee**. Ching also handles loss run requests for division 20. Her telephone number is (617) 330-8577 and her fax number is (617) 330-8595. David Jordan is the underwriting VP, his office is at Lexington, and his phone number is (617) 330-8506.

**Division 22** - Small Business Division - These policies are not in Central Files. The policy prefix is usually CAP (Customized Asset Protection). All requests should be directed to **Shakima Williams's** (212) 770-6936. Her fax number is (212) 770-7543. E-mail requests are preferred. Shakima also handles loss run requests for NH divisions 22, 23 and 24.

**Division 23** - NH Runoff - These 1992 and prior effective date policies are not in Central Files. They are stored in Iron Mountain in New Hampshire. Please note however that all commercial line files with effective dates of 1985 and prior were destroyed in 1993. However NH may have the forms for these policies. So if you have a dec page and know the form numbers please send a request to **Shakima Williams.** She is responsible for both policy and form requests. When a policy / underwriting file is received from storage, a copy is made and forwarded to the requester. It can get a little tricky with division 23 policies because the division code that appears in the PUBP screen will often be 30 or 80. These are the old NH division codes, prior to the conversion of NH claims from the PMS loss processing system to LMS in 1992. The way you will know that it is NH runoff is that the origin of policy data will be "V7"; this refers to PMS Version 7.

**Division 24** – Granite State/New Hampshire-Any inquiries should be directed to Philadelphia Regional Office. You can contact Mary Ellen Antell 215-255-6046.

**Division 94** - Landmark - These policies are in Central Files. Once again please always check there first. If the polic can't be found please contact **Ellen Miracle** via e-mail, and she will either direct the request to the appropriate underwriter or request the file from closed file storage. Charles Krasky is the Chief Underwriting Officer (617-330-8387). He is located in Boston (Lexington).

EXHIBIT 1L PAGE 56

AHAC    200045

Ivey v. Amer. Home Assur. Co.

EXHIBIT 11 PAGE 57

AHAC    200046

Ivey v. Amer. Home Assur. Co.