Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:03-cv-0202-TMB |
| vs. | ) ) | |
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

**PROPOSED ORDER**

The court having considered plaintiff's Motion to Compel and to vacate the orders

on summary judgment and for dismissal as a sanction for willful bad faith non-compliance with

discovery,

IT IS HEREBY ORDERED that:

1.     Defendant shall respond to plaintiffs' Fourth Discovery Requests within __

_____ days.

2.     Defendant shall provide unredacted versions of AHAC 200001 and

AHAC 200002.

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

       3.      The court shall vacate the order granting summary judgment and order dismissing the claim for noncompliance with discovery.  Plaintiffs shall have an additional 60 days to respond to the Motion for Summary Judgment upon receipt of the requested discovery.

       DATED:  _____

_____
Timothy M. Burgess
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2006, a copy of the foregoing Proposed Order was served electronically on:  Andrew Guidi.

s/ Phillip Paul Weidner_____

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571