# MAIL CENTER OPERATIONS GUIDE

## Hours of Operation

The AIG 70 Pine St. mail center located in the lower lobby. The hours of operation are Monday -Friday, 8:00 am to 4:00 pm, with the exception of holidays, early closings and delayed openings.

## Drop Offs & Pick Ups- Mail Runs

The USPS mail is delivered to the mail center at approx.7:00-7:15AM each day.It is ▓▓▓▓▓▓▓▓▓ and then passed off to the mail sorters and runners.The mail is then sorted and delivered on the 9:00AM or 1st.mail run.Locations are the following 1.lower flrs. 70 Pine 2. Upper flrs. 70 Pine 3. 72 Wall St. 4. 175 Water St. upper flrs. 5. 175 Water St. lower floors

The 2nd Mail Run is scheduled for 11:00 am. On this run, all inter-office and overnight mail that is received by 10:30 am is distributed. Also, any items that are received from local or ground couriers or AIG's office supply vendor may be distributed at this time.

The 3rd Mail run is at 2:00 pm. Material distributed at this time may include inter-office from the NY & NJ metro areas and any overnight / courier mail that was not distributed on the 2nd Mail Run.

The 4th and final Mail Run of the day starts at 3:00 pm. This mail run is a pick up only. However, deliveries may also be made at this time if necessary.

## Courier Deliveries

UPS, Federal Express (Fed-X) and DHL are the 3 main overnight couriers that deliver to the 70 Pine St. location. Standard overnight deliveries from these 3 vendors may arrive from 9:00 am thru 10:30 am. Any standard overnight deliveries received after 10:30 am is late and should be so noted.

UPS Early AM & UPS Freight, Fed-X Ground, OfficeMax as well as other local and independent couriers also make deliveries to this location.

AHAC 200001

Ivey v. Amer. Home Assur. Co.
EXHIBIT 1 PAGE 1

## Mail / Package Distribution

Upon arrival all mail/packages ▮▮▮▮ and then sorted by floor and department. Items that require a signature upon delivery are considered Accountable and are recorded via their tracking numbers in the Star Receiver system. Under no circumstances should these items be distributed without being logged or without a signature from the intended recipient or an appropriate representative.

This applies to all incoming Certified Return Receipt, Registered, Insured and Express Mail from the USPS as well as any inter-office mail that is labeled Metal Box.

All regular USPS and inter-office is delivered to the appropriate departments. No signature is required for this type of mail.

Any mail that is addressed to the 70 Pine St. office where an individual's name or a department is not identified is considered Unidentified Mail.

Unidentified Mail should be researched daily by attempting to find the appropriate individual or department. In most cases, this is achieved since the necessary information may be contained in letters or on an invoice if it is a package. If there is not a name or department and a phone number is provided, the sender should be contacted especially on overnight items.

Mail that cannot be identified should be returned to sender with a letter requesting a current AIG name or department.

Checks with no department or individual name should be logged and delivered to Tresury Dept.

All incoming mail, packages and boxes are ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Outgoing Mail

EXHIBIT 11 PAGE 12

AHAC   200002

Ivey v. Amer. Home Assur. Co.

Mail Clerks
==========

Supervisor
==========

EXHIBIT 11 PAGE 13
AHAC   200003
Ivey v. Amer. Home Assur. Co.

EXHIBIT 11 PAGE 14



# Claims Routing Reference Guide

➢ Please note: Each entry provides you with page numbers, as indicated in our 2000 AIGCS Services Directory, whenever possible. This directory can be ordered by calling Wallace at 377-267-3721. Use form # 75022. The purpose of this guide is to assist our employees in routing claims to their proper offices and units. Claims handling procedures have also been provided where deemed necessary. If there is a discrepancy in the material provided, please call Julie M. Diaz at 913-338-9262 for any corrections, amendments, and or additions.

## Table of Contents

| | |
|---|---|
| Introduction | Page 1 |
| Specialty Prefixes | Pages 2 - 5 |
| Specialty Divisions | Pages 6 - 14 |
| Miscellaneous Business | Pages 15-29 |
| Personal Lines(Mass Marketing) | Page 30 |
| Personal Lines(AIG Specialty Auto) | Page 31-34 |
| Personal Lines(Roberts Plan) | Page 35 |
| Accounts Handled Nationwide | Pages 36-38 |
| States Requiring Licensing | Page 39 |
| Various Icons with Specialty lists | Pages 40-41 |
| Updated NHIC/Landmark Coverage Contacts | Page 42 |

*Last revised on April 3, 2000.*

*[handwritten: Mass M. - claims handled where Insured is located]*

*[handwritten: AIGVS – Tim Kelly]*

*[handwritten: EXHIBIT 11 PAGE 15]*
AHAC    200004
Ivey v. Amer. Home Assur. Co.

| Prefixes Starting with: | Office Handling |
|---|---|
| ARW, ARF, RFL, ARQ, ARU, RDC, RMN, ARK, ARB, ARO, A0, RMO, R0, ARH, ARN, HO | These are assigned risk prefixes, handled per State of loss. |
| ART and ARJ | Albany, NY AIGCS Service Center 1-800-242-2977 Fax 518-464-3200 (p. 60 in 2000 Directory) *Although the Albany office was converted to a Mass Marketing Claim Office on 1/1/99, they will continue to handle these claims. These policies are part of the Assigned Risk "CAIP" book of business.* |
| RDC | Blue Bell, PA AIGCS Service Center 215-283-5600 or 1-800-242-2733 (p. 26) |

The following is a list of some assigned risk prefixes and the States they are associated with:

| | | |
|---|---|---|
| ARA-Alabama | ART-Connecticut(Commercial) | ARC-Connecticut(Personal) |
| ARU-Indiana | ARQ-Iowa | ARL-Louisiana |
| AR0-Missouri | ARK-Nebraska | ARJ-New Jersey |
| ARH-New Hampshire | ARY-New York(Commercial) | ARM-New York(Personal) |
| ARP-Pennsylvania | ARD-Texas | ARN/ARV-Vermont |
| ARB-Wisconsin | | |

*The prefix ARI is a miscellaneous commercial prefix that is used in all States not listed. If not specified, the prefix that is listed is a commercial lines prefix. For personal lines, prefix R0(zero) is being used. If the policy renews they use R1, R2, etc.*

The following list is a list of assigned risk prefixes for States that New Hampshire Insurance writes for:

| | | |
|---|---|---|
| ARW-California | RDC-District of Columbia | ARF/RFL-Florida |
| ARQ-Iowa | ARU-Indiana | RMN-Minnesota |
| ARJ-New Jersey | ARB-Wisconsin | ART-Connecticut |
| AR0/RM0-Missouri | ARN-Vermont | PB-Pennsylvania |
| PT-Pennsylvania | PD-Pennsylvania | PS-Pennsylvania |

*The prefix A0 is an Old New Hampshire Insurance Personal Lines prefix. When renewed A1, A2, etc is used.*

EXHIBIT 11 PAGE 16
AHAC   200005

| Prefixes Starting with: | Office Handling |
|---|---|
| AMM, STN, AJM, MBA, JUP, SPA | AIG Hawaii, PO Box 770, Honolulu, HI 96808-0770<br>Toll Free: 1-888-208-2444.<br>Reporting Claims: 1-800-413-1711 |
| 773, 777, 778, or AAI | Asbestos Abatement Program, Toxic Tort Unit, 80 Pine Street, 10th Fl., New York 10005. Attn: Greg Mayer 212 770-1738.<br>212-770-2434. The majority of policies with these prefixes are issued on C & I (Commerce and Industry) or NUFIC (National Union Fire Insurance Company) paper.<br>Please note. Division 57 writes Asbestos Abatement Policies.<br>There are also some policies, usually "AISLIC" written under the prefix 818 and 819. Another guideline is its' PUC(Profit Unit Code). This is a code which our underwriters use to differentiate business. Some of the Asbestos Abatement policies may have PUC 7001 or 4002. This is merely a guide. It is not 100% of the time. The PUC is located in the middle of the PUCV screen. |
| CPO, COPS, ST, UST, PROPAC, PLL, PLS NE, CL3P, OSL, CCC, CPL, ELI, ERI, HELP, FPL | These are policy prefixes for policies generated under Division 57/AIG Environmental. All claims are handled in the Environmental Claims Department in NY and should be sent to the attention of: Paul Corrente or Maureen Martin at 80 Pine Street, 6th Floor, NY, 10005 Phone: 212 770-1762 Fax 212 344-2761. |
| 980 Claim #'s | Handled by Mass Marketing in Chadds Ford, PA 1-800-562-2208 or fax 610-558-8028. |
| AI | AIG Aviation, 4835 LBJ Freeway, STE 500, Dallas, TX 75244<br>Dallas Area: 972-661-5300 Fax 214-387-5725<br>Chicago Area: 312-559-0909 Fax 312-559-1009<br>Edison, New Jersey: 609-520-9800. Fax 609-520-9115. |
| AP/AIG/AIN | AIG Specialty Auto handles. See AIG Specialty Auto section on page 31-34 of this guide. |

EXHIBIT 11 PAGE 17
AHAC    200006
Ivey v. Amer. Home Assur. Co.

| Prefixes Starting with: | Office Handling |
|---|---|
| ACV & APV (AUTO) | Audubon Insurance (p54) |
| FMP & FMO (Health Clubs) | Buck Copeland (504-293-5900) handles the Health Club Claims at Audubon Insurance. |
| HPP ( Homeowners) | Audubon Insurance |
| BE | Excess Claims in New York (p.57) |
| EA | Eagle Policies. See instructions under Division 57. |
| _ _MA | Effective 6/26/98, this prefix will populate the last two spaces of the four space policy prefix on LMS. This is for identifying the account as originating out of the Mergers & Acquisitions Division. These are handled by a claim organization within AIG based on the line of coverage. Please refer to special handling instructions for Mergers and Acquisition accounts. |
| RMAPD | PACCAR Financial, AIGTS, 9861 Brokenland Parkway, Columbia, MD 21046 Attn: Gretchen 1-800-479-4244 or Fax 410-381-4170. |
| RWH | The Robert Plan handles. Attn. Liz Fazer 516-393-6651 or Fax 516-393-6641. |
| SRG | Accident & Health Claims, PO Box 15701, Wilmington, DE 19850-5701 302-761-3700 or 1-800-551-0824 Fax 302-761-3740 |
| ST | Starr Tech, 70 Pine Street, 13th Floor, NY 10270 Attn: Scott Webb 212-770-7849 or 7853 Fax # 212-425-3858 |

*Please note the division number for these policies, as this prefix is identical to that used by AIG Environmental for underground storage tank policies. Please refer to instructions listed under Division 57.*

EXHIBIT 11 PAGE 18

AHAC   200007

Ivey v. Amer. Home Assur. Co.

| Prefixes Starting With | Office Handling |
|---|---|
| TAC, TAR, CAL. CEA | American International Ins. CO.- Freedom General Agency<br>20950-A Warner, Center Lane, Wood Hills, CA 91367<br>888-490-5947 or fax 818-592-3570. |
| TXT | AI Transport handles. Call 404-853-2630 or Fax 404-249-1912. |
| UL | Umbrella Claims in New York (p.57) |
| X | New Hampshire Policy. Handled by Capital Mutual<br>Attention: Gus Boucher P.O. Box 671, GlenFalls, NY 12801<br>1-800-955-9576 |

EXHIBIT 11 PAGE 19
AHAC   200008
Ivey v. Amer. Home Assur. Co.