| Specialty Divisions | Office Handling |
|---|---|
| 04 | Fidelity Bond, AIGTS,<br>Attn: Joe Perry 212-458-1050 Fax # 212-458-1048 or<br>Ken McNally 212-458-1098<br>Attn: Ted Borowiec, 212-459-1523 (p.49) Fax 212-458-1476, if involves Directors & Officers related issues. Fidelity business is written in the following divisions: 04, 35, 36, 62, 63, and 69. Major class codes which identify fidelity are 016, 017, 068. |
| 05 | *Miscellaneous Professional Liability*, AIGTS, H.O(Handling Office) #295<br>Attn. William Powell 212-458-1142 Fax 212-458-1135 (p. 50)<br>Mr. Powell's unit handles: Public Officials, Land Surveyors, Miscellaneous Professional Liability, Management Consultants, Corporate Professional Liability and Real Estate Agents and Brokers<br><br>*Specialty Professional Liability*, AIGTS, H.O. # 618<br>Attn. Mr. Thomas Kopp 212-458-1174 Fax 212-458-1135 (p. 51)<br>Mr. Kopp's unit handles: School Leaders, and Electronic Data Processors, Media Professional Liability |
| 06 | Excess C. V. Starr business Primary contacts are:<br>Richard Woollams 212-458-5766 or Charles Stauber, 212-458-5762<br>New Losses can be faxed to 212-458-5778 |
| 08 | Excess Utilities business. Primary contacts are:<br>Richard Woollams and Charles Stauber. See Division 06 above. |

Page 6

EXHIBIT 11 PAGE 20
AHAC    200009
Ivey v. Amer. Home Assur. Co.

| Specialty Divisions | Office Handling |
|---|---|
| 09, 29 and 97 | Healthcare Malpractice, *AIGTS, is routed per Region which underwrote account. Auto Claims are handled by field office.*<br><br>**Primary contacts:**<br>**Northeast:** i.e. New England area, NY, NJ, PA, DC, MD, DE and most of the time West Virginia and Virginia.<br>Attn: Richard Henderson 212-770-2889. Fax # 212-809-2793.<br><br>**Southeast:** i.e. Florida, Carolina's, GA, Alabama, Mississippi, TN, KY, etc.<br>Attn: Joe Toscano in Atlanta Regional Office 770-671-2294.<br>Fax # 770-399-4055<br><br>**Louisiana**, TX, OK, Arkansas, sometimes New Mexico, and general area.<br>Attn: Eugene Isotti, J.D., in our Dallas Regional Office. 214-932-2224<br>Fax # 214-932-2210 Some Nationwide Accounts handled by Mr. Isotti's Unit: Park Associates, Living Centers of America, American Rehabilitation American Habilitation, Unison Healthcare (Lexington)<br><br>**North Central Area:** Illinois, Indiana, Ohio, Missouri, Michigan, etc.<br>Attn: Jim Lacey 312-930-6953. Fax # 312-454-3891.<br>**Western States:** Attn: Dave McGarity 415-836-2749. Fax # 415-836-3115. |
| 14 | Aviation Workers' Compensation Claims are handled by AIGCS.<br>There are a few AI Transport (DIV 27) WC claims handled by AIGCS.<br>AI Transport handles the DIV 27 liability claims, however. |
| 16 | Warranty Claims are now located at 175 Water St., NY. David Baines is the Manager 212-458-3523. |
| 27 | AI Transport Liability Claims 404-853-2630 or Fax 404-249-1912(p. 33)<br>A few WC claims are handle by AIGCS. You may want to call first. |

EXHIBIT 11 PAGE 21
AHAC  200010
Ivey v. Amer. Home Assur. Co.

| Specialty Divisions | Office Handling |
|---|---|
| 28 | AI Entertainment-Refer to email received from Mr. Hermanowski. This is effective at renewal or inception of policies with effective date of 11/15/99. |

**From:** Hermanowski, Joseph
**Sent:** Tuesday, November 09, 1999 8:52 AM
**Subject:** AI Entertainment - Div. 28  AIGCS Claim Specialization

I am pleased to advise you that after extensive discussions with AI Entertainment underwriting executives, namely Sal Nociforo - President, Aggi Pharo - VP and Rick Hassan - AVP, we developed a specialized claim model for the handling of AI Entertainment claims. This model has been reviewed and approved by AIGCS and DBG executive staff.

The casualty claims handling will be centralized in four AIGCS offices. Property losses will continue to be handled in a single AIGTS location in Jericho, NY. In addition, we are designating attorneys from our panel and staff law firms that possess specific experience with entertainment claims to help us successfully defend those claims which end up in litigation. The below PowerPoint document describes the program. The Excel document provides a list of AIGCS claim personnel designated to handle AI Entertainment claims. The list of personnel is a confidential document that should not be distributed outside of AIG. While we will not be transferring pending files, a project to review older pending cases is also currently taking place. We are planning a conference call with underwriting, ACT and the designated AIGCS claim offices to further discuss the program and respond to your questions.

Please feel free to disseminate information concerning this new P&C specialization to your staff and other ACT, marketing and Underwriting personnel so that our staff is well informed of this change.

AI Entertainment Program.ppt    AIEntertainExperts.xls

| | |
|---|---|
| 30 | Excess National Accounts business. Primary contacts are:<br>Richard Woollams 212-458-5766<br>Charles Stauber, 212-458-5762<br>New Losses can be faxed to 212-458-5778 |
| 31 | Warranty Claims Division is now located at 175 Water St, NY.<br>David Baines is the Manager. 212-458-3523. |

EXHIBIT 11 PAGE 22
AHAC   200011
Ivey v. Amer. Home Assur. Co.

| Specialty Divisions | Office Handling |
|---|---|
| 32 | Excess Middle Market, AIGTS, The Primary Contacts are:<br>Richard Woollams 212-458-5766<br>Charles Stauber, 212-458-5762<br>New Losses can be faxed to 212-458-5778 |
| 35 | Directors & Officers AIGTS<br>Attn: Dave Gilfillan 212-458-1511 Fax 212-458-1476<br>or Paul Ferrillo 212-458-1520<br>If involves Fidelity Bond, contact Joe Perry's unit 212-458-1050<br>Or fax 212-458-1048. |
| 36 | F.I. (Financial Institutions) National Accounts, AIGTS,<br>Contact person is Patricia Murnane AVP, 175 Water St, NY 10038<br>212-458-1597 or Fax 212-458-1650<br>Bonnie Hoffman, AVP, is contact for Complex Claims. 212-458-1593 or Fax 212-458-1650.<br><br>Fidelity Bond Claims on National Union Policies is to be handled by the Fidelity Bond Unit in NYC, no exceptions. Send to Kristine Hedderman Frascati 212-458-1048.<br><br>The New Hampshire CAP and CPP policies are handled by the field offices.<br><br>*Please note*: Fidelity Bonds for Financial Institutions are written under this division and divisions 62 and 69 as well.<br><br>Errors and Omission Claims should be referred to:<br>Robert Amendola 212-458-1552 or Fax 212-458-1649 or 212-458-1650 |

EXHIBIT 11 PAGE 23
AHAC 200012
Ivey v. Amer. Home Assur. Co.

| Specialty Divisions | Office Handling |
|---|---|
| 39 | AIGTS/AIMPLCA(American International Mgmt. and Professional Liability Adjusters) handle these.<br><br>*D & O* and *EPLI* in the *Eastern & Southeast division* send to Vincent Ciampi 175 Water Street, 9th Floor, NY. 10038 212-458-1055 or Fax 212-458-1045.<br><br>*D & O* and *EPLI* in the *West & Mid-West division* send to Douglas Poetzsch Same address. 212-458-1097 or fax 212-458-1045.<br><br>If *Pension Trust*, send to Ted Borowiec, same address. 212 458-1523.<br><br>Please note that *Complex losses* are handled, Nationwide, by the Blue Bell Complex office. Morefar is no longer involved in the ERP/EPL program underwriting. It is now under the auspices of National Union. We would now be working with Laurie Lopes at 212-458-1003 and Susan Rentko at 212-458-1014 both with National Union and located at 175 Water St, 9th FL, NY, NY 10038. |
| 52 | Starr Technical Risks handles. See prefix "ST" for info. |

EXHIBIT 11 PAGE 24
AHAC   200013
Ivey v. Amer. Home Assur. Co.

| Specialty Divisions | Office Handling |
|---|---|
| 55 | Check AIGVS Subcontractor List for TPA<br>See Icon on Page 29 of this guide for list.<br><br>In addition, when we are setting up claims under Division 55 wherein; AIGCS is the TPA, the following guidelines apply: |

*Policy effective dates prior to 1/1/1998:*
*All division 55 claims should be on policies with an issuing company of 010. If an issuing company 010 policy mod is not available in CSO, the FCC or Case Control unit should forward a request to CVD in Parsippany to have the 010 policy shelled.*

*There are some specific exemptions to the absolute link between division 55 and issuing company 010. CVD is aware of those exemptions and will convey them to the requestor on a case by case basis.*

*Policy effective dates 1/1/1998 and forward:*
*Issuing company 010 is discontinued and no mod will be created.*

| | |
|---|---|
| 57, 71, and 73* | Commerce and Industry Eagle Policy (Environmental & General Liability Exposures). The same policy covers both pollution and non-pollution GL claims.<br>Coverage D Pollution Legal Liability. AIGTS Environmental Unit, 80 Pine Street, 6th Floor, N.Y., should handle claims.<br>Coverage's, A, B, C – General Liability. The AIGCS Service Center that handles the territory in which the loss occurs should handle claims. If the policy does not appear in LMS, please have it shelled per the above instructions. If you ever have any questions, you can ask Eric Kinzer 212-770-1526, Maureen Martin 212-770-1760 Fax 212-344-2761, |

*\*As of 1/1/99 all EAGLE and Propac products were transferred to Division 57. There was split coding prior to 1/1/99 between Division 57 and 73. However, split coding is no longer necessary.*

*SAI's should continue to indicate that all losses under Coverage's A, B, C, (GL exposures) are to be handled by the AIGCS Service Center in the territory where the loss occurred. Coverage D will be handled by AIGTS Environmental Claims Unit at the Home Office in NY. How does one know if a particular policy is an Eagle? or Propac?*

*Enter policy # via AIPL screen, tab down to "for transfer to screen name" and enter PUCV.*
*Tab down to Coverage Inquiry and enter Y and then enter a MCC (choose any MCC that is listed on top of that screen) and enter. Look at center of that screen where Dept____ and Sec.____ is noted.*

EXHIBIT 11 PAGE 25

Page 11

AHAC   200014

Ivey v. Amer. Home Assur. Co.

Div. 57, 71 and 73 cont'd

*If the last number in the Dept section is 8 and the first # in Sec. is 2(82 then it is an Eagle Policy.*
*If the last number in the Dept is 8 and Sec. 6(86) then it is a propac policy.*

*Over the weekend of July 31st, 1999 restructuring took place in the Environmental Units. This should not affect how we've been doing anything. A new division was put in place. We now have a division 71. Division 71 is for all National Accounts business, which is any insured with sales in excess of $700,000,000. AIGCS will handle the normal GL/Auto claims but not the environmental/toxic tort type. The type of policy and the type of claim determine who handles rather than the division #.*

*The following ICONS represent the new PUC listing for AIG Environmental:*

PUC57D-1999.xls     PUC73D-1999.xls     PUC71-1999D.xls

| | |
|---|---|
| 60 | Surety Bonds, AIGTS, (American Home) are handled by David Koziel 212-458-1262 Fax 212-458-1659 |
| 62 | These are handled in FI Middle Market. Contact person is Raymond Tiburzi, AVP, 175 Water Street, 4th Floor, NY 10038 212-458-1580 Fax 212-458-1650. Robert Amendola, VP, is contact for Complex claims. 212-458-1552 Fidelity Bonds for financial institutions are also written under this division. Contact would be Joe Perry's unit 212-458-1050 or fax 212-458-1048. |
| 63 | Fidelity Bonds, AIGTS, Attn: Kristine Hedderman Frascati 212-458-1050 Fax 212-458-1048 any, except New Hampshire. New Hampshire claims are handled in field office. Joe Perry said to call him if you ever have any questions or need assistance with this side of the business. |
| 65 | Lawyers Professional, AIGTS, Attn: Patricia Murnane 212-458-1597 Fax 212-458-1650 |

EXHIBIT 11 PAGE 26
AHAC 200015
Ivey v. Amer. Home Assur. Co.

| Specialty Divisions | Office Handling |
|---|---|
| 66 | Program Professional Liability, AIGTS, 110 William Street, 17th Floor, New York, 10038. Attn: Keith Fried 212-458-1611 Fax 212-458-2708. |
| 67 | Small Business Unit. Blue Bell P & C office will handle all claims. Individual offices will handle W. C. Claims. |
| 69 | FI Middle Market<br>Raymond Tiburzi, AIGTS, 212-458-1580 Fax 212-458-1650(0795)<br>Robert Amendola is contact on Complex claims 212-458-1552.<br>If Fidelity, Joe Perry's unit would handle.<br>Send to Kristine Hedderman Frascati 212-458-1050 Fax 212-458-1048<br>Please note those Fidelity Bonds for financial institutions are also written under this division. |
| 81 | Excess Commercial Accounts, AIGTS Primary Contacts are:<br>Richard Woollams 212-458-5766<br>Charles Stauber, 212-458-5762<br>New Losses can be faxed to 212-458-5778 |
| 82 | Construction Risk Management Claims (p.55)<br>*Midwestern Region: 312-930-4748 Fax 312-930-4759*<br>*NY Region: 212-837-3000 Fax 212-344-3352*<br>*Western Region: 213-689-3886 Fax 1-800-338-0882*<br>*NY Workers Compensation Claims: 212-820-6300 Fax 212-425-2736* |

EXHIBIT 11 PAGE 27
AHAC    200016
Ivey v. Amer. Home Assur. Co.

| Specialty Divisions | Office Handling |
|---|---|
| 89 | Transportation Division. The following P & C Claims offices have been designated as the Units that handle Transportation Claims. The States they handle are also provided. There may be exceptions. Please refer to SAI's (Special Account Instructions). (p. 37)<br><br>*Alpharetta, Georgia*: Alabama, Florida, Georgia, Mississippi, North Carolina, South Carolina, Tennessee, & West Virginia.<br><br>*Blue Bell, Pennsylvania*: Virginia, Delaware, Maryland, Washington, D.C., Pennsylvania, New Jersey, Ohio, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont, Connecticut, & New York.<br><br>*Des Moines, Iowa*: Indiana, Iowa, Kentucky, Michigan, Minnesota, Nebraska, North Dakota, South Dakota, Wisconsin, & Illinois.<br><br>*Las Vegas, Nevada*: Nevada.<br><br>*Overland Park, Kansas*: Arkansas, Kansas, Louisiana, Missouri, Oklahoma, and Texas.<br><br>*Portland, Oregon*: California, New Mexico, Alaska, Colorado, Arizona, Hawaii, Idaho, Oregon, Utah, Washington, & Wyoming. |
| 90, 92 & 93 | These divisions are exclusively handled by Lexington Insurance Company. Send to Lexington Insurance Company, 200 State Street, Boston, MA 02109 617-330-1100 Fax 617-439-0376<br><br>*P.S. There may be exceptions.* |
| 94 | This is the only Lexington Division the field offices would handle, as long as loss occurs in your territory. Lexington handles all other Lexington Insurance CO. divisions. Lexington Insurance Company, 200 State Street, Boston, 02109. 617-330-1100. Fax # 617-439-0376. |

Page 14

EXHIBIT 11 PAGE 28

AHAC   200017
Ivey v. Amer. Home Assur. Co.

| Miscellaneous Business | Office Handling |
|---|---|
| After Market Parts | The attached ICON describes AIGCS' policy concerning the use of after market auto crash parts. Please review.<br><br><br>USE OF OEM parts 11-99.doc |
| Aggregate Claims Handling | Jon Murillo is Managing Director on aggregates. He is the initial contact person when you are flagged on possible aggregate exhaustion. Jon can be reached at: 813-218-3176 Fax 813-272-1723 |
| AI Entertainment | See Division 28 |
| AIG Longshore Claim Offices | USLH Directory_.doc |
| AIGRM | Check AIGVS Subcontractor Directory. If is Association business, reference persons are Maryanne Wendell or Marge Mullingan 212-770-6375. You can also communicate with our designated AIGVS Regional Managers (p 47-48) |
| AIG Auto Insurance (Personal Lines) | Marketing: 1-800-848-0001(Sales Quotes)<br>Customer Service: 1-800-807-9458 or 1-800-241-1188<br>First Reports: 1-800-562-2208 or 1-800-433-8880 or 1-888-AIG-AUTO (1-888-244-2886)<br>For the most part, handled by Mass Marketing (p.37). |
| AIG Canadian Policies | Losses that occur in the U.S. are handled by Toronto, Canada office 416-596-4014 |

EXHIBIT 11 PAGE 29

AHAC    200018

Ivey v. Amer. Home Assur. Co.

| Miscellaneous Business | Office Handling |
|---|---|
| AIG Hawaii | 6 Waterfront Plaza, 500 Ala Moana Blvd., 3rd floor, Honolulu, Hawaii 96813. Mailing Address: P. O. Box 96808-0770 Toll Free # 1-888-208-2444 Reporting Claims: 1-800-413-1711 Some of their policy numbers being with policy prefixes: AMM, STN, AJM, MBA, JUP, SPA, and have seven digits that follow. |
| AIG National Insurance Co | This is AIG Specialty Auto(AIGSA) business. See AIGSA section. |
| AIU Overseas Claims | Don Rouse 8144 Walnut Hill Lane, Dallas, TX 75231 (If involves a foreign policy) 214-932-2202 or Fax # 214-932-2208 However, if involves an USA policy, then the closest AIGCS office to the involved loss location would handle as a rule. *For foreign claims handling procedures see section, "International Insured with a Domestic Loss….".* |
| Alamo Rent A Car | See Republic Industries for information. |
| Albany Office | AS of 1/1/99, the Albany P & C office has been converted to a Mass Marketing Claim Office. The following AIGCS offices will service the territory presently handled by Albany: *AIGCS' Boston Office will handle Connecticut & Upstate NY* *AIGCS' Jericho NY Office will handle Westchester County NY* *AIGCS' Blue Bell Office will handle Ohio.* |

*Albany will continue to handle claims reported prior to 1/1/99 to conclusion. However, changes may take place. Check transfer screen in CSO or PUA1 screen in DynaCom.*

| | |
|---|---|
| Allied Waste/BFI | The following ICON provides a list of our dedicated Claim units. |

Allied Waste Region Charts - P...    FW: Allied Losses before 09/30...

EXHIBIT 11 PAGE 30
AHAC   200019