| Miscellaneous Business | Office Handling |
|---|---|
| Puerto Rico Claims | Unarco Adjustment Company (UAC is part of AIU)<br>250 Munoz Rivera, 5th Floor, Hato Rey, P.R. 00918<br>Attn: Ivan Otero (Mgr. for Property and Auto)<br>Tel: 787-767-5093 or fax 787-767-6721 |
| Reinspection Specialist Directory | The attached ICON provides an updated list for our reference.<br><br>[icon: Reinspection Specialist Direct...] |
| Rentokil Holding | Handled by Travelers. The contact person is Alyssa Mitchell 1-800-238-6208 or fax 972-866-4800. Kris Weeden is a contact in the GA office. 770-521-3422. |
| Republic Industries | Pursuant to discussion with David Lynch, Risk Manager for Spirit Rent A Car DBA Car Temps and various fleets registered as Snappy Car Rental, Snappy Funding, L.P., and Alamo/National Car Rental, 29100 Aurora Road, Suite 400, Solon, OH 44139. 1-440-715-3372 Fax 440-715-1110. |

Republic Industries owns 24 Auto National USA Mega Stores. It has approximately a total of 35,000 cars throughout the various fleets mentioned. If we receive a call from a claimant wanting to report a claim under Republic's policy number and/or reporting under one of the aforementioned Car Rental Companies, then we should ask the following questions:
1. Which Car Rental Company is involved?
2. Which Car Rental Company did you rent from?
2. Who is vehicle registered to?

*If it is determined Spirit Rent A Car DBA Car Temps, Snappy Car Rental, Snappy Funding, L.P. is involved, refer claimant to:*
David Lynch at 440-715-3372 or fax # 440-715-1160. In addition, if Car Temps were involved, another contact person would be Chat Bennett at 1-800-727-2828.

*If it is determined National Car Rental is involved, refer claimant to:*
1-800-727-2777 or ask for Mike Bishop *if necessary*. Their claims are administered in Minnesota.

*If it is determined Alamo Rent A Car is involved, refer claimant to:*
1-800-452-5038 or ask for Clark Dubin, Liability Director for Alamo 1-800-727-2063. Their claims are administered in Florida. In addition, another contact would be Chris Senior at 1-800-452-5038 x 2984. Chris apparently sets up new losses for Alamo.

EXHIBIT 11 PAGE 41

AHAC 200030

Ivey v. Amer. Home Assur. Co.

| Miscellaneous Business | Office Handling |
|---|---|
| SBC Communications | Helmsman Management Services handles. Contact is Ken Baggett 2100 Walnut Hill Road, Suite 1000, Irving, TX 75038 Tel: 800-443-2692. |
| Silver Plume | Please note that Silver Plume is now available on the Intranet. If you open your Internet Explorer, click on Business Center, then click on AIG Corporate Applications, then click on Silver Plume. Click on Logon. A logon screen will appear. In the first box type CUST1. In the second box type PASS. In the third box type your mainframe ID (i.e. AAWUXXX, AFWUXXX). In the fourth box type PASS again (do not put your mainframe password). Click the submit button and you should be in. The LAN based Silver Plume will be eventually phased out, so we need to start using the Intranet based version. For those who have never used Silver Plume, it is a system that provides online reference material such as NCCI manuals, ISO manuals, forms, rules, etc., Zip Code directory, and a whole lot of other material. If you have any questions, you can call Debby McPherson 214-932-2089 or your specific training representative. |
| Snappy Rent A Car | See Republic Industries |
| Sodexho Marriott | Crawford and Company handles. Contact person is Shannon Shea @ 703-277-3263 at Crawford. Oklahoma office handles claims in Oklahoma Liability Supervisor is Mr. Berlien Fax # 405-843-6835 |
| Spirit Rent A Car | See Republic Industries |
| Superior Services | Crawford & Company, 1210 Riverbend Drive, #100, Dallas, TX 75247. Attn. Sean McDaniel 214-631-7560. |
| Travel Accident Claims | The Houston, TX claims office would handle. The person to contact is Claudine McKay. 713-267-2521. Fax # 713-953-7506. |

EXHIBIT 11 PAGE 42
AHAC 200031
Ivey v. Amer. Home Assur. Co.

| Miscellaneous Business | Office Handling |
|---|---|
| Workers Compensation Claims | As of 2/14/00 Southern NJ WC claims will be handled out of the Parsippany WC office. |
| W.C. Excess Claims | These are handled our of our Parsippany, NJ office. Call 973-402-2931 to find out which adjuster would handle. Fax 973-402-2955. |
| Wal-Mart WC Unit | Has moved to Carrolton, TX. New address: P.O. Box 115114, Carrollton, TX 75011 Telephone # 972-389-6600 or 1-800-599-9906. Fax 972-389-6699(8) |
| Warranty Claims | This division is now located at 175 Water St., NY. David Baines is the Manager. 212-458-3523. |
| York Claims Service | The attached document describes AIGCS' role and responsibility on claims handled by York Claim Service, which exceed $150,000 in total incurred. Please review so claims are routed accordingly. Tel 212-732-0505 Fax # 212-732-1789. Attn. Claims Dept.  York Claims Oversight.doc |
| Y2K Claims Referral Guidelines | Please read. The following Icon outlines the protocols for handling Y2K related claims. Y2K 8.99.doc |

EXHIBIT 11 PAGE 43

AHAC    200032
Ivey v. Amer. Home Assur. Co.

Personal Lines (Mass Marketing)   Mass Marketing*

*The Wilmington Delaware office moved to Chadds Ford, PA. PO Box 2006, Chadds Ford, PA. 19317 610-558-8022 or 1-800-562-2208 Fax 610-558-8029
The States they do not handle are NE., WI., North & South Dakota, and IA. The phone # to these States is 1-800-237-1919. The exception to the above is that the insured must live in one of these States & the accident must happen in one of these States.

Attn: Chuck Hall 1-800-562-2208
Reporting New Claims: Customer Service 1-800-433-8880
Personal Auto Sales: 1-800-807-9458
Homeowner Policy Sales: 800-422-8830
Personal Health Policies for Foreign Visitors: 1-800-344-9540
Attn: Ramish Patel or 215-742-7888 (Black Fox International Agency)
Other types of policies for Foreign Visitors:
Attn: Chuck Hall 1-800-562-2208

Policy numbers are 7 numeric digits (no prefix) and generally start with # 1, 4, 5 or 8. In addition, some policy numbers begin with 101, 102, 107, 810, 811, 812. Claim numbers start with the year in which loss occurred. For example, 97, 98 etc. Their coverage is not on LMS and it is a personal line policy. Handling office based on loss location.

AIG Companies that writes this business is:
AIU Insurance Co.,
Insurance Company of State of PA
AIIC-American International Insurance Company
American Home
American Fidelity
AI South (American Global)
Granite State
Illinois National
National Union
AIG Hawaii
MIC- Minnesota Insurance Company

However, there are two companies that Mass Marketing alone uses. They are American International Insurance Co of New Jersey and American International Insurance Co. of California

EXHIBIT 11 PAGE 44
AHAC  200033
Ivey v. Amer. Home Assur. Co.

Personal Lines - AIG Specialty Auto

AIG Specialty Auto **only** writes Private Passenger Automobile (personal lines).

How to Identify:

Policy Prefixes: AIG or AIN (followed by a 7-digit number)

Claims Prefixes: 142, 195, 305, 310, 380, 468, 472, 491, 610, 620, 623, AL, AX, BA, CE, EM, KD, KJ, NG, SG, SL, TG

A list of what companies we use in each state is on the following page.

Please Send:

Complaints, summons, hearings, etc. (all states) to:
~~Nan Myers~~ Mary Pat Norfleet  tel. (770) 753-8533
State Relations
AIG Specialty Auto
4501 Northpoint Parkway, Suite 500   fax (770) 753-8507
Alpharetta, GA 30022
Phone - (770) 753-8505
FAX - (770) 753-8507

**Underwriting** materials (including policy verifications) to the Underwriting service center assigned to that state and **Claims** materials to the person indicated for the Claims service center assigned to that state could also be found on the following page.

**Key to Companies:**
AIGN - AIG National Insurance Company, Inc.
AIPIC - American International Pacific Insurance Company
AISIC - American International South Insurance Company
GSIC - Granite State Insurance Company
INIC - Illinois National Insurance Co.
NHI - New Hampshire Indemnity Company, Inc.
OA - Old American County Mutual Fire Insurance Company (not an AIG Company)

EXHIBIT 11 PAGE 45
AHAC   200034

## AIG Specialty Auto

| State | Clms Office (INIC) | UW Office (NHI) | AIGN (OA) | AIPIC | AISIC | GSIC |
|---|---|---|---|---|---|---|
| Alabama | 491 / Prime Non-Standard | A / Select | | | | |
| Arizona | 310 / Select | B | Preferred | | Non-Standard | Value |
| Arkansas | 305-until 5/1/00 623-after 5/1/00 | A | | | | Prime Non-Standard |
| California | 310 | B | | | | Prime |
| Colorado | 468 / Non-Standard | B | | | Select | |
| Connecticut | 195 / Select | A | | Non-Standard | | |
| Florida | 142 / Prime Non-Standard | A / Select Specialty | Preferred | | | Value |
| Georgia | 142 / Prime Non-Standard | A | | | Non-Standard | |
| Illinois | 380 | A | | | Select | Non-Standard |
| Indiana | 380 / Prime Non-Standard | A / Select | Preferred | | | Value |
| Kentucky | 380 / Non-Standard | A | | | Select | Value |
| Louisiana | 305 / Non-Standard | A | Preferred | | Select | |
| Maine | 195 | A | | Select | | |
| Minnesota | 380 | A | | | Select | |
| Mississippi | 305 | A | | Select | | Value |
| Missouri | 380-until 5/1/00 623-after 5/1/00 | A | | | | Select |
| Nevada | 310 / Metro | B | | | Value | |
| New York | 472 | C | | | | Granite State |
| Ohio | 380 / Prime Non-Standard | A | | | Select | |
| Oregon | 310 / Non-Standard | B | | | Select | |
| Pennsylvania | 610 | C | | | | Metro |
| Rhode Island | 195 / Non-Standard | C | | Select | | |
| South Carolina | 142 | A | | | Select | |
| Tennessee | 620 / Metro | A | | | Select | Non-Standard |
| Texas | 468 | B | | | | |
| Utah | 310 | B | | Select | | |
| Vermont | 195 / Non-Standard | C / Select | | | | |
| Virginia | 380 | A | Preferred | | | |
| Washington | 310 / Non-Standard | B / Select | | | Select | |
| Wisconsin | 380 / Prime Non-Standard | A | | | | |

EXHIBIT 11 PAGE 46

AHAC   200035

Ivey v. Amer. Home Assur. Co.

AIG Specialty Auto Claims Service Centers

| | | | |
|---|---|---|---|
| **142:** | Steve Barnes<br>AIG Specialty Auto Claims<br>4501 Northpoint Parkway, Suite 400<br>Alpharetta, GA 30022<br>Phone: (770) 753-8435<br>Fax (770) 753-8694 | **472** | Terry Barclay<br>AIG Specialty Auto Claims<br>445 Electronics Parkway<br>Building Two, Room Two<br>Liverpool, NY 13088<br>Phone: (315) 453-9828<br>Fax (315) 453-8004 |
| **195:** | Curt Edgar<br>AIG Specialty Auto Claims<br>74 Scott Swamp Road<br>Farmington, CT 06032<br>Phone: (860) 679-6921<br>Fax (860) 676-0681 | **491** | Ken Sadberry<br>AIG Specialty Auto Claims<br>4127 Lomac Street<br>Montgomery, AL 36117<br>Phone: (334) 277-6755<br>Fax (334) 409-9442 |
| **305:** | Larry Tolbert<br>AIG Specialty Auto Claims<br>1080 River Oaks Plaza, Suite B200<br>Flowood, MS 39208<br>Phone: (601) 936-9745<br>Fax (601) 936-9701 | **610** | Ken Bohn<br>AIG Specialty Auto Claims<br>Westpointe Corporate Center One<br>1550 Coraopolis Heights Road, #330<br>Moon Township, PA 15108<br>Phone: (412) 507-3332<br>Fax (888) 315-3320 |
| **310:** | Terry Bolin<br>AIG Specialty Auto Claims<br>2201 E Camelback Road, Suite 400-B<br>Phoenix, AZ 85016<br>Phone: (602) 508-5901<br>Fax (800) 268-0979 | **620** | Trey Buchanan<br>AIG Specialty Auto Claims<br>404 BNA Drive, Suite 407<br>Nashville, TN 37227<br>Phone: (615) 366-3441<br>Fax (615) 361-0287 |
| **380:** | Lee Money<br>AIG Specialty Auto Claims<br>Steeplechase Place<br>9410 Bunsen Parkway, Suite 350<br>Louisville, KY 40220<br>Phone: (502) 493-5101<br>Fax (502) 493-8920 | **623** | Brian Schissel (Opening 5/1/00)<br>AIG Specialty Auto Claims<br>Holmes Corporate Center<br>1001 East 101 Terrace, 2nd Floor<br>Kansas City, MO 64131<br>Phone: Not available yet |
| **468:** | Rod Keefe<br>AIG Specialty Auto Claims<br>3920 FM 1960 W., Suite 200<br>Houston, TX 77068<br>Phone: (281) 895-5605<br>Fax (800) 786-8528 | | |

EXHIBIT 11 PAGE 47

AHAC 200036

Ivey v. Amer. Home Assur. Co.

## AIG Specialty Auto Underwriting Service Centers

A:  Alicia Pitts
    Underwriting
    AIG Specialty Auto
    4501 Northpoint Parkway, Suite 400
    Alpharetta, GA  30022
    Phone: (770) 753-8589

B:  Gary Sheriff
    Underwriting
    AIG Specialty Auto
    2201 E. Camelback, Suite 400B
    Phoenix, AZ 85016
    Phone: (602) 508-5801

C:  Tris Schmitt
    Underwriting
    AIG Specialty Auto
    1550 Coraopolis Heights Road, Suite 330
    Moon Township, PA 15108
    Phone: (412) 507-3312

EXHIBIT II PAGE 48

AHAC   200037
Ivey v. Amer. Home Assur. Co.

| | |
|---|---|
| Personal Auto – Roberts Plan | Handled by Material Damage Adjustment Co<br>Complaints for MDA offices should be referred to Marion Del Deo, AIG Mass Marketing 302-761-3491 or 1-800-327-3000. |
| NEW YORK/Pennsylvania | MDA, P. O Box 14000, New Brunswick, NJ 08906<br>Toll Free# 888-805-3598 |

*Handwritten note under NEW YORK/Pennsylvania:*
Nancy Isserlis, Esq
Isserlis & Sullivan
999 Stewart Ave.
Bethpage, NY 11714
(516) 349-0111
in-house counsel

Liz Fraser, manager
MDA service center
999 Stewart Ave
Bethpage, NY 11714
(516) 393-6651

**Policy Prefixes:**

| | |
|---|---|
| 00AH Plus 6 digits | PA 1000 Plus 4 digits |
| ACB - Business Auto | ACL-Motorcycles |
| ACT - Truckers | ACS-Service |
| PA1 - Texas Take out Plan | ACD-Dealers |
| RWH | |

**Policy Prefixes and Company written with:**
PA Pooled CAP Admin. -New Hampshire Ins. CO:
    PB- Business Auto
    PD - Garage Dealers
    PS - Garage Service
    PT - Truckers
Number series start with 220 plus 4 more digits. For example, PB 2201111.

PA- CLAD (Commercial): American Home Assurance CO:
    PCB Business Auto
    PCT - Truckers
PA & DE LAD (Private Pass): American International Ins. CO:
    Q- Personal Auto
    RPH - Personal Auto
ME & VT LAD: American International Underwriters
    RMH - Personal Auto
CNA TPA: Various States
    RSH - Personal Auto
    CAN – Business Auto
Chubb TPA    RBH- Personal Auto

MDA will handle losses for policyholder's that live in NY - not accident driven. All policies start with 88 or 89.

| | |
|---|---|
| MAINE AND VERMONT | RMH: Boston office handles for *insureds* in Vermont and Maine. |

EXHIBIT 11 PAGE 49

AHAC 200038

Page 35

Ivey v. Amer. Home Assur. Co.

Accounts Handled by *Overland Park, KS* Office on a Nationwide Basis:

AMR Services
AMR Corporation
Applebee's (Non-Franchise Business)
Boasso America
Cassens Transport
Cinemark Theatre
Dal Tile
First Investors
Southwest Coca Cola Bottling Company
Coca Cola Bottling of Southwest
Dealers Electrical
Discovery Zone(decentralized- see SAI's)
Metals USA, Inc.
Redman Pipe & Supply
4 Way Express
Science Applications(GL claims only)

Hillenbrand/Hill-Rom
Johns Manville (Roofing Claims Only)
Lone Star Technologies
O K Industries
Patriot American/Trammel Crow
Payless ShoeSource
Pool Energy
Redman Industries
Star VIP
Strates Enterprises
Weatherford/EVI Weatherford)-GL only
Southern Disposal
Reliant Building Products
ITEQ Storage Systems
Aerostaff
J. L. Davis

Adams Resources & Energy Inc(Service Transport Co; GulfMark Energy Inc
Adams Resources Exploration and ADA Resources)

Ryder Public Transportation (Overland Park handles RSTS and Des Moines handles ATE and MLS divisions)

MI Drilling                                                Trans-States Lines



Toxic Tort Claims Over a Period of Time:
*   If has a SIR, we handle. The policy file is handled in the Home Office.
*   If does not have a SIR, file is handled in the Home Office.
*   AIGRM - DIVISION 55- these are all handled in the Home Office.
*   Arizona office also handles some Toxic Tort Claims.

EXHIBIT 11 PAGE 50


AHAC   200039
Ivey v. Amer. Home Assur. Co.