Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>Defendant. | Case No. 3:03-cv-0202-TMB |

**PROPOSED ORDER RE**
**MOTION BY PLAINTIFFS FOR RULE 59 RELIEF REGARDING GRANT OF SUMMARY JUDGMENT TO DEFENDANT IN JUDGMENT OF MAY 22, 2006**

The court having considered the Motion by Plaintiffs For Rule 59 Relief, and any opposition thereto,

IT IS HEREBY ORDERED that:

1. The Order granting summary judgment is VACATED.

2. The Judgment in a Civil Case is VACATED.

DATED: _____

_____
Timothy M. Burgess
United States District Judge

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2006, a copy of the foregoing **Proposed Order Re Motion by Plaintiffs for Rule 59 Relief** was served electronically on: Andrew Guidi.


s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571