# Agents' Errors and Omissions

| | |
|---|---|
| Coverage is provided for negligent acts, errors or omissions of yours and certain other persons for whose actions you are legally responsible, such as a secretary. | ELIGIBILITY |
| To apply for this insurance, please fill out an application card, Form G5885.5, which can be found in this section. Be sure to indicate your choice of premium deduction plans and limits. Coverage will take effect the first day of the month following receipt of the application in your regional office Agency Administration Department. If you wish to change limits or deduction plans at a later date, you can do so by submitting a new application card to your Agency Administration Department in December. No limit changes will be effective until January 1st (the policy anniversary date) following Agency Administration's receipt of your application for change. | ENROLLMENT AND EFFECTIVE DATE |
| The errors and omissions policy, provides the following coverage: | COVERAGE |

It covers you for negligent acts, errors and omissions in conducting business for State Farm, subject to a side agreement between State Farm and American Home.

It covers your employees for negligent acts, errors and omissions in conducting business for State Farm.

It covers activities in the placement and service of insurance with any residual market program established by the government for risks that cannot find insurance through the regular Voluntary market.

Coverage is also extended to include your activities as a participant with other agents in sharing the handling of the insurance business of any governmental body such as School Districts, Cities, Counties, etc., providing such participation is with written permission of the State Farm Insurance Companies.

The cost of defending suits alleging negligent acts, errors or omissions, even when such suits are groundless or fraudulent.

Payment for reasonable expenses, other than loss of earnings, incurred by you at the insurer's request.

It covers Referral Business. Referral business is business referred to another agent or broker as a matter of courtesy, if a policyholder or applicant desires coverage which State Farm cannot accommodate. It is not considered within the confines of referral business if you quote rates, describe coverages, provide literature, write the application, provide underwriting information, accept premium or act in any way as an agent for another company or agency, or as a broker for the applicant to place the insurance through another company or agent.

Effective January 1, 1989 Notary Public Liability Coverage was added to the Agent's Errors and Omission policy with no additional premium charge.

There are four different policy limit amounts available. They are:   **POLICY LIMITS**

$ 300,000 per claim and $ 900,000 per year,
$ 500,000 per claim and $1,500,000 per year,
$1,000,000 per claim and $3,000,000 per year,
$2,000,000 per claim and $6,000,000 per year.

Premium is based on two factors:   **COST**

1. the limits you choose, and
2. your prior year's gross income received from State Farm Insurance Companies.

Following is the table of premiums which is based on these two factors.

| Prior Year's Income | $300,000 Limits | $500,000 Limits | $1,000,000 Limits | $2,000,000 Limits |
|---|---|---|---|---|
| $     0 – $ 29,999 | $ 44.00 | $ 52.00 | 57.00 | 74.00 |
| 30,000 – 39,999 | 52.00 | 62.00 | 68.00 | 87.00 |
| 40,000 – 49,999 | 70.00 | 84.00 | 90.00 | 116.00 |
| 50,000 – 59,999 | 87.00 | 104.00 | 113.00 | 146.00 |
| 60,000 – 69,999 | 104.00 | 125.00 | 136.00 | 175.00 |
| 70,000 – 79,999 | 122.00 | 146.00 | 158.00 | 204.00 |
| 80,000 – 89,999 | 139.00 | 167.00 | 181.00 | 233.00 |
| 90,000 – 99,999 | 157.00 | 189.00 | 203.00 | 262.00 |
| 100,000 – 109,999 | 174.00 | 209.00 | 226.00 | 291.00 |
| 110,000 – 119,999 | 191.00 | 229.00 | 249.00 | 320.00 |
| 120,000 – 129,999 | 209.00 | 251.00 | 271.00 | 349.00 |
| 130,000 – 139,999 | 226.00 | 271.00 | 294.00 | 378.00 |
| 140,000 – 149,999 | 244.00 | 293.00 | 316.00 | 407.00 |
| 150,000 and above | 261.00 | 313.00 | 339.00 | 436.00 |

All claim payments are subject to a $500 deductible.   **DEDUCTIBLE**

The Company assumes all losses for your errors, omissions, or negligent acts committed while acting as a State Farm Agent within the limits of your written authority. In addition, State Farm pays most of the administrative costs of claim investigations, policy issuance, and premium collections.

If you or an employee of yours violate your written authority while conducting State Farm Insurance business, State Farm will submit a claim for reimbursement against you through the agent's Errors and Omissions insurance carrier, American Home. You will be asked for the $500 deductible, subject to Regional Executive Office review. If the value of the claim is less than $3500, State Farm will not submit it to American Home. You may be asked to reimburse State Farm for the amount equal to the deductible, subject to Regional Executive Office review.

The Errors and Omissions Plan also includes the supplementary "Personal Injury Insurance" coverage at no additional cost to you. These coverages are: — **PERSONAL INJURY INSURANCE**

1. False Arrest, Detention or Imprisonment, or Malicious Prosecution,

2. Libel, Slander, Defamation, or Violation of Right of Privacy, and

3. Wrongful Entry, or Other Invasion of Right of Private Occupancy.

This Errors and Omissions Policy provides 5 year extension of coverage after termination on acts, errors or omissions occurring prior to your termination. — **EXTENDED REPORTING PERIOD**

In addition, retired agents have unlimited extension of coverages after termination (beyond the 5 year extension) on acts, errors or omissions occurring prior to termination as long as AIG is our insurer.

Please read carefully the descriptive booklet in this section, and your Errors and Omissions policy. Note that there are some important exclusions, in that the policy does not cover: — **EXCLUSIONS**

1. Fraudulent or criminal acts.

2. Bodily injury and property damage liability.

3. Representation of other than State Farm Insurance Companies, and

4. Employee relations problems.

If a claim does not involve State Farm, you should immediately report it to your Agency Manager, and the Regional Executive Office and promptly submit an Errors and Omissions claim form 1782 (to be found in this section). — **CLAIMS REPORTING**

If the notice of suit or notice of claim involves State Farm, you should immediately report it to the Company through regular claim channels. If an Errors and Omissions claim form is needed you will be so advised.

**Do not send an Errors and Omissions claim form directly to American Home.**