| Miscellaneous Business | Office Handling |
|---|---|
| Puerto Rico Claims | Unarco Adjustment Company (UAC is part of AIU)<br>250 Munoz Rivera, 5th Floor, Hato Rey, P.R. 00918<br>Attn: Ivan Otero (Mgr. for Property and Auto)<br>Tel: 787-767-5093 or fax 787-767-6721 |
| Reinspection Specialist Directory | The attached ICON provides an updated list for our reference.<br><br>[ICON: Reinspection Specialist Direct...] |
| Rentokil Holding | Handled by Travelers. The contact person is Alyssa Mitchell 1-800-238-6208 or fax 972-866-4800. Kris Weeden is a contact in the GA office. 770-521-3422. |
| Republic Industries | Pursuant to discussion with David Lynch, Risk Manager for Spirit Rent A Car DBA Car Temps and various fleets registered as Snappy Car Rental, Snappy Funding, L.P., and Alamo/National Car Rental, 29100 Aurora Road, Suite 400, Solon, OH 44139.<br>1-440-715-3372 Fax 440-715-1110. |

Republic Industries owns 24 Auto National USA Mega Stores. It has approximately a total of 35,000 cars throughout the various fleets mentioned. If we receive a call from a claimant wanting to report a claim under Republic's policy number and/or reporting under one of the aforementioned Car Rental Companies, then we should ask the following questions:
1. Which Car Rental Company is involved?
2. Which Car Rental Company did you rent from?
2. Who is vehicle registered to?

*If it is determined Spirit Rent A Car DBA Car Temps, Snappy Car Rental, Snappy Funding, L.P. is involved, refer claimant to:*
David Lynch at 440-715-3372 or fax # 440-715-1160. In addition, if Car Temps were involved, another contact person would be Chat Bennett at 1-800-727-2828.

*If it is determined National Car Rental is involved, refer claimant to:*
1-800-727-2777 or ask for Mike Bishop *if necessary*. Their claims are administered in Minnesota.

*If it is determined Alamo Rent A Car is involved, refer claimant to:*
1-800-452-5038 or ask for Clark Dubin, Liability Director for Alamo 1-800-727-2063. Their claims are administered in Florida. In addition, another contact would be Chris Senior at 1-800-452-5038 x 2984. Chris apparently sets up new losses for Alamo.

EXHIBIT 11 PAGE 41

AHAC   200030

Ivey v. Amer. Home Assur. Co.

| Miscellaneous Business | Office Handling |
|---|---|
| SBC Communications | Helmsman Management Services handles. Contact is Ken Baggett 2100 Walnut Hill Road, Suite 1000, Irving, TX 75038 Tel: 800-443-2692. |
| Silver Plume | Please note that Silver Plume is now available on the Intranet. If you open your Internet Explorer, click on Business Center, then click on AIG Corporate Applications, then click on Silver Plume. Click on Logon. A logon screen will appear. In the first box type CUST1. In the second box type PASS. In the third box type your mainframe ID (i.e. AAWUXXX, AFWUXXX). In the fourth box type PASS again (do not put your mainframe password). Click the submit button and you should be in. The LAN based Silver Plume will be eventually phased out, so we need to start using the Intranet based version. For those who have never used Silver Plume, it is a system that provides online reference material such as NCCI manuals, ISO manuals, forms, rules, etc., Zip Code directory, and a whole lot of other material. If you have any questions, you can call Debby McPherson 214-932-2089 or your specific training representative. |
| Snappy Rent A Car | See Republic Industries |
| Sodexho Marriott | Crawford and Company handles. Contact person is Shannon Shea @ 703-277-3263 at Crawford. Oklahoma office handles claims in Oklahoma Liability Supervisor is Mr. Berlien Fax # 405-843-6835 |
| Spirit Rent A Car | See Republic Industries |
| Superior Services | Crawford & Company, 1210 Riverbend Drive, #100, Dallas, TX 75247. Attn. Sean McDaniel 214-631-7560. |
| Travel Accident Claims | The Houston, TX claims office would handle. The person to contact is Claudine McKay. 713-267-2521. Fax # 713-953-7506. |

EXHIBIT 11 PAGE 42
AHAC 200031
Ivey v. Amer. Home Assur. Co.

| Miscellaneous Business | Office Handling |
|---|---|
| Workers Compensation Claims | As of 2/14/00 Southern NJ WC claims will be handled out of the Parsippany WC office. |
| W.C. Excess Claims | These are handled our of our Parsippany, NJ office. Call 973-402-2931 to find out which adjuster would handle. Fax 973-402-2955. |
| Wal-Mart WC Unit | Has moved to Carrolton, TX. New address: P.O. Box 115114, Carrollton, TX 75011 Telephone # 972-389-6600 or 1-800-599-9906. Fax 972-389-6699(8) |
| Warranty Claims | This division is now located at 175 Water St., NY. David Baines is the Manager. 212-458-3523. |
| York Claims Service | The attached document describes AIGCS' role and responsibility on claims handled by York Claim Service, which exceed $150,000 in total incurred. Please review so claims are routed accordingly. Tel 212-732-0505 Fax # 212-732-1789. Attn. Claims Dept. <br><br> York Claims Oversight.doc |
| Y2K Claims Referral Guidelines | Please read. The following Icon outlines the protocols for handling Y2K related claims. <br><br> Y2K 8.99.doc |

EXHIBIT 11 PAGE 43

Page 29

AHAC   200032

Ivey v. Amer. Home Assur. Co..

Personal Lines (Mass Marketing)   Mass Marketing*

*The Wilmington Delaware office moved to Chadds Ford, PA. PO Box 2006, Chadds Ford, PA. 19317
610-558-8022 or 1-800-562-2208 Fax 610-558-8029
The States they <u>do not</u> handle are NE., WI., North & South Dakota, and IA. The phone # to these States is 1-800-237-1919. The exception to the above is that the insured must live in one of these States & the accident must happen in one of these States.

>Attn: Chuck Hall 1-800-562-2208
>Reporting New Claims: Customer Service 1-800-433-8880
>Personal Auto Sales: 1-800-807-9458
>Homeowner Policy Sales: 800-422-8830
>Personal Health Policies for Foreign Visitors: 1-800-344-9540
>Attn: Ramish Patel or 215-742-7888 (Black Fox International Agency)
>Other types of policies for Foreign Visitors:
>Attn: Chuck Hall 1-800-562-2208
>
>Policy numbers are 7 numeric digits (no prefix) and generally start with # 1, 4, 5 or 8. In addition, some policy numbers begin with 101, 102, 107, 810, 811, 812. Claim numbers start with the year in which loss occurred. For example, 97, 98 etc. Their coverage is not on LMS and it is a personal line policy. Handling office based on loss location.
>
>AIG Companies that writes this business is:
>AIU Insurance Co.,
>Insurance Company of State of PA
>AIIC-American International Insurance Company
>American Home
>American Fidelity
>AI South (American Global)
>Granite State
>Illinois National
>National Union
>AIG Hawaii
>MIC- Minnesota Insurance Company
>
>However, there are two companies that Mass Marketing alone uses. They are American International Insurance Co of New Jersey and American International Insurance Co. of California

EXHIBIT 11 PAGE 44
AHAC   200033
Ivey v. Amer. Home Assur. Co.

Personal Lines - AIG Specialty Auto

AIG Specialty Auto **only** writes Private Passenger Automobile (personal lines).

How to Identify:

Policy Prefixes: AIG or AIN (followed by a 7-digit number)

Claims Prefixes: 142, 195, 305, 310, 380, 468, 472, 491, 610, 620, 623, AL, AX, BA, CE, EM, KD, KJ, NG, SG, SL, TG

A list of what companies we use in each state is on the following page.

Please Send:

Complaints, summons, hearings, etc. (all states) to:
~~Nan Myers~~ Mary Pat Norfleet  tel. (770) 753-8533
State Relations
AIG Specialty Auto
4501 Northpoint Parkway, Suite 500   fax (770) 753-8507
Alpharetta, GA 30022
Phone - (770) 753-8505
FAX - (770) 753-8507

**Underwriting** materials (including policy verifications) to the Underwriting service center assigned to that state and **Claims** materials to the person indicated for the Claims service center assigned to that state could also be found on the following page.

Key to Companies:
AIGN - AIG National Insurance Company, Inc.
AIPIC - American International Pacific Insurance Company
AISIC - American International South Insurance Company
GSIC - Granite State Insurance Company
INIC - Illinois National Insurance Co.
NHI - New Hampshire Indemnity Company, Inc.
OA - Old American County Mutual Fire Insurance Company (not an AIG Company)

EXHIBIT 11 PAGE 45
AHAC   200034

## AIG Specialty Auto

| State | Clms Office INIC | UW Office NHI | AIGN OA | AIPIC | AISIC | GSIC |
|---|---|---|---|---|---|---|
| Alabama | 491 Prime Non-Standard | A Select | | | | |
| Arizona | 310 Select | B | Preferred | | Non-Standard | Value |
| Arkansas | 305-until 5/1/00 623-after 5/1/00 | | A | | | Prime Non-Standard |
| California | 310 | B | | | | Prime |
| Colorado | 468 Non-Standard | B | | | Select | |
| Connecticut | 195 Select | A | | Non-Standard | | |
| Florida | 142 Prime Non-Standard | A Select Specialty | Preferred | | | Value |
| Georgia | 142 Prime Non-Standard | A | | | Non-Standard | |
| Illinois | 380 | A | | | Select | Non-Standard |
| Indiana | 380 Prime Non-Standard | A Select | Preferred | | | Value |
| Kentucky | 380 Non-Standard | A | | | Select | Value |
| Louisiana | 305 Non-Standard | A | Preferred | | Select | |
| Maine | 195 | A | | Select | | |
| Minnesota | 380 | A | | | | Select |
| Mississippi | 305 | A | | Select | | Value |
| Missouri | 380-until 5/1/00 623-after 5/1/00 | | A | | | Select |
| Nevada | 310 Metro | B | | | Value | |
| New York | 472 | C | | | | Granite State |
| Ohio | 380 Prime Non-Standard | A | | | Select | |
| Oregon | 310 Non-Standard | B | | | Select | |
| Pennsylvania | 610 | C | | | | Metro |
| Rhode Island | 195 Non-Standard | C | | Select | | |
| South Carolina | 142 | A | | | Select | |
| Tennessee | 620 Metro | A | | | Select | Non-Standard |
| Texas | 468 | B | | | | |
| Utah | 310 | B | | Select | | |
| Vermont | 195 Non-Standard | C Select | | | | |
| Virginia | 380 | A | Preferred | | | |
| Washington | 310 Non-Standard | B Select | | | | |
| Wisconsin | 380 Prime Non-Standard | A | | | Select | |

EXHIBIT 11 PAGE 46

AHAC   200035

Ivey v. Amer. Home Assur. Co.

## AIG Specialty Auto Claims Service Centers

142:  Steve Barnes
      AIG Specialty Auto Claims
      4501 Northpoint Parkway, Suite 400
      Alpharetta, GA  30022
      Phone: (770) 753-8435
      Fax (770) 753-8694

195:  Curt Edgar
      AIG Specialty Auto Claims
      74 Scott Swamp Road
      Farmington, CT  06032
      Phone: (860) 679-6921
      Fax (860) 676-0681

305:  Larry Tolbert
      AIG Specialty Auto Claims
      1080 River Oaks Plaza, Suite B200
      Flowood, MS  39208
      Phone: (601) 936-9745
      Fax (601) 936-9701

310:  Terry Bolin
      AIG Specialty Auto Claims
      2201 E Camelback Road, Suite 400-B
      Phoenix, AZ  85016
      Phone: (602) 508-5901
      Fax (800) 268-0979

380:  Lee Money
      AIG Specialty Auto Claims
      Steeplechase Place
      9410 Bunsen Parkway, Suite 350
      Louisville, KY  40220
      Phone: (502) 493-5101
      Fax (502) 493-8920

468:  Rod Keefe
      AIG Specialty Auto Claims
      3920 FM 1960 W., Suite 200
      Houston, TX  77068
      Phone: (281) 895-5605
      Fax (800) 786-8528

472   Terry Barclay
      AIG Specialty Auto Claims
      445 Electronics Parkway
      Building Two, Room Two
      Liverpool, NY 13088
      Phone: (315) 453-9828
      Fax (315) 453-8004

491   Ken Sadberry
      AIG Specialty Auto Claims
      4127 Lomac Street
      Montgomery, AL 36117
      Phone: (334) 277-6755
      Fax (334) 409-9442

610   Ken Bohn
      AIG Specialty Auto Claims
      Westpointe Corporate Center One
      1550 Coraopolis Heights Road, #330
      Moon Township, PA 15108
      Phone: (412) 507-3332
      Fax (888) 315-3320

620   Trey Buchanan
      AIG Specialty Auto Claims
      404 BNA Drive, Suite 407
      Nashville, TN  37227
      Phone: (615) 366-3441
      Fax (615) 361-0287

623   Brian Schissel (Opening 5/1/00)
      AIG Specialty Auto Claims
      Holmes Corporate Center
      1001 East 101 Terrace, 2nd Floor
      Kansas City, MO 64131
      Phone: Not available yet

EXHIBIT 11 PAGE 47

AHAC  200036

Ivey v. Amer. Home Assur. Co.

## AIG Specialty Auto Underwriting Service Centers

A:    Alicia Pitts
    Underwriting
    AIG Specialty Auto
    4501 Northpoint Parkway, Suite 400
    Alpharetta, GA 30022
    Phone: (770) 753-8589

B:    Gary Sheriff
    Underwriting
    AIG Specialty Auto
    2201 E. Camelback, Suite 400B
    Phoenix, AZ 85016
    Phone: (602) 508-5801

C:    Tris Schmitt
    Underwriting
    AIG Specialty Auto
    1550 Coraopolis Heights Road, Suite 330
    Moon Township, PA 15108
    Phone: (412) 507-3312

EXHIBIT IL PAGE 48

AHAC   200037

Ivey v. Amer. Home Assur. Co.

Personal Auto – Roberts Plan

Handled by Material Damage Adjustment Co
Complaints for MDA offices should be referred to Marion Del Deo, AIG Mass Marketing 302-761-3491 or 1-800-327-3000.

NEW YORK/Pennsylvania

MDA, P. O Box 14000, New Brunswick, NJ 08906
Toll Free# 888-805-3598

Nancy Isserlis, Esq
Isserlis & Sullivan
999 Stewart Ave.
Bethpage, NY 11714
(516) 349-0111
in-house counsel

**Policy Prefixes:**
00AH Plus 6 digits           PA 1000 Plus 4 digits
ACB - Business Auto          ACL-Motorcycles
ACT - Truckers               ACS-Service
PA1 - Texas Take out Plan    ACD-Dealers
RWH

Liz Fraser, manager
MDA service center
999 Stewart Ave
Bethpage, NY 11714
(516) 393-6651

**Policy Prefixes and Company written with:**
PA Pooled CAP Admin. -New Hampshire Ins. CO:
  PB- Business Auto
  PD - Garage Dealers
  PS - Garage Service
  PT - Truckers
Number series start with 220 plus 4 more digits. For example, PB 2201111.

PA- CLAD (Commercial): American Home Assurance CO:
  PCB Business Auto
  PCT - Truckers
PA & DE LAD (Private Pass): American International Ins. CO:
  Q- Personal Auto
  RPH - Personal Auto
ME & VT LAD: American International Underwriters
  RMH - Personal Auto
CNA TPA: Various States
  RSH - Personal Auto
  CAN – Business Auto
Chubb TPA   RBH- Personal Auto

MDA will handle losses for policyholder's that live in NY - not accident driven. All policies start with 88 or 89.

MAINE AND VERMONT

RMH: Boston office handles for *insureds* in Vermont and Maine.

EXHIBIT 11 PAGE 49

AHAC   200038
Ivey v. Amer. Home Assur. Co.

Accounts Handled by *Overland Park, KS* Office on a Nationwide Basis:

| | |
|---|---|
| AMR Services | Hillenbrand/Hill-Rom |
| AMR Corporation | Johns Manville (Roofing Claims Only) |
| Applebee's (Non-Franchise Business) | Lone Star Technologies |
| Boasso America | O K Industries |
| Cassens Transport | Patriot American/Trammel Crow |
| Cinemark Theatre | Payless ShoeSource |
| Dal Tile | Pool Energy |
| First Investors | Redman Industries |
| Southwest Coca Cola Bottling Company | Star VIP |
| Coca Cola Bottling of Southwest | Strates Enterprises |
| Dealers Electrical | Weatherford/EVI Weatherford)-GL only |
| Discovery Zone(decentralized- see SAI's) | Southern Disposal |
| Metals USA, Inc. | Reliant Building Products |
| Redman Pipe & Supply | ITEQ Storage Systems |
| 4 Way Express | Aerostaff |
| Science Applications(GL claims only) | J. L. Davis |

Adams Resources & Energy Inc(Service Transport Co; GulfMark Energy Inc
Adams Resources Exploration and ADA Resources)

Ryder Public Transportation (Overland Park handles RSTS and Des Moines handles ATE and MLS divisions)

| | |
|---|---|
| MI Drilling | Trans-States Lines |

Toxic Tort Claims Over a Period of Time:
* If has a SIR, we handle. The policy file is handled in the Home Office.
* If does not have a SIR, file is handled in the Home Office.
* AIGRM - DIVISION 55- these are all handled in the Home Office.
* Arizona office also handles some Toxic Tort Claims.

EXHIBIT 11 PAGE 50



AHAC    200039

Ivey v. Amer. Home Assur. Co.