LAW OFFICES
PHILLIP PAUL WEIDNER AND ASSOCIATES
A PROFESSIONAL CORPORATION
330 L STREET, SUITE 200
ANCHORAGE, ALASKA 99501

E-Mail:
phillipweidner@weidner-justice.com

907/276-1200
FAX 907/278-6571

May 26, 2006

Andrew Guidi
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 W. 3rd Ave., Suite 400
Anchorage, Alaska 99501

*Via Facsimile to 277-1331
and Via U.S. Mail*

Re:   <u>TJ Ivey, et al. v. American Home Assurance Company</u>, Case No. A03-0202 CV

Dear Mr. Guidi:

I notice that you have finally complied in large part with plaintiffs' Third Discovery Requests four months late, in American Home Assurance Company's Second Supplemental Discovery Response to Plaintiffs' Third Discovery Requests, which were mailed to plaintiffs' counsel May 18, 2006, following your non-responsive initial "response" and supplemental "response." I do note, however, that certain redactions on AHAC 200001 and AHAC 200002 should be answered. There is no explanation for the redactions.

I am concerned with the non-responsive answers to plaintiffs' Fourth Discovery Requests, also mailed May 18, 2006, which appear to follow the pattern of initial evasion in violation of the discovery rules. It is simply ridiculous to assert, for example, that an insurance company's own internal underwriting/claims documents defining terms placed into the insurer's policies are irrelevant because the documents alleged do not control a court's interpretation. See response to Request for Production No. 2. That is a bad faith nonsensical contention and is contrary to Alaska law. Of course, it is a factor that may be considered by the court. Your evasion suggests that information is being withheld that could be relevant to the court's decision on your motion for summary judgment. Your evasive non-response to plaintiffs' Fourth Discovery Requests, mailed on May 18, 2006 before the court's decision on May 19, 2006, suggests that you were seeking to delay producing relevant information in the hope that the court would rule in your favor before evidence favorable to the plaintiffs was revealed to the plaintiffs.

Please immediately produce all the withheld evidence.

Sincerely yours,
WEIDNER & ASSOCIATES, INC.
*A Professional Corporation*

Michael Cohn
Attorney at Law

MC/ngb

EXHIBIT B PAGE 1