Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,  )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>AMERICAN HOME ASSURANCE COMPANY,  )<br>)<br>Defendant.  )<br>_____) | Case No. 3:03-cv-0202-TMB |

**PROPOSED ORDER**

The court having considered plaintiff's Motion to Compel and to vacate the orders on summary judgment and for dismissal as a sanction for willful bad faith non-compliance with discovery,

IT IS HEREBY ORDERED that:

1.  Defendant shall respond to plaintiffs' Fourth Discovery Requests within ____ _____ days.

2.  Defendant shall provide unredacted versions of AHAC 200001 and AHAC 200002.

      3.      The court shall vacate the order granting summary judgment and order dismissing the claim for noncompliance with discovery. Plaintiffs shall have an additional 60 days to respond to the Motion for Summary Judgment upon receipt of the requested discovery.

DATED: _____

                      Timothy M. Burgess
                      United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2006, a copy of the foregoing Proposed Order was served electronically on: Andrew Guidi.

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571