| Miscellaneous Business | Office Handling |
|---|---|
| Puerto Rico Claims | Unarco Adjustment Company (UAC is part of AIU)<br>250 Munoz Rivera, 5th Floor, Hato Rey, P.R. 00918<br>Attn: Ivan Otero (Mgr. for Property and Auto)<br>Tel: 787-767-5093 or fax 787-767-6721 |
| Reinspection Specialist Directory | The attached ICON provides an updated list for our reference.<br><br>[icon: Reinspection Specialist Direct...] |
| Rentokil Holding | Handled by Travelers. The contact person is Alyssa Mitchell 1-800-238-6208 or fax 972-866-4800. Kris Weeden is a contact in the GA office. 770-521-3422. |
| Republic Industries | Pursuant to discussion with David Lynch, Risk Manager for Spirit Rent A Car DBA Car Temps and various fleets registered as Snappy Car Rental, Snappy Funding, L.P., and Alamo/National Car Rental, 29100 Aurora Road, Suite 400, Solon, OH 44139.<br>1-440-715-3372 Fax 440-715-1110. |

Republic Industries owns 24 Auto National USA Mega Stores. It has approximately a total of 35,000 cars throughout the various fleets mentioned. If we receive a call from a claimant wanting to report a claim under Republic's policy number and/or reporting under one of the aforementioned Car Rental Companies, then we should ask the following questions:
1. Which Car Rental Company is involved?
2. Which Car Rental Company did you rent from?
2. Who is vehicle registered to?

*If it is determined Spirit Rent A Car DBA Car Temps, Snappy Car Rental, Snappy Funding, L.P. is involved, refer claimant to:*
David Lynch at 440-715-3372 or fax # 440-715-1160. In addition, if Car Temps were involved, another contact person would be Chat Bennett at 1-800-727-2828.

*If it is determined National Car Rental is involved, refer claimant to:*
1-800-727-2777 or ask for Mike Bishop *if necessary*. Their claims are administered in Minnesota.

*If it is determined Alamo Rent A Car is involved, refer claimant to:*
1-800-452-5038 or ask for Clark Dubin, Liability Director for Alamo 1-800-727-2063. Their claims are administered in Florida. In addition, another contact would be Chris Senior at 1-800-452-5038 x 2984. Chris apparently sets up new losses for Alamo.

Page 27

EXHIBIT 11 PAGE 41
AHAC   200030
Ivey v. Amer. Home Assur. Co.

| Miscellaneous Business | Office Handling |
|---|---|
| SBC Communications | Helmsman Management Services handles. Contact is Ken Baggett 2100 Walnut Hill Road, Suite 1000, Irving, TX 75038 Tel: 800-443-2692. |
| Silver Plume | Please note that Silver Plume is now available on the Intranet. If you open your Internet Explorer, click on Business Center, then click on AIG Corporate Applications, then click on Silver Plume. Click on Logon. A logon screen will appear. In the first box type CUST1. In the second box type PASS. In the third box type your mainframe ID (i.e. AAWUXXX, AFWUXXX). In the fourth box type PASS again (do not put your mainframe password). Click the submit button and you should be in. The LAN based Silver Plume will be eventually phased out, so we need to start using the Intranet based version. For those who have never used Silver Plume, it is a system that provides online reference material such as NCCI manuals, ISO manuals, forms, rules, etc., Zip Code directory, and a whole lot of other material. If you have any questions, you can call Debby McPherson 214-932-2089 or your specific training representative. |
| Snappy Rent A Car | See Republic Industries |
| Sodexho Marriott | Crawford and Company handles. Contact person is Shannon Shea @ 703-277-3263 at Crawford. Oklahoma office handles claims in Oklahoma Liability Supervisor is Mr. Berlien Fax # 405-843-6835 |
| Spirit Rent A Car | See Republic Industries |
| Superior Services | Crawford & Company, 1210 Riverbend Drive, #100, Dallas, TX 75247. Attn. Sean McDaniel 214-631-7560. |
| Travel Accident Claims | The Houston, TX claims office would handle. The person to contact is Claudine McKay. 713-267-2521. Fax # 713-953-7506. |

EXHIBIT 11 PAGE 42
AHAC   200031
Ivey v. Amer. Home Assur. Co.

| Miscellaneous Business | Office Handling |
|---|---|
| Workers Compensation Claims | As of 2/14/00 Southern NJ WC claims will be handled out of the Parsippany WC office. |
| W.C. Excess Claims | These are handled our of our Parsippany, NJ office. Call 973-402-2931 to find out which adjuster would handle. Fax 973-402-2955. |
| Wal-Mart WC Unit | Has moved to Carrolton, TX. New address: P.O. Box 115114, Carrollton, TX 75011 Telephone # 972-389-6600 or 1-800-599-9906. Fax 972-389-6699(8) |
| Warranty Claims | This division is now located at 175 Water St., NY. David Baines is the Manager. 212-458-3523. |
| York Claims Service | The attached document describes AIGCS' role and responsibility on claims handled by York Claim Service, which exceed $150,000 in total incurred. Please review so claims are routed accordingly. Tel 212-732-0505 Fax # 212-732-1789. Attn. Claims Dept.  York Claims Oversight.doc |
| Y2K Claims Referral Guidelines | Please read. The following Icon outlines the protocols for handling Y2K related claims.  Y2K 8.99.doc |

EXHIBIT 11 PAGE 43

AHAC   200032
Ivey v. Amer. Home Assur. Co..

Personal Lines (Mass Marketing)   Mass Marketing*

*The Wilmington Delaware office moved to Chadds Ford, PA. PO Box 2006, Chadds Ford, PA. 19317 610-558-8022 or 1-800-562-2208 Fax 610-558-8029
The States they <u>do not</u> handle are NE., WI., North & South Dakota, and IA. The phone # to these States is 1-800-237-1919. The exception to the above is that the insured must live in one of these States & the accident must happen in one of these States.

> Attn: Chuck Hall 1-800-562-2208
> Reporting New Claims: Customer Service 1-800-433-8880
> Personal Auto Sales: 1-800-807-9458
> Homeowner Policy Sales: 800-422-8830
> Personal Health Policies for Foreign Visitors: 1-800-344-9540
> Attn: Ramish Patel or 215-742-7888 (Black Fox International Agency)
> Other types of policies for Foreign Visitors:
> Attn: Chuck Hall 1-800-562-2208
>
> Policy numbers are 7 numeric digits (no prefix) and generally start with # 1, 4, 5 or 8. In addition, some policy numbers begin with 101, 102, 107, 810, 811, 812. Claim numbers start with the year in which loss occurred. For example, 97, 98 etc. Their coverage is not on LMS and it is a personal line policy. Handling office based on loss location.
>
> AIG Companies that writes this business is:
> AIU Insurance Co.,
> Insurance Company of State of PA
> AIIC-American International Insurance Company
> American Home
> American Fidelity
> AI South (American Global)
> Granite State
> Illinois National
> National Union
> AIG Hawaii
> MIC- Minnesota Insurance Company
>
> However, there are two companies that Mass Marketing alone uses. They are American International Insurance Co of New Jersey and American International Insurance Co. of California

EXHIBIT 11 PAGE 44
AHAC   200033
Ivey v. Amer. Home Assur. Co.

## Personal Lines - AIG Specialty Auto

AIG Specialty Auto **only** writes Private Passenger Automobile (personal lines).

### How to Identify:

Policy Prefixes: AIG or AIN (followed by a 7-digit number)

Claims Prefixes: 142, 195, 305, 310, 380, 468, 472, 491, 610, 620, 623, AL, AX, BA, CE, EM, KD, KJ, NG, SG, SL, TG

A list of what companies we use in each state is on the following page.

### Please Send:

Complaints, summons, hearings, etc. (all states) to:
  ~~Nan Myers~~ Mary Pat NorFleet / tel: (770) 753-8533
  State Relations
  AIG Specialty Auto
  4501 Northpoint Parkway, Suite 500    fax (770) 753-8507
  Alpharetta, GA 30022
  Phone - (770) 753-8505
  FAX - (770) 753-8507

**Underwriting** materials (including policy verifications) to the Underwriting service center assigned to that state and **Claims** materials to the person indicated for the Claims service center assigned to that state could also be found on the following page.

### Key to Companies:
AIGN - AIG National Insurance Company, Inc.
AIPIC - American International Pacific Insurance Company
AISIC - American International South Insurance Company
GSIC - Granite State Insurance Company
INIC - Illinois National Insurance Co.
NHI - New Hampshire Indemnity Company, Inc.
OA - Old American County Mutual Fire Insurance Company (not an AIG Company)

EXHIBIT 11 PAGE 45

AHAC   200034

## AIG Specialty Auto

| State | Clms Office / INIC | UW Office / NHI | AIGN / OA | AIPIC | AISIC | GSIC |
|---|---|---|---|---|---|---|
| Alabama | 491 / Prime Non-Standard | A / Select | | | | |
| Arizona | 310 / Select | B | Preferred | | Non-Standard | Value |
| Arkansas | 305-until 5/1/00 623-after 5/1/00 | | A | | | Prime Non-Standard |
| California | 310 | B | | | | Prime |
| Colorado | 468 / Non-Standard | B | | | Select | |
| Connecticut | 195 / Select | A | | Non-Standard | | |
| Florida | 142 / Prime Non-Standard | A / Select Specialty | Preferred | | | Value |
| Georgia | 142 / Prime Non-Standard | A | | | Non-Standard | |
| Illinois | 380 | A | | | Select | Non-Standard |
| Indiana | 380 / Prime Non-Standard | A / Select | Preferred | | | Value |
| Kentucky | 380 / Non-Standard | A | | | Select | Value |
| Louisiana | 305 / Non-Standard | A | Preferred | | Select | |
| Maine | 195 | A | | Select | | |
| Minnesota | 380 | A | | | | Select |
| Mississippi | 305 | A | | Select | | Value |
| Missouri | 380-until 5/1/00 623-after 5/1/00 | | A | | | Select |
| Nevada | 310 / Metro | B | | | Value | |
| New York | 472 | C | | | | Granite State |
| Ohio | 380 / Prime Non-Standard | A | | | Select | |
| Oregon | 310 / Non-Standard | B | | | Select | |
| Pennsylvania | 610 | C | | | | Metro |
| Rhode Island | 195 / Non-Standard | C | | Select | | |
| South Carolina | 142 | A | | | Select | |
| Tennessee | 620 / Metro | A | | | Select | Non-Standard |
| Texas | 468 | B | | | | |
| Utah | 310 | B | | Select | | |
| Vermont | 195 / Non-Standard | C / Select | | | | |
| Virginia | 380 | A | Preferred | | | |
| Washington | 310 / Non-Standard | B / Select | | | | |
| Wisconsin | 380 / Prime Non-Standard | A | | | Select | |

EXHIBIT 11 PAGE 46

AHAC 200035

Ivey v. Amer. Home Assur. Co.

AIG Specialty Auto Claims Service Centers

**142:** Steve Barnes
AIG Specialty Auto Claims
4501 Northpoint Parkway, Suite 400
Alpharetta, GA 30022
Phone: (770) 753-8435
Fax (770) 753-8694

**195:** Curt Edgar
AIG Specialty Auto Claims
74 Scott Swamp Road
Farmington, CT 06032
Phone: (860) 679-6921
Fax (860) 676-0681

**305:** Larry Tolbert
AIG Specialty Auto Claims
1080 River Oaks Plaza, Suite B200
Flowood, MS 39208
Phone: (601) 936-9745
Fax (601) 936-9701

**310:** Terry Bolin
AIG Specialty Auto Claims
2201 E Camelback Road, Suite 400-B
Phoenix, AZ 85016
Phone: (602) 508-5901
Fax (800) 268-0979

**380:** Lee Money
AIG Specialty Auto Claims
Steeplechase Place
9410 Bunsen Parkway, Suite 350
Louisville, KY 40220
Phone: (502) 493-5101
Fax (502) 493-8920

**468:** Rod Keefe
AIG Specialty Auto Claims
3920 FM 1960 W., Suite 200
Houston, TX 77068
Phone: (281) 895-5605
Fax (800) 786-8528

**472** Terry Barclay
AIG Specialty Auto Claims
445 Electronics Parkway
Building Two, Room Two
Liverpool, NY 13088
Phone: (315) 453-9828
Fax (315) 453-8004

**491** Ken Sadberry
AIG Specialty Auto Claims
4127 Lomac Street
Montgomery, AL 36117
Phone: (334) 277-6755
Fax (334) 409-9442

**610** Ken Bohn
AIG Specialty Auto Claims
Westpointe Corporate Center One
1550 Coraopolis Heights Road, #330
Moon Township, PA 15108
Phone: (412) 507-3332
Fax (888) 315-3320

**620** Trey Buchanan
AIG Specialty Auto Claims
404 BNA Drive, Suite 407
Nashville, TN 37227
Phone: (615) 366-3441
Fax (615) 361-0287

**623** Brian Schissel (Opening 5/1/00)
AIG Specialty Auto Claims
Holmes Corporate Center
1001 East 101 Terrace, 2nd Floor
Kansas City, MO 64131
Phone: Not available yet

EXHIBIT 11 PAGE 47

AHAC 200036
Ivey v. Amer. Home Assur. Co.

## AIG Specialty Auto Underwriting Service Centers

**A:** Alicia Pitts
Underwriting
AIG Specialty Auto
4501 Northpoint Parkway, Suite 400
Alpharetta, GA  30022
Phone: (770) 753-8589

**B:** Gary Sheriff
Underwriting
AIG Specialty Auto
2201 E. Camelback, Suite 400B
Phoenix, AZ 85016
Phone:  (602) 508-5801

**C:** Tris Schmitt
Underwriting
AIG Specialty Auto
1550 Coraopolis Heights Road, Suite 330
Moon Township, PA 15108
Phone:  (412) 507-3312

EXHIBIT IL PAGE 48

AHAC   200037
Ivey v. Amer. Home Assur. Co.

| | |
|---|---|
| Personal Auto – Roberts Plan | Handled by Material Damage Adjustment Co<br>Complaints for MDA offices should be referred to Marion Del Deo, AIG Mass Marketing 302-761-3491 or 1-800-327-3000. |
| NEW YORK/Pennsylvania<br><br>*Nancy Isserlis, Esq*<br>*Isserlis & Sullivan*<br>*999 Stewart Ave.*<br>*Bethpage, NY 11714*<br>*(516) 349-0111*<br>*in-house counsel*<br><br>*Liz Fraser, manager*<br>*MDA service center*<br>*999 Stewart Ave*<br>*Bethpage, NY 11714*<br>*(516) 393-6651* | MDA, P. O Box 14000, New Brunswick, NJ 08906<br>Toll Free# 888-805-3598<br><br>**Policy Prefixes:**<br>00AH Plus 6 digits         PA 1000 Plus 4 digits<br>ACB - Business Auto        ACL-Motorcycles<br>ACT - Truckers             ACS-Service<br>PA1 - Texas Take out Plan  ACD-Dealers<br>RWH<br><br>**Policy Prefixes and Company written with:**<br>PA Pooled CAP Admin. -New Hampshire Ins. CO:<br>     PB- Business Auto<br>     PD - Garage Dealers<br>     PS - Garage Service<br>     PT - Truckers<br>Number series start with 220 plus 4 more digits. For example, PB 2201111.<br><br>PA- CLAD (Commercial): American Home Assurance CO:<br>     PCB Business Auto<br>     PCT - Truckers<br>PA & DE LAD (Private Pass): American International Ins. CO:<br>     Q- Personal Auto<br>     RPH - Personal Auto<br>ME & VT LAD: American International Underwriters<br>     RMH - Personal Auto<br>CNA TPA: Various States<br>     RSH - Personal Auto<br>     CAN – Business Auto<br>Chubb TPA    RBH- Personal Auto<br><br>MDA will handle losses for policyholder's that live in NY - not accident driven. All policies start with 88 or 89. |
| MAINE AND VERMONT | RMH: Boston office handles for *insureds* in Vermont and Maine. |

EXHIBIT 11 PAGE 49

AHAC 200038

Page 35

Ivey v. Amer. Home Assur. Co.

Accounts Handled by *Overland Park, KS* Office on a Nationwide Basis:

| | |
|---|---|
| AMR Services | Hillenbrand/Hill-Rom |
| AMR Corporation | Johns Manville (Roofing Claims Only) |
| Applebee's (Non-Franchise Business) | Lone Star Technologies |
| Boasso America | O K Industries |
| Cassens Transport | Patriot American/Trammel Crow |
| Cinemark Theatre | Payless ShoeSource |
| Dal Tile | Pool Energy |
| First Investors | Redman Industries |
| Southwest Coca Cola Bottling Company | Star VIP |
| Coca Cola Bottling of Southwest | Strates Enterprises |
| Dealers Electrical | Weatherford/EVI Weatherford)-GL only |
| Discovery Zone(decentralized- see SAI's) | Southern Disposal |
| Metals USA, Inc. | Reliant Building Products |
| Redman Pipe & Supply | ITEQ Storage Systems |
| 4 Way Express | Aerostaff |
| Science Applications(GL claims only) | J. L. Davis |

Adams Resources & Energy Inc(Service Transport Co; GulfMark Energy Inc
Adams Resources Exploration and ADA Resources)

Ryder Public Transportation (Overland Park handles RSTS and Des Moines handles ATE and MLS divisions)

MI Drilling                                             Trans-States Lines


Toxic Tort Claims Over a Period of Time:
* If has a SIR, we handle. The policy file is handled in the Home Office.
* If does not have a SIR, file is handled in the Home Office.
* AIGRM - DIVISION 55- these are all handled in the Home Office.
* Arizona office also handles some Toxic Tort Claims.

EXHIBIT 11 PAGE 50



AHAC    200039

Ivey v. Amer. Home Assur. Co.