Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN, )<br>)<br>Plaintiffs,         )<br>)<br>vs.                        )<br>)<br>AMERICAN HOME ASSURANCE )<br>COMPANY,              )<br>)<br>Defendant.        )<br>_____ ) | Case No. 3:03-cv-0202-TMB |

**AFFIDAVIT OF MICHAEL COHN IN SUPPORT OF
PLAINTIFFS' MOTION FOR RELIEF UNDER FED. R. CIV. PROC. 37**

STATE OF ALASKA                )
                                              )  ss.
THIRD JUDICIAL DISTRICT  )

MICHAEL COHN, being first duly sworn under oath, deposes and states as follows:

1. I am an attorney licensed to practice law in the state of Alaska, and an associate attorney with the law firm of Phillip Paul Weidner & Associates, counsel of record for plaintiffs in the instant matter.

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

2.  Attached to the *Plaintiffs' Motion for Relief Under Fed. R. Civ. Pro. 37* as Exhibit 10 is a true and correct copy of American Home Assurance Company's Responses to Plaintiff's Fourth Discovery Requests.

3.  Attached to the *Plaintiffs' Motion for Relief Under Fed. R. Civ. Pro. 37* as Exhibit 11 is a true and correct copy of American Home Assurance Company's Second Supplemental Discovery Response to Plaintiffs' Third Discovery Request.

4.  Attached to the *Plaintiffs' Motion for Relief Under Fed. R. Civ. Pro. 37* as Exhibit 13 is a letter that I sent to defense counsel on May 26, 2006.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 2nd day of June, 2006.

s/ Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: jgreene@weidner-justice.com
ABA 7305032

SUBSCRIBED AND SWORN TO before me, the undersigned, a Notary Public in and for the State of Alaska, this 5th day of June, 2006.

Notary Public for Alaska
My Commission Expires: _____

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2006, a copy of the foregoing **Affidavit of Michael Cohn in Support of Plaintiffs' Motion for Relief Under Fed. R. Civ. Proc. 37** was served electronically on:  Andrew Guidi.

s/ Phillip Paul Weidner

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571