UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

T.J. IVEY *ET AL*   v.   AMERICAN HOME ASSURANCE CO.

HONORABLE TIMOTHY M. BURGESS

DATE: June 5, 2006                                                                  CASE NO. 3:03-cv-00202-TMB

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **Re: Motions at Dockets 51, 53, 56 and 63.**

At dockets 49 and 54 Plaintiffs filed identical motions styled as a motion under FED. R. CIV. P. 59(a), 60(b)(1) and (6), and 83 as to the final judgment entered by the Court at docket 48. At dockets 53 and 56 Plaintiffs have moved for leave to file over length briefs at dockets 49 and 54.  At docket 51 Plaintiffs have filed a request for oral argument on the motion at docket 49.  At docket 63 Plaintiffs have file a motion styled as a motion under FED. R. CIV. P. 59(e), which motion raises the identical issues as the motions at dockets 49 and 54.

D.AK. LR 59.1 applies solely to motions for reconsideration not governed by FED. R. CIV. P. 59 or 60.  As a final judgment has been entered in this case, Local Rule 59.1 is inapplicable; the length of the briefs is governed by D. AK. LR 10.1(l).

IT IS HEREBY ORDERED THAT the motions at dockets 51, 53 and 56 are DENIED, as moot.

IT IS FURTHER ORDERED THAT Plaintiffs must, within five days of the entry of this Minute Order, serve and file a supplement to the motion at docket 63, not to exceed three pages, specifying the grounds under which Plaintiff seeks reconsideration under FED. R. CIV .P. 59(a) with citation to the authority that permits this Court to grant the requested relief under the specified ground.  Plaintiffs **may not** file any further motions or requests, directly or indirectly, related to the motion at docket 63 without leave of court.

IT IS FURTHER ORDERED THAT Defendant's time to file an opposition to Plaintiffs' motion will start at the time that Plaintiffs serve and file the supplemental brief.