## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

T.J. IVEY *ET AL*   v.   AMERICAN HOME ASSURANCE CO.

HONORABLE TIMOTHY M. BURGESS

DATE: June 6, 2006                                                        CASE NO. 3:03-cv-00202-TMB

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS**
                 **Re: Motions at Dockets 62 and 64.**

At dockets 62 and 64 Plaintiffs have filed motions to compel defendant to comply with discovery requests and other relief under FED. R. CIV. P. 37. The Court has heretofore entered its final judgment at docket 48 and Plaintiffs have moved for a new trial under FED. R. CIV. P. 59 at docket 63, which motion is pending.

IT IS HEREBY ORDERED THAT the motions at dockets 62 and 64 are STRICKEN, without prejudice to renewal in the event that the Court grants Plaintiffs pending motion for a new trial under Rule 59 at docket 63..