Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN, ) ) ) | |
| Plaintiffs, ) ) | Case No. 3:03-cv-0202-TMB |
| vs. ) ) | |
| AMERICAN HOME ASSURANCE COMPANY, ) ) ) | |
| Defendant. ) ) | |

**PLAINTIFFS' NOTICE OF FILING OBJECTION TO DEFENDANT'S BILL OF COSTS**

COME NOW the Plaintiffs, by and through counsel, and hereby give notice of filing herewith, an objection to the Defendant's Bill of Costs, filed on May 30, 2006.

RESPECTFULLY SUBMITTED this 9th day of June, 2006.

WEIDNER & ASSOCIATES, INC.
Attorneys for Plaintiffs

s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: jgreene@weidner-justice.com
ABA 7305032

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, a copy of the foregoing Notice of Filing Objection to Bill of Costs was served electronically on:  Andrew Guidi.

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571