Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN, ) ) ) Plaintiffs, ) ) vs. ) ) AMERICAN HOME ASSURANCE ) COMPANY, ) ) Defendant. ) ) | Case No. 3:03-cv-0202-TMB |

**PLAINTIFFS' OBJECTION TO DEFENDANT'S BILL OF COSTS**

COME NOW the Plaintiffs, by and through counsel, and hereby object to defendant's Bill of Costs, filed on May 30, 2006.  Plaintiffs object on the basis that the Bill of Costs is not in compliance with Local Rule 54.1.  The Bill of Costs is vague, and lacks supporting documentation such as photocopies of the invoices, proof of payment and other appropriate verification as may be submitted.  The costs are so vague that the appropriateness of the costs cannot be assessed from the documents submitted.   Furthermore, the defendants have caused excessive and unnecessary fees to be incurred in the litigation, which should be denied by this court.

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571

RESPECTFULLY SUBMITTED this 9th day of June, 2006.

           WEIDNER & ASSOCIATES, INC.
           Attorneys for Plaintiffs

           s/ Phillip Paul Weidner
           WEIDNER & ASSOCIATES, INC.
           330 L Street, Suite 200
           Anchorage, AK  99501
           Phone (907) 276-1200
           Fax (907) 278-6571
           E-mail: jgreene@weidner-justice.com
           ABA 7305032

CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, a copy of the foregoing Objection to Bill of Costs was served electronically on:  Andrew Guidi.


s/ Phillip Paul Weidner