Phillip Paul Weidner
ABA No. 7305032
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, Alaska  99501
907-276-1200
907-278-6571 fax

Attorneys for Plaintiffs/Appellants

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>    Appellants,<br><br>    vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>    Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)No._____<br>)Case No. 3:03-cv-0202-TMB<br>)<br>)<br>) |

On Appeal from the United States District Court
for the District of Alaska

NOTICE OF APPEAL

Notice is hereby given that TJ IVEY, RENEE M. CROUSE, BRIAN J.CROUSE, and JESSICA LYNN SKEEN, Plaintiffs in the United States District Court, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment in a Civil Case [Exhibit A herewith; Docket Nos. 47 and 48] signed by the Honorable Timothy Burgess, United States District Court Judge,

in the United States District Court for the District of Alaska on May 19, 2005.

This action is entered on the 19th day of June, 2006, and is timely pursuant to the provisions of Federal Rule of Appellate Procedure 4(a)(1).

RESPECTFULLY SUBMITTED this 19th day of June, 2005.

> WEIDNER & ASSOCIATES, INC.
> A Professional Corporation
> Attorneys for Plaintiff/Appellant
>
> By:_____
>    Phillip Paul Weidner
>    ABA No. 7305032

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, a copy of the foregoing **NOTICE OF APPEAL** was served electronically on: Andrew Guidi.

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200  Fax (907) 278-6571