IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>    Plaintiffs,<br>vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:03-cv-0202-TMB<br><br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

  ___  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  _X_  **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED.**

APPROVED:

/s/ Timothy M. Burgess
**TIMOTHY M. BURGESS**
United States District Judge

May 19, 2006
Date

IDA ROMACK
Clerk

Patricia Demeter
(By) Deputy Clerk

C:\Documents and Settings\patty\Local Settings\Temp\notesF8C1A4\Ivey jdgmt.frm

Exhibit B