Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN, ) ) ) Plaintiffs, ) ) vs. ) ) AMERICAN HOME ASSURANCE ) COMPANY, ) ) Defendant. ) ) | Case No. 3:03-cv-0202-TMB |

**NOTICE**

Pursuant to the court's Notice of June 19, 2006, concerning an error as to the Notice of Appeal filed by the plaintiffs on June 19, 2006, please take notice that, as requested by the court, the signature block on said Notice of Appeal has been corrected, and the last page of said Notice of Appeal is attached hereto.

//

//

//

//

//

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fax (907) 278-6571

RESPECTFULLY SUBMITTED this 20th day of June, 2006.

>WEIDNER & ASSOCIATES, INC.
>Attorneys for Plaintiffs
>
>s/ Phillip Paul Weidner
>WEIDNER & ASSOCIATES, INC.
>330 L Street, Suite 200
>Anchorage, AK  99501
>Phone (907) 276-1200
>Fax (907) 278-6571
>E-mail: jgreene@weidner-justice.com
>ABA 7305032

CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2006, a copy of the foregoing **NOTICE** was served electronically on:  Andrew Guidi.

s/ Phillip Paul Weidner