in the United States District Court for the District of Alaska on May 19, 2005.

This action is entered on the 19th day of June, 2006, and is timely pursuant to the provisions of Federal Rule of Appellate Procedure 4(a)(1).

RESPECTFULLY SUBMITTED this 19th day of June, 2006.

WEIDNER & ASSOCIATES, INC.
Attorneys for Plaintiffs

s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: jgreene@weidner-justice.com
ABA 7305032

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006, a copy of the foregoing **NOTICE OF APPEAL** was served electronically on:  Andrew Guidi.

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571