Phillip Paul Weidner
Weidner & Associates, Inc.
330 L Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>          Plaintiffs,<br><br>     vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>          Defendant. | Case No. 3:03-cv-0202-TMB |

**PROPOSED ORDER**

The court hereby accepts the supplemental pleading filed by plaintiffs and will consider the additional legal authority of <u>Brannon v. Continental Casualty Co.</u>, ___ P.3d ___ (Opinion No. 6016 – June 9, 2006).

DATED: _____

                                                  _____
                                                  Timothy M. Burgess
                                                  United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2006, a copy of the foregoing **PROPOSED ORDER** was served electronically on:  Andrew Guidi.

s/ Phillip Paul Weidner

Proposed Order - Page 1