Andrew Guidi
ag@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
  (907) 279-3581
  (907) 277-1331 fax
*Attorneys for Defendant*
*AMERICAN HOME ASSURANCE COMPANY*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. A03-0202-CV (TMB) |

### (PROPOSED) ORDER DENYING MOTION FOR RECONSIDERATION

Defendant American Home Assurance Company, having opposed plaintiffs' motion for reconsideration, and the Court, having considered the briefs, exhibits and arguments of the parties,

IT IS HEREBY ORDERED that plaintiffs' Motion for Reconsideration is DENIED.

ENTERED at Anchorage, Alaska this \_\_\_\_ day of _____, 2006.

_____
Honorable Timothy M. Burgess
United States District Court Judge

**Certificate of Service**

I hereby certify that on the 30th day of June, 2006, a copy of **(Proposed) Order Denying Motion for Reconsideration** was served electronically on:

Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L. Street, Suite 200
Anchorage, AK 99501


s/Andrew Guidi (118833)