UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: <u>Ivey, et al. v. American Home Assurance Co.</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>Timothy M. Burgess 3:03-cv-00202-TMB</u>
Date Complaint/Indictment/Petition Filed: <u>9/03/2003</u>
Date Appealed Order/Judgment *entered*: <u>5/22/2006</u>
Date NOA *filed*: <u>6/19/2006</u>
COA Status (check one):
__granted in full (attach order)       __denied in full (send record)
__granted in part (send record)        __pending

Court Reporter(s) Name and Phone Number: <u>Patty Demeter 907-677-6144</u>

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __          Date Docket Fee billed: __
Date FP granted: __                Date FP denied: __
Is FP pending? <u>No</u> yes/no    Was FP Limited/Revoked?
US Government Appeal? <u>No</u> yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Phillip Paul Weidner | Andrew Guidi |
| Weidner & Associates | Delaney, Wiles, Hayes. |
| 330 L Street, Ste 200 | 1007 W 3rd Ave., Ste 400 |
| Anchorage, AK 99501 | Anchorage, AK 99501 |
| 907-278-6571 | 907-277-1331 |

<u>X</u> retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __          Address: __
Custody: __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __       9th Circuit Docket Number: __

Name and phone number of person completing this form: <u>Elisa Singleton 907-677-6105</u>