UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM

RECEIVED
JUL 25 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

U.S. Court of Appeals # __06-35557__   U.S. District Court # __CV-03-00202-TMB__

Short Case Title __Ivey v. American Home Assurance Company__

Date Notice of Appeal Filed by Clerk of District Court __6-19-06__

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| N/A | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| | | OTHER |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. _I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s)._

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

(X) I do not intend to designate any portion of the transcript and will notify counsel of this intention. There was no transcript.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __N/A__   Estimated Date for Completion __N/A__
Signature of Attorney __Michael Cohn__   Phone Number __907-276-1200__
Address __330 L Street, Suite 200, Anchorage, AK 99501__

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____   Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____   Court Reporter's Signature _____

(Trscrpt.des)

I hereby certify that a copy of the foregoing was served via hand delivery / mail / fax on the 24th day of July 2006 upon ANDREW OWOI

USDCA - Form 46 (revised 10/04)