AMENDED

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

06-35557

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

SEP 0 6 2006

FILED_____
DOCKETED_____
DATE    INITIAL

RECEIVED

SEP 1 1 2006

CLERK, U.S. DISTRICT...
ANCHORAGE, AK

**CASE INFORMATION:**
Short Case Title: Ivey, et al. v. American Home Assurance Co.
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Timothy M. Burgess 3:03-cv-00202-TMB
Date Complaint/Indictment/Petition Filed: 9/03/2003
Date Appealed Order/Judgment *entered*: 5/22/2006
Date NOA *filed*: 6/19/2006
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)     __pending

Court Reporter(s) Name and Phone Number: Patty Demeter 907-677-6144

Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: 6/26/2006   Date Docket Fee billed: __
Date FP granted: __                Date FP denied: __
Is FP pending? No yes/no           Was FP Limited/Revoked?
US Government Appeal?   No yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:              Appellee Counsel:
Phillip Paul Weidner            Andrew Guidi
Weidner & Associates            Delaney, Wiles, Hayes.
330 L Street, Ste 200           1007 W 3rd Ave., Ste 400
Anchorage, AK 99501             Anchorage, AK 99501
907-278-6571                    907-277-1331

X retained    __CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: __          Address: __
Custody: __
Bail: __

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __       9th Circuit Docket Number: __

---

Name and phone number of person completing this form: Elisa Singleton 907-677-6105