Andrew Guidi
ag@delaneywiles.com
DELANEY WILES, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
PHONE: (907) 279-3581
FAX: (907) 277-1331
*Attorneys for Defendant*
*AMERICAN HOME ASSURANCE COMPANY*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN,<br><br>          Plaintiffs,<br><br>     vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A03-0202-CV (TMB) |

## **STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

The undersigned parties, through their respective counsel of record, hereby stipulate and agree to the following:

(1)     Plaintiffs abandon and dismiss with prejudice their appeal from final judgment entered against plaintiffs in this matter;

(2)     The judgment entered against plaintiffs, dismissing
        their claims with prejudice, will stand;

(3)     Defendant agrees to a dismissal with prejudice of
        its requests for costs and attorney's fees and the
        parties agree they will bear their own costs and
        attorney's fees to date.

DATED at Anchorage, Alaska, this 3rd day of October, 2006.

                    WEIDNER & ASSOCIATES
                    Attorneys for Plaintiffs


                    By: _____
                    s/Phillip Paul Weidner
                    Alaska Bar No.: 7305032
                    WEIDNER & ASSOCIATES
                    330 L Street, Suite 200
                    Anchorage, Alaska   99501
                    PHONE: 907-276-1200
                    FAX: 907-278-6571
                    E-MAIL: jgreene@weidner-justice.com


DATED at Anchorage, Alaska, this 3rd day of October, 2006.

                    DELANEY WILES, INC.
                    *Attorneys for Defendant*
                    AMERICAN HOME ASSURANCE COMPANY


                    By: _____
                    Andrew Guidi
                    Alaska Bar No.: 8312171
                    DELANEY WILES, INC.
                    1007 West Third Avenue
                    Suite 400
                    Anchorage, Alaska   99501
                    PHONE: 907-279-3581
                    FAX: 907-277-1331
                    E-MAIL: ag@delaneywiles.com

STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE
*Ivey et al. v. American Home Assurance Company*
Case No. A03-0202 CV (TMB)                          Page 2 of 3

**CERTIFICATE OF SERVICE:**

I hereby certify that on
the ___ day of October,
2006, a copy of the foregoing
**STIPULATION FOR DISMISSAL OF**
**ALL CLAIMS WITH PREJUDICE**
was served electronically on:

Phillip Paul Weidner
Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L. Street, Suite 200
Anchorage, Alaska   99501

s/Andrew Guidi (122513)

STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE
*Ivey et al. v. American Home Assurance Company*
Case No. A03-0202 CV (TMB)                                Page 3 of 3