Andrew Guidi
DELANEY WILES HAYES GERETY
ELLIS & YOUNG, INC.
1007 West Third Avenue, Suite 400
Anchorage, AK 99501
   (907) 279-3581
   (907) 277-1331 fax
*Attorneys for Defendant*
*AMERICAN HOME ASSURANCE COMPANY*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TJ IVEY, RENEE M. CROUSE, BRIAN J. CROUSE, and JESSICA LYNN SKEEN, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Case No. A03-0202-CV (TMB) |

### (PROPOSED) ORDER GRANTING STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE

This matter having come before the Court upon the Stipulation to Dismiss All Claims With Prejudice and the Court having been otherwise fully advised in the matter:

IT IS HEREBY ORDERED that the Stipulation to Dismiss All Claims With Prejudice is hereby GRANTED, each side to bear their own costs and attorney fees.

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

(PROPOSED) ORDER GRANTING STIPULATION TO
DISMISS ALL CLAIMS WITH PREJUDICE
Ivey, et al. v. American Home Assurance Company
Case No. A03-0202 CV (TMB)                                     Page 1 of 2

DATED this ____ day of _____, 2006, at Anchorage, Alaska


By:_____
    Timothy M. Burgess
    U.S. District Court Judge


**CERTIFICATE OF SERVICE:**
I hereby certify that on the 3d day of October, 2006, a copy of the foregoing **(Proposed) Order Granting Stipulation To Dismiss All Claims With Prejudice** was served electronically on:

Phillip Paul Weidner
Michael Cohn
WEIDNER & ASSOCIATES, INC.
330 L. Street, Suite 200
Anchorage, Alaska 99501


/s/Andrew Guidi (122514)

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

(PROPOSED) ORDER GRANTING STIPULATION TO
DISMISS ALL CLAIMS WITH PREJUDICE
Ivey, et al. v. American Home Assurance Company
Case No. A03-0202 CV (TMB)                                    Page 2 of 2