UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
OCT 18 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| T. J. IVEY; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendant - Appellee. | No. 06-35557 <br><br> D.C. No. CV-03-00202-TMB <br> District of Alaska, <br> Anchorage <br><br> ORDER |

**RECEIVED**
OCT 23 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The parties' motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Peter W. Sherwood
Circuit Mediator

A TRUE COPY   10/18/06
ATTEST
CATHY CATTERSON
Clerk of Court

by: _____
Deputy Clerk

This certification does constitute the mandate of the court.

S:\CASES\2006\06-35557\06-10-13-dism.wpd